KENNETH N. RUSSAK #107283
DAVID L. STANTON #208079
AVISHA A. PATEL #217649
avisha.patel@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Defendant
CERY B. PERLE

FILED
NOV 17 2006
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                      Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CERY B. PERLE,<br><br>　　　Debtor. | No. LA 01-26497 BB<br><br>Adv. 06-01971 BB<br><br>CHAPTER 7<br><br>**NOTICE OF ERRATA AND CORRECTION TO THE NOTICE OF MOTION, MOTION TO DISMISS, REQUEST FOR JUDICIAL NOTICE, AND [PROPOSED] ORDER ON MOTION TO DISMISS** |
| ALFONSO FIERO, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor FIERO BROTHERS, INC., Assignor, pursuant to the Assignment dated March 1, 2006,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CERY B. PERLE,<br><br>　　　Defendant. | Date:　Dec. 19, 2006<br>Time:　2:00 pm<br>Dept:　1475<br>Judge:　Hon. Sheri Bluebond |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY COURT JUDGE PLAINTIFF, AND ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:**

Defendant Cery B. Perle respectfully submits this Notice of Errata to correct the Notice of Motion, Motion to Dismiss, Request for Judicial Notice, and [Proposed] Order on Motion to Dismiss ("Documents") filed concurrently with this court on November 13, 2006. The Documents mistakenly stated that the Department number for this matter is 1682. The correct Department number is 1475.

Dated: November 16, 2006.

PILLSBURY WINTHROP SHAW PITTMAN LLP
KENNETH N. RUSSAK
DAVID L. STANTON
AVISHA A. PATEL
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

By _____
David L. Stanton
Attorneys for Defendant
CERY B. PERLE

1  Docket No. LA 01-26497-BB

2  ADV06-01971BB

3  PROOF OF SERVICE BY MAIL

4  I, Myra Blomgren, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Los Angeles, California.

2. My business address is 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On November 16, 2006, at 725 South Figueroa Street, Suite 2800, Los Angeles, California, I served a true copy of the attached document(s) titled exactly: NOTICE OF ERRATA AND CORRECTION TO THE NOTICE OF MOTION, MOTION TO DISMISS, REQUEST FOR JUDICIAL NOTICE, AND [PROPOSED] ORDER ON MOTION TO DISMISS by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

Trustee
Linda J. Chu
515 South Flower Street, Suite 440
Los Angeles, CA 90071

600220872v1     PROOF OF SERVICE BY MAIL

Case No. LA 01-26497-BB
Adv. No. 06-10971

1  Leslie Schwaebe Akins
   Dennis R. Villavicencio
2  Akins & Villavicencio, LLP
   P.O. Box 131253
3  Carlsbad, CA 92013

4

5       I declare under penalty of perjury under the laws of the State of California that the

6  foregoing is true and correct. Executed this 16th day of November, 2006, at Los Angeles,

7  California.

8

9

10 _____

11                   Myra Blomgren

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  600220872v1            PROOF OF SERVICE BY MAIL

Case No. LA 01-26497-BB
Adv. No. 06-10971