| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Leslie Schwaebe Akins (SBN 138678)<br>Akins and Villavicencio LLP<br>PO Box 131253<br>Carlsbad, California 92013<br>Phone: (760) 931-2920<br>Fax: (760) 603-0547<br><br>**RECEIVED**<br>DEC - 8 2006<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ Deputy Clerk<br><br>*Attorney for Plaintiff* Alfonso Fiero | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Cery Bradley Perle<br><br>Debtor. | CHAPTER _____<br><br>CASE NUMBER LA 01-26497-BB<br><br>ADVERSARY NUMBER 06-01971-BB |
|---|---|
| Alfonso Fiero, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor Fiero Brothers, Inc.    Plaintiff(s),<br><br>vs.<br><br>Cery B. Perle, an individual<br><br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br>**ALIAS**<br>**SUMMONS AND NOTICE OF**<br>**STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____**JAN 1 1 2007**_____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: 12/19/06 | Time: 2:00 p.m. | Courtroom: 1475 | Floor: 14th |
|---|---|---|---|

☒ 255 East Temple Street, Los Angeles      ☐ 411 West Fourth Street, Santa Ana

☐ 21041 Burbank Boulevard, Woodland Hills      ☐ 1415 State Street, Santa Barbara

☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: **DEC 1 2 2006**

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)                                              F 7004-1

Summons and Notice of Status Conference - *Page 2*   **F 7004-1**

| In re | CHAPTER |
|---|---|
| Cery Bradley Perle | |
| Debtor. | CASE NUMBER LA 01-26497-BB |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF _____San Diego_____

1. I am employed in the County of _____San Diego_____, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

   7157 Argonauta Way
   Carlsbad, CA 92009

2. ☒ **Regular Mail Service:** On December 7, 2006, I served the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _____Carlsbad_____, California, addressed as set forth below.

3. ☐ **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, was made on the Defendant(s) at the address(es) set forth below.

4. Defendant(s) and address(es) upon which service was made:

   Avisha A. Patel, Esq.
   Pillsburg Winthrop Shaw & Pittman, LLP
   725 S. Figueroa Street, Suite 2800
   Los Angeles, CA 90017

☐ Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 7, 2006

| Ashley Hall | *Ashley Hall* |
|---|---|
| Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)   **F 7004-1**

**Alfonso Fiero, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor Fiero Brothers, Inc.**
**Case Number LA 01-26497-BB**

PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )
COUNTY OF SAN DIEGO    )

      I am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 2333 State Street, Suite 200, Carlsbad, California 92008.

      On **December 7, 2006**, I served **ALIAS SUMMONS AND NOTICE OF STATUS CONFERENCE; COMPLAINT TO REOPEN BANKRUPTCY OF DEBTOR CERY PERLE TO DETERMINE DISCHARGEABILITY OF COMPLAINT BASED ON FRAUD, DEFALCATION BY FIDUCIARY, AND WHERE CREDITOR WAS OMITTED FROM SCHEDULES; ADVERSARY PROCEEDING COVER SHEET; ORDER GRANTING MOTION TO REOPEN BANKRUPTCY CASE TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF A DEBT**, on the interested parties in said action, by delivering it as follows:

Avisha A. Patel, Esq.
Pillsburg Winthrop Shaw & Pittman, LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017
Attorney for Defendants

____ **(By Facsimile)** I caused each document to be sent by facsimile to the above-stated numbers(s)

**X**   **(By Mail)** I placed the envelope for collection and processing for mailing following the ordinary practice of this business with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid to the above address.

____ **(By Overnight Courier)** I caused such envelope with postage fully prepaid to be sent by United Parcel Service.

____ **(By Hand Delivery)** I caused each document to be hand delivered to the following address

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **December 7, 2006**, at Carlsbad, California.

                                                              _Ashley Hall_
                                                              Ashley Hall

PROOF OF SERVICE