1  **PILLSBURY WINTHROP SHAW PITTMAN LLP**
   KENNETH N. RUSSAK #107283
2  DAVID L. STANTON #208079
   AVISHA A. PATEL #217649
3  avisha.patel@pillsburylaw.com
   725 South Figueroa Street, Suite 2800
4  Los Angeles, CA 90017-5406
   Telephone: (213) 488-7100
5  Facsimile: (213) 629-1033

6  Attorneys for Defendant Cery B. Perle

```
                                    FILED

                                DEC 1 2 2006

                            CENTRAL DISTRICT OF CALIFORNIA
```

7

8                  UNITED STATES BANKRUPTCY COURT

9                     Central District of California

10

11  _____

12  In re:                              )    No. LA 01-26497-BB
                                        )
13  CERY B. PERLE                       )       ADV06-01971BB
                                        )
14         Debtor.                      )    SUPPLEMENTAL REQUEST FOR
                                        )    JUDICIAL NOTICE IN SUPPORT OF
15                                      )    DEFENDANT'S MOTION TO
                                        )    DISMISS
16                                      )
                                        )
17  _____        )
                                        )
18  ALFONSO FIERO, an individual, as    )
    Assignee of the Judgment issued April 6,  )    [FILED CONCURRENTLY WITH
19  1999 in favor of Judgment Creditor FIERO   )    REPLY IN SUPPORT OF MOTION TO
    BROTHERS, INC., Assignor, pursuant to the )    DISMISS]
19  Assignment dated March 1, 2006,     )
                                        )
20                                      )
               Plaintiff,               )
21                                      )    Date:      December 19, 2006
         v.                             )    Time:      2:00pm
22                                      )    Location:  Dept. 1475
    CERY B. PERLE,                      )    Judge:     Hon. Sheri Bluebond
23                                      )
               Defendant.               )
24  _____        )

25

26

27

28

1  **TO THE HONORABLE JUDGE BLUEBOND, PLAINTIFF, AND ALL**

2  **PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:**

3       Defendant Cery B. Perle ("Defendant") hereby requests, pursuant to Federal Rule of

4  Evidence 201, made applicable here by Federal Rule of Bankruptcy Procedure 9017, that

5  the Bankruptcy Court take judicial notice of the following documents:

6          • Exhibit "F"    Allpages.com listing of Attorneys in Cortland Manor, New

7            York, available at: http://ny.allpages.com/cortlandt-manor business-

8            services/business-legal-services/attorneys/ (viewed December 11, 2006).

9          • Exhibit "G"    Yellowbook.com listing of Attorneys in Cortland Manor,

10            New York, available at:

11            http://www.yellowbook.com/Category/attorneys/New%York Cortlandt-Man

12            or/ (viewed December 11, 2006).

13      I.    Exhibits F & G.

14       On a motion to dismiss, a court may take judicial notice of matters of public record

15  in accordance with Federal Rule of Evidence 201 without converting the motion to dismiss

16  to a motion for summary judgment.  Lee v. City of Los Angeles, 250 F.3d 668, 688-689

17  (9th Cir. 2001) (a court may take judicial notice of matters of public record pursuant to Fed.

18  R. Evid. 201), citing Mack v. South Bay Beer Distributors, Inc., 798 F.2d 1279, 1282 (9th

19  Cir. 1986) (finding that a court may take judicial notice of facts outside the pleadings that

20  are matters of public record such as records and reports of administrative bodies).  Courts

21  may take judicial notice of documents outside of the complaint that are capable of accurate

22  and ready determination by resort to sources whose accuracy cannot reasonably be

23  questioned.  Fed. R. Evid. 201(b); Wietschner v. Monterey Pasta Co., 294 F. Supp. 2d

24  1102, 1109 (N.D. Cal. 2003).  Thus, courts can take judicial notice of such matters when

25  considering a motion to dismiss.  Id.; MGIC Indem. Corp. v. Weisman, 803 F. 2d 500, 504

26  (9th Cir. 1986) (reasoning that on a motion to dismiss the court may take judicial notice of

27  matters of public record outside the pleadings).

28

1        Exhibits F and G are phonebook listings, which are publicly available documents,

2    capable of accurate and ready determination. Therefore, it is appropriate for this Court to

3    take judicial notice of them in deciding a motion to dismiss.

