Leslie Schwaebe Akins (Bar No. 138678)
Dennis R. Villavicencio (Bar No. 166300)
AKINS & VILLAVICENCIO, LLP
P.O. Box 131253
Carlsbad, California 92013
(760) 931-2920 telephone
(760) 603-0547 facsimile

Attorney for Plaintiff and Creditor
Alfonso Fiero

ORIGINAL

FILED
DEC 14 2006

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO FIERO, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor FIERO BROTHERS, INC., Assignor, pursuant to the Assignment dated March 1, 2006,<br><br>                        Plaintiff,<br><br>v.<br><br>CERY B. PERLE, an individual,<br><br>                        Defendant, | CASE NO. LA 01-26497-BB<br>ADV-06-01971-BB<br><br>**PROOF OF SERVICE OF ALIAS SUMMONS AND NOTICE OF STATUS CONFERENCE; COMPLAINT TO REOPEN BANKRUPTCY OF DEBTOR CERY PERLE TO DETERMINE DISCHARGEABILITY OF COMPLAINT BASED ON FRAUD, DEFALCATION BY FIDUCIARY, AND WHERE CREDITOR WAS OMITTED FROM SCHEDULES; ADVERSARY PROCEEDING COVER SHEET; PLAINTIFF ALFONSO FIERO'S OPPOSITION TO DEFENDANT/ DEBTORS MOTION TO DISMISS FOR FAILURE TO STATE ANY CLAIM, IMPROPER PROCESS AND IMPROPER SERVICES OF PROCESS ON DEFENDANT CERY B. PERLE BY CERTIFIED MAIL** |

///
///
///
///
///
///

---

PROOF OF SERVICE

1

<u>Alfonso Fiero, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor Fiero Brothers, Inc.</u>

Case Number LA 01-26497-BB

ADV-06-01971-BB

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA )
)
COUNTY OF SAN DIEGO )

I am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 2333 State Street, Suite 200, Carlsbad, California 92008.

On **December 14, 2006**, I served **ALIAS SUMMONS AND NOTICE OF STATUS CONFERENCE; COMPLAINT TO REOPEN BANKRUPTCY OF DEBTOR CERY PERLE TO DETERMINE DISCHARGEABILITY OF COMPLAINT BASED ON FRAUD, DEFALCATION BY FIDUCIARY, AND WHERE CREDITOR WAS OMITTED FROM SCHEDULES; ADVERSARY PROCEEDING COVER SHEET; PLAINTIFF ALFONSO FIERO'S OPPOSITION TO DEFENDANT/ DEBTORS MOTION TO DISMISS FOR FAILURE TO STATE ANY CLAIM, IMPROPER PROCESS AND IMPROPER SERVICES OF PRECESS**, on the interested parties in said action, by delivering it as follows:

Cery B. Perle
9190 W. Olympic Blvd. #322
Beverly Hills, CA 90212

\_\_\_ **(By Facsimile)** I caused each document to be sent by facsimile to the above-stated numbers(s)

_X_ **(By Mail)** I placed the envelope for collection and processing for mailing following the ordinary practice of this business with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid to the above address.

\_\_\_ **(By Overnight Courier)** I caused such envelope with postage fully prepaid to be sent by United Parcel Service.

\_\_\_ **(By Hand Delivery)** I caused each document to be hand delivered to the following address

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **December 14, 2006**, at Carlsbad, California.

_Ashley Hall_ (signature)
Ashley Hall

PROOF OF SERVICE