```
 1  Leslie Schwaebe Akins (Bar No. 138678)
    Dennis R. Villavicencio (Bar No. 166300)
 2  AKINS & VILLAVICENCIO, LLP
    P.O. Box 131253
 3  Carlsbad, California 92013
    (760) 931-2920 telephone
 4  (760) 603-0547 facsimile

 5  Attorney for Plaintiff and Creditor
    Alfonso Fiero
 6
```

FILED
DEC 14 2006

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO FIERO, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor FIERO BROTHERS, INC., Assignor, pursuant to the Assignment dated March 1, 2006,<br><br>Plaintiff,<br>v.<br><br>CERY B. PERLE, an individual,<br><br>Defendant, | CASE NO. LA 01-26497-BB<br>ADV-06-01971-BB<br><br>**PROOF OF SERVICE OF FILED COPY OF ALIAS SUMMONS AND NOTICE OF STATUS CONFERENCE ON ATTORNEY FOR DEFENDANTS AVISHA A. PATEL ESQ. BY MAIL** |

///
///
///
///
///
///

PROOF OF SERVICE

1

**Alfonso Fiero, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor Fiero Brothers, Inc.**
Case Number LA 01-26497-BB

ADV-06-01971-BB

PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      )
COUNTY OF SAN DIEGO   )

    I am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 2333 State Street, Suite 200, Carlsbad, California 92008.

    On **December 14, 2006**, I served **A FILED COPY OF ALIAS SUMMONS AND NOTICE OF STATUS CONFERENCE**, on the interested parties in said action, by delivering it as follows:

Avisha A. Patel, Esq.
Pillsburg Winthrop Shaw & Pittman, LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017
Attorney for Defendants

    \_\_\_ **(By Facsimile)** I caused each document to be sent by facsimile to the above-stated numbers(s)

    _X_ **(By Mail)** I placed the envelope for collection and processing for mailing following the ordinary practice of this business with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid to the above address.

    \_\_\_ **(By Overnight Courier)** I caused such envelope with postage fully prepaid to be sent by United Parcel Service.

    \_\_\_ **(By Hand Delivery)** I caused each document to be hand delivered to the following address

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **December 14, 2006**, at Carlsbad, California.

                                         _Ashley Hall_
                                         Ashley Hall