```
 1  KENNETH N. RUSSAK #107283
    DAVID L. STANTON #208079
 2  AVISHA A. PATEL #217649
    avisha.patel@pillsburylaw.com
 3  PILLSBURY WINTHROP SHAW PITTMAN LLP
    725 South Figueroa Street, Suite 2800
 4  Los Angeles, CA 90017-5406
    Telephone: (213) 488-7100
 5  Facsimile: (213) 629-1033
```

LODGED
NOV 13 2006
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re: | No. LA 01-26497 BB |
|---|---|
| CERY B. PERLE, | Adv. 06-01971 BB |
| Debtor. | CHAPTER 7 |
| | [PROPOSED] ORDER ON MOTION TO DISMISS FOR FAILURE TO STATE ANY CLAIM, IMPROPER PROCESS, AND IMPROPER SERVICE OF PROCESS |
| ALFONSO FIERO, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor FIERO BROTHERS, INC., Assignor, pursuant to the Assignment dated March 1, 2006, | Date: Dec. 19, 2006<br>Time: 2:00 p.m.<br>Dept: 1682<br>Judge: Hon. Sheri Bluebond |
| Plaintiff, | |
| vs. | |
| CERY B. PERLE, | |
| Defendant. | |



*not signed — see alternate order signed SAB 12/19/06*

1   The Court held a hearing on December 19, 2006 at 2 p.m. on that
2   certain Motion To Dismiss for Failure To State Any Claim, Improper
3   Process, and Improper Service of Process ("Motion To Dismiss") brought by
4   Defendant Cery Perle in response to Plaintiff's Complaint To Reopen
5   Bankruptcy of Debtor Cery Perle To Determine Dischargeability of
6   Complaint Based on Fraud, Defalcation by Fiduciary, and Where Creditor
7   Was Omitted from Schedules ("Complaint"). The parties were represented
8   by counsel.
9   Pursuant to Federal Rule of Bankruptcy Procedure 7052, findings of
10  fact and conclusions of law are not required. However, to the extent they
11  are required, the findings of fact and conclusions of law by this Court were
12  stated on the record.
13  After full consideration of the pleadings, records, and files herein,
14  including oral argument by all relevant parties, and the authorities
15  submitted by counsel, the Court makes the following ruling:
16  Defendant's Motion to Dismiss is hereby GRANTED in its entirety:
17  (a) Plaintiff's First Cause of Action seeking nondischargeability
18  pursuant to § 523(a)(2) is dismissed for failure to state a claim and failure
19  to plead fraud with particularity. Plaintiff is not granted leave to replead.
20  (b) Plaintiff's Second Cause of Action seeking nondischargeability
21  pursuant to § 523(a)(4) is dismissed for failure to state a claim. Plaintiff is
22  not granted leave to replead.
23  (c) Plaintiff's Third Cause of Action seeking nondischargeability
24  pursuant to § 523(a)(3)(B) is dismissed for failure to state a claim.
25  Plaintiff is not granted leave to replead.
26  (d) All of Plaintiff's causes of action are dismissed for failure to
27  state any claims as the debt already has been discharged. Plaintiff is not
28  granted leave to replead.

1       (e)    All of Plaintiff's causes of action are dismissed for failure to
2 effect proper process. Plaintiff is not granted leave to replead.

3       (f)    All of Plaintiff's causes of action are dismissed for failure to
4 effect proper service of process. Plaintiff is not granted leave to replead.

5

6     IT IS SO ORDERED.

7

8 Dated _____     By _____
                                              Hon. Sheri Bluebond
9
Submitted by:
10

11 PILLSBURY WINTHROP SHAW PITTMAN LLP
   KENNETH N. RUSSAK
12 DAVID L. STANTON
   AVISHA A. PATEL
13 725 South Figueroa Street, Suite 2800
   Los Angeles, CA 90017-5406
14
By _____
15     Avisha A. Patel
   Attorneys for Defendant CERY B. PERLE
16

17

18

19

20

21

22

23

24

25

26

27

28

Docket No. LA 01-26497-BB

ADV06-01971BB

PROOF OF SERVICE BY MAIL

I, Myra Blomgren, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Los Angeles, California.

2. My business address is 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On November 13, 2006, at 725 South Figueroa Street, Suite 2800, Los Angeles, California, I served a true copy of the attached document(s) titled exactly: [PROPOSED] ORDER ON MOTION TO DISMISS FOR FAILURE TO STATE ANY CLAIM, IMPROPER PROCESS, AND IMPROPER SERVICE OF PROCESS by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

Trustee
Linda J. Chu
515 South Flower Street, Suite 440
Los Angeles, CA 90071

600219120v1                     PROOF OF SERVICE BY MAIL
                                                              Case No. LA 01-26497-BB
                                                              Adv. No. 06-10971

1  Leslie Schwaebe Akins
   Dennis R. Villavicencio
2  Akins & Villavicencio, LLP
   P.O. Box 131253
3  Carlsbad, CA 92013

4

5       I declare under penalty of perjury under the laws of the State of California that the

6  foregoing is true and correct. Executed this 13th day of November, 2006, at Los Angeles,

7  California.

8

9

10  _____

11                Myra Blomgren

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  600219120v1            PROOF OF SERVICE BY MAIL

Case No. LA 01-26497-BB
Adv. No. 06-10971

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re  CERY B. PERLE, | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER   LA 01-26497 BB |

Adv. 06-01971 BB

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   [PROPOSED] ORDER ON MOTION TO DISMISS FOR FAILURE TO STATE ANY CLAIM, IMPROPER PROCESS, AND IMPROPER SERVICE OF PROCESS

   was entered on *(specify date)*:

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

Dated:                                    JON D. CERETTO
                                          **Clerk of the Bankruptcy Court**


                                          By: _____
                                                   **Deputy Clerk**

---

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 9021 -1.1**

2002 © American LegalNet, Inc.

## SERVICE LIST

Trustee
Linda J. Chu
515 South Flower Street, Suite 440
Los Angeles, CA 90071

Leslie Schwaebe Akins
Dennis R. Villavicencio
Akins & Villavicencio, LLP
P.O. Box 131253
Carlsbad, CA 92013

David L. Stanton
Avisha A. Patel
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90071-5406

600219179v1