```
 1  KENNETH N. RUSSAK #107283
    DAVID L. STANTON #208079
 2  AVISHA A. PATEL #217649
    avisha.patel@pillsburylaw.com
 3  PILLSBURY WINTHROP SHAW PITTMAN LLP
    725 South Figueroa Street, Suite 2800
 4  Los Angeles, CA  90017-5406
    Telephone: (213) 488-7100
 5  Facsimile: (213) 629-1033
 6
 7
 8              UNITED STATES BANKRUPTCY COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10                    LOS ANGELES DIVISION
11
    In re:                              )  No. LA 01-26497 BB
12                                      )
    CERY B. PERLE,                      )  Adv. 06-01971 BB
13                                      )
                Debtor.                 )  CHAPTER 7
14                                      )
                                        )  [PROPOSED] ORDER ON MOTION
15                                      )  TO DISMISS FOR FAILURE TO
                                        )  STATE ANY CLAIM, IMPROPER
16                                      )  PROCESS, AND IMPROPER
                                        )  SERVICE OF PROCESS
17                                      )
                                        )
18  _____ )
                                        )
                                        )  Date:  Dec. 19, 2006
19  ALFONSO FIERO, an individual, as    )  Time:  2:00 p.m.
    Assignee of the Judgment issued April 6, ) Dept: 1475
20  1999 in favor of Judgment Creditor FIERO ) Judge: Hon. Sheri Bluebond
    BROTHERS, INC., Assignor, pursuant to the )
21  Assignment dated March 1, 2006,     )
                                        )
22                     Plaintiff,       )
                                        )
23       vs.                            )
                                        )
24  CERY B. PERLE,                      )
                                        )
25                     Defendant.       )
                                        )
26  _____ )
27
28
```

Stamps: ORIGINAL; FILED DEC 27 2006; ENTERED DEC 28 2006; LODGED DEC 21 2006

600231961v1                    - 1 -                    Case No. LA 01-26497-BB
                                                        Adv. No. 06-10971

1    The Court held a hearing on December 19, 2006 at 2 p.m. on that
2 certain Motion To Dismiss for Failure To State Any Claim, Improper
3 Process, and Improper Service of Process ("Motion To Dismiss") brought by
4 Defendant Cery Perle in response to Plaintiff's Complaint To Reopen
5 Bankruptcy of Debtor Cery Perle To Determine Dischargeability of
6 Complaint Based on Fraud, Defalcation by Fiduciary, and Where Creditor
7 Was Omitted from Schedules ("Complaint"). The parties were represented
8 by counsel who appeared telephonically.

9    Pursuant to Federal Rule of Bankruptcy Procedure 7052, findings of
10 fact and conclusions of law are not required. However, to the extent they
11 are required, the findings of fact and conclusions of law by this Court were
12 stated on the record.

13   After full consideration of the pleadings, records, and files herein,
14 including oral argument by all relevant parties, and the authorities *to the following extent:*
15 submitted by counsel, the Court makes the following ruling:
16   Defendant's Motion to Dismiss is hereby GRANTED ~~in its entirety~~ *in respects:*
17   (a)  Plaintiff's First Cause of Action seeking nondischargeability
18 pursuant to § 523(a)(2) is dismissed for failure to state a claim and failure
19 to plead fraud with particularity. Plaintiff is granted leave to re-plead.
20   (b)  Plaintiff's Second Cause of Action seeking nondischargeability
21 pursuant to § 523(a)(4) is dismissed for failure to state a claim. Plaintiff is
22 granted leave to re-plead. *Defendant's motion to dismiss*
23   (c)  Plaintiff's Third Cause of Action seeking nondischargeability
24 pursuant to § 523(a)(3)(B) is ~~dismissed for failure to state a claim~~ *hereby denied. See*
25 ~~Plaintiff is granted leave to re-plead.~~
26   (d)  ~~All of Plaintiff's causes of action are dismissed for failure to~~
27 ~~effect proper process.~~ Plaintiff is *hereby directed to obtain* ~~granted leave to effect proper process via~~
28 an alias summons and ~~to re-plead.~~ *have that summons served in a timely manner. See*

600231961v1                        - 2 -
                                                            Case No. LA 01-26497-BB
                                                            Adv. No. 06-10971

1  (e) All of Plaintiff's causes of action are dismissed for failure to ~~effect proper service of process. Plaintiff is granted leave to effect proper service of process via an alias summons and to re-plead.~~ *SB*

2  (f) ~~The parties reserve their respective arguments concerning the apparent service of an alias summons by Plaintiff.~~ *SB*

IT IS FURTHER ORDERED

(g) Plaintiff shall file and serve a First Amended Complaint ("FAC") by January 8, 2007.

