| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| LESLIE SCHWAEBE AKINS (SBN 138678)<br>Akins and Villavicencio LLP<br>PO Box 131253<br>Carlsbad, California 92013<br>Phone: 760-931-2920<br>Fax: 760-603-0547<br><br>*Attorney for Plaintiff* Alfonso Fiero | RECEIVED<br><br>JAN 8 2007<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Cery Bradley Perle | CHAPTER ____ |
|---|---|
| | CASE NUMBER LA 01-26497-BB |
| Debtor. | ADVERSARY NUMBER 06-01971-BB |
| Alfonso Fiero, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor Fiero Brothers, Inc.  Plaintiff(s),<br><br>vs.<br><br>Cery Bradley Perle, an individual         Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br>**ALIAS**<br>**SUMMONS AND NOTICE OF**<br>**STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by __1-31-07__, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: 2-27-07    Time: 2:00 p.m.    Courtroom: 1475    Floor: 14TH

☑ 255 East Temple Street, Los Angeles
☐ 411 West Fourth Street, Santa Ana
☐ 21041 Burbank Boulevard, Woodland Hills
☐ 1415 State Street, Santa Barbara
☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 1/8/07

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

Revised December 1998 (COA SA)

F 7004-1