| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LESLIE SCHWAEBE AKINS, Bar #138678<br>AKINS AND VILLAVICENCIO LLP<br>PO BOX 13125<br>CARLSBAD, CA 92013 | | **FILED**<br>JAN 17 2007<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |
| Telephone No: 760-931-2920   FAX No: 760-603-0547 | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
United States Bankruptcy Court, Central District Of California

Plaintiff: ALFONSO FIERO, ETC., ET AL.
Defendant: CERY B. PERLE, ETC.

| PROOF OF SERVICE ALIAS SUMMONS AND | Hearing Date: | Time: | Dept/Div: | Case Number:<br>06-01971-BB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ALIAS SUMMONS AND NOTICE OF STATUS CONFERENCE; FIRST AMENDED COMPLAINT.

3. a. Party served:   CERY BRADLEY PERLE

4. Address where the party was served:   73061 El Paso
Suite 202
Palm Desert, CA 92260

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jan. 12, 2007 (2) at: 3:45PM

7. *Person Who Served Papers:*
   a. ROSEMARY HERNANDEZ

   **First Legal Support Services** ℠
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   792
      (iii) County:   Riverside

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Jan. 17, 2007

(ROSEMARY HERNANDEZ)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
ALIAS SUMMONS AND

311878.lessc.48976