| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LESLIE SCHWAEBE AKINS, Bar #138678<br>AKINS AND VILLAVICENCIO LLP<br>PO BOX 131253<br>CARLSBAD, CA 92013<br>Telephone No: 760-931-2920    FAX No: 760-603-0547 | | |
| | Ref. No. or File No.: | FILED<br>JAN 1 7 20.. |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States Bankruptcy Court, Central District Of California | | |
| Plaintiff: ALFONSO FIERO, ETC., ET AL. | | |
| Defendant: CERY B. PERLE, ETC. | | |

| PROOF OF SERVICE ALIAS SUMMONS AND | Hearing Date: | Time: | Dept/Div: | Case Number:<br>06-01971-BB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ALIAS SUMMONS AND NOTICE OF STATUS CONFERENCE; FIRST AMENDED COMPLAINT.

3. a. Party served:    AVISHA A. PATEL, ESQ.

4. Address where the party was served:    725 S. FIGUEROA ST.
   SUITE 2800
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jan. 09, 2007 (2) at: 3:46PM

7. *Person Who Served Papers:*
   a. DOUG FORREST

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:    5141
      (iii) County:    Los Angeles

   First Legal Support Services ℠
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Jan. 17, 2007

   (DOUG FORREST)

   Judicial Council Form
   Rule 982.9.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   ALIAS SUMMONS AND

   3729896.lessc.48793