**ORIGINAL**

| Attorney or Party without Attorney: | | |
|---|---|---|
| LESLIE SCHWAEBE AKINS, Bar #138678<br>AKINS AND VILLAVICENCIO LLP<br>PO BOX 13123<br>CARLSBAD, CA 92013 | | |
| Telephone No: 760-931-2920   FAX No: 760-603-0547 | | FILED |
| | Ref. No. or File No.: | JAN 17 2007 |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States Bankruptcy Court, Central District Of California | | CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY |
| Plaintiff: ALFONSO FIERO, ETC., ET AL. | | |
| Defendant: CERY B. PERLE, ETC. | | |

| PROOF OF SERVICE<br>ALIAS SUMMONS AND | Hearing Date: | Time: | Dept/Div: | Case Number:<br>06-01971-BB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Alias Summons And Notice Of Status Conference; First Amended Complaint.

3. a. Party served:  LINDA J. CHU
   b. Person served: HENRY GUEVARRA, ASSISTANT, AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served: 707 WILSHIRE BLVD
   LOS ANGELES, CA 90017

5. I served the party:
   b. **by substituted service.** On: Thu., Jan. 11, 2007 at: 2:00PM by leaving the copies with or in the presence of:
   HENRY GUEVARRA, ASSISTANT, AUTHORIZED TO ACCEPT SERVICE.
   (1) **(Business)** Authorized to Accept. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Thu., Jan. 11, 2007 from: LOS ANGELES, CA

7. *Person Who Served Papers:*
   a. DOUG FORREST

   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
     (i) Owner
     (ii) Registration No.:  5141
     (iii) County:  Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, Jan. 17, 2007

   (DOUG FORREST)

   Judicial Council Form                    PROOF OF SERVICE
   Rule 982.9.(a)&(b) Rev January 1, 2007   ALIAS SUMMONS AND              3729900.lessc.48794