KENNETH N. RUSSAK # 107283
DAVID L. STANTON # 208079
AVISHA PATEL # 217649
avisha.patel@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

**ORIGINAL**

FILED
JAN 3 1 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CERY B. PERLE,<br><br>    Debtor. | No. LA 01-26497-BB<br><br>ADV06-01971BB<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE ANY CLAIM |
| ALFONSO FIERO, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor FIERO BROTHERS, INC., Assignor, pursuant to the Assignment dated March 1, 2006,<br><br>    Plaintiff,<br><br>vs.<br><br>CERY B. PERLE,<br><br>    Defendant. | [Filed concurrently with Notice of Motion and Motion to Dismiss for Failure To State a Claim, and [Proposed] Order thereon]<br><br>Date: Feburary 27, 2007<br>Time: 2:00 pm<br>Dept: 1475<br>Judge: Hon. Sheri Bluebond |

600246560v2

- 1 -

1    TO THE HONORABLE JUDGE BLUEBOND, PLAINTIFF, AND ALL PARTIES

2    IN INTEREST AND THEIR ATTORNEYS OF RECORD:

3    Defendant Cery B. Perle ("Defendant") hereby requests, pursuant to Federal Rule of

4    Evidence 201, made applicable here by Federal Rule of Bankruptcy Procedure 9017, that

5    the Bankruptcy Court take judicial notice of the following documents, which are matters of

6    public record filed in the Chapter 7 Bankruptcy of Cery B. Perle, commenced in the Central

7    District of California, Case No. 01-26497.

8    • Exhibit "A"    Docket for Bankruptcy Petition #: 2.01 –bk-26497BB

9    • Exhibit "B"    Order Closing Case

10   I.    Exhibits A and B

11   Defendant seeks judicial notice of Exhibits A and B on the ground that a District

12   Court may take judicial notice of pleadings, judgments, and prior court orders in earlier

13   related proceedings in the litigation. <u>Asdar Group v. Pillsbury, Madison, & Sutro</u>, 99 F.3d

14   289, 290 n. 1 (9th Cir. 1996). The attached Exhibits A and B are true and correct copies of

15   documents on file with this Court in Defendant's bankruptcy proceeding.

16   Dated: January 31, 2007

17

18                                       PILLSBURY WINTHROP SHAW PITTMAN LLP
                                         KENNETH N. RUSSAK
                                         DAVID L. STANTON
19                                       AVISHA A. PATEL
                                         725 South Figueroa Street, Suite 2800
20                                       Los Angeles, CA 90017-5406

21                                       By_____
                                              Kenneth N. Russak
22                                       Attorneys for Defendant
                                         CERY B. PERLE
23

24

25

26

27

28

**727OBJ, REOPENED**

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
### Bankruptcy Petition #: 2:01-bk-26497-BB

*Assigned to:* Sheri Bluebond
Chapter 7
Voluntary
No asset

*Date Filed:* 05/25/2001
*Date Reopened:* 09/13/2006
*Date Discharged:* 03/11/2002

*Debtor*
**Cery Bradley Perle**
9190 W Olympic Bl #322
Beverly Hills, CA 90212
SSN: xxx-xx-7006

represented by **Cery Bradley Perle**
PRO SE

*Trustee*
**Linda J Chu**
515 South Flower Street, Suite 440
Los Angeles, CA 90071
(213) 688-1300

| Filing Date | # | Docket Text |
|---|---|---|
| 05/25/2001 | 1 | Voluntary petition under chapter 7 [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 2 | Statement of related cases [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 3 | Notice of available chapters [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 4 | Summary of schedules [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 5 | Schedule A filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 6 | Schedule B filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 7 | Schedule C filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 8 | Schedule D filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 9 | Schedule E filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 10 | Schedule F filed [GRI] (Entered: 05/29/2001) |

EXHIBIT C
PAGE 17

EXHIBIT A
PAGE 3

| | | |
|---|---|---|
| 05/25/2001 | 11 | Schedule G filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 12 | Schedule H filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 13 | Schedule I filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 14 | Schedule J filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 15 | Declaration concerning debtor's schedules [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 16 | Statement of financial affairs [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 17 | Statement of intention [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 18 | Statement of assistance of non-attorney [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 19 | Verification of creditor matrix [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 20 | Matrix [mailing list] [GRI] (Entered: 05/29/2001) |
| 05/29/2001 | 21 | Notice of 341a meeting [requested from BNC] hearing on 06/29/2001 at 2:30 p.m. at 221 N. Figueroa St., Ste. 101, Los Angeles, CA 90012 [Rescheduled] [OVI] (Entered: 05/29/2001) |
| 06/01/2001 | 22 | Certificate of mailing RE: Item# 21 [BNC] (Entered: 06/05/2001) |
| 06/06/2001 | 23 | Request for special notice filed by Oswald & Yap for Cynthia Green with proof of service. [DOM] (Entered: 06/07/2001) |
| 07/03/2001 | 24 | Amendment to schedule[s] with proof of service RE: Item# 4 [CCM] (Entered: 07/05/2001) |
| 07/03/2001 | 25 | Schedule F filed RE: Item# 10 [CCM] Original NIBS Entry Number: 24A (Entered: 07/05/2001) |
| 07/13/2001 | 26 | Trustee worksheet; meeting continued postponed to 08/03/2001 at 4:30 p.m. at 221 N. Figueroa St., Ste. 101, Los Angeles, CA 90012 RE: Item# 21[Rescheduled] [CCB] Original NIBS Entry Number: 25 (Entered: 07/17/2001) |
| 07/13/2001 | 27 | Notice of continued meeting of creditors and appearance of debtor [11 usc 341[a]] [CCB] Original NIBS Entry Number: 26 (Entered: 07/17/2001) |

