*ORIGINAL*

1  Leslie Schwaebe Akins (Bar No. 138678)
   Dennis R. Villavicencio (Bar No. 166300)
2  AKINS & VILLAVICENCIO, LLP
   7157 Argonauta Way
3  Carlsbad, California 92009
   (760) 931-2920 telephone
4  (760) 603-0547 facsimile

5  Attorney for Plaintiff
   Alfonso Fiero

6

**FILED**

FEB 1 3 2007

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA
               LOS ANGELES DIVISION

9

10  In re:                          CASE NO. LA-01-26497 BB

11  CERY B. PERLE,                  Adv. 06-01971 BB

12           Debtor,                

                                    **REQUEST FOR JUDICIAL NOTICE**
13                                  FILED IN SUPPORT OF PLAINTIFF
                                    ALFONSO FIERO'S OPPOSITION TO
14                                  DEFENDANT/ DEBTOR CERY B.
                                    PERLE'S MOTION TO DISMISS FIRST
15                                  AMENDED COMPLAINT FOR FAILURE
                                    TO STATE ANY CLAIM
16  ALFONSO FIERO, an individual, as
    Assignee of the Judgment issued April
17  6, 1999 in favor of Judgment Creditor   [Filed concurrently with Plaintiff Alfonso
    FIERO BROTHERS, INC., Assignor,         Fiero's Opposition to Defendant/Debtor
18  pursuant to Assignment dated March 1,   Cery B. Perle's Motion to Dismiss First
    2006,                                   Amended Complaint for Failure to State
19           Plaintiff,                     Any Claim]

20  v.                              Date:   February 27, 2008
                                    Time:   2:00 p.m.
21  CERY B. PERLE,                  Dept.:  1475
                                    Judge:  Hon. Sheri Bluebond
22           Defendant.

23

24      TO THE HONORABLE JUDGE BLUEBOND, DEFENDANT, AND ALL PARTIES IN

25  INTEREST AND TO THEIR ATTORNEYS OF RECORD:

26      Plaintiff Alfonso Fiero, as Assignee of the Judgment issued April 6, 1999 in favor of

27  Judgment Creditor Fiero Brothers, Inc.("Fiero"), Assignor, pursuant to Assignment dated

28  March 1, 2006 (hereafter, "Plaintiff"), hereby requests, pursuant to Federal Rule of

1  Evidence 201, made applicable here by Federal Rule of Bankruptcy Procedure 9017, that

2  the Bankruptcy Court take judicial notice of the following documents, which are matters of

3  public record filed in the Chapter 7 Bankruptcy of Cery B. Perle, commenced in the Central

4  District of California, Case No. 01-26497.

5        • Exhibit "A"   Docket for Adversary Proceeding 01-ap-02219-BB,

6                        entitled Alternative Investments LP and Corsair Capital

7                        Partners v. Cery Bradley Perle

8        • Exhibit "B"   Docket for Adversary Proceeding 01-ap-02197-BB,

9                        entitled Cynthia Green v. Cery Bradley Perle

10       • Exhibit "C"   Docket for Adversary Proceeding 01-ap-02475-BB,

11                       entitled Jennifer Fisk, Jay T Pierce and Raymond Fisk

12                       v. Cery Bradley Perle

13       • Exhibit "D"   Dismissal With Prejudice in Adversary Proceeding 01-

14                       ap-02475-BB, entitled Jennifer Fisk, Jay T Pierce and

15                       Raymond Fisk v. Cery Bradley Perle entered May 31,

16                       2006

17       Plaintiff seeks judicial notice of Exhibits A, B, C and D on the ground that a District

18  Court may take judicial notice of pleadings, judgments, and prior court orders in earlier

19  related proceedings in the litigation. *Asdar Group v. Pillsbury, Madison & Sutro*, 99 F.3d

20  289, 290 n.1 (9th Cir. 1996). The attached Exhibits A, B, C and D are true and correct

21  copies of the Bankruptcy Court Dockets for the three adverse proceedings, and one

22  Dismissal With Prejudice entered in the adversary proceeding identified at Exhibit D, each

23  obtained through PACER, as reflected in the public records of this Court.

24

25  Dated: February 12, 2007          AKINS & VILLAVICENCIO, LLP

26                                    By:

27                                       Leslie Schwaebe Akins, Esq.
                                         Attorney for Plaintiff
28                                       Alfonso Fiero

**EXHIBIT A**

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
## Adversary Proceeding #: 2:01-ap-02219-BB

*Assigned to:* Sheri Bluebond
*Related BK Case:* 01-26497
*Related BK Title:* Cery Bradley Perle
*Related BK Chapter:* 7
*Demand:* $686000
*Nature[s] of Suit:* 426 Dischargeability 523

*Date Filed:* 08/28/01
*Date Terminated:* 07/11/03

## Plaintiff

---------------

**Alternative Investments L P**
One Sansome Street 29th Floor
San Francisco, CA 94104

represented by **Jeff E Scott**
2450 Colorado Ave Ste 400e
Santa Monica, CA 90404
310-586-7700

represented by
PRO SE

**Corsair Capital Partners L P**
One Sansome Street 29th Floor

represented by **Jeff E Scott**
(See above for address)

V.

## Defendant

---------------

**Cery Bradley Perle**
9190 West Olympic Blvd #322
Beverly Hills, CA 90212

represented by **H Thomas Fehn**
11755 Wilshire Blvd, 15th Fl
Los Angeles, CA 90025-1521
310-473-6338

| Filing Date | # | Docket Text |
|---|---|---|
| 08/28/2001 | 1 | Complaint filed in re: LA-01-26497-BB; to determine dischargeability of debt under 11 u.s.c. □ 523; Demand for jury trial. Receipt No. LA-034354; $150.00 hearing on 10/30/2001 at 2:00 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012 [Rescheduled] [MG] (Entered: 08/30/2001) |
| 08/28/2001 | 3 | Notice of the Pro Bono Program mailed to plaintiff [MG] Original NIBS Entry Number: 2A (Entered: 08/30/2001) |
| 08/28/2001 | 4 | Notice pursuant to rule 7026-1 of the local bankruptcy rules of the Central District of California RE: Item# 1 [MG] Original NIBS Entry |

