1  KENNETH N. RUSSAK #107283
   DAVID L. STANTON #208079
2  AVISHA A. PATEL #217649
   avisha.patel@pillsburylaw.com
3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 South Figueroa Street
4  Suite 2800
   Los Angeles, CA 90017-5406
5  Telephone: (213) 488-7100
   Facsimile: (213) 629-103

**ORIGINAL**

FILED MAR -5 2007 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

ENTERED MAR -6 2007 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

LODGED MAR -1 2007 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

### Central District of California

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>CERY B. PERLE,<br>　　　　　Debtor | No. LA 01-26497-BB<br>Adv. 06-01971-BB<br>CHAPTER 7<br>[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT |
| ALFONSO FIERO, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor, FIERO BROTHERS, INC., Assignor, pursuant to the Assignment dated March 1, 2006,<br>　　　　　Plaintiff,<br>　　v.<br>CERY B. PERLE, an individual,<br>　　　　　Defendant. | Date:　　February 27. 2007<br>Time:　　2:00 pm<br>Location:　1475<br>Judge:　　Hon. Sheri Bluebond |

1    The "Motion to Dismiss First Amended Complaint" ("Motion") filed
2    by Defendant Cery Perle came on regularly for hearing at 2:00 p.m. on
3    February 27, 2007. Defendant was represented by Kenneth N. Russak of
4    Pillsbury Winthrop Shaw Pittman LLP. Plaintiff was represented by Leslie
5    Schwaebe Akins of Akins & Villavicencio, LLP.
6    After considering the papers filed in support of and in opposition to
7    the Motion and after hearing the argument of counsel, the Court hereby
8    ORDERS as follows:
9        (a)    Plaintiff's First Cause of Action seeking a determination of
10   nondischargeability under § 523(a)(2)(A) is dismissed with prejudice for
11   failure to state a claim. Plaintiff is not granted leave to amend.
12       (b)    Pursuant to a stipulation reached between the Parties, Plaintiff
13   dismisses with prejudice, Plaintiff's Second Cause of Action seeking a
14   determination of nondischargeability pursuant to § 523(a)(4). Plaintiff will
15   not be granted leave to amend.
16       (c)    Defendant's Motion to Dismiss is otherwise denied and the
17   action shall proceed on the Third and Fourth causes of action alleged in the
18   First Amended Complaint. No further amended complaint need be filed or
19   served.
20       (e)    The deadline for Defendant to file and serve its answer to the
21   surviving causes of action alleged in the First Amended Complaint shall be
22   the 20th calendar day after the date of entry of this Order.
23   //
24   //
25   //
26   //
27   //
28   //

1     (f)     A further status conference is set for May 1, 2007 at 2:00pm,
2 with a joint status conference report to be filed no later than April 17, 2007.
3     IT IS SO ORDERED.
4
5 Dated __3/5/07__        By _____
                                                   Hon. Sheri Bluebond
6 Submitted by:
7
8 PILLSBURY WINTHROP SHAW PITTMAN LLP
   KENNETH N. RUSSAK
9 DAVID L. STANTON
   AVISHA A. PATEL
10 725 South Figueroa Street, Suite 2800
   Los Angeles, CA 90017-5406
11
12 By _____
        Kenneth N. Russak
13 Attorneys for Defendant CERY B. PERLE

14

15

16
   Approved as to form;
17 Notice of presentation waived:

18 AKINS & VILLAVICENCIO, LLP

19
20 By _____
      Leslie Schwaebe Akins
21 Attorneys for Plaintiff
   ALFONSO FIERO
22
23
24
25
26
27
28

600260439v2               -3-                       Case No. LA 01-26497-BB

|    |                                                                                              |
|----|----------------------------------------------------------------------------------------------|
| 1  | Docket No. LA 01-26497-BB                                                                    |
| 2  | ADV06-01971BB                                                                                |
| 3  | <u>PROOF OF SERVICE BY MAIL</u>                                                              |

I, Judy Iott, the undersigned, hereby declare as follows:

1.     I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Los Angeles, California.

2.     My business address is 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406.

3.     I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4.     On March 1, 2007, at 725 South Figueroa Street, Suite 2800, Los Angeles, California, I served a true copy of the attached document titled exactly: **<u>[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT</u>** by placing it in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

| Trustee                              | Leslie Schwaebe Akins        |
|--------------------------------------|------------------------------|
| Linda J. Chu                         | Dennis R. Villavicencio      |
| 515 South Flower Street, Suite 440   | Akins & Villavicencio, LLP   |
| Los Angeles, CA 90071                | P.O. Box 131253              |
|                                      | Carlsbad, CA 92013           |

600257805v1               PROOF OF SERVICE BY MAIL

Case No. LA 01-26497-BB
Adv. No. 06-01971 BB

1        I declare under penalty of perjury under the laws of the State of California that the
2 foregoing is true and correct. Executed this 1st day of March, 2007 at Los Angeles,
3 California.

4

5

6                              _____
7                                         Judy Iott

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  600257805v1                   PROOF OF SERVICE BY MAIL

Case No. LA 01-26497-BB
Adv. No. 06-01971 BB

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do not file this form as a separate document.*

| In re  CERY B. PERLE, | | CHAPTER 7 |
|---|---|---|
| | Debtor. | CASE NUMBER  LA 01-26497 BB |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

RECEIVED
MAR - 1 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk
BY

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

was entered on *(specify date)*: MAR 0 6 2007

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):
MAR 0 6 2007

Dated: MAR 0 6 2007

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

---

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9021 -1.1**

2002 © American LegalNet, Inc.

# SERVICE LIST

## In re CERY B. PERLE, Debtor.

Case No. LA 01-26497 BB

Adv. 06-01971 BB

| | |
|---|---|
| Trustee<br>Linda J. Chu<br>515 South Flower Street, Suite 440<br>Los Angeles, CA 90071 | Leslie Schwaebe Akins<br>Dennis R. Villavicencio<br>Akins & Villavicencio, LLP<br>P.O. Box 131253<br>Carlsbad, CA 92013 |

Kenneth N. Russak, Esq.
David L. Stanton, Esq.
Avisha A. Patel, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

600232455v1