1  KENNETH N. RUSSAK #107283
   DAVID L. STANTON #208079
2  AVISHA A. PATEL #217649
   avisha.patel@pillsburylaw.com
3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 South Figueroa Street, Suite 2800
4  Los Angeles, CA 90017-5406
   Telephone: (213) 488-7100
5  Facsimile: (213) 629-1033

**ORIGINAL**

*[handwritten: alternate order signed 3/5/07 SB]*
*[handwritten: not signed]*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

CERY B. PERLE,

    Debtor.

**LODGED**
**JAN 3 1 2007**
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

ALFONSO FIERO, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor FIERO BROTHERS, INC., Assignor, pursuant to the Assignment dated March 1, 2006,

    Plaintiff,

vs.

CERY B. PERLE,

    Defendant.

No. LA 01-26497 BB

Adv. 06-01971 BB

CHAPTER 7

[PROPOSED] ORDER ON MOTION TO DISMISS FOR FAILURE TO STATE ANY CLAIM

Date:    February 27, 2006
Time:    2:00 p.m.
Dept:    1475
Judge:   Hon. Sheri Bluebond

600246584v2

- 1 -

1       The Court held a hearing on February 27, 2006 at 2 p.m. on that
2  certain Motion To Dismiss for Failure To State Any Claim ("Motion To
3  Dismiss") brought by Defendant Cery Perle in response to Plaintiff's First
4  Amended Complaint To Reopen Bankruptcy of Debtor Cery Perle To
5  Determine Dischargeability of Complaint Based on Fraud, Defalcation by
6  Fiduciary, Wilful Misconduct, Securities Fraud Judgment ("Complaint").
7  The parties were represented by counsel.
8       Pursuant to Federal Rule of Bankruptcy Procedure 7052, findings of
9  fact and conclusions of law are not required.  However, to the extent they
10 are required, the findings of fact and conclusions of law by this Court were
11 stated on the record.
12      After full consideration of the pleadings, records, and files herein,
13 including oral argument by all relevant parties, and the authorities
14 submitted by counsel, the Court makes the following ruling:
15      Defendant's Motion to Dismiss is hereby GRANTED in its entirety:
16      (a)    Plaintiff's First Cause of Action seeking nondischargeability
17 pursuant to § 523(a)(2)(A) is dismissed for failure to state a claim and
18 failure to plead fraud with particularity.  Plaintiff is not granted leave to
19 replead.
20      (b)    Plaintiff's Second Cause of Action seeking nondischargeability
21 pursuant to § 523(a)(4) is dismissed for failure to state a claim.  Plaintiff is
22 not granted leave to replead.
23      (c)    Plaintiff's Third Cause of Action seeking nondischargeability
24 pursuant to § 523(a)(6) is dismissed for failure to state a claim.  Plaintiff is
25 not granted leave to replead.
26      (d)    Plaintiff's Fourth Cause of Action seeking nondischargeability
27 pursuant to § 523(a)(19) is dismissed for failure to state a claim.  Plaintiff
28 is not granted leave to replead.

Main Document  Page 3 of 7

1  (e)  All of Plaintiff's causes of action are dismissed for failure to
2  state any claims as the debt already has been discharged. Plaintiff is not
3  granted leave to replead.

6  IT IS SO ORDERED.

8  Dated _____  By_____
                                        Hon. Sheri Bluebond

Submitted by:

PILLSBURY WINTHROP SHAW PITTMAN LLP
KENNETH N. RUSSAK
DAVID L. STANTON
AVISHA A. PATEL
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

By_____
    Kenneth N. Russak
Attorneys for Defendant CERY B. PERLE

| | |
|---|---|
| 1 | Docket No. LA 01-26497-BB |
| 2 | ADV06-01971BB |
| 3 | <u>PROOF OF SERVICE BY MAIL</u> |

4   I, Judy Iott, the undersigned, hereby declare as follows:

5

6   1.   I am over the age of 18 years and am not a party to the within cause. I am
7   employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Los Angeles, California.

8   2.   My business address is 725 South Figueroa Street, Suite 2800, Los Angeles,
9   CA 90017-5406.

10
11   3.   I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for
12   collection and processing of correspondence for mailing with the United States Postal
13   Service; in the ordinary course of business, correspondence placed in interoffice mail is
14   deposited with the United States Postal Service with first class postage thereon fully
15   prepaid on the same day it is placed for collection and mailing.

16   4.   On January 31, 2007, at 725 South Figueroa Street, Suite 2800, Los Angeles,
17   California, I served a true copy of the attached document titled exactly:  <u>[PROPOSED]</u>
18   <u>ORDER ON MOTION TO DISMISS FOR FAILURE TO STATE ANY CLAIM</u> by
19   placing it in an addressed, sealed envelope clearly labeled to identify the person being
20   served at the address shown below and placed in interoffice mail for collection and deposit
21   in the United States Postal Service on that date following ordinary business practices:

22   Trustee
     Linda J. Chu
23   515 South Flower Street, Suite 440
     Los Angeles, CA 90071
24

25

26

27

28   600220872v1                         PROOF OF SERVICE BY MAIL

Case No. LA 01-26497-BB
Adv. No. 06-10971

1  Leslie Schwaebe Akins
   Dennis R. Villavicencio
   Akins & Villavicencio, LLP
2  P.O. Box 131253
   Carlsbad, CA 92013
3

4

5      I declare under penalty of perjury under the laws of the State of California that the

6  foregoing is true and correct. Executed this 31st day of January 31, 2007, at Los Angeles,

7  California.

8

9

10                                                _____
11                                                Judy Iott

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  600220872v1                    PROOF OF SERVICE BY MAIL

Case No. LA 01-26497-BB
Adv. No. 06-10971

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re CERY B. PERLE, | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER LA 01-26497 BB |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

RECEIVED
JAN 3 1 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   [PROPOSED] ORDER ON MOTION TO DISMISS FOR FAILURE TO STATE ANY CLAIM

   was entered on *(specify date)*:

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

Dated:

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

## SERVICE LIST

In re CERY B. PERLE, Debtor.

Case No. LA 01-26497 BB

Adv. 06-01971 BB

Trustee
Linda J. Chu
515 South Flower Street, Suite 440
Los Angeles, CA 90071

Leslie Schwaebe Akins
Dennis R. Villavicencio
Akins & Villavicencio, LLP
P.O. Box 131253
Carlsbad, CA 92013

Kenneth N. Russak, Esq.
David L. Stanton, Esq.
Avisha A. Patel, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

600232455v1