ORIGINAL

1  KENNETH N. RUSSAK #107283
   DAVID L. STANTON #208079
2  AVISHA A. PATEL #217649
   CAROLINE L. PLANT #247358
3  avisha.patel@pillsburylaw.com
   PILLSBURY WINTHROP SHAW PITTMAN LLP
4  725 South Figueroa Street, Suite 2800
   Los Angeles, CA  90017-5406
5  Telephone: (213) 488-7100
   Facsimile: (213) 629-1033
6

7

FILED
MAR 26 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

8              UNITED STATES BANKRUPTCY COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                    LOS ANGELES DIVISION

11
   In re:                          )   No. LA 01-26497 BB
12                                 )
   CERY B. PERLE,                  )   Adv. 06-01971 BB
13                                 )
              Debtor.              )   CHAPTER 7
14                                 )
                                   )   ANSWER TO FIRST AMENDED
15                                 )   COMPLAINT
                                   )
16                                 )
                                   )
17                                 )
                                   )
18                                 )

19 ALFONSO FIERO, an individual, as  )  First Amended Complaint Filed Jan. 8,
   Assignee of the Judgment issued April 6, ) 2007
20 1999 in favor of Judgment Creditor FIERO )
   BROTHERS, INC., Assignor, pursuant to the )
21 Assignment dated March 1, 2006,  )   Status Conference: May 1, 2007
                                    )   Time: 2pm
22         Plaintiff,               )
                                    )
23         vs.                      )
                                    )
24 CERY B. PERLE,                   )
                                    )
25         Defendant.               )
                                    )
26

27

28

600271317v2                    - 1 -                Case No. LA 01-26497-BB
                                                    Adv. No. 06-10971

1         Defendant CERY B. PERLE ("Defendant") hereby answers the adversary

2 complaint ("Complaint") filed by Plaintiff Alfonso Fiero, purported assignee of the

3 Judgment Issued April 6, 1999 in favor of Judgment Creditor Fiero Bros., Inc. by

4 assignment dated March 1, 2006 (assignee and assignor collectively, "Plaintiff") as follows:

5         1.     In response to paragraph 1 of the Complaint, Defendant admits the

6 allegations set forth therein.

7         2.     In response to paragraph 2 of the Complaint, Defendant lacks knowledge or

8 information sufficient to form a belief as to the truth or falsity of such allegations, and on

9 that basis generally and specifically denies each and every allegation set forth therein.

10        3.     In response to paragraph 3 of the Complaint, Defendant lacks knowledge or

11 information sufficient to form a belief as to the truth or falsity of such allegations, and on

12 that basis generally and specifically denies each and every allegation set forth therein.

13        4.     In response to paragraph 4 of the Complaint, Defendant lacks knowledge or

14 information sufficient to form a belief as to the truth or falsity of such allegations, and on

15 that basis generally and specifically denies each and every allegation set forth therein.

16        5.     In response to paragraph 5 of the Complaint, Defendant lacks knowledge or

17 information sufficient to form a belief as to the truth or falsity of such allegations, and on

18 that basis generally and specifically denies each and every allegation set forth therein.

19        6.     In response to paragraph 6 of the Complaint, Defendant lacks knowledge or

20 information sufficient to form a belief as to the truth or falsity of such allegations, and on

21 that basis generally and specifically denies each and every allegation set forth therein.

22        7.     In response to paragraph 7 of the Complaint, Defendant lacks knowledge or

23 information sufficient to form a belief as to the truth or falsity of such allegations, and on

24 that basis generally and specifically denies each and every allegation set forth therein.

25        8.     In response to paragraph 8 of the Complaint, Defendant lacks knowledge or

26 information sufficient to form a belief as to the truth or falsity of such allegations, and on

27 that basis generally and specifically denies each and every allegation set forth therein.

28

1      9.      In response to paragraph 9 of the Complaint, Defendant admits the
2 allegations set forth therein.

