1  Leslie Schwaebe Akins (SBN 138678)
   LESLIE SCHWAEBE AKINS, A LAW CORPORATION
2  7157 Argonauta Way
   Carlsbad, CA 92009
3  Tel: 760-931-2920
   Fax: 760-603-0547
4
   Attorney for Plaintiff,
5  Alfonso Fiero

6
                    UNITED STATES BANKRUPTCY COURT
7      FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

8
   In re                              ) CASE NO. LA 01-26497-BB
9                                     )
   CERY BRADLEY PERLE,                ) [Chapter 7]
10                                    )
        Debtor.                       ) Adv. No.: ADV-06-01971-BB
11                                    )
   _____) The Honorable S. Bluebond - 626
12                                    )
   ALFONSO FIERO,                     )
13                                    ) **NOTICE OF MOTION AND MOTION OF**
              Plaintiffs,             ) **PLAINTIFF ALFONSO FIERO FOR**
14                                    ) **SUMMARY JUDGMENT OR,**
        vs.                           ) **ALTERNATIVELY, FOR PARTIAL**
15                                    ) **SUMMARY JUDGMENT**
   CERY BRADLEY PERLE,                )
16                                    ) **DATE: November 10, 2009**
              Defendant.              ) **TIME:  2:00 p.m.**
17                                    ) **CTRM: 1475**
                                      )
18                                    ) DATE FILED: September 13, 2006
                                      ) DISCOVERY CUT OFF: July 31, 2009
19                                    ) TRIAL DATE: None set
                                      )
20                                    )
   _____)
21
   TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:
22
       PLEASE TAKE NOTICE that on November 10, 2009 at 2:00 p.m., in Courtroom
23
   1475 of the United States Bankruptcy Court for the Central District of California, 255 East
24
   Temple Street, Los Angeles, California, Plaintiff Alfonso Fiero ("Plaintiff") will and hereby
25
   does move the Court for summary judgment or, alternatively, for partial summary
26
   judgment, on each of the claims alleged in his Adversary Complaint in this matter.
27
   / / /
28

---
NOTICE OF MOTION FOR SUMMARY JUDGMENT
1

Summary judgment is appropriate because the elements necessary to establish the nondischargeability of Defendant-Debtor Cery Bradley Perle's debt to Plaintiff under Bankruptcy Code section 523(a)(6), and (a)(19) are established by giving collateral estoppel effect to the judgment entered on April 6, 1999 in favor of Plaintiff's assignor Fiero Brothers, Inc. and against Perle by the Superior Court for the State of California, County of Los Angeles, Central Division in Case No. BS 055659 arising from the arbitration award rendered by the NASD Regulation, Inc. in favor of Fiero Brothers, Inc. and against Waldron & Co., Inc., Cery Perle, Ed Harris, Wedbush, Morgan Securities, Inc., Ed Harris in NASD Case No. 98-005659, and to the judgment entered in favor of the United States Securities and Exchange Commission and against Perle by the United States District Court for the Central District of California in Case No. CV 98-824 LHM (ANx), subsequently Case No. CV 99-3299 DT (Ex), and to the judgments entered in favor of Corsair Capital Partners, L.P. and Alternative Investments, L.P. and against Cery B. Perle by the United States District Court for the Central District of California in Case No. SA CV 99-469 AHS (ANx), and entered in favor of Corsair Capital Partners, L.P. and Alternative Investments, L.P. and against Cery B. Perle by the United States Bankruptcy Court for the Central District of California in Case No. AD01-02219, in Case No. LA 01-26497-BB .

Please take further notice that Local Bankruptcy Rule 9013-1(a)(7) requires a formal response to this Motion at least 14 days before the hearing.

The Motion is made pursuant to Rule 56 of the Federal Rules of Civil Procedure, applicable to bankruptcy proceedings, including this action, through Federal Bankruptcy Rule 7056, and is based upon this Notice of Motion, and on the concurrently filed Opening Memorandum of Points and Authorities, the Appendix of Evidence, the Affidavit of Leslie Schwaebe Akins, the Affidavit of John Fiero, the Supplemental Affidavit of John Fiero, the Affidavit of Alfonso Fiero, the Affidavit of Gregory C. Glenn, the Appendix of Authorities, the Request for Judicial Notice, the [Proposed] Statement Of Uncontroverted Facts and Conclusions Of Law, and the [Proposed] Order Granting Summary Judgment,

1 | and on all papers, documents, argument and evidence to be presented at or before the
2 | time of the hearing of this Motion.
3 | DATED: September 29, 2009            LESLIE SCHWAEBE AKINS, A.L.C.
4
5
6                                        By _____
7                                        Leslie Schwaebe Akins, Esq.
                                         Attorneys for Plaintiff,
8                                        ALFONSO FIERO

---

NOTICE OF MOTION FOR SUMMARY JUDGMENT

3

In re: Cery Bradley Perle, Debtor

Alfonso Fiero, v. Cery B. Perle
Case Number LA 01-26497-BB
Adv. No. 06-01971 BB

## PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )
COUNTY OF SAN DIEGO     )

I am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is P.O. Box 131253, Carlsbad, California 92013.

On **September 30, 2009**, I served **NOTICE OF MOTION AND MOTION OF PLAINTIFF ALFONSO FIERO FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT** on the interested parties in said action, by delivering it as follows:

__X__  Service will be accomplished through an NEF for parties and counsel who are registered CM/ECF users.

**Electronic Mail Notice List**

**The following is the list of parties who are currently on the list to receive e-mail notices for this case.**

Darrell Palmer:   darrell.palmer@cox.net

United States Trustee (LA):
ustpregion16.la.ecf@usdoj.gov

Leslie S Akins:   lsa@stockmarketlaw.com

Pamela Labruyere:   pamela@sgsslaw.com

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **September 30, 2009**, at Carlsbad, California.

_____
Megaen Ericson

**PROOF OF SERVICE**