Leslie Schwaebe Akins (SBN 138678)
AKINS & VILLAVICENCIO, LLP
7157 Argonauta Way
Carlsbad, CA 92009
Tel: 760-931-2920
Fax: 760-603-0547

Attorney for Plaintiff,
Alfonso Fiero

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CERY BRADLEY PERLE,<br><br>Debtor.<br>_____<br><br>ALFONSO FIERO,<br><br>Plaintiffs,<br><br>vs.<br><br>CERY BRADLEY PERLE,<br><br>Defendant.<br>_____ | CASE NO. LA 01-26497-BB<br><br>[Chapter 7]<br><br>Adv. No.: ADV-06-01971-BB<br><br>The Honorable S. Bluebond - 626<br><br>**AFFIDAVIT OF ALFONSO FIERO FILED IN SUPPORT OF PLAINTIFF ALFONSO FIERO' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE: November 10, 2009<br>TIME:   2:00 p.m.<br>CTRM: 1475<br><br>DATE FILED: September 13, 2006<br>DISCOVERY CUT OFF: July 31, 2009<br>TRIAL DATE: None set |

I, Alfonso Fiero, hereby affirm as follows:

1. I am a resident of the state of New York and am the plaintiff in the above-entitled action. I have personal knowledge as to all facts set forth in my affidavit and could competently testify thereto if called upon to do so.

2. On March 1, 2006, judgment creditor Fiero Brothers, Inc. ("Fiero Bros.") assigned to me for good and valuable consideration the Judgement entered on April 6, 1999 by Los

Angeles Superior Court in favor of Fiero Bros. and against Waldron & Co., Inc. ("Waldron") Cery B. Perle ("Perle") in the action entitled *Fiero Brothers, Inc. v. Waldron & Co., Inc., Cery B. Perle*, Los Angeles Superior Court Case No. BS055659. A true and correct copy of the March 1, 2006 Assignment of Judgment is attached as Exhibit E to the First Amended Complaint filed in the instant proceeding, and is attached hereto as Exhibit "1" and incorporated herein by reference.

I affirm under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this Affidavit is executed this 28 day of ~~July~~ September, 2009 at Long Beach, California.

_____
Alfonso Fiero, Affiant

In re: Cery Bradley Perle, Debtor

Alfonso Fiero, v. Cery B. Perle
Case Number LA 01-26497-BB
Adv. No. 06-01971 BB

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       )
COUNTY OF SAN DIEGO    )

I am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is P.O. Box 131253, Carlsbad, California 92013.

On **September 30, 2009**, I served **AFFIDAVIT OF ALFONSO FIERO FILED IN SUPPORT OF PLAINTIFF ALFONSO FIERO'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT WITH EXHIBIT 1** on the interested parties in said action, by delivering it as follows:

__X__  Service will be accomplished through an NEF for parties and counsel who are registered CM/ECF users.

**Electronic Mail Notice List**

**The following is the list of parties who are currently on the list to receive e-mail notices for this case.**

Darrell Palmer:    darrell.palmer@cox.net

United States Trustee (LA):
ustpregion16.la.ecf@usdoj.gov

Leslie S Akins:    lsa@stockmarketlaw.com

Pamela Labruyere:    pamela@sgsslaw.com

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **September 30, 2009**, at Carlsbad, California.

_/s/ Megaen Ericson_
Megaen Ericson

**PROOF OF SERVICE**