Leslie Schwaebe Akins (SBN 138678)
LESLIE SCHWAEBE AKINS, A LAW CORPORATION
7157 Argonauta Way
Carlsbad, CA 92009
Tel: 760-931-2920
Fax: 760-603-0547

Attorney for Plaintiff,
Alfonso Fiero

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CERY BRADLEY PERLE,<br><br>Debtor.<br>_____<br><br>ALFONSO FIERO,<br><br>     Plaintiffs,<br><br>vs.<br><br>CERY BRADLEY PERLE,<br><br>     Defendant.<br>_____ | CASE NO. LA 01-26497-BB<br><br>[Chapter 7]<br><br>Adv. No.: ADV-06-01971-BB<br><br>The Honorable S. Bluebond - 626<br><br>**AFFIDAVIT OF GREGORY C. GLYNN FILED IN SUPPORT OF PLAINTIFF ALFONSO FIERO'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT**<br><br>**DATE:** November 10, 2009<br>**TIME:** 2:00 p.m.<br>**CTRM:** 1475<br><br>DATE FILED: September 13, 2006<br>DISCOVERY CUT OFF: July 31, 2009<br>TRIAL DATE: None set |

I, Gregory C. Glynn, Esq., hereby affirm as follows:

1.   I am an attorney at law duly licensed to practice before the California Supreme Court and all courts of the State of California as well as the United States District Court for the Central District of California , the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court.  I am currently serving as the Senior Trial Counsel for the Pacific Regional Office of the United States Securities and

/ / /

---

AFFIDAVIT OF GREGORY C. GLYNN

1

001

Main Document   Page 2 of 3

1  Exchange Commission, located at 5670 Wilshire Boulevard, 11th Floor, Los Angeles,
2  California, (323)965-3998.

3      2.    I have first hand personal knowledge as to all facts set forth in my affidavit
4  and could competently testify thereto if called upon to do so.

5      3.    I was assigned the Trial and preparation for Trial of the SEC's civil action
6  entitled <u>Securities and Exchange Commission v. Waldron & Co., Inc. and Cery B. Perle</u>,
7  United States District Court Case No. SACV 98-824 (LHM)(ANx). The complaint was filed
8  in that case on September 23, 1998. As such, I am familiar with the files and records
9  regarding this case that are in the SEC's possession and control.

10     4.    In or about November 2008, I was provided with a Subpoena in Adversary
11 Proceeding served by Plaintiff in the above entitled action, seeking documents related to
12 the SEC v. Perle enforcement action. A true and correct copy of the Subpoena in
13 Adversary Proceeding is attached hereto as Exhibit 1. I then set about going to the
14 SEC's archives to locate the documents responsive to subpoena. I also contacted
15 Plaintiff's counsel to arrange for her review and copying of the documents.

16     5.    On December 15, 2008, I provided the documents responsive to Plaintiff's
17 attorney, Leslie Akins, for her review and marking. The documents produced include
18 transcripts of SEC interviews with witnesses, including Cery Perle, former employees,
19 third party witnesses, other former account holders who purchased Shopping.com,
20 pleadings, exhibits, sworn statements, etc. The documents remained in our office and
21 were copied that day by IKON Service, an outside contractor that we permit to copy SEC
22 documents on site, so that the documents never leave the possession of the SEC.

23     6.    Attached hereto as Exhibit 2 is a true and correct copy of a document
24 produced from the files of the SEC in its investigation against Cery Perle, which is the
25 condensed transcript taken during the Investigative Transcript of Keevin Lorinzo Gillespie
26 on May 27, 1998, pages 1-140. This sworn Investigative Transcript, made under oath,
27 was taken by SEC attorneys, Dennis Arnold and Cliff Hyatt and Solomon Mongolini, who
28 were then assigned to the case.

AFFIDAVIT OF GREGORY C. GLYNN
2

7. Attached hereto as Exhibit 3 is a true and correct copy of a document produced from the files of the SEC in its investigation against Cery Perle, which is the condensed Investigative Transcript taken during the deposition of Georgia Marie French on May 27, 1998, pages 1-49. This sworn Investigative Transcript, made under oath, was taken by SEC attorneys, Dennis Arnold and Cliff Hyatt and Solomon Mongolini, who were then assigned tot he case.

8. Attached hereto as Exhibit 4 is a true and correct copy of a document produced from the files of the SEC in its enforcement action against Cery Perle, which is the Investigative Transcript of Wayne Sewall, taken during the deposition of June 2, 1998, pages 1-117. This Investigative Transcript was taken by SEC attorneys, Rabia Cebece and Cliff Hyatt, who were then assigned to the case.

I affirm under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this Affidavit is executed this 29th day of September, 2009 at Los Angeles, CA.

_____
Gregory C. Glynn, Affiant

AFFIDAVIT OF GREGORY C. GLYNN
3