4

5    Dated: December 12, 2006.

6

7                                           PILLSBURY WINTHROP SHAW PITTMAN LLP
KENNETH N. RUSSAK
DAVID L. STANTON

8                                           AVISHA A. PATEL
725 South Figueroa Street

9                                           Suite 2800
Los Angeles, CA 90017-5406

10

11                       By _Avisha Patel_ -CLP

12                                  Avisha A. Patel
Attorneys for Defendant

13                                    CERY B. PERLE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

⌂ **Make AllPages.com Your Home Page**

✉ **Send This Page To a Friend**

⊡ **Add AllPages.com To Your Favorites**

☞ **Link to AllPages.com**

# AllPages.com ◢

**Other Channels :: Health| Reference | Weather**

November 09, 2006

Advertise on this site

Ads By Google

| **Family Law Attorneys** | **Personal Injury Law?** | **Law Firm Directory** |
|---|---|---|
| Find Local Family Law Attorneys at Verizon SuperPages.com | Learn how to hire the right lawyer. Legal facts you need to know! | Find a Law Firm in your area to handle your legal issues. |
| www.SuperPages.com | www.alexanderlaw.com | www.Legal-Definitions.com |

**All Categories**

- **Cortlandt Manor, NY**
- Agriculture (25)
- **Business Services (82)**
  - Business Legal Services (8)
    - **Attorneys (8)**
- Community Services (31)
- Construction (81)
- Education (20)
- Finance (21)
- Food & Dining (26)
- Government (36)
- Health & Medical (151)
- Industry (24)
- Manufacturing (8)
- Motorized Vehicle (39)
- Personal Services (64)
- Professional (12)
- Real Estate (22)
- Shopping & Shopping Services (92)
- Transportation (16)
- Travel & Tourism (2)

[ Google Search ]

○ Web ◉ Allpages.com

**Ads by Google**    Anchorage Law   Omaha Law Firm   Admiralty Law   Maritime Law

# Attorneys, Cortlandt Manor, New York (NY)

Ads By Google

**Mission Hospital**
Mission Viejo, California Everything for life
www.mission4health.com

Advertise on this site

**Warning:** fopen(/www/htdocs/new-york/superpages/temp/ny-cortlandt-manor-attorneys.js): failed to open stream: Read-only file system in **/www/htdocs/new-york/superpages/superpages.php** on line **497**

**Warning:** fwrite(): supplied argument is not a valid stream resource in **/www/htdocs/new-york/superpages/superpages.php** on line **498**

**Warning:** fclose(): supplied argument is not a valid stream resource in **/www/htdocs/new-york/superpages/superpages.php** on line **499**

## Advertisers

**Schaffer Peter J Attorney**

New York State And Federal Criminal Defense. 18 Years of Bronx Experience. As Seen On COURT TV
184 East 161st Street,Bronx,NY10451

★★★★★  | Rate It | Reviews | business profile | phone |
🖼 www.fedcrimlaw.net

**David Bliven**

Former Prosecutor - Personalized attention - sliding scale on fees
445 Hamilton Ave Suite 607,White Plains,NY10601

**Cortla Man Popu Catego**

- Attorne (Lawyer
- Autom (39)
- Busine Services
- College Schools
- Compu (3)
- Contra & Builde (81)
- Dentist (22)
- Doctor (134)
- Electro (4)
- Entertai (3)
- Fitness
- Florists
- Food & Dining (2
- Insuran (15)
- Lodgin Hotels (
- Music
- Pets (6
- Pizza (
- Real E (22)
- Restau (26)

EXHIBIT ___F___
PAGE ___4___



• Shopp
Stores (

Not Yet Rated   | Rate It   | phone   | email   |

http://www.blivenlaw.com/

### Switnicki George

We provide prompt and professional service with affordable fees.
99 Croton Ave,Ossining,NY10562

★ ★ ★ ★ ★   | Rate It   | Reviews   | phone   | email   |

http://www.gmsattorney.com

### Attorney Glenn Malia

Your legal need is urgent, and you need someone who will fight for you.
Helping you is our goal. We will handle your case in a timely manner.
2117 Crompond Rd.,Cortlandt Manor,NY10567

phone   |

http://www.casepost.com

### Law Office of David Brodman

Attorney At Law. Bankruptcy Specialist with the Absolute Lowest Fees!
Experience Divorce Attorney. Flexible Payment Plans. Free Consultation.
627 Lydig Avenue.Bronx,NY10462