(h) Provided Plaintiff files and serves a FAC by January 8, 2007, Defendant shall ~~respond~~ *file and serve a response* by January 31, 2007.

(i) A further status conference ("Status Conference") is set for February 27, 2007 at 2 p.m.

(j) If Defendant's response to the FAC is a motion, the motion should be set for hearing at the time of the Status Conference.

(k) A joint status conference report shall be filed with the Court by February 13, 2007, unless ~~Defendant responds to the FAC with anything but an answer.~~ *a hearing on a motion to dismiss is set for the same date and time as the status conference.*

IT IS SO ORDERED.

Dated 12/27/06

By /s/ _____
Hon. Sheri Bluebond

Submitted by:

PILLSBURY WINTHROP SHAW PITTMAN LLP
KENNETH N. RUSSAK
DAVID L. STANTON
AVISHA A. PATEL
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

By _____
Avisha A. Patel
Attorneys for Defendant CERY B. PERLE

600231961v1

- 3 -

Case No. LA 01-26497-BB
Adv. No. 06-10971

1

2  AKINS AND VILLAVICENCIO LLP
   LESLIE SCHWAEBE AKINS
3  PO Box 131253
   Carlsbad, California 92013
4
   By _____
5        Leslie Schwaebe Akins
   Attorney for Plaintiff ALFONSO FIERO

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Docket No. LA 01-26497-BB

ADV06-01971BB

<u>PROOF OF SERVICE BY MAIL</u>

I, Judy Iott, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Los Angeles, California.

2. My business address is 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On December 21, 2006, at 725 South Figueroa Street, Suite 2800, Los Angeles, California, I served a true copy of the attached document(s) titled exactly: <u>[PROPOSED] ORDER ON MOTION TO DISMISS FOR FAILURE TO STATE ANY CLAIM, IMPROPER PROCESS, AND IMPROPER SERVICE OF PROCESS</u> by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

| | |
|---|---|
| Trustee<br>Linda J. Chu<br>515 South Flower Street, Suite 440<br>Los Angeles, CA 90071 | Leslie Schwaebe Akins<br>Dennis R. Villavicencio<br>Akins & Villavicencio, LLP<br>P.O. Box 131253<br>Carlsbad, CA 92013 |

600232443v1    PROOF OF SERVICE BY MAIL

Case No. LA 01-26497-BB
Adv. No. 06-01971 BB

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct. Executed this 21st day of December, 2006, at Los Angeles,
3  California.

4
5
6  _____
7  Judy Iott
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  600232443v1

PROOF OF SERVICE BY MAIL

Case No. LA 01-26497-BB
Adv. No. 06-01971 BB

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re  CERY B. PERLE, | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER  LA 01-26497 BB |

Adv. 06-01971 BB

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   [PROPOSED] ORDER ON MOTION TO DISMISS FOR FAILURE TO STATE ANY CLAIM, IMPROPER PROCESS, AND IMPROPER SERVICE OF PROCESS

   was entered on *(specify date)*:   **DEC 28 2006**

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

   **DEC 28 2006**

Dated:   DEC 28 2006

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

---

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 9021 -1.1**

2002 © American LegalNet, Inc.

SERVICE LIST

In re CERY B. PERLE, Debtor.

Case No. LA 01-26497 BB

Adv. 06-01971 BB

Trustee
Linda J. Chu
515 South Flower Street, Suite 440
Los Angeles, CA 90071

Leslie Schwaebe Akins
Dennis R. Villavicencio
Akins & Villavicencio, LLP
P.O. Box 131253
Carlsbad, CA 92013

Kenneth N. Russak, Esq.
David L. Stanton, Esq.
Avisha A. Patel, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406