EXHIBIT C
PAGE 16

EXHIBIT 7
PAGE 4

| | | |
|---|---|---|
| 07/18/2001 | 28 | Notice of motion & motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY re: 2000 Mercedes-Benz E430, VIN WDBJF70J4YB120936, MOVANT: MERCEDES-BENZ CREDIT CORPORATION, By: Rebecca A. Caley, [714] 529-1400, with proof of service hearing on 08/14/2001 at 10:00 a.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012[Disposed] [LS2] Original NIBS Entry Number: 27 (Entered: 07/19/2001) |
| 07/18/2001 | 29 | Notice of motion & motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY re: 1998 BMW 740iL, VIN WBAGJ8326WDM23168, MOVANT: BMW FINANCIAL SERVICES NA, LLC, By: Rebecca A. Caley, [714] 529-1400, with proof of service hearing on 08/14/2001 at 10:00 a.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012 [Disposed] [LS2 ] Original NIBS Entry Number: 28 (Entered: 07/19/2001) |
| 08/08/2001 | 30 | Request for special notice Filed by Jeff E. Scott attorney for Corsair Capital Partners, L.P. and Alternative Investments, L.P.; with proof of service [CCB] Original NIBS Entry Number: 29 (Entered: 08/09/2001) |
| 08/14/2001 | 31 | ORDER granting [in whole or in part] relief from the automatic stay PERSONAL PROPERTY ; With notice of entry RE: Item# 28 [MG] Original NIBS Entry Number: 30 (Entered: 08/14/2001) |
| 08/14/2001 | 32 | ORDER granting [in whole or in part] relief from the automatic stay PERSONAL PROPERTY ; With notice of entry RE: Item# 29 [MG] Original NIBS Entry Number: 31 (Entered: 08/14/2001) |
| 08/14/2001 | 33 | Trustee worksheet; meeting continued postponed to 09/07/2001 at 2:30 p.m. at 221 N. Figueroa St., Ste. 101, Los Angeles, CA 90012 RE: Item# 26 [CCB] Original NIBS Entry Number: 32 (Entered: 08/15/2001) |
| 08/14/2001 | 34 | Notice of continued meeting of creditors and appearance of debtor [11 usc 341[a]] with proof of service [Rescheduled] [CCB] Original NIBS Entry Number: 33 (Entered: 08/15/2001) |
| 08/17/2001 | 35 | Hearing held on 08/14/01 re: relief from stay; RULING: GRANTED RE: Item# 28 [LSR] Original NIBS Entry Number: 34 (Entered: 08/17/2001) |
| 08/17/2001 | 36 | Hearing held on 08/14/01 re: relief from stay; RULING: GRANTED RE: Item# 29 [LSR] Original NIBS Entry Number: 35 (Entered: 08/17/2001) |

EXHIBIT C
PAGE 16

EXHIBIT A
PAGE 5

https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?214240038384449-L_889_0-1         11/13/2006

| 09/13/2001 | 37 | Trustee worksheet; meeting continued postponed to 10/29/2001 at 2:30 p.m. at 221 N. Figueroa St., Ste. 101, Los Angeles, CA 90012 RE: Item# 34[Rescheduled] [DOM] Original NIBS Entry Number: 36 (Entered: 09/19/2001) |
|---|---|---|
| 09/13/2001 | 38 | Notice of continued meeting of creditors and appearance of debtor filed by chapter 7 trustee Linda Chu. [DOM] Original NIBS Entry Number: 37 (Entered: 09/19/2001) |
| 09/26/2001 | 39 | Request for special notice and inclusion on master mailing list; filed by David B. Bloom attorney for Fisk & Pierce; with proof of service [CCB] Original NIBS Entry Number: 38 (Entered: 09/27/2001) |
| 11/07/2001 | 40 | Trustee worksheet; meeting continued postponed to 02/05/2002 at 2:30 p.m. at 221 N. Figueroa St., Ste. 101, Los Angeles, CA 90012 RE: Item# 37 [RG] Original NIBS Entry Number: 39 (Entered: 11/08/2001) |
| 11/07/2001 | 41 | Notice of continued meeting of creditors and appearance of debtor [11 usc 341[a]] [Rescheduled] [RG] Original NIBS Entry Number: 40 (Entered: 11/08/2001) |
| 01/16/2002 | 42 | Court's request to trustee for documents Original NIBS Entry Number: 41 Status report 341[a] meeting continued to 2/5/02 at 2:30 p.m. for debtor's compliance with trustee's request for further documents. [JD] Original NIBS Entry Number: 41 (Entered: 01/16/2002) |
| 02/11/2002 | 43 | Trustee worksheet; meeting continued postponed to 04/01/2002 at 2:30 p.m. at 221 N. Figueroa St., Ste. 101, Los Angeles, CA 90012 RE: Item# 41 [DNR] Original NIBS Entry Number: 42 (Entered: 02/12/2002) |
| 02/11/2002 | 44 | Notice of continued meeting of creditors and appearance of debtor [11 usc 341[a]] [DNR] Original NIBS Entry Number: 43 (Entered: 02/12/2002) |
| 02/28/2002 | 45 | Trustee worksheet; meeting concluded [RG] Original NIBS Entry Number: 44 (Entered: 03/04/2002) |
| 02/28/2002 | 46 | Final report of trustee in no asset case [RG] Original NIBS Entry Number: 45 (Entered: 03/04/2002) |
| 03/11/2002 | <u>47</u> | DISCHARGE OF DEBTOR [requested from BNC] [OD] Original NIBS Entry Number: 46 (Entered: 03/11/2002) |
| 03/14/2002 | 48 | Certificate of mailing RE: Item# 47 [BNC] Original NIBS Entry |