Exhibit __A__
Page __3__

| | | |
|---|---|---|
| | | Number: 3 (Entered: 08/30/2001) |
| 08/30/2001 | 2 | Summons and notice of status conference issued on 8/30/01; answer due 10/01/01; status conference hearing on 10/30/2001 at 2:00 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012 RE: Item# 1 [MG] (Entered: 08/30/2001) |
| 09/07/2001 | 5 | Proof of service of summons and complaint; rule 7026-1 notice; adversary proceeding sheet RE: Item# 2 [MG] Original NIBS Entry Number: 4 (Entered: 09/10/2001) |
| 10/01/2001 | 6 | Answer filed to complaint to determine dischargeability of debt, filed by defendant Cery Bradley Perle, with proof of service RE: Item# 2 [GHR] Original NIBS Entry Number: 5 (Entered: 10/02/2001) |
| 10/18/2001 | 7 | Status report JOINT, filed by Jeff E. Scott, with proof of service RE: Item# 2 [GHR] Original NIBS Entry Number: 6 (Entered: 10/19/2001) |
| 11/01/2001 | 8 | ORDER to show cause why sanctions should not be imposed on defendant for failure to attend status conference and continuing status conference, with certificate of mailing hearing on 11/20/2001 at 2:30 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012 [Dispos ed] [YR] Original NIBS Entry Number: 7 (Entered: 11/02/2001) |
| 11/02/2001 | 9 | Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule filed by Jeff E. Scott, with proof of service [Disposed] [GHR] Original NIBS Entry Number: 8 (Entered: 11/06/2001) |
| 11/05/2001 | 10 | ORDER on application of non-resident attorney to appear in a specific case per Local Bankruptcy rule GRANTED RE: Item# 9 [GHR] Original NIBS Entry Number: 9 (Entered: 11/06/2001) |
| 11/20/2001 | 11 | Answer filed to complaint to determine nondischargeability of debt, filed by Cery Bradley Perle, with proof of service RE: Item# 9 Original NIBS Entry Number: 10 ENTERED DUE TO CLERICAL ERROR [Please see AD01-02475 BB, entry # 11] RE: Item# 6 [GHR] Original NIBS Entry Number: 10 (Entered: 11/21/2001) |
| 11/21/2001 | 12 | ORDER re: sanctions imposed by court to be paid to the court g Traurig, LLP, attorneys for plaintiff, and Cery Bradley Perle, defendant pro se, in the amount of $150.00 each is GRANTED; and, the pre-trial conference is hereby scheduled for 2/26/02 @ 3:00 p.m., in Courtroom 1475, located at 255 E. Temple Street, Lo s Angeles, |

Exhibit  A
Page .  4

| | | |
|---|---|---|
| | | CA 90012, with certificate of mailing RE: Item# 6 Original NIBS Entry Number: 11 Notice of continued joint/pre-trial conference postponed to 02/26/2002 at 3:00 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012 [YR] Original NIBS Entry Number: 11 (Entered: 11/26/2001) |
| 11/21/2001 | 13 | ORDER vacating an order to show cause why sanctions should not be imposed on defendant for failure to attend status conference is GRANTED, with certificate of mailing RE: Item# 8 [YR] Original NIBS Entry Number: 12 (Entered: 11/26/2001) |
| 01/24/2002 | 14 | Declaration of Laura D. Castner re early meeting of counsel and exchange of information pursuant to local rule 7026-1; filed by Laura D. Castner, with proof of service RE: Item# 12 [GHR] Original NIBS Entry Number: 13 (Entered: 01/25/2002) |
| 01/30/2002 | 15 | Notice of status conference; filed by Laura D. Castner, with proof of service [GHR] Original NIBS Entry Number: 14 (Entered: 02/01/2002) |
| 02/12/2002 | 16 | Status report JOINT, filed by Laura D. Castner [GHR] Original NIBS Entry Number: 15 (Entered: 02/13/2002) |
| 02/14/2002 | 17 | Declaration of Laura D. Castner re Failure of defendant to cooperate in preparing joint status report; filed by Laura D. Castner with proof of service [GHR] Original NIBS Entry Number: 16 (Entered: 02/15/2002) |
| 02/20/2002 | 18 | Status report JOINT; filed by Laura D. Castner [GHR] Original NIBS Entry Number: 17 (Entered: 02/21/2002) |
| 02/20/2002 | 19 | Proof of service of Joint Status Conference filed by Laura D. Castner RE: Item# 18 [GHR] Original NIBS Entry Number: 18 (Entered: 02/21/2002) |
| 02/26/2002 | 20 | ORDER to continue/reschedule hearing re: Pretrial Conference continued to 5/28/02 at 3:00 p.m., Joint pretrial order shall be filed no later than 5/14/02; pretrial motions [except motions in limine] shall be filed no later than 5/14/02; discovery cutoff shall be continued to 4/30/02; see or der for details [GRANTED by STIPULATION], with proof of service [GHR] Original NIBS Entry Number: 19 (Entered: 02/27/2002) |
| 03/04/2002 | 21 | ORDER to show cause why sanctions should not be imposed on defendant for failure to cooperate regarding early meeting of counsel and initial disclosures hearing on 03/26/2002 at 3:00 p.m. at 255 E. |

Exhibit     A
Page     5

| | | Temple St., Courtroom 1475, Los Angeles, CA 90012[Disposed] [LS2] Original NIBS Entry Number: 20 (Entered: 03/05/2002) |
|---|---|---|
| 03/07/2002 | 22 | Proof of service filed by Laura D. Castner RE: Item# 21 [GHR] Original NIBS Entry Number: 21 (Entered: 03/08/2002) |
| 03/19/2002 | 23 | Declaration of Laura D. Castner re: order show cause re sanctions for defendant's failure to cooperate regarding early meeting of counsel and initial disclosures; with proof of service RE: Item# 21 [GHR] Original NIBS Entry Number: 22 (Entered: 03/20/2002) |
| 03/29/2002 | 24 | Hearing held on 3/26/02 at 3:00 p.m. re: Order to show cause why sanctions should not be imposed on defendant for failure to cooperate regarding early meeting of counsel and initial disclosures - IMPOSE SANCTION OF $875 PAYABLE TO CORSAIR CAPITAL PARTNERS, ORDER TO F OLLOW RE: Item# 21 [LS2] Original NIBS Entry Number: 23 (Entered: 03/29/2002) |
| 04/02/2002 | 25 | ORDER re: Sanctions; debtor/defendant shall pay plaintiff Corsair Capital Partners L.P. the amount of $875.00 before 4/25/02; see order for deatils, with proof of service RE: Item# 21 [GHR] Original NIBS Entry Number: 24 (Entered: 04/03/2002) |
| 04/02/2002 | 26 | ORDER to show cause why debtor should not be further sanctioned for failure to comply with court order entered November 26, 2001; with certificate of mailing hearing on 05/28/2002 at 3:00 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012[Disposed] [GHR] Ori ginal NIBS Entry Number: 25 (Entered: 04/03/2002) |
| 04/26/2002 | 27 | Supplemental exchange of information by plaintiffs Corsair Capital Partners, L.P. and alternative investments, L.P. Pursuant to Local Bankruptcy Rule 7026-1 of the Central District of California; Filed by attorneys for plaintiffs; with proof of service [LSR] Origina l NIBS Entry Number: 26 (Entered: 04/29/2002) |
| 05/14/2002 | 28 | Motion for summary judgment and notice of motion of plaintiffs Corsair Capital Partners, L.P. and Alternative Investments, L.P., for summary judgment or, alternatively, for partial summary judgment, filed by Laura D. Castner, attorney for plaintiffs, Corsair Capital Partners, L.P. hearing on 06/18/2002 at 2:30 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012[Disposed] [LS2] Original NIBS Entry Number: 27 (Entered: 05/15/2002) |
| 05/14/2002 | 29 | Memorandum of points and authorities in support of motion of plaintiffs Corsair Capital Partners, L.P. and Alternative Investments, L.P., for summary judgment or, alternatively, for partial summary judgment, filed by Laura D. Castner, attorney for plaintiffs, Corsair Capital Partners, L.P. RE: Item# 28 [LS2] Original NIBS Entry |