3      10.      In response to paragraph 10 of the Complaint, Defendant lacks knowledge or
4 information sufficient to form a belief as to the truth or falsity of such allegations, and on
5 that basis generally and specifically denies each and every allegation set forth therein.

6      11.      In response to paragraph 11 of the Complaint, Defendant lacks knowledge or
7 information sufficient to form a belief as to the truth or falsity of such allegations, and on
8 that basis generally and specifically denies each and every allegation set forth therein.

9      12.      In response to paragraph 12 of the Complaint, Defendant lacks knowledge or
10 information sufficient to form a belief as to the truth or falsity of such allegations, and on
11 that basis generally and specifically denies each and every allegation set forth therein.

12      13.      In response to paragraph 13 of the Complaint, Defendant lacks knowledge or
13 information sufficient to form a belief as to the truth or falsity of such allegations, and on
14 that basis generally and specifically denies each and every allegation set forth therein.

15      14.      In response to paragraph 14 of the Complaint, Defendant lacks knowledge or
16 information sufficient to form a belief as to the truth or falsity of such allegations, and on
17 that basis generally and specifically denies each and every allegation set forth therein.

18      15.      In response to paragraph 15 of the Complaint, Defendant lacks knowledge or
19 information sufficient to form a belief as to the truth or falsity of such allegations, and on
20 that basis generally and specifically denies each and every allegation set forth therein.

21      16.      In response to paragraph 16 of the Complaint, Defendant lacks knowledge or
22 information sufficient to form a belief as to the truth or falsity of such allegations, and on
23 that basis generally and specifically denies each and every allegation set forth therein.

24      17.      In response to paragraph 17 of the Complaint, Defendant lacks knowledge or
25 information sufficient to form a belief as to the truth or falsity of such allegations, and on
26 that basis generally and specifically denies each and every allegation set forth therein.

27

28

1  18. In response to paragraph 18 of the Complaint, Defendant lacks knowledge or
2  information sufficient to form a belief as to the truth or falsity of such allegations, and on
3  that basis generally and specifically denies each and every allegation set forth therein.

4  19. In response to paragraph 19 of the Complaint, Defendant lacks knowledge or
5  information sufficient to form a belief as to the truth or falsity of such allegations, and on
6  that basis generally and specifically denies each and every allegation set forth therein.

7  20. In response to paragraph 20 of the Complaint, Defendant lacks knowledge or
8  information sufficient to form a belief as to the truth or falsity of such allegations, and on
9  that basis generally and specifically denies each and every allegation set forth therein.

10 21. In response to paragraph 21 of the Complaint, Defendant lacks knowledge or
11 information sufficient to form a belief as to the truth or falsity of such allegations, and on
12 that basis generally and specifically denies each and every allegation set forth therein.

13 22. In response to paragraph 22 of the Complaint, Defendant lacks knowledge or
14 information sufficient to form a belief as to the truth or falsity of such allegations, and on
15 that basis generally and specifically denies each and every allegation set forth therein.

16 23. In response to paragraph 23 of the Complaint, Defendant lacks knowledge or
17 information sufficient to form a belief as to the truth or falsity of such allegations, and on
18 that basis generally and specifically denies each and every allegation set forth therein.

19 24. In response to paragraph 24 of the Complaint, Defendant lacks knowledge or
20 information sufficient to form a belief as to the truth or falsity of such allegations, and on
21 that basis generally and specifically denies each and every allegation set forth therein.

22 25. In response to paragraph 25 of the Complaint, Defendant lacks knowledge or
23 information sufficient to form a belief as to the truth or falsity of such allegations, and on
24 that basis generally and specifically denies each and every allegation set forth therein.