Not Yet Rated   | Rate It   | business profile   | phone   | email   |

www.getridofcreditors.com

### Silver, Forrester, Schisano, Lesser, & Dreyer Atty

Run With Team Of Experienced Trial Attorneys: Personal Injury, Criminal
Defense, Matrimonial, Real Estate, Traffic Tickets, Small Business. Appellate.
3250 Route 9W,New Windsor,NY12553

Not Yet Rated   | Rate It   | business profile   | phone   | email   |

www.hudsonvalleylawyers.com

### Hayward Parker & O'Leary

You Need & Deserve An Experienced Lawyer To Obtain Relief Under The
New Bankruptcy Law.
225 Dolson Avenue Suite 303,Middletown,NY10940

Not Yet Rated   | Rate It   | business profile   | phone   |

www.michaelolearylaw.com


### Local listings: 8

### Delamothe Cassandra Law Offices
2117 Crompond Road
Cortlandt Manor, NY 10567-4316
Phone: (914) 737-4909
Business Types: Attorneys

### Law Offices of William Fr
2241 Crompond Road
Cortlandt Manor, NY 10567-5216
Phone: (914) 739-1600
Business Types: Attorneys

### M P R Law Practice PC
234 Furnace Dock Road
Cortlandt Manor, NY 10567-6508

EXHIBIT   F
PAGE   5

Phone: (914) 739-6000
**Business Types:** Attorneys, Professional Services

### Malia Glen P Lawyer
2117 Crompond Road
Cortlandt Manor, NY 10567-4316
Phone: (914) 788-4126
**Business Types:** Attorneys

### Nachtman Henry B ESQ
225 Buttonwood Avenue
Cortlandt Manor, NY 10567-4911
Phone: (914) 737-7300
**Business Types:** Attorneys

### Russo Martin P Attorney
234 Furnace Dock Road
Cortlandt Manor, NY 10567-6508
Phone: (914) 739-6000
**Business Types:** Attorneys

### Sattler Albert J Attorney
2117 Crompond Road
Cortlandt Manor, NY 10567-4316
Phone: (914) 739-6657
**Business Types:** Attorneys

### Williams David Attorney
8 Brook Lane
Cortlandt Manor, NY 10567-6502
Phone: (914) 736-6648
**Business Types:** Attorneys

Ads By Google

**PLG Entertainment Law**
Outsourced general counsel services for entertainment companies.
www.plggc.com

**Local Injury Lawyer**
Contact an injury law firm near you about your personal injury.
Free.
www.InjuryHelpLineAttorney.com

**Business Law Firms**
Get practical business advice covering business law firms
www.allbusiness.com

**Rimer & Mathewson LLP**
Intellectual Property Attorneys in Orange County and San Francisco
www.rimermath.com

Advertise on this site

You are here : AllPages.com Yellow Pages

**Change Category:** New York > Cortlandt Manor > Business Services >
Business Legal Services > Attorneys
**Change Location:** Business Services > Business Legal Services >
Attorneys > New York > Cortlandt Manor

data by **ACXIOM** Copyright © 2006 Acxiom.

EXHIBIT __F__

PAGE __b__

Content on this web site is provided for informational purposes only. We accept no responsibility for any loss, injury or inconvenience sustained by any person resulting from information published on this site.

About Us | Contact Us | Terms of Use | Privacy |Link to AllPages.com | Add/Modify/Remove Listing | Help
**Cities A-Z** | Site Map | All States | Listings A-Z | **Yellow Pages Home**
Copyright © 2005 Par Web Solutions All Rights reserved.