EXHIBIT C
PAGE 19

EXHIBIT A
PAGE 6

| | | |
|---|---|---|
| | | Number: 47 (Entered: 03/15/2002) |
| 03/28/2002 | 49 | ORDER closing case DISCHARGED [GLW] Original NIBS Entry Number: 48 (Entered: 03/28/2002) |
| 09/07/2006 | 50 | Motion to Reopen Chapter 7 Case and NOTICE of Motion to reopen Bankruptcy Case to file complaint to determine dischargeability of a debt; Receipt Number none, Fee Amount $220; Filed by Creditor Alfonso Fiero; with proof of service. (Wesley, Wendy Ann) (Entered: 09/11/2006) |
| 09/12/2006 | 51 | Order Granting Motion To Reopen Case (Related Doc # 50) for a period of 90 days from the entry hereof and may be automatically reclosed at the expiration of this 90 day period without further order of the court; Signed on 9/12/2006. (Wesley, Wendy Ann) (Entered: 09/13/2006) |
| 10/10/2006 | 52 | Adversary case 2:06-ap-01971. Complaint by Alfonso Fiero, Fiero Brothers Inc against Cery B Perle. Receipt Number O, Fee Amount $250 Nature of Suit: (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) ,(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)) ,(41 (Objection / revocation of discharge - 727(c),(d),(e))) ,(91 (Declaratory judgment)) ,(21 (Validity, priority or extent of lien or other interest in property))(Mcguire, Debra) (Entered: 10/10/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/13/2006 09:33:05 | | | |
| PACER Login: | pw0444 | Client Code: | 069133-0000001-14243 |
| Description: | Docket Report | Search Criteria: | 2:01-bk-26497-BB Fil or Ent: filed From: 8/15/2000 To: 11/13/2006 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 3 | Cost: | 0.24 |

EXHIBIT C
PAGE 18

EXHIBIT A
PAGE 7

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| Debtor(s) Name:<br><br>PERLE, CERY BRADLEY | For Court Use Only | FILED<br><br>MAR 28 2002<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY   GLW    DEPUTY CLERK |
|---|---|---|
| Chapter:  7<br>Case Number: LA01-26497-BB | **ORDER CLOSING CASE** | |

Order of Discharge in the above referenced case was entered on 03/11/2002, and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged from his/her duties in this case, his/her bond is exonerated, and the case is closed.

*By Order of the United States Bankruptcy Court*

Date: 03/28/2002        Jon D. Ceretto
                        *Clerk of Court*

*48 /GLW*

EXHIBIT B
PAGE 8

Docket No. LA 01-26497-BB

ADV06-01971BB

<u>PROOF OF SERVICE BY MAIL</u>

I, Judy Iott, the undersigned, hereby declare as follows:

1.  I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Los Angeles, California.

2.  My business address is 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406.

3.  I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4.  On January 31, 2007, at 725 South Figueroa Street, Suite 2800, Los Angeles, California, I served a true copy of the attached document(s) titled exactly: <u>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE ANY CLAIM</u> by placing it in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

Trustee
Linda J. Chu
515 South Flower Street, Suite 440
Los Angeles, CA 90071

600220872v1                PROOF OF SERVICE BY MAIL

Case No. LA 01-26497-BB
Adv. No. 06-10971

1 Leslie Schwaebe Akins
Dennis R. Villavicencio
2 Akins & Villavicencio, LLP
P.O. Box 131253
3 Carlsbad, CA 92013

4

5     I declare under penalty of perjury under the laws of the State of California that the

6 foregoing is true and correct. Executed this 31st day of January 31, 2007, at Los Angeles,

7 California.

8

9

10 _____
                        Judy Iott
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 600220872v1         PROOF OF SERVICE BY MAIL

Case No. LA 01-26497-BB
Adv. No. 06-10971