| Exhibit | A |
|---|---|
| Page | 6 |

| | | |
|---|---|---|
| | | Number: 28 (Entered: 05/15/2002) |
| 05/14/2002 | 30 | Proof of service filed by Stacey A. Sautter RE: Item# 28 [LS2] Original NIBS Entry Number: 29 (Entered: 05/15/2002) |
| 05/14/2002 | 31 | Document: Appendix of evidence in support of motion of plaintiffs Corsair Capital Partners, L.P. and Alternative Investments, L.P., for summary judgment for, alternatively, for partial summary judgment RE: Item# 28 [LS2] Original NIBS Entry Number: 30 (Entered: 05/15/2002) |
| 05/14/2002 | 32 | Request for judicial notice in support of motion of plaintiffs Corsair Capital Partners, L.P. and Alternative Investments, L.P., for summary judgment or, alternatively, for partial summary judgment, filed by Laura D. Castner, attorney for plaintiffs, Corsair Capital Partners, L.P. RE: Item# 28 [LS2] Original NIBS Entry Number: 31 (Entered: 05/15/2002) |
| 05/16/2002 | 33 | Memorandum of points and authorities [Corrected] in support of motion of plaintiffs Corsair Capital Partners, L.P. and alternative investments, L.P., for summary judgment or, alternatively, for partial summary judgment; Filed by attorneys for plaintiffs; with proof of service RE: Item# 28 [LSR] Original NIBS Entry Number: 32 (Entered: 05/17/2002) |
| 05/20/2002 | 34 | Errata [notice of] re appendix of evidence in support of plaintiffs Corsair Capital Partners, L.P.'s and Alternative Investments, L.P.'s motion for summary judgment or, alternatively, for partial summary judgment; Filed by attorneys for plaintiffs; with proof o f service RE: Item# 31 [LSR] Original NIBS Entry Number: 33 (Entered: 05/21/2002) |
| 05/21/2002 | 35 | Declaration of Laura D. Castner re preparation and filing of [proposed] pretrial conference order; Filed by attorneys for plaintiffs RE: Item# 20 [LSR] Original NIBS Entry Number: 34 (Entered: 05/22/2002) |
| 05/21/2002 | 36 | Proof of service filed by attorneys for plaintiffs RE: Item# 35 [LSR] Original NIBS Entry Number: 35 (Entered: 05/22/2002) |
| 05/24/2002 | 37 | Supplemental declaration of Laura D. Castner re: Preparation and filing of [Proposed] Pretrial conference order. with proof of service. RE: Item# 20 [WAW] Original NIBS Entry Number: 36 (Entered: 05/28/2002) |
| 05/28/2002 | 38 | ORDER to continue/reschedule hearing re: joint pre-trial conference continued to 6/18/02 at 2:30 p.m. to determine trial date and whether |

| Exhibit | A |
|---|---|
| Page | 7 |

| | | |
|---|---|---|
| | | parties will consent to permit trial to be conducted by Bankruptcy Court [GRANTED] [SQ] Original NIBS Entry Number: 37 (Entered: 05/29/2002) |
| 05/28/2002 | 39 | ORDER not signed re: pre-trial order [SQ] Original NIBS Entry Number: 38 (Entered: 05/29/2002) |
| 05/30/2002 | 40 | Hearing held on 5/28/02 at 3:00 p.m. re: Order to show cause why debtor should not be further sanctioned for failure to comply with court order entered November 26, 2001 - DEBTOR TO PAY $150 BY FRIDAY, MAY 31, 2002 AND ADDITIONAL $100 BY JUNE 28, 2002 AND COURT WILL PREPARE ORDER RE: Item# 26 [LS2] Original NIBS Entry Number: 39 (Entered: 05/30/2002) |
| 05/30/2002 | 41 | Hearing held on 5/30/02 at 2:30 p.m. re: Pretrial conference re: complaint to determine dischargeability of debt inder 11 usc section 523; Demand for jury trial - TRIAL IS SET FOR 6/18/02 at 2:30 p.m. RE: Item# 1 [LS2] Original NIBS Entry Number: 40 (Entered: 05/30/2002) |
| 06/03/2002 | 42 | ORDER re: sanctions imposed by court to be paid to the court $100.00, against Cery Bradley Perle, for failure to comply with the Court's November 26, 2002 order imposing sanctions. Cery Bradley Perle shall pay the original $150.00 in Sanctions not later than May 31, 2002. Cery Bradley Perle shall pay the addition al $100.00 in sanctions no later than June 28, 2002; with certificate of mailing RE: Item# 1 Original NIBS Entry Number: 41 ORDER to show cause re sanctions for failure to comply with the Court's April 3, 2002 order to show cause hearing on 06/18/2002 at 2:30 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012 RE: Item# 1[Disposed] [YR] Original NIBS Entry Number: 41 Receipt for payment on Sanctions from CERY BRADLEY PERLE in the amount of $150.00, Receipt # LA023076, paid on 5/31/02. RE: Item# 1 Original NIBS Entry Number: 41 Receipt for payment for sanctions in the amount of $100.00 from Cery Perle. Paid on 6/18/02, Receipt # LA025566. RE: Item# 26 [WAW] Original NIBS Entry Number: 41 (Entered: 06/04/2002) |
| 06/04/2002 | 43 | Amendment/Amended proof of service; filed by Jeff E. Scott, Attorney for Plaintiffs RE: Item# 31 [SQ] Original NIBS Entry Number: 42 (Entered: 06/05/2002) |
| 06/07/2002 | 44 | Change of address , telephone number and facsimile number of Martin P. Russo to Martin P. Russo, Esq., MPR Law Practice, P.C., The Atrium at Rae Park, 8 John Walsh Boulevard, Suite 411, Peekskill, NY 10566, Tel: [914]739-6000, fax: [914]739-7810; Filed by Laura D. Castner , attorney for plaintiffs; with proof of service |

| Exhibit | A |
|---|---|
| Page | 8 |

| | | |
|---|---|---|
| | | [LSR] Original NIBS Entry Number: 43 (Entered: 06/10/2002) |
| 06/18/2002 | 45 | Substitution of attorney H. Thomas Fehn, Gregory J. Sherwin and Elizabeth Lowery in place of defendant Cery Bradly Perle in propria persona; Filed by defendant in pro per [LSR] Original NIBS Entry Number: 44 (Entered: 06/19/2002) |
| 06/18/2002 | 46 | ORDER granting/approving that Cery B. Perle, defendant in propria persona substitutes H. Thomas Fehn, Gregory J. Sherwin and Elizabeth Lowery of Fields, Fehn & Sherwin, 11755 Wilshire Blvd. Suite 1500, Los Angeles, CA 90025, [310]473-6338 as his attorneys of record in place of h imself in the adversary proceeding only; Filed by defendant in pro per [LSR] Original NIBS Entry Number: 44A (Entered: 06/19/2002) |
| 06/24/2002 | 47 | Hearing held on 06/18/02 re motion for summary judgment; RULING: CONTINUED HEARING ON 08/13/02 AT 2:30 P.M. RE: Item# 28 [LSR] Original NIBS Entry Number: 45 (Entered: 06/24/2002) |
| 06/24/2002 | 48 | Hearing held on 06/18/02 re continued pre-trial conference re complaint; RULING: CONTINUED TO 08/13/02 AT 2:30 P.M. RE: Item# 1 [LSR] Original NIBS Entry Number: 46 (Entered: 06/24/2002) |
| 06/24/2002 | 49 | Hearing held on 06/18/02 re Order to Show Cause re sanctions; RULING: $875.00 IS JUDGMENT FOR PLAINTIFF; CONTINUED HEARING ON ORDER TO SHOW CAUSE TO SEE IF $100.00 DUE 06/28/02 IS PAID; CONTINUED TO 08/13/02 AT 2:30 P.M. RE: Item# 42 [LSR] Original NIBS Entry Number : 47 (Entered: 06/24/2002) |
| 06/26/2002 | 50 | Proof of service of substitution of attorney and order thereon; filed by Cery B. Perle, Defendant on Pro Per RE: Item# 46 [SQ] Original NIBS Entry Number: 48 (Entered: 06/27/2002) |
| 07/12/2002 | 51 | Declaration of Steven N. Worthington in support of plaintiff's Corsair Capital Partners, L.P.'s and Alternative Investments, L.P.'s motion for summary judgment or, alternatively, for partial summary judgment; Filed by attorneys for plaintiffs RE: Item# 28 [LSR] Ori ginal NIBS Entry Number: 49 (Entered: 07/15/2002) |
| 07/12/2002 | 52 | Memorandum of points and authorities [Supplemental] in support of motion of plaintiff's Corsair Capital Partners, L.P.'s and Alternative Investments, L.P.'s for summary judgment or, alternatively, for partial summary judgment; Filed by attorneys for plaintiffs RE: Item# 28 [LSR] Original N IBS Entry Number: 50 (Entered: 07/15/2002) |