25 26. In response to paragraph 26 of the Complaint, Defendant lacks knowledge or
26 information sufficient to form a belief as to the truth or falsity of such allegations, and on
27 that basis generally and specifically denies each and every allegation set forth therein.
28

1     27.    In response to paragraph 27 of the Complaint, Defendant lacks knowledge or
2 information sufficient to form a belief as to the truth or falsity of such allegations, and on
3 that basis generally and specifically denies each and every allegation set forth therein.

4     28.    In response to paragraph 28 of the Complaint, Defendant lacks knowledge or
5 information sufficient to form a belief as to the truth or falsity of such allegations, and on
6 that basis generally and specifically denies each and every allegation set forth therein.

7     29.    In response to paragraph 29 of the Complaint, Defendant lacks knowledge or
8 information sufficient to form a belief as to the truth or falsity of such allegations, and on
9 that basis generally and specifically denies each and every allegation set forth therein.

10    30.    In response to paragraph 30 of the Complaint, Defendant lacks knowledge or
11 information sufficient to form a belief as to the truth or falsity of such allegations, and on
12 that basis generally and specifically denies each and every allegation set forth therein.

13    31.    In response to paragraph 31 of the Complaint, Defendant lacks knowledge or
14 information sufficient to form a belief as to the truth or falsity of such allegations, and on
15 that basis generally and specifically denies each and every allegation set forth therein.

16    32.    In response to paragraph 32 of the Complaint, Defendant denies the
17 conclusions of law; and lacks knowledge or information sufficient to form a belief as to the
18 truth or falsity of the remaining allegations, and on that basis generally and specifically
19 denies each and every allegation set forth therein.

20    33.    In response to paragraph 33 of the Complaint, Defendant denies the
21 conclusions of law; and lacks knowledge or information sufficient to form a belief as to the
22 truth or falsity of the remaining allegations, and on that basis generally and specifically
23 denies each and every allegation set forth therein.

24    34.    In response to paragraph 34 of the Complaint, Defendant denies the
25 conclusions of law; and lacks knowledge or information sufficient to form a belief as to the
26 truth or falsity of the remaining allegations, and on that basis generally and specifically
27 denies each and every allegation set forth therein.

28

1        35.     In response to paragraph 35 of the Complaint, Defendant denies the
2 conclusions of law; and lacks knowledge or information sufficient to form a belief as to the
3 truth or falsity of the remaining allegations, and on that basis generally and specifically
4 denies each and every allegation set forth therein.

5        36.     In response to paragraph 36 of the Complaint, Defendant denies the
6 conclusions of law; and lacks knowledge or information sufficient to form a belief as to the
7 truth or falsity of the remaining allegations, and on that basis generally and specifically
8 denies each and every allegation set forth therein.

9        37.     In response to paragraph 37 of the Complaint, Defendant denies the
10 conclusions of law; and lacks knowledge or information sufficient to form a belief as to the
11 truth or falsity of the remaining allegations, and on that basis generally and specifically
12 denies each and every allegation set forth therein.

13        38.     In response to paragraph 38 of the Complaint, Defendant lacks knowledge or
14 information sufficient to form a belief as to the truth or falsity of such allegations, and on
15 that basis generally and specifically denies each and every allegation set forth therein.

16        39.     In response to paragraph 39 of the Complaint, Defendant lacks knowledge or
17 information sufficient to form a belief as to the truth or falsity of such allegations, and on
18 that basis generally and specifically denies each and every allegation set forth therein.

19        40.     In response to paragraph 40 of the Complaint, Defendant lacks knowledge or
20 information sufficient to form a belief as to the truth or falsity of such allegations, and on
21 that basis generally and specifically denies each and every allegation set forth therein.

22        41.     In response to paragraph 41 of the Complaint, Defendant lacks knowledge or
23 information sufficient to form a belief as to the truth or falsity of such allegations, and on
24 that basis generally and specifically denies each and every allegation set forth therein.