EXHIBIT _F_
PAGE _7_


**Yellow Book**

BUSINESS
PEOPLE   ◉ Business Type OR ○ Name   Where
REVERSE LOOK UP
BY DISTANCE    categories:attorneys                    Cortlandt Manor, NY

Home → Browse Categories → Search Results "categories:attorneys" in Cortlandt Manor, NY

**Sort By: Relevancy** | Alphabetically | Distance     0-

9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z                     1 2 3 4 ▶▶

| Expand To | Sponsored Advertiser: |
|---|---|
| New York | |

**Results Found In**
Attorneys & Lawyers

Brain Injuries · Wrongful Death · Auto/Motorcycle Accidents

**Local Results:**

**A.** Delamothe Cassandra Law Offices
**914-737-4909**
2117 Crompond Rd
Cortlandt Manor NY 10567-4316
More Results For  Attorneys &
Lawyers
More Info   Directions

**B.** Delamothe Cassndra Law Offices
**914-737-4909**
2117 Crompond Rd
Cortlandt Manor NY 10567
More Results For  Attorneys &
Lawyers
More Info   Directions

**C.** Law Offices of William Fr
**914-739-1600**
2241 Crompond Rd
Cortlandt Manor NY 10567-5216
More Results For  Attorneys &
Lawyers
More Info   Directions

**D.** M P R Law Practice PC
**914-739-6000**
234 Furnace Dock Rd
Cortlandt Manor NY 10567
More Results For  Attorneys &
Lawyers
More Info   Directions

**E.** Malia Glen P
**914-788-4126**
2117 Crompond Rd
Cortlandt Manor NY 10567
More Results For  Attorneys &
Lawyers
More Info   Directions

**F.** Malia Glen P Lwyr
**914-788-4126**
2117 Crompond Rd
Cortlandt Manor NY 10567-4316
More Results For  Attorneys &

EXHIBIT   G
PAGE      8

Lawyers
More Info   Directions

**G.** **Nachtman Henry B Esq**
**914-737-7300**
225 Buttonwood Av
Cortlandt Manor NY 10567
More Results For: Attorneys &
Lawyers
More Info   Directions

**H.** **Russo Marian**
**914-739-6000**
234 Furnace Dock Rd
Cortlandt Manor NY 10567
More Results For: Attorneys &
Lawyers
More Info   Directions

**I.** **Russo Martin P Atty**
**914-739-6000**
234 Furnace Dock Rd
Cortlandt Manor NY 10567-6508
More Results For: Attorneys &
Lawyers
More Info   Directions

**J.** **Sattler Albert J**
**914-739-6657**
2117 Crompond Rd
Cortlandt Manor NY 10567
More Results For: Attorneys &
Lawyers
More Info   Directions

Chi
**914**
615
Yon
More
Law
*No F*
*Pers*
*Integ*
More

----

Say
**914**
615
Yon
More
Law
*Sen*
*Atto*
*Acci*
More

----

Har
**914**
175
Whit
More
Law
*Free*
*Clien*
More

----

Alla
**845**
More
Law
*Divo*
Web

**Search Results:** "categories:attorneys" in Cortlandt Manor, NY     1 2 3 4 ▶▶

Advertise With Us | Company Info | Careers | Contact Us

Browse Yellow Book | Browse Local Directories | Download Toolbar

©2005 Yellow Book USA, Inc. All rights reserved

Conditions Of Use - Site Map - Help     1-800-YB-YELLOW

EXHIBIT ___G___
PAGE ___9___

1    Docket No. LA 01-26497-BB

2    ADV06-01971BB

3    PROOF OF SERVICE BY FACSIMILE & FEDERAL EXPRESS

4    I, Myra Blomgren, the undersigned, hereby declare as follows:

5    1.    I am over the age of 18 years and am not a party to the within

6    cause. I am currently a temporary employee of Pillsbury Winthrop Shaw

7    Pittman LLP in the City of Los Angeles, California.

8    2.    My business address is 725 South Figueroa Street, Suite 2800,

9    Los Angeles, CA 90017-5406.

10    3.    On December 12, 2006, at 725 South Figueroa Street, Suite 2800,

11    Los Angeles, California, I served a true copy of the attached document titled

12    exactly: **SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT**

13    **OF DEFENDANT'S MOTION TO DISMISS** by sending it via facsimile

14    transmission to the following persons at the fax numbers so indicated:

15

16    Trustee
       Linda J. Chu
       515 South Flower Street, Suite 440
17    Los Angeles, CA 90071
       Telephone: (213) 688-1300
18    Fax: (213) 688-1310

19    Leslie Schwaebe Akins
       Dennis R. Villavicencio
20    Akins & Villavicencio, LLP
       P.O. Box 131253
21    Carlsbad, CA 92013
       Telephone: (760) 730-7770
22    Fax: (760) 730-7774

23

24    4.    The transmission was reported as complete and without error. A

25    printed copy of the machine's transmission record, indicating that the

26    transmission was successfully completed, is attached to this declaration.