Exhibit _A_
Page _9_

| 07/12/2002 | 53 | Proof of service of Steven N. Worthington; Supplemental Memorandum of Points and Authorities; filed by attorneys for plaintiffs And RE: Item# 51 [LSR] Original NIBS Entry Number: 51 (Entered: 07/15/2002) |
| 07/12/2002 | 54 | Notice of change of firm name; Please take notice that the correct firm name for Martin P. Russo is: Martin P. Russo, Esq., Kurzman Eisenberg Corbin Lever & Goodman, LLP; Filed by attorneys for plaintiffs; with proof of service [LSR] Original NIBS Entry Number : 52 (Entered: 07/15/2002) |
| 07/15/2002 | 55 | Amendment/Amended [Corrected] Supplemental memorandum of points and authorities in support of motion of plaintiffs Corsair Capital Partners, L.P. and alternative Investments, L.P., for summary judgment or, alternatively, for partial summary judgment; Filed by attorneys fo r plaintiffs; with proof of service RE: Item# 52 [LSR] Original NIBS Entry Number: 53 (Entered: 07/16/2002) |
| 07/29/2002 | 56 | Memorandum of points and authorities by defendant Cery Perle in response to supplemental memorandum of points and authorities in support of plaintiffs' motion for summary judgment; Filed by attorneys for defendant; with proof of service RE: Item# 55 [LSR] Original NIBS Entry Number: 54 (Entered: 07/29/2002) |
| 07/29/2002 | 57 | Declaration of Gregory J. Sherwin in opposition to plaintiffs' motion for summary judgment; Filed by attorneys for defendant; with proof of service RE: Item# 28 [LSR] Original NIBS Entry Number: 55 (Entered: 07/29/2002) |
| 07/29/2002 | 58 | Declaration of defendant Cery Perle in opposition to plaintiffs' motion for summary judgment; Filed by attorneys for defendant; with proof of service RE: Item# 28 [LSR] Original NIBS Entry Number: 56 . (Entered: 07/29/2002) |
| 07/30/2002 | 59 | Objection by defendant Cery Perle to plaintiffs' evidence in support of their motion for summary judgment; Filed by attorneys for defendant; with proof of service RE: Item# 28 [LSR] Original NIBS Entry Number: 57 (Entered: 07/30/2002) |
| 08/06/2002 | 60 | Reply memorandum of points and authorities in support of motion of plaintiffs Corsair Capital Partners, L.P. and Alternative Investments, L.P., for summary judgment or, alternatively, for partial summary judgment; Filed by attorneys for plaintiffs Corsair Capi tal Parners, L.P. and Alternative Investments, L.P. RE: Item# 28 [LSR] Original NIBS Entry Number: 58 (Entered: 08/07/2002) |
| 08/06/2002 | 61 | Declaration of Laura D. Castner in support of plaintiffs Corsair |

Exhibit    A
Page      10

| | | |
|---|---|---|
| | | Capital Partners, L.P.'s and Alternative Investments, L.P.'s motion for summary judgment or, alternatively, for partial summary judgment; Filed by attorneys for plaintiffs Corsair Capital Parners, L.P. and Alternative Investments, L.P. RE: Item# 28 [LSR] Original NIBS Entry Number: 59 (Entered: 08/07/2002) |
| 08/06/2002 | 62 | Declaration [Supplemental] of Steven N. Worthington in support of plaintiffs Corsair Capital Partners, L.P.'s and Alternative Investments, L.P.'s motion for summary judgment or, alternatively, for partial summary judgment; Filed by attorneys for plaintiffs Corsair C apital Parners, L.P. and Alternative Investments, L.P. RE: Item# 28 [LSR] Original NIBS Entry Number: 60 (Entered: 08/07/2002) |
| 08/06/2002 | 63 | Proof of service ys for plaintiffs Corsair Capital Parners, L.P. and Alternative Investments, L.P.<br>And<br>And RE: Item# 60 [LSR] Original NIBS Entry Number: 61 (Entered: 08/07/2002) |
| 08/07/2002 | 64 | Objection itted by defendant Cery Perle in opposition to motion of plaintiffs Corsair Capital Partners, L.P. and Alternative Investments, L.P., for summary judgment or, alternatively, for partial summary judgment; Filed by attorneys for plaintiffs Corsair Capital Parners, L.P. and Alternative Investments, L.P.; with proof of service<br>And RE: Item# 28 [LSR] Original NIBS Entry Number: 62 (Entered: 08/08/2002) |
| 08/13/2002 | 65 | Findings of fact and conclusions of law and [Statement of] uncontroverted facts in support of the motion of plaintiffs Corsair Capital Partners, L.P. and alternative investments, L.P., for summary judgment or, alternatively, for partial summary judgment RE: Item# 28 [LSR] Original NIBS Entry Number: 63 (Entered: 08/14/2002) |
| 08/13/2002 | 66 | ORDER not signed - Alternate order to be signed re: [Proposed] Final summary judgment of nondischargeability of debt against defendant Cery Bradley Perle RE: Item# 1 [LSR] Original NIBS Entry Number: 64 (Entered: 08/14/2002) |
| 08/16/2002 | 67 | ORDER re: resolving Order to show cause why sanctions should not be imposed for failure to comply with the Court's April 3, 2002 order to show cause. ORDERED that sanctions shall not be imposed on the defendant. With Certificate of Service by mail. RE: Item# 42 [ WAW] Original NIBS Entry Number: 65 (Entered: 08/16/2002) |
| 08/21/2002 | 68 | Hearing held on 08/13/02 re continued motion for summary judgment; RULING: TENTATIVE IS RULING [See tentative ruling for details] - Summary judgment on [a][6] for plaintiff, for defendant on [a][2][A] and [a][4]; Put in order procedure for determining |