25        42.     In response to paragraph 42 of the Complaint, Defendant lacks knowledge or
26 information sufficient to form a belief as to the truth or falsity of such allegations, and on
27 that basis generally and specifically denies each and every allegation set forth therein.
28

1  43. In response to paragraph 43 of the Complaint, Defendant lacks knowledge or
2  information sufficient to form a belief as to the truth or falsity of such allegations, and on
3  that basis generally and specifically denies each and every allegation set forth therein.

4  44. In response to paragraph 44 of the Complaint, Defendant lacks knowledge or
5  information sufficient to form a belief as to the truth or falsity of such allegations, and on
6  that basis generally and specifically denies each and every allegation set forth therein.

7  45. In response to paragraph 45 of the Complaint, Defendant denies the
8  conclusions of law; and lacks knowledge or information sufficient to form a belief as to the
9  truth or falsity of the remaining allegations, and on that basis generally and specifically
10 denies each and every allegation set forth therein.

11 46. In response to paragraph 46 of the Complaint, Defendant lacks knowledge or
12 information sufficient to form a belief as to the truth or falsity of such allegations, and on
13 that basis generally and specifically denies each and every allegation set forth therein.

14 47. In response to paragraph 47 of the Complaint, Defendant lacks knowledge or
15 information sufficient to form a belief as to the truth or falsity of such allegations, and on
16 that basis generally and specifically denies each and every allegation set forth therein.

17 48-64. By Order of this Court entered March 6, 2007, the claims underlying the
18 allegations in paragraphs 48-64 were dismissed, and therefore Defendant need not respond
19 to the allegations set forth therein.

20 65. In response to paragraph 65 of the Complaint, Defendant adopts and
21 incorporates by reference its responses to paragraphs 1 through 64 of the Complaint as
22 though fully set forth herein.

23 66. In response to paragraph 66 of the Complaint, Defendant denies the
24 conclusions of law; and lacks knowledge or information sufficient to form a belief as to the
25 truth or falsity of the remaining allegations, and on that basis generally and specifically
26 denies each and every allegation set forth therein.

27 67. In response to paragraph 67 of the Complaint, Defendant denies the
28 conclusions of law; and lacks knowledge or information sufficient to form a belief as to the

1 truth or falsity of the remaining allegations, and on that basis generally and specifically

2 denies each and every allegation set forth therein.

3     68. In response to paragraph 68 of the Complaint, Defendant denies the

4 conclusions of law; and lacks knowledge or information sufficient to form a belief as to the

5 truth or falsity of the remaining allegations, and on that basis generally and specifically

6 denies each and every allegation set forth therein.

7     69. In response to paragraph 69 of the Complaint, Defendant generally and

8 specifically denies each and every allegation set forth therein.

9     70. In response to paragraph 70 of the Complaint, Defendant adopts and

10 incorporates by reference its responses to paragraphs 1 through 64 of the Complaint as

11 though fully set forth herein.

12     71. In response to paragraph 71 of the Complaint, Defendant lacks knowledge or

13 information sufficient to form a belief as to the truth or falsity of such allegations, and on

14 that basis generally and specifically denies each and every allegation set forth therein.

15     72. In response to paragraph 72 of the Complaint, Defendant lacks knowledge or

16 information sufficient to form a belief as to the truth or falsity of such allegations, and on

17 that basis generally and specifically denies each and every allegation set forth therein.

18     73. In response to paragraph 73 of the Complaint, Defendant lacks knowledge or

19 information sufficient to form a belief as to the truth or falsity of such allegations, and on

20 that basis generally and specifically denies each and every allegation set forth therein.

21     74. In response to paragraph 74 of the Complaint, Defendant lacks knowledge or

22 information sufficient to form a belief as to the truth or falsity of such allegations, and on

23 that basis generally and specifically denies each and every allegation set forth therein.

24     75. In response to paragraph 75 of the Complaint, Defendant lacks knowledge or

25 information sufficient to form a belief as to the truth or falsity of such allegations, and on

26 that basis generally and specifically denies each and every allegation set forth therein.