27

28    600229044v1    PROOF OF SERVICE FACSIMILE & FEDERAL EXPRESS

Case No. LA 01-26497-BB
Adv No. 06-10971

1    5.    The telephone number of the facsimile machine I used was (213)

2    629-1033.  This facsimile machine complies with Rule 2003(2) of the

3    California Rules of Court.

4    6.    In addition to the facsimile transmission, a true copy of said

5    document was deposited in a box or other facility regularly maintained by

6    FedEx, an express service carrier providing overnight delivery, or delivering it

7    to an authorized courier or driver authorized by the express service carrier to

8    receive document, in an envelope or package designated by the express service

9    carrier, with overnight delivery fees paid or provided for, clearly labeled to

10    identify the persons being served at the address in Paragraph 3 above.

11    I declare under penalty of perjury that the foregoing is true and correct.

12    Executed this 12th day of December, 2006, at Los Angeles, California.

13

14    _Myra Blomgren_

15    Myra Blomgren

16

17

18

19

20

21

22

23

24

25

26

27

28    600229044v1    <u>PROOF OF SERVICE BY FACSIMILE & FEDERAL EXPRESS</u>

Case No. LA 01-26497-BB
Adv. No. 06-10971

# Confirmation Report — Memory Send

Page      : 001
Date & Time: Dec-12-06  01:55pm
Line 1    : 213-6291033
Line 2    :
Machine ID : PILLSBURY WINTHROP SHAW PITTMAN LLP

| | | |
|---|---|---|
| Job number | : | 839 |
| Date | : | Dec-12 01:52pm |
| To | : | ☎917606030547 |
| Number of pages | : | 024 |
| Start time | : | Dec-12 01:52pm |
| End time | : | Dec-12 01:54pm |
| Pages sent | : | 024 |
| Status | : | OK |

Job number    : 839        **\*\*\* SEND SUCCESSFUL \*\*\***

---

## Pillsbury Winthrop Shaw Pittman LLP

725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-5406
Tel 213.488.7100
Fax 213.226.1038
www.pillsburylaw.com

### FACSIMILE

HOUSTON
LONDON
LOS ANGELES
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
SACRAMENTO
SAN DIEGO
SAN DIEGO-NORTH COUNTY
SAN FRANCISCO
SILICON VALLEY
SYDNEY
TAIPEI
TOKYO
WASHINGTON DC

Total Pages (including cover):  24

| | | | |
|---|---|---|---|
| Date: | December 12, 2006 | Must Be Sent By: | |
| To: | Linda J. Chu | Fax No: | (213) 688-1310 |
| Company: | Trustee | Phone No: | (213) 688-1300 |
| To: | Leslie Schwaebe Akins | Fax No: | (760) 730-7774  603-0547 |
| Company: | Akins & Villavicencio, LLP | Phone No: | (760) 730-7770 |
| From: | Myra A. Blomgren | Phone No: | 213.488.7221 |
| User No: | 00974 | C/M No: | 099754 020 6020 |
| Comments: | | | |

Confidentiality Note:
The documents accompanying this facsimile transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and mail the original transmission to us. Thank you.

If you have not property received this fax, please call (213) 488-7577. Thank you.
Operator: _____  Time Sent: _____  Batch ID: _____

600229227v1

Group Send Report

```
                                    Page      : 001
                                    Date & Time: Dec-12-2006  01:47pm
                                    Line 1    : +2136291033
                                    Line 2    : +2136291033
                                    Machine ID : PILLSBURY WINTHROP SHAW PITTMAN LLP
```

Job number            :   352

Date                  :   Dec-12 01:40pm

Number of pages       :   024

Start time            :   Dec-12 01:40pm

End time              :   Dec-12 01:47pm

Successful nbrs.

Fax numbers

☎96881310


Unsuccessful nbrs.

Fax numbers

☎917667307774

Pages sent

000