| | |
|---|---|
| Exhibit | A |
| Page | 11 |

| | | |
|---|---|---|
| | | amount already paid. ORDER TO FOLLOW plus sign findings already have RE: Item# 28 [LSR] Original NIBS Entry Number: 66 (Entered: 08/21/2002) |
| 09/05/2002 | 69 | ORDER approving summary judgment [Final] of nondischargeability of debt against defendant Cery Bradley Perle; Plaintiff's motion is GRANTED [See order for details] RE: Item# 28 [LSR] Original NIBS Entry Number: 67 (Entered: 09/05/2002) |
| 09/13/2002 | 70 | Notice of appeal filed by Gregory Sherwin, attorney for Cery Bradley Perle, Appellant; Receipt No. LA-038302; $105.00 BAP No. CC-02-1502 RE: Item# 69[Disposed] [RB] Original NIBS Entry Number: 68 (Entered: 09/16/2002) |
| 09/13/2002 | 71 | Document: certification as to interested parties; filed by Gregory J. Sherwin, attorney for Cery Bradley Perle, appellant/defendant; with proof of service RE: Item# 70 [RB] Original NIBS Entry Number: 69 (Entered: 09/16/2002) |
| 09/17/2002 | 72 | Notice of referral of appeal to BAP with certificate of mailing RE: Item# 70 [LSR] Original NIBS Entry Number: 70 (Entered: 09/17/2002) |
| 10/29/2002 | 73 | Appeal deficiency letter to BAP/DC No statement of issues, designation of record, or notice of transcript filed in BAP No. CC-02-1502 RE: Item# 70 [LSR] Original NIBS Entry Number: 71 (Entered: 10/29/2002) |
| 11/18/2002 | 74 | Statement of issues on appeal by appellant Cery Bradley Perle; Filed by Gregory J. Sherwin, attorney for defendant; with proof of service RE: Item# 70 [LSR] Original NIBS Entry Number: 72 (Entered: 11/19/2002) |
| 11/18/2002 | 75 | Designation of record on appeal by appellant Cery Bradley Perle; Filed by Gregory J. Sherwin, attorney for defendant; with proof of service RE: Item# 70 [LSR] Original NIBS Entry Number: 73 (Entered: 11/19/2002) |
| 11/18/2002 | 76 | Notice of transcripts filed by Gregory J. Sherwin, attorney for Cery Bradley Perle; NO TRANSCRIPTS DESIGNATED; with proof of service RE: Item# 70 [LSR] Original NIBS Entry Number: 74 (Entered: 11/19/2002) |
| 11/19/2002 | 77 | Abstract of judgment filed by Laura D. Castner, attorney for plaintiff. A judgment was entered on 09/05/2002 for the principal amount of $685,825.00 in favor of Corsair Capital Partners, plaintiff and against Cery B. Perle, debtor/defendant. [RAI] Original NIBS Entry |

Exhibit A
Page 12

| | | |
|---|---|---|
| | | Number : 75 (Entered: 11/20/2002) |
| 11/22/2002 | 78 | Notice of deficient appeal and impending dismissal in re: BAP No. CC-02-1502 [filed at BAP 11/04/02] RE: Item# 70 [LSR] Original NIBS Entry Number: 76 (Entered: 11/25/2002) |
| 11/22/2002 | 79 | Notice of declaration of Gregory J. Sherwin in response to notice of deficient appeal and impending dismissal in re: BAP No. CC-02-1502 [filed at BAP 11/18/02] RE: Item# 70 [LSR] Original NIBS Entry Number: 77 (Entered: 11/25/2002) |
| 11/27/2002 | 80 | Affidavit and request for issuance of writ of execution, Judgment for $685,825 in favor of Corsair Capital Partners LP and Alternative Investments LP, filed by Laura D Castner. [DP] Original NIBS Entry Number: 78 (Entered: 12/02/2002) |
| 11/27/2002 | 81 | Writ of execution Judgment was entered in favor of Corsair Capital Partners LP and alternative Investments LP. Total Judgement $685,825. RE: Item# 80 [DP] Original NIBS Entry Number: 79 (Entered: 12/02/2002) |
| 12/04/2002 | 82 | Designation of record on appeal by appellee filed by Laura D. Castner, attorney for APPELLEE: Corsair Capital Partners, L.P. and Alternative Investments, L.P.; with proof of service RE: Item# 70 [LSR] Original NIBS Entry Number: 80 (Entered: 12/05/2002) |
| 12/04/2002 | 83 | Notice of transcripts filed by Laura D. Castner, attorney for APPELLEE: Corsair Capital Partners, L.P. and Alternative Investments, L.P.; with proof of service; Hearing dates: 02/26/02 at 3:00 p.m., 03/26/02 at 3:00 p.m., 05/28/02 at 3:00 p.m., 06/18/02 at 2:30 p.m. and 08/13 /02 at 2:30 p.m. RE: Item# 70 [LSR] Original NIBS Entry Number: 81 (Entered: 12/05/2002) |
| 12/11/2002 | 84 | Affidavit and request for issuance of writ of execution filed by Laaura D. Castner, Esq., attorney for Plaintiff [Issued 12/11/02] On April 3, 2002, a Judgment for $875.00 was entered in favor of Corsair Capital Partners L.P. RE: Item# 25 [CGJ] Original NIBS Entr y Number: 82 (Entered: 12/17/2002) |
| 12/11/2002 | 85 | Writ of execution [On April 3, 2002, a judgment was entered in the amount of $875.00; further sums have accrued in the amount of $14.00 accrued interest [Refer to copy of writ] RE: Item# 84 [CGJ] Original NIBS Entry Number: 82A (Entered: 12/17/2002) |
| 01/22/2003 | 86 | Transcript filed 02/26/02 at 3:00 p.m. And RE: Item# 70 [LSR] Original NIBS Entry Number: 83 (Entered: 01/23/2003) |

Exhibit    A
Page    13

| 01/22/2003 | 87 | Transcript filed 03/26/02 at 3:00 p.m.<br>And RE: Item# 70 [LSR] Original NIBS Entry Number: 84 (Entered: 01/23/2003) |
| 01/22/2003 | 88 | Transcript filed 05/28/02 at 3:00 p.m.<br>And<br>And RE: Item# 70 [LSR] Original NIBS Entry Number: 85 (Entered: 01/23/2003) |
| 01/22/2003 | 89 | Transcript filed of hearing held 06/18/02 at 2:30 p.m. RE: Item# 70 [LSR] Original NIBS Entry Number: 86 (Entered: 01/23/2003) |
| 01/22/2003 | 90 | Transcript filed of hearing held 08/13/02 at 2:30 p.m. RE: Item# 70 [LSR] Original NIBS Entry Number: 87 (Entered: 01/23/2003) |
| 02/21/2003 | 91 | Certificate of readiness of record on appeal BAP No. CC-02-1502 RE: Item# 70 [LSR] Original NIBS Entry Number: 88 (Entered: 02/21/2003) |
| 05/30/2003 | 92 | BAP/USDC dismissal of appeal of BAP No. CC-02-1502 [filed at BAP 04/29/03] RE: Item# 70 [LSR] Original NIBS Entry Number: 89 (Entered: 06/03/2003) |
| 07/11/2003 | 93 | Adversary case closing SUMMARY JUDGMENT. [WAW] Original NIBS Entry Number: 90 (Entered: 07/11/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/13/2007 09:37:25 | | | |
| PACER Login: | la0241 | Client Code: | fiero |
| Description: | Docket Report | Search Criteria: | 2:01-ap-02219-BB Fil or Ent: filed From: 11/15/2000 To: 2/13/2007 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 7 | Cost: | 0.56 |

Exhibit   A
Page   14

**EXHIBIT B**

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
## Adversary Proceeding #: 2:01-ap-02197-BB

*Assigned to:* Sheri Bluebond
*Related BK Case:* 01-26497
*Related BK Title:* Cery Bradley Perle
*Related BK Chapter:* 7
*Demand:* $60000
*Nature[s] of Suit:* 426 Dischargeability 523

*Date Filed:* 08/28/01
*Date Terminated:* 05/09/02

## Plaintiff
------------------------

**Cynthia Green**
6 Sobrante
Aliso Viejo, CA 92656

represented by **Edward W Russey Iii**
16148 Sand Canyon Ave
Irvine, CA 92618
949-788-8900

V.