27

28

1  76. In response to paragraph 76 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of such allegations, and on that basis generally and specifically denies each and every allegation set forth therein.

4  77. In response to paragraph 77 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of such allegations, and on that basis generally and specifically denies each and every allegation set forth therein.

7  78. In response to paragraph 78 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of such allegations, and on that basis generally and specifically denies each and every allegation set forth therein.

10  72 [sic]. In response to the second paragraph 72 on page 19 of the Complaint, Defendant denies the conclusions of law; and lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations, and on that basis generally and specifically denies each and every allegation set forth therein.

14  73 [sic]. In response to the second paragraph 73 on page 20 of the Complaint, Defendant generally and specifically denies each and every allegation set forth therein.

## **AFFIRMATIVE DEFENSES**

Defendant further alleges each and all of the following as a separate affirmative defense to the Complaint:

### FIRST AFFIRMATIVE DEFENSE

(Waiver)

1. By reason of the actions of Plaintiff, or Plaintiff's representations, conduct, and/or omissions to act, Plaintiff has waived each and every alleged claim for relief against Defendant set forth in the Complaint in that, without limitation, (1) Plaintiff failed diligently to pursue execution of the judgment against Defendant prior to the commencement of Defendant's bankruptcy case, and (2) Plaintiff elected not to file a complaint timely to determine the dischargeability of the alleged debt.

1                  SECOND AFFIRMATIVE DEFENSE

2                       (Equitable Estoppel)

3        2.     Plaintiff is estopped to assert any claim or other right against Defendant by

4 reason of the actions of Plaintiff and Plaintiff's representations, conduct, and/or omissions

5 to act, or those of Plaintiff's agents, upon which Defendant relied to its prejudice and

6 detriment in that, without limitation, the failure of Plaintiff to attempt to levy the judgment

7 prior to the commencement of Defendant's bankruptcy case lulled Defendant into the belief

8 that it agreed with Defendant that the NASD was the entity charged with collecting the

9 arbitration award against Defendant and that belief caused Defendant to notify the NASD

10 of the commencement of Defendant's bankruptcy case and not to so notify Plaintiff.

11                  THIRD AFFIRMATIVE DEFENSE

12                       (Laches)

13        3.     Plaintiff has inexcusably and unreasonably delayed in commencement of

14 this action to the prejudice of Defendant, and the action is therefore barred by laches in that,

15 without limitation, Plaintiff failed to commence an action to determine the dischargeability

16 of the debt alleged in the Complaint within a reasonable period of time after Plaintiff

17 became aware of the commencement of Defendant's bankruptcy case.

18                  FOURTH AFFIRMATIVE DEFENSE

19                       (Statute of Limitations)

20        4.     The Complaint, and each cause of action set forth therein, is barred by all

21 applicable statutes of limitation in that, without limitation, Plaintiff had knowledge of the

22 commencement of Defendant's bankruptcy case at a time sufficiently in advance of the

23 deadline for the filing of complaints to determine the dischargeability of a debt but failed to

24 file such a complaint before that deadline.

25                  FIFTH AFFIRMATIVE DEFENSE

26                       (Unclean Hands)

27        5.     The Complaint, and each cause of action set forth therein, is barred by the

28 doctrine of unclean hands in that, without limitation, Defendant is informed and believes

and on that basis alleges that: (1) the IBUY "short" trades of Plaintiff were unlawful per se and were part of a scheme of artifice to unlawfully manipulate the market for IBUY shares and (2) the assignment of the claim by Fiero Bros. to Alfonso Fiero was effected with the actual intent to hinder, delay or defraud the creditors of Fiero Bros. and otherwise constitutes an avoidable transfer under applicable fraudulent transfer laws.

### SIXTH AFFIRMATIVE DEFENSE
#### (Good Faith)

6. At all times mentioned in the Complaint, Defendant acted in good faith and dealt fairly with Plaintiff, and otherwise conducted himself in accordance with his obligations under the law.