## Defendant
------------------------

**Cery Bradley Perle**
9190 W Olympic Blvd #322
Beverly Hills, CA 90212

represented by **Cery Bradley Perle**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 08/28/2001 | 1 | Complaint filed in re: LA-01-26497-BB; to determine non dischargeability of debt 11 u.s.c. □ 523[a][2][A]; and 523[a][4] Receipt No. LA-034240; $150.00 Receipt No. LA-034240; $150.00 hearing on 10/30/2001 at 2:00 p.m. at 255 E. Temple St., Courtroom 1475, Los An geles, CA 90012[Disposed] [MG] (Entered: 08/30/2001) |
| 08/30/2001 | 2 | Summons and notice of status conference issued on 8/30/01; answer due on 10/01/01 status conference hearing on 10/30/2001 at 2:00 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012 RE: Item# 1 [MG] (Entered: 08/30/2001) |
| 08/30/2001 | 3 | Notice of the Pro Bono Program mailed to plaintiff [MG] Original NIBS Entry Number: 2A (Entered: 08/30/2001) |
| 09/04/2001 | 4 | Summons service executed RE: Item# 2 [MG] Original NIBS Entry Number: 3 (Entered: 09/06/2001) |

Exhibit __B__
Page __15__

| | | |
|---|---|---|
| 10/01/2001 | 5 | Answer filed to complaint to determine dischargeability of debt; filed by defendant Cery Bradley Perle, with proof of service RE: Item# 2 [GHR] Original NIBS Entry Number: 4 (Entered: 10/02/2001) |
| 10/12/2001 | 6 | Notice re: Requirement of compliance with local rule 7026-1, filed by Edward W. Russey III with proof of service RE: Item# 2 [GHR] Original NIBS Entry Number: 5 (Entered: 10/16/2001) |
| 10/17/2001 | 7 | Status report UNILATERAL, filed by Edward W. Russey with proof of service [GHR] Original NIBS Entry Number: 6 (Entered: 10/19/2001) |
| 10/17/2001 | 8 | Declaration of Edward W. Russey, in support of Plaintiffs' unilateral status report in compliance with local rule 7016-1, with proof of service RE: Item# 7 [GHR] Original NIBS Entry Number: 7 (Entered: 10/19/2001) |
| 11/01/2001 | 9 | ORDER to show cause why sanctions should not be imposed on defendant for failure to attend status conference and continuing status conference, with certificate of mailing hearing on 12/04/2001 at 2:30 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012 [Dispos ed] [YR] Original NIBS Entry Number: 8 (Entered: 11/02/2001) |
| 11/16/2001 | 10 | Status report JOINT, filed by Edward W. Russey RE: Item# 2 [GHR] Original NIBS Entry Number: 9 (Entered: 11/19/2001) |
| 12/10/2001 | 11 | Notice of Pre-Trial conference; filed by Edward W. Russey, with proof of service [GHR] Original NIBS Entry Number: 10 (Entered: 12/10/2001) |
| 12/10/2001 | 12 | ORDER re: resolving order to show cause why sanctions should not be imposed on defendant for failure to attend status conference; with certificate of mailing RE: Item# 9 [GHR] Original NIBS Entry Number: 11 (Entered: 12/11/2001) |
| 12/12/2001 | 13 | Hearing held on 12/04/01 re continued status conference re complaint; RULING: PRETRIAL CONFERENCE SET FOR 02/26/02 AT 3:00 P.M. RE: Item# 1 [LSR] Original NIBS Entry Number: 12 (Entered: 12/12/2001) |
| 01/14/2002 | 14 | Scheduling order re-trial order is due on 2/12/02; with proof of service and notice of entry RE: Item# 1 Original NIBS Entry Number: 13 Status conference date continued [Pre-Trial conference] postponed to 02/26/2002 at 3:00 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012 RE: Item# 9 [GHR] Original NIBS Entry |

Exhibit   B
Page   16

| | | |
|---|---|---|
| | | Number: 13 (Entered: 01/16/2002) |
| 02/26/2002 | 16 | ORDER not signed re: pretrial order RE: Item# 15 [GHR] Original NIBS Entry Number: 15 (Entered: 02/27/2002) |
| 02/27/2002 | 15 | ORDER re: Setting trial date for 3/21/02 at 10:00 a.m., and establishing procedures for conduct of court trial, with certificate of service by mail [GHR] Original NIBS Entry Number: 14 (Entered: 02/27/2002) |
| 03/01/2002 | 17 | Hearing held on 02/26/02 re complaint; RULING: TRIAL FOR 05/21/02 AT 10:00 A.M. RE: Item# 1 [LSR] Original NIBS Entry Number: 16 (Entered: 03/01/2002) |
| 03/14/2002 | 18 | Pre-trial order [Amended order] JOINT, 5/21/02 at 10:00 a.m., crtrm 1475 [GRANTED], with proof of service RE: Item# 15 [GHR] Original NIBS Entry Number: 17 (Entered: 03/14/2002) |
| 04/02/2002 | 19 | Stipulation and ORDER thereon for exception to discharge judgment and stay of execution [separate judgment to follow]; with proof of service [GHR] Original NIBS Entry Number: 18 (Entered: 04/03/2002) |
| 04/24/2002 | 20 | JUDGMENT GRANTED in favor of Plaintiff Cynthia Green in the amount of $5,000 together with interest on said sum at the legal rate of interest after 5/25/01 [the "petition" date], said judgment is determined to be non-dischargeable pursuant to Title 11 U.S.C., with proof of service RE: Item# 1 [GHR] Original NIBS Entry Number: 19 (Entered: 04/25/2002) |
| 05/09/2002 | 21 | Adversary case closing [LS2] Original NIBS Entry Number: 20 (Entered: 05/09/2002) |
| 10/21/2002 | 22 | Motion and NOTICE of Motion for entry of Judgment. Declaration of Edward W. Russey, III; Declaration of Cynthia Green. Filed by Cherie Tsai, Attorney for Plaintiff. with proof of service. hearing on 11/19/2002 at 2:30 p.m. at 255 E. Temple St., Courtroom 1475 , Los Angeles, CA 90012[Disposed] [WAW] Original NIBS Entry Number: 21 (Entered: 10/22/2002) |
| 11/15/2002 | 23 | Withdrawal of motion [notice of] re: Request for entry of judgment; Filed by Cherrie I. Tsai, attorney for creditor Cynthia Green; with proof of service RE: Item# 22 [LSR] Original NIBS Entry Number: 22 (Entered: 11/18/2002) |
| 11/19/2002 | 24 | Hearing held on 11/19/02 re motion for entry of Judgment; RULING: DENIED; COURT WILL PREPARE ORDER DENIED AS MOOT |