### SEVENTH AFFIRMATIVE DEFENSE
#### (In Pari Delicto)

7. The Complaint, and each cause of action set forth therein, is barred by the doctrine of in pari delicto in that, without limitation, Plaintiff's IBUY "short" trades were voluntary, unlawful, and fraudulent and that, therefore, Plaintiff culpably caused the alleged injuries to itself of which it complains in the Complaint.

### EIGHTH AFFIRMATIVE DEFENSE
#### (Invalid Assignment)

8. Plaintiff is barred from bringing the Complaint, and each cause of action set forth therein, because the assignment upon which the Complaint is predicated is voidable and void.

### NINTH AFFIRMATIVE DEFENSE
#### (Reservation of Defenses)

9. Defendant has insufficient knowledge or information upon which to form a belief as to whether he may have additional, as yet unstated, separate defenses available. Defendant reserves his right to assert additional separate defenses in the event discovery indicates they would be appropriate.

1 WHEREFORE, Defendant prays that this Court enter judgment against Plaintiff and in favor of Defendant as follows:

1. For judgment against Plaintiff and in favor of Defendant on Plaintiff's claim for relief under 11 U.S.C. 523(a)(6);

2. For judgment against Plaintiff and in favor of Defendant on Plaintiff's claim for relief under 11 U.S.C. 523(a)(19);

3. For an order that Plaintiff receive nothing from Defendant under or by the Complaint;

4. For an order that any and all purported claims stated in the Complaint are discharged forever;

5. For an order denying Plaintiff's request for attorneys' fees and costs of suit;

6. For an order requiring Plaintiff to pay the costs of this action to Defendant, including reasonable attorneys' fees and expenses incurred by Defendant; and

7. For such other and further relief as the Court deems just and proper.

Dated: March 26, 2007.

Respectfully Submitted By:

PILLSBURY WINTHROP SHAW PITTMAN LLP
KENNETH N. RUSSAK
DAVID L. STANTON
AVISHA A. PATEL
CAROLINE L. PLANT
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

By _____
Kenneth N. Russak
Attorneys for Defendant
CERY B. PERLE

|     |     |
| --- | --- |
| 1   | Docket No. LA 01-26497-BB |
| 2   | <u>PROOF OF SERVICE BY MAIL</u> |
| 3   | I, Judy Iott, the undersigned, hereby declare as follows: |
| 4   | 1.    I am over the age of 18 years and am not a party to the within cause. I am |
| 5   | employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Los Angeles, California. |
| 6   | 2.    My business address is 725 South Figueroa Street, Suite 2800, Los Angeles, |
| 7   | CA 90017-5406. |
| 8   | 3.    I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for |
| 9   | collection and processing of correspondence for mailing with the United States Postal |
| 10  | Service; in the ordinary course of business, correspondence placed in interoffice mail is |
| 11  | deposited with the United States Postal Service with first class postage thereon fully |
| 12  | prepaid on the same day it is placed for collection and mailing. |
| 13  | 4.    On March 26, 2007, at 725 South Figueroa Street, Suite 2800, Los Angeles, |
| 14  | California, I served a true copy of the attached document titled exactly ANSWER TO |
| 15  | FIRST AMENDED COMPLAINT by placing it in an addressed, sealed envelope clearly |
| 16  | labeled to identify the person being served at the address shown below and placed in |
| 17  | interoffice mail for collection and deposit in the United States Postal Service on that date |
| 18  | following ordinary business practices: |

Trustee
Linda J. Chu
515 South Flower St., Suite 440
Los Angeles, CA 90071

Leslie Schwaebe Akins
Dennis R. Villavicencio
Akins & Villavicencio LLP
P. O. Box 131253
Carlsbad, CA 92013

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of March, 2007, at Los Angeles, California.

_____
Judy Iott

600271317v2

- 13 -

Case No. LA 01-26497-BB
Adv. No. 06-10971