Exhibit   B
Page     17

CM/ECF - U.S. Bankruptcy Cou.    LIVE - Docket Report    Page 4 of 4

Case 2:06-ap-01971-BB    Doc 24    Filed 02/13/07    Entered 02/14/07 15:12:14    Desc
00/00/2006    Main Document    Page 20 of 31    -50-1197

| | | |
|---|---|---|
| | | RE: Item# 22 [LSR] Original NIBS Entry Number: 23 (Entered: 11/20/2002) |
| 11/21/2002 | 25 | ORDER denying motion for entry of Judgment as moot; with certificate of service by mail RE: Item# 22 [LSR] Original NIBS Entry Number: 24 (Entered: 11/22/2002) |
| 11/21/2002 | 26 | Notice of entry of Judgment on defendant/debtor Cery Perle; Filed by Cherrie I. Tsai, attorney for plaintiff/creditor Cynthia Green; with proof of service RE: Item# 20 [LSR] Original NIBS Entry Number: 25 (Entered: 11/22/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/13/2007 09:40:06 | | | |
| PACER Login: | la0241 | Client Code: | fiero |
| Description: | Docket Report | Search Criteria: | 2:01-ap-02197-BB Fil or Ent: filed From: 11/15/2000 To: 2/13/2007 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 2 | Cost: | 0.16 |

| Exhibit | B |
|---|---|
| Page | 18 |

**EXHIBIT C**

**DISMISSED**

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
## Adversary Proceeding #: 2:01-ap-02475-BB

*Assigned to:* Sheri Bluebond
*Related BK Case:* 01-26497
*Related BK Title:* Cery Bradley Perle
*Related BK Chapter:* 7
*Demand:* $4267000
*Nature[s] of Suit:* 426 Dischargeability 523

*Date Filed:* 10/18/01
*Date Terminated:* 04/18/02
*Date Dismissed:* 05/31/06

## Plaintiff

**Jennifer Fisk**
3154 Foxtail Court
Thousand Oaks, CA 91362

represented by **Jennifer Fisk**
PRO SE

**Jay T Pierce**
2417 Via Pinale
Palos Verdes Est, CA 90274

represented by **Jay T Pierce**
PRO SE

**Raymond Fisk**
3154 Foxtail Court
Thousand Oaks, CA 91362

represented by **Raymond Fisk**
PRO SE

V.

## Defendant

**Cery Bradley Perle**
9190 W Olympic Blvd #322
Beverly Hills, CA 90212

represented by **Cery Bradley Perle**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 10/18/2001 | 1 | Complaint filed in Re: LA01-26497 BB; to except debt from discharge. Receipt No. LA-041406, $150.00. hearing on 12/18/2001 at 2:00 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012[Disposed] [YR] (Entered: 10/22/2001) |
| 10/22/2001 | 2 | Summons and notice of status conference 01; answer due 11/21/01; status conference hearing on 12/18/2001 at 2:00 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012 Notice of the Pro Bono Program mailed to plaintiff RE: Item# 1 [YR] (Entered: 10/22/2001) |

Exhibit C
Page 19

| 10/26/2001 | 3 | Summons service executed RE: Item# 2 [GHR] (Entered: 10/29/2001) |
| 11/20/2001 | 11 | Answer filed to complaint to determine non-dischargeability of debt, filed by Cery Bradley Perle, with proof of service RE: Item# 1 [GHR] (Entered: 02/25/2002) |
| 11/28/2001 | 4 | Request for entry of default per Local Bankruptcy rule and clerk's entry of default as to Cery Bradley Perle, filed by Susan Carole Jay, with proof of service [GHR] (Entered: 11/30/2001) |
| 12/14/2001 | 5 | Status report [JOINT] filed by attorneys for plaintiff with proof of service [MG] (Entered: 12/17/2001) |
| 12/21/2001 | 6 | Hearing held on 12/18/01 re status conference re complaint; RULING: CONTINUED TO 02/26/02 AT 3:00 P.M.; PARTIES TO COMPLETE AT LEAST ONE DAY OF MEDIATION BY 02/26/02; STATUS REPORT BY 02/12/02; PLAINTIFF TO LODGE SCHEDULING ORDER RE: Item# 1 [LSR] (Entered: 12/21/2001) |
| 12/26/2001 | 7 | Scheduling order ntinuance of status conference to 2/26/02 at 3:00 p.m., Courtroom 1475 - GRANTED, with notice of entry of judgment RE: Item# 1<br>Status conference date continued Notice of; filed by David B. Bloom, attorney for plaintiff, Susan Carole Jay postponed to 02/26/2002 at 3:00 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012[Rescheduled] [LS2] (Entered: 12/27/2001) |
| 01/30/2002 | 8 | Motion to set aside entry of default judgment, filed by Cery Bradley Perle, Debtor In Pro Per, with certificate of service hearing on 02/26/2002 at 3:00 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012[Disposed] [LS2] (Entered: 01/31/2002) |
| 02/11/2002 | 9 | Opposition to motion to set aside entry of default, filed by Susan Carole Jay, with proof of service RE: Item# 8 [GHR] (Entered: 02/12/2002) |
| 02/19/2002 | 10 | Status report [Unilateral] re: Conference; declaration of Susan Carole Jay, with proof of service [GHR] (Entered: 02/20/2002) |
| 03/01/2002 | 12 | Hearing held on 02/26/02 re motion to set aside entry of default judgment; RULING: GRANTED; ORDER TO FOLLOW RE: Item# 8 [LSR] (Entered: 03/01/2002) |
| 03/01/2002 | 13 | ORDER to show cause erle shall appear and show cause why he should not be sanctioned for failing and refusing to complete the Early Meeting of Counsel requirements, and for failing to participate |

Exhibit __C__
Page __20__

|  |  | in the selection of a mediator, and for failing and refusing to pariciapte in the Joint Status Conference Report hearing on 03/26/2002 at 3:00 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012 RE: Item# 8[Disposed] Scheduling order y for defendant to complete requirements pursuant to Early Meeting of Counsel; 03/12/02 last day to file and serve opposition and memorandum of points and authorities and declaration to OSC; 03/19/02 deadline for plaintiff to file a reply to any opposition on to OSC; Court ordered one day mediation must be completed prior to 04/23/02 [see order]; with notice of entry RE: Item# 8 Status conference date continued [notice of] postponed to 04/23/2002 at 2:30 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012 [LSR] (Entered: 03/04/2002) |
|---|---|---|
| 03/25/2002 | 14 | Status report /Status Conference re: adversary proceeding; filed by Susan Carole Jay, with proof of service [GHR] (Entered: 03/26/2002) |
| 03/29/2002 | 15 | Hearing held on 3/26/02 re: order to show cause - RULING: CONTINUE TO APRIL 23, AT 2:30 P.M., VACATE IF REQUEST FOR DISMISSAL ORDER SIGNED BY THAT DATE RE: Item# 13 [MG] (Entered: 03/29/2002) |
| 03/29/2002 | 16 | ORDER to dismiss adversary proceeding[s] [so stipulated and without prejudice]; GRANTED, with proof of service and notice of entry RE: Item# 13 [GHR] [DISPOSED] [DISPOSED] RE: Item# 1 [LS2] (Entered: 03/29/2002) |
| 04/02/2002 | 17 | ORDER vacating an order to show cause and scheduling order, GRANTED; with certificate of service by mail RE: Item# 13 [GHR] (Entered: 04/03/2002) |
| 04/18/2002 | 18 | Adversary case closing [LS2] (Entered: 04/18/2002) |
| 01/22/2003 | 19 | Transcript filed of hearing held 03/26/02 at 3:00 p.m. RE: Item# 13 [LSR] (Entered: 01/23/2003) |
| 05/31/2006 | 20 | Order Dismissing adversary case with prejudice. with proof of service. Signed on 5/31/2006. (Wesley, Wendy Ann) (Entered: 05/31/2006) |

**PACER Service Center**

**Transaction Receipt**

| Exhibit | C |
|---|---|
| Page | 21 |

| 02/13/2007 09:42:59 | | | |
|---|---|---|---|
| **PACER Login:** | la0241 | **Client Code:** | fiero |
| **Description:** | Docket Report | **Search Criteria:** | 2:01-ap-02475-BB Fil or Ent: filed From: 11/15/2000 To: 2/13/2007 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

| Exhibit | C |
|---|---|
| Page | 22 |

**EXHIBIT D**

LAW OFFICES
**DAVID B. BLOOM**
A PROFESSIONAL CORPORATION
3325 WILSHIRE BLVD., NINTH FLOOR
LOS ANGELES, CALIFORNIA 90010-1703
TELEPHONE (213) 384-4088
STATE BAR NO. 56873
Fax no. 213/385-2009

SUSAN CAROLE JAY, ESQ. (Bar #117875)

Attorneys for Plaintiffs,
RAYMOND and JENNIFER FISK,
and JAY T. PIERCE

**ORIGINAL**

MAY 2 6 2006

**FILED**

MAY 3 1 2006

**ENTERED**

MAY 3 1 2006

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY              Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(LOS ANGELES DIVISION)

|  |  |
|---|---|
| In re: | CASE NO. LA01-26497BB |
|  | [Chapter 7] |
| CERY BRADLEY PERLE, |  |
|  | ADV. PRO. NO. 01-02475BB |
| Debtor. |  |
|  | DISMISSAL WITH PREJUDICE |
| RAYMOND and JENNIFER FISK, and JAY T. PIERCE, |  |
| Plaintiffs, |  |
| vs. |  |
| CERY BRADLEY PERLE, |  |
| Defendant. |  |

The Court on March 29, 2002, having entered a Request for
Dismissal of Adversary, Without Prejudice; Order Dismissing
Adversary, and the Defendant/Debtor having fully performed its

///
///
///
///

jay-fisk\pierce-523-1dismiss.010506
Printed on Recycled Paper.

1

In re: Cery Bradley Perle
Adv. Pro. 01-02475; LA01-26497BB

Exhibit  D
Page   23

1    obligations under the Stipulation for Exception to Discharge

2    Judgment, the Dismissal shall be with prejudice.

3

4    Dated:  5|23    , 2006                **LAW OFFICES OF DAVID B. BLOOM**
                                           **A Professional Corporation**
5

6                                  By:  _____

7                                       DAVID B. BLOOM,
                                        Attorneys for Plaintiffs
8                                       RAYMOND and JENNIFER FISK
                                        and JAY T. PIERCE
9

10

11

12

13   **IT IS SO ORDERED.**

14   **Dated:** 5/31/06

15        Bankruptcy Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

+ry-fisk&pierce-533-1dismiss.010506
Printed on Recycled Paper.                                     In re: Cary Bradley Forie
                                                              Adv. Pro. 01-02475; LA11-1943/98

Exhibit  D
Page     24

1  STEVEN L. MILLER (BAR NO. 106023)
   LAW OFFICES OF STEVEN L. MILLER
2  16133 VENTURA BOULEVARD, SUITE 1200
   ENCINO, CALIFORNIA 91436
3  PHONE: (818) 986-8900
   FAX: (818) 990-7900
4
   **Attorney for Plaintiff**
5
                                                            MAY 2 6 2006
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11  RAYMOND and JENNIFER FISK, and          **CASE NO: LA01-26497BB**
12  JAY T. PIERCE                           **(Chapter 7)**

13              Plaintiff                   **ADV. PRO. NO. 01-02475BB**
    vs.
14
                                            **PROOF OF SERVICE BY MAIL**
15  CERY BRADLEY PERLE
                                            **DISMISSAL WITH PREJUDICE**
16              Defendant.

17

18      I, the undersigned, certify and declare that I am over the age of 18 years, employed in

19  the County of Los Angeles, State of California, and not a party to the above-entitled cause.

20      On May 25, 2006, I served a true copy of the above-referenced documents by

21  depositing it in the United States Mail in a sealed envelope with the postage thereon fully

22  prepaid to the following:

23  **Cery Perle**                          **Raymond and Jennifer Fisk**
    73273 Salt Cedar Street                 24608 East Maxwell Lane
24  Palm Desert, CA 92260                   Liberty Lake, WA 99019

25                                          **Jay T. Pierce**
                                            2417 Via Pinale
26                                          Palos Verdes Estates, CA 90274

27                                          **David B. Bloom**
                                            3325 Wilshire Blvd., Ninth Floor
28                                          Los Angeles, CA 90010-1703

        Place of Mailing: Encino, California

Exhibit   D
Page      25

1      Executed on May 25. 2006 at Encino. California.

2      I hereby certify that I am employed in the office of a member of the Bar of this Court

3  at whose direction the service was made.

4      I hereby certify under the penalty of perjury that the foregoing is true and correct.

5

6

7                          Tim Shell

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Proof of Service by Mail - Fisk v. Perle**

Exhibit  **D**
Page     **26**

**Alfonso Fiero, an individual, as Assignee of the Judgment issued April 6, 1999 in favor**
**of Judgment Creditor Fiero Brothers, Inc.**
**Case Number LA 01-26497-BB**
**ADV 06-01971-BB**

AMENDED PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )
COUNTY OF SAN DIEGO    )

        I am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is P.O. Box 131253, Carlsbad, California 92013.

        On **February 13, 2007**, I served **PLAINTIFF ALFONSO FIERO'S OPPOSITION TO DEFENDANT/DEBTOR CERY B. PERLE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE ANY CLAIM; REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT OF PLAINTIFF ALFONSO FIERO'S OPPOSITION TO DEFENDANT/ DEBTOR CERY B. PERLE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE ANY CLAIM**, on the interested parties in said action, by delivering it as follows:

Avisha A. Patel, Esq.                          Linda J. Chu
Pillsbury Winthrop Shaw & Pittman, LLP        515 South Flower Street, Suite 440
725 S. Figueroa Street, Suite 2800            Los Angeles, CA 90071
Los Angeles, CA 90017                         213-688-1310 fax
213-629-1033 fax
avisha.patel@pillsburylaw.com
Attorney for Defendant

__X__    **(By Facsimile)** I caused each document to be sent by facsimile to the above-stated numbers(s)

___    **(By Mail)** I placed the envelope for collection and processing for mailing following the ordinary practice of this business with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid to the above address.

__X__    **(By Email)** I caused all of the pages of the above entitled document to be sent to the recipients noted above via e-mail at the respective e-mail address indicated above. (Only to Pillsbury Winthrop Shaw & Pittman, LLP)

__X__    **(By Hand Delivery)** I caused each document to be hand delivered to the following address (only hand delivered to Pillsbury Winthrop Shaw & Pittman, LLP)

__X__    **(By Overnight Delivery)** I caused each document to be sent by Overnight Delivery to the above-stated address. (Only to Linda J. Chu)

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **February 13, 2007**, at Carlsbad, California.

                                                    _Ashley Hall_____
                                                         Ashley Hall

PROOF OF SERVICE