Leslie Schwaebe Akins (SBN 138678)
LESLIE SCHWAEBE AKINS, A LAW CORPORATION
7157 Argonauta Way
Carlsbad, CA 92009
Tel: 760-931-2920
Fax: 760-603-0547

Attorney for Plaintiff,
Alfonso Fiero

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re | CASE NO. LA 01-26497-BB |
| CERY BRADLEY PERLE, | [Chapter 7] |
| Debtor. | Adv. No.: ADV-06-01971-BB |
| | The Honorable S. Bluebond - 626 |
| ALFONSO FIERO, | **EXHIBIT 1 TO THE SUPPLEMENTAL AFFIDAVIT OF JOHN FIERO FILED IN SUPPORT OF PLAINTIFF ALFONSO FIERO'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT** |
| Plaintiff, | |
| vs. | |
| CERY BRADLEY PERLE, | |
| Defendant. | |
| | **DATE: November 10, 2009** <br> **TIME:  2:00 p.m.** <br> **CTRM: 1475** |
| | DATE FILED: September 13, 2006 <br> DISCOVERY CUT OFF: July 31, 2009 <br> TRIAL DATE: None set |

/ / /
/ / /
/ / /
/ / /
/ / /

EXHIBIT 1 TO THE SUPPLEMENTAL AFFIDAVIT OF JOHN FIERO

1

# EXHIBIT 1

# *OTC Time & Sales Report*
*By Security with Market Participants*

**BUY SHOPPING .COM**                                    *02/12/1998 - 02/12/1998*

| Date | Time | As Of | Rptg. MPID | Buy/ Sell | Volume | Price | Contra MPID | Mod 1 | Mod 2 | Price Overide | Media Dissem. | CLD. |
|------|------|-------|------------|-----------|--------|-------|-------------|-------|-------|---------------|---------------|------|
| 1998-02-12 | 09:25:00 | | SHRP | S | 600 | 24.125 | INCA | | | | | |
| | 09:25:33 | | INCA | B | 500 | 24.125 | WMIN | | | | | |
| | 09:25:52 | | INCA | B | 600 | 24.125 | SHRP | | | | | |
| | 09:26:01 | | INCA | B | 900 | 24.125 | WMIN | | | | | |
| | 09:30:00 | | FRAN | B | 2000 | 24 | MCMF | | | | | |
| | 09:30:00 | | FRAN | S | 1000 | 24.0625 | PCFF | | | | | |
| | 09:30:00 | | SHRP | B | 600 | 24 | CHAS | | | | | |
| | 09:30:05 | | WALD | B | 4000 | 24.0625 | | | | | | |
| | 09:30:30 | | WALD | B | 400 | 24 | NITE | | | | | |
| | 09:32:00 | | WIEN | S | 20 | 24.0625 | PERS | | | | | |
| | 09:32:06 | | FAHN | B | 300 | 24 | PFIN | | | | | |
| | 09:32:13 | | WALD | B | 300 | 24 | | | | | | |
| | 09:32:44 | | WALD | B | 500 | 24 | | | | | | |
| | 09:32:58 | | WALD | B | 500 | 24 | | | | | | |
| | 09:33:00 | | NAWE | S | 1000 | 23.4375 | FAHN | | | | | |
| | 09:33:18 | | WIEN | S | 200 | 24 | WSEI | | | | NO | C |
| | 09:33:30 | | WALD | B | 500 | 23.875 | | | | | | |
| | 09:33:44 | | WALD | B | 500 | 23.875 | | | | | | |
| | 09:34:00 | | WALD | B | 2000 | 23.625 | | | | | | |
| | 09:34:05 | | PEAN | S | 200 | 23.4375 | FSCO | | | | | |
| | 09:35:00 | | ETRS | S | 500 | 24 | NITE | | O | | | |
| | 09:35:00 | | NITE | B | 500 | 24 | ETRS | | | | NO | |
| | 09:36:00 | | FRAN | S | 200 | 23.125 | WSEI | | | | | |
| | 09:36:48 | | FRAN | S | 200 | 24.125 | WSEI | | | | NO | C |
| | 09:36:55 | | FAHN | S | 500 | 23 | FSCO | | | | | |
| | 09:37:00 | | NAWE | B | 500 | 22.625 | QRCC | | | | | |
| | 09:37:35 | | WALD | B | 1000 | 22.875 | | | | | | |
| | 09:37:43 | | FAHN | S | 200 | 22.875 | METT | | | | | |
| | 09:38:00 | | FRAN | B | 500 | 23 | PCFF | | | | | |
| | 09:38:00 | | WIEN | S | 1000 | 23.125 | NAWE | SLD | | | | |
| | 09:38:44 | | FAHN | S | 500 | 22.25 | FSCO | | O | | | |
| | 09:39:04 | | WNOL | S | 500 | 22.5 | LAWR | | | | | |
| | 09:39:48 | | FAHN | S | 200 | 22.375 | WSEI | | | | | |
| | 09:39:52 | | FAHN | S | 500 | 22.25 | QTMG | | | | | |
| | 09:40:35 | | WALD | B | 1000 | 22 | | | | | | |
| | 09:40:59 | | SHRP | B | 500 | 24 | CHAS | | | | NO | C |
| | 09:41:00 | | FRAN | S | 200 | 21.875 | PFCO | | | | | |

CASE NO. *CV 99-4670 ER (BQRx)*
*CORSAIR*
VS. *WEDBUSH*
PLAINTIFF'S EXHIBIT *36*
DATE _____ IDEN.
DATE _____ EVID.
      NO.
BY _____
AO 386      Deputy Clerk

F 008107

# OTC Time & Sales Report
*By Security with Market Participants*

### Y SHOPPING .COM                                02/12/1998 - 02/12/1998

| Date | Time | As Of | Rptg. MPID | Buy/ Sell | Volume | Price | Contra MPID | Mod 1 | Mod 2 | Price Overide | Media Dissem. | CLD. |
|------|------|-------|-----------|-----------|--------|-------|-------------|-------|-------|---------------|---------------|------|
| 1998-02-12 | 09:41:00 | | NITE | S | 100 | 24 | QRCC | SLD | | O | | |
| | 09:41:00 | | WIEN | S | 500 | 22 | QTMG | | | | | |
| | 09:41:06 | | SHRP | B | 100 | 24 | CHAS | | | | NO | C |
| | 09:41:21 | | WALD | B | 200 | 21.875 | | | | | | |
| | 09:41:51 | | WALD | B | 600 | 21.875 | | | | | | |
| | 09:41:55 | | FAHN | B | 500 | 23 | MCMF | | | O | | |
| | 09:42:00 | | FRAN | B | 1000 | 21.875 | THKF | | | | | C |
| | 09:42:00 | | FRAN | B | 1000 | 21.75 | PWJC | | | | | C |
| | 09:42:00 | | FRAN | S | 1000 | 21.875 | FSCO | | | | | C |
| | 09:42:00 | | NAWE | B | 500 | 21.875 | QRCC | | | | | C |
| | 09:42:00 | | SHRP | S | 1350 | 21.875 | FSCO | | | | | C |
| | 09:42:08 | | LAWR | B | 500 | 22.5 | WNOL | | | | | C |
| | 09:42:14 | | FAHN | B | 500 | 22.5 | MCMF | | | O | | |
| | 09:42:23 | | FAHN | B | 1000 | 22.25 | MCMF | | | O | | |
| | 09:42:30 | | HJMC | S | 2000 | 21.875 | FSCO | | | | | |
| | 09:42:33 | | FRAN | B | 1000 | 21.75 | PWJC | | | | NO | C |
| | 09:42:41 | | WALD | B | 800 | 21.875 | | | | | | |
| | 09:43:00 | | FRAN | B | 500 | 21.75 | PWJC | | | | | |
| | 09:43:08 | | WALD | B | 1000 | 21.75 | | | | | | |
| | 09:43:14 | | HJMC | B | 2000 | 21.875 | THKF | | | | | |
| | 09:43:53 | | WALD | B | 1950 | 21.75 | | | | | | |
| | 09:44:00 | | FRAN | B | 500 | 21.75 | PWJC | | | | | |
| | 09:44:00 | | FRAN | B | 500 | 21.875 | PWJC | | | | | |
| | 09:44:00 | | SHRP | S | 500 | 21.75 | QTMG | | | | | |
| | 09:44:00 | | NAWE | S | 1000 | 21.75 | FSCO | | | | | |
| | 09:44:00 | | NAWE | B | 1000 | 21.75 | QRCC | | | | | |
| | 09:44:22 | | FAHN | S | 1000 | 21.875 | WNOL | | | | | |
| | 09:44:29 | | FSCO | B | 500 | 21.75 | GSCF | | | | | |
| | 09:45:00 | | WIEN | B | 200 | 22.75 | ROBB | SLD | | | | |
| | 09:45:00 | | WIEN | B | 200 | 23 | ROBB | SLD | | | | |
| | 09:45:00 | | WIEN | B | 200 | 23.125 | ROBB | SLD | | | | |
| | 09:45:00 | | WIEN | S | 200 | 21.75 | QTMG | | | | | |
| | 09:45:05 | | WALD | B | 8000 | 21.75 | | | | | | |
| | 09:45:05 | | WALD | B | 8000 | 21.75 | | | | | NO | |
| | 09:45:23 | | SHRP | B | 1500 | 21.75 | CHAS | | | | | |
| | 09:45:23 | | SHRP | B | 1500 | 21.625 | CHAS | | | | | |
| | 09:45:23 | | SHRP | B | 1350 | 21.625 | CHAS | | | | | |

**F 008108**

**EXHIBIT 1 PAGE 28**

## *OTC Time & Sales Report*
### *By Security with Market Participants*

**/Y SHOPPING .COM**                              *02/12/1998 - 02/12/1998*

| Date | Time | As Of | Rptg. MPID | Buy/ Sell | Volume | Price | Contra MPID | Mod 1 | Mod 2 | Price Overide | Media Dissem. | CLD. |
|------|------|-------|-----------|-----------|--------|-------|-------------|-------|-------|---------------|---------------|------|
| 1998-02-12 | 09:46:00 | | SHRP | B | 500 | 21.625 | PRUS | | | | | |
| | 09:46:00 | | WIEN | S | 3000 | 21.75 | FSCO | | | | | |
| | 09:46:58 | | FSCO | B | 1000 | 21.75 | GSCF | | | | | |
| | 09:47:00 | | WIEN | B | 2800 | 21.75 | ROBB | | | | | |
| | 09:48:31 | | FAHN | S | 2000 | 21.75 | CANT | | | | | |
| | 09:48:37 | | WALD | B | 2000 | 21.625 | | | | | | |
| | 09:49:34 | | WALD | B | 2500 | 21.625 | | | | | | |
| | 09:49:39 | | WALD | B | 2500 | 21.625 | | | | | | |
| | 09:50:00 | | WIEN | S | 1000 | 21.625 | QTMG | | | | | |
| | 09:50:02 | | FAHN | B | 5000 | 21.625 | MCMF | | | | | |
| | 09:50:16 | | FAHN | S | 200 | 21.75 | PFCO | | | | | |
| | 09:51:00 | | WIEN | B | 2625 | 21.625 | MLCO | | | | | |
| | 09:51:00 | | WIEN | B | 0 | 21.625 | MLCO | | | | NO | |
| | 09:51:00 | | NAWE | B | 2615 | 21.625 | QRCC | SLD | | | | |
| | 09:51:00 | | NAWE | B | 1000 | 21.625 | QRCC | SLD | | | | |
| | 09:51:00 | | WIEN | S | 200 | 21.625 | WSEI | | | | | |
| | 09:52:00 | | FRAN | B | 200 | 21.625 | NFSC | | | | | |
| | 09:52:00 | | NAWE | B | 1000 | 21.625 | QRCC | | | | | |
| | 09:52:22 | | WSEI | S | 200 | 21.75 | PFCO | | | | | |
| | 09:52:31 | | INCA | B | 500 | 21.75 | NAWE | | | | NO | |
| | 09:52:31 | | INCA | S | 500 | 21.75 | WMIN | | | | NO | |
| | 09:53:00 | | SHRP | B | 100 | 21.875 | CHAS | | | | | |
| | 09:53:00 | | WIEN | B | 200 | 22 | ROBB | | | | | |
| | 09:53:00 | | WIEN | B | 200 | 22.25 | ROBB | | | | | |
| | 09:54:00 | | NTDB | S | 400 | 22 | NITE | | | | | |
| | 09:54:00 | | WIEN | B | 200 | 22.5 | ROBB | | | | | |
| | 09:54:16 | | SHRP | B | 550 | 21.625 | CHAS | | | | NO | C |
| | 09:54:30 | | SHRP | B | 500 | 21.625 | CHAS | | | | NO | C |
| | 09:54:42 | | SHRP | B | 300 | 21.625 | CHAS | | | | NO | C |
| | 09:55:00 | | FRAN | S | 500 | 22 | | | | | | |
| | 09:55:00 | | WIEN | B | 400 | 22 | NITE | | | | | |
| | 09:55:00 | | WIEN | B | 2000 | 22 | MLCO | | | | | |
| | 09:55:14 | | FAHN | B | 3000 | 22 | MCMF | | | | | |
| | 09:56:00 | | FAHN | S | 500 | 22.125 | PCFF | | | | | |
| | 09:56:00 | | NAWE | S | 500 | 22 | INCA | | | | | |
| | 09:56:00 | | NAWE | S | 1500 | 22 | QTMG | | | | | |
| | 09:56:16 | | INCA | B | 500 | 22 | NAWE | | | | NO | |

**F 008109**

## OTC Time & Sales Report
*By Security with Market Participants*

### UY SHOPPING .COM

*02/12/1998 - 02/12/1998*

| Date | Time | As Of | Rptg. MPID | Buy/ Sell | Volume | Price | Contra MPID | Mod 1 | Mod 2 | Price Overide | Media Dissem. | CLD. |
|------|------|-------|------------|-----------|--------|-------|-------------|-------|-------|---------------|---------------|------|
| 1998-02-12 | 09:56:16 | | INCA | S | 500 | 22 | BKRT | | | | NO | |
| | 09:57:00 | | WNOL | S | 1000 | 22 | QTMG | | | | | |
| | 09:57:37 | | FAHN | B | 100 | 22 | WEDB | | | | | |
| | 09:58:00 | | NAWE | S | 300 | 21.75 | PFCO | | | | | |
| | 09:59:00 | | NAWE | S | 500 | 21.75 | QTMG | | | | | |
| | 09:59:00 | | SHRP | S | 500 | 22 | CHAS | | | | | |
| | 09:59:03 | | FSCO | S | 400 | 22 | SHRP | | | | | |
| | 10:02:01 | | FAHN | S | 200 | 21.625 | WSEI | | | | | |
| | 10:02:48 | | FAHN | S | 500 | 21.5 | METT | | | | | |
| | 10:03:00 | | NAWE | S | 1000 | 21.5 | METT | | | | | |
| | 10:04:28 | | FAHN | S | 2000 | 21.5 | METT | | | | | |
| | 10:05:06 | | FAHN | B | 3000 | 21.5 | MCMF | | | | | |
| | 10:07:00 | | NAWE | S | 100 | 21.75 | VKCO | | | | | |
| | 10:08:00 | | SHRP | S | 150 | 21.375 | FSCO | | | | | |
| | 10:08:00 | | SHRP | B | 150 | 21.375 | CHAS | | | | | |
| | 10:08:51 | | FSCO | S | 1000 | 21.75 | KEYZ | | | | | |
| | 10:10:00 | | SHRP | S | 100 | 21.75 | FRWE | | | | | |
| | 10:14:20 | | WALD | B | 2000 | 21.5 | | | | | | |
| | 10:18:00 | | WIEN | B | 50 | 21.375 | AGED | | | | NO | |
| | 10:18:00 | | WIEN | S | 300 | 21.75 | AGED | | | | | |
| | 10:22:00 | | ETRS | S | 100 | 21.375 | NITE | | | | | |
| | 10:22:00 | | NITE | B | 300 | 21.375 | RBCF | | | | | |
| | 10:22:00 | | NITE | B | 100 | 21.375 | ETRS | | | | NO | |
| | 10:23:00 | | WIEN | B | 400 | 21.375 | NITE | | | | | |
| | 10:25:00 | | NAWE | S | 200 | 21.5 | INCA | | | | | |
| | 10:25:46 | | INCA | S | 200 | 21.5 | ALLN | | | | NO | |
| | 10:25:46 | | INCA | B | 200 | 21.5 | NAWE | | | | NO | |
| | 10:30:42 | | FAHN | S | 3000 | 21.375 | FSCO | | | | | |
| | 10:30:52 | | FAHN | B | 2000 | 21.375 | MCMF | | | | | |
| | 10:32:06 | | FSCO | S | 1500 | 21.4375 | WNOL | | | | | |
| | 10:34:03 | | HJMC | S | 1400 | 21.25 | FSCO | | | | | |
| | 10:34:17 | | HJMC | B | 1400 | 21.25 | BEST | | | | | |
| | 10:34:27 | | FSCO | B | 1000 | 21.25 | PSCI | | | | | |
| | 10:34:27 | | FSCO | B | 1000 | 21.375 | PSCI | | | | | |
| | 10:37:00 | | NAWE | B | 1000 | 21.25 | SWST | | | | | |
| | 10:39:00 | | NITE | B | 50 | 21.25 | ETRS | | | | NO | C |
| | 10:39:00 | | NITE | B | 50 | 23.5625 | ETRS | | | | NO | C |

**F 008110**

**EXHIBIT 1 PAGE 30**

622

## OTC Time & Sales Report
*By Security with Market Participants*

# Y SHOPPING.COM

### 02/12/1998 - 02/12/1998

| Date | Time | As Of | Rptg. MPID | Buy/ Sell | Volume | Price | Contra MPID | Mod 1 | Mod 2 | Price Overide | Media Dissem. | CLD. |
|------|------|-------|-----------|-----------|--------|-------|-------------|-------|-------|---------------|---------------|------|
| 1998-02-12 | 10:39:12 | | FAHN | S | 2000 | 21.25 | FSCO | | | | | |
| | 10:40:02 | | WALD | B | 2000 | 21.25 | | | | | | |
| | 10:44:06 | | FAHN | B | 100 | 21.25 | DEAN | | | | | |
| | 10:49:00 | | SHRP | B | 100 | 21.25 | CHAS | | | | | |
| | 10:52:00 | | NAWE | B | 1000 | 21.25 | SWST | | | | | |
| | 10:52:00 | | NAWE | S | 2000 | 21.25 | FSCO | | | | | |
| | 10:54:41 | | FSCO | S | 1000 | 21.375 | KEYZ | | | | | |
| | 10:55:00 | | NAWE | S | 2000 | 21.25 | FSCO | | | | | |
| | 10:55:07 | | WALD | S | 500 | 21.25 | - | | | | | |
| | 10:56:00 | | NAWE | B | 1000 | 21.25 | SWST | | | | | |
| | 10:57:00 | | FOMA | S | 200 | 21.25 | NITE | | | | | |
| | 10:57:00 | | NITE | B | 200 | 21.25 | FOMA | | | | NO | |
| | 10:57:00 | | SHRP | B | 300 | 21.25 | CHAS | | | | | |
| | 11:00:00 | | SHRP | B | 300 | 21.3125 | CHAS | | | | | |
| | 11:02:00 | | SHRP | B | 182 | 21.3125 | CHAS | | | | | |
| | 11:03:00 | | WIEN | B | 250 | 21.3125 | NITE | | | | | |
| | 11:03:52 | | WALD | B | 2000 | 21.3125 | | | | | | |
| | 11:03:54 | | WALD | B | 2000 | 21.3125 | | | | | | |
| | 11:12:25 | | FAHN | S | 200 | 21.5 | QTMG | | | | | |
| | 11:12:26 | | FSCO | S | 200 | 21.375 | GRUN | | | | | C |
| | 11:13:41 | | FAHN | S | 200 | 22 | WSEI | | | | | |
| | 11:14:01 | | FAHN | B | 2000 | 22 | MCMF | | | | | |
| | 11:14:42 | | QTMG | S | 5000 | 22.125 | MIVF | | | | | |
| | 11:15:30 | | WSEI | S | 200 | 22.125 | WNOL | | | | | |
| | 11:16:00 | | FRAN | S | 500 | 22.25 | MCMF | | | | | |
| | 11:16:26 | | FAHN | S | 800 | 22.25 | WNOL | | | | | |
| | 11:17:00 | | WIEN | B | 200 | 22 | PERS | | | | | |
| | 11:19:00 | | SHRP | S | 200 | 22.375 | PFCO | | | | | |
| | 11:19:00 | | SHRP | S | 700 | 22.375 | QTMG | | | | | |
| | 11:19:04 | | PEAN | S | 800 | 22.375 | QTMG | | | | | |
| | 11:21:17 | | WNOL | S | 1000 | 22 | QTMG | | | | | |
| | 11:21:35 | | FAHN | S | 5000 | 22 | QTMG | | | | | |
| | 11:22:32 | | QTMG | S | 8000 | 22.25 | | | | — | | |
| | 11:22:32 | | QTMG | B | 8000 | 22.25 | | | | | NO | |
| | 11:23:31 | | FAHN | B | 500 | 22.375 | MCMF | | | O | | |
| | 11:23:41 | | FAHN | B | 1500 | 22 | MCMF | | | | | |
| | 11:35:03 | | WALD | S | 200 | 22 | | | | | | |

F 008111

**EXHIBIT 1 PAGE 31**

623

# *OTC Time & Sales Report*
*By Security with Market Participants*

**Y SHOPPING .COM**                              *02/12/1998 - 02/12/1998*

| Date | Time | As Of | Rptg. MPID | Buy/ Sell | Volume | Price | Contra MPID | Mod i | Mod 2 | Price Overide | Media Dissem. | CLD. |
|------|------|-------|------------|-----------|--------|-------|-------------|-------|-------|---------------|---------------|------|
| 1998-02-12 | 11:36:00 | | NITE | S | 500 | 22 | MCMF | | | | | |
| | 11:38:00 | | SHRP | B | 100 | 21.6875 | CHAS | | | | | |
| | 11:51:18 | | FAHN | S | 200 | 22 | SHRP | | | | | |
| | 11:51:39 | | FAHN | S | 200 | 21.875 | SHRP | | | | NO | C |
| | 11:53:04 | | HJMC | B | 100 | 21.875 | | | | | | |
| | 11:55:00 | | SHRP | S | 200 | 22 | THKF | | | | | |
| | 11:55:19 | | FAHN | S | 800 | 22.125 | SHRP | | | | | |
| | 11:55:44 | | FAHN | S | 500 | 22.125 | RYCO | | | | | |
| | 11:56:00 | | SHRP | S | 800 | 22.125 | THKF | | | | | |
| | 11:56:53 | | FAHN | B | 1500 | 22 | MCMF | | | | | |
| | 11:58:34 | | FAHN | B | 1500 | 22 | MCMF | | | | | |
| | 12:00:00 | | WALD | B | 8500 | 22 | | SLD | | | | |
| | 12:05:58 | | WALD | B | 875 | 22.125 | | | | | | |
| | 12:06:25 | | FAHN | S | 200 | 22.375 | WNOL | | | | | |
| | 12:06:40 | | FSCO | S | 800 | 22.5 | WNOL | | | | | |
| | 12:07:57 | | FAHN | B | 2000 | 22.125 | MCMF | | | | | |
| | 12:12:00 | | FRAN | S | 1500 | 22.375 | PCFF | | | | | |
| | 12:20:00 | | WIEN | S | 500 | 22.5 | NITE | | | | | |
| | 12:22:07 | | WSEI | S | 200 | 22.625 | FSCO | | | | | |
| | 12:27:59 | | WALD | S | 200 | 22.75 | | | | | | |
| | 12:35:01 | | FSCO | B | 200 | 22.75 | CANT | | | | | |
| | 12:35:49 | | FSCO | B | 1800 | 22.5 | CANT | | | | | |
| | 12:45:16 | | FAHN | S | 500 | 22.625 | PBLI | | | | | |
| | 12:54:06 | | FAHN | S | 500 | 22.75 | PBLI | | | | | |
| | 13:10:44 | | FAHN | S | 1000 | 22.9375 | FSCO | | | | | |
| | 13:11:00 | | WIEN | S | 500 | 23 | FSCO | | | | | |
| | 13:12:03 | | FAHN | B | 1000 | 23 | MCMF | | | | | |
| | 13:13:09 | | HJMC | S | 200 | 23.25 | FSCO | | | O | | |
| | 13:13:13 | | FSCO | B | 100 | 22.875 | VKCO | | | | | |
| | 13:13:53 | | FAHN | S | 500 | 23.4375 | FSCO | | | | | |
| | 13:14:18 | | WSEI | S | 200 | 23.125 | FSCO | | | | | |
| | 13:15:00 | | NAWE | S | 1000 | 23.5 | WEAT | | | | | |
| | 13:15:00 | | WIEN | S | 500 | 23.5 | FSCO | | | | | |
| | 13:16:42 | | RYCO | S | 500 | 23.5 | NAWE | | | | | |
| | 13:17:16 | | PFCO | S | 500 | 23.5 | NAWE | | | | | |
| | 13:18:00 | | NAWE | S | 500 | 23.625 | WEAT | | | | | |
| | 13:19:00 | | NITE | S | 2000 | 23.625 | MCMF | | | | | |

F 008112

**EXHIBIT 1 PAGE 32**

624

# OTC Time & Sales Report
*By Security with Market Participants*

**YY SHOPPING .COM**                                    *02/12/1998 - 02/12/1998*

| Date | Time | As Of | Rptg. MPID | Buy/ Sell | Volume | Price | Contra MPID | Mod 1 | Mod 2 | Price Overide | Media Dissem. | CLD. |
|------|------|-------|------------|-----------|--------|-------|-------------|-------|-------|---------------|---------------|------|
| 1998-02-12 | 13:20:00 | | WSEI | S | 200 | 23.625 | FSCO | | | | | |
| | 13:20:33 | | QTMG | S | 2000 | 23.625 | NITE | | | | | |
| | 13:21:00 | | NAWE | S | 500 | 23.9375 | WEAT | | | | | |
| | 13:21:00 | | NITE | S | 1000 | 23.9375 | KNCB | | | | | |
| | 13:21:56 | | FAHN | S | 1000 | 23.9375 | NITE | | | | | |
| | 13:22:23 | | PFCO | S | 200 | 23.75 | NAWE | | | | | |
| | 13:23:18 | | FAHN | B | 100 | 23.875 | WHAL | | | | | |
| | 13:23:57 | | RYCO | S | 500 | 23.9375 | FSCO | | | | | |
| | 13:25:00 | | WIEN | S | 500 | 24 | FSCO | | | | | |
| | 13:27:00 | | BKRT | S | 500 | 24 | INCA | SLD | | | | |
| | 13:27:00 | | GVRC | S | 200 | 24 | FSCO | | | | | |
| | 13:27:18 | | INCA | B | 200 | 24 | BKRT | | | | NO | |
| | 13:27:18 | | INCA | S | 200 | 24 | GVRC | | | | NO | |
| | 13:27:34 | | INCA | B | 300 | 24 | BKRT | | | | NO | |
| | 13:27:34 | | INCA | S | 300 | 24 | NAWE | | | | NO | |
| | 13:27:37 | | WALD | S | 160 | 24 | | | | | | |
| | 13:28:33 | | PFCO | S | 400 | 24 | FSCO | | | | | |
| | 13:28:35 | | FAHN | S | 1000 | 24 | INCA | | | | | |
| | 13:28:47 | | INCA | S | 1000 | 24 | QRCC | | | | NO | |
| | 13:30:17 | | QTMG | S | 1000 | 24 | FSCO | | | | | |
| | 13:31:38 | | WSEI | S | 200 | 24.125 | FSCO | | | | | |
| | 13:32:18 | | WALD | B | 2000 | 24 | | | | | | |
| | 13:36:22 | | FAHN | B | 1000 | 24 | WHAL | | | | | |
| | 13:36:33 | | INCA | B | 200 | 24.125 | ALLN | | | | NO | |
| | 13:36:33 | | INCA | S | 200 | 24.125 | QRCC | | | | NO | |
| | 13:37:00 | | FAHN | S | 2000 | 23.875 | FSCO | | | | | |
| | 13:37:19 | | FAHN | S | 2000 | 23.875 | GVRC | | | | | |
| | 13:38:00 | | GVRC | S | 1800 | 24.125 | QRCC | | | | | |
| | 13:38:05 | | ALLN | S | 200 | 24.125 | | | | | | |
| | 13:39:54 | | FAHN | B | 1000 | 23.75 | MCMF | | | | | |
| | 13:40:00 | | GVRC | S | 200 | 23.75 | FSCO | | | | | |
| | 13:41:30 | | HJMC | S | 500 | 23.75 | FSCO | | | | | |
| | 13:42:00 | | FRAN | B | 500 | 23.75 | | | | — | | |
| | 13:52:00 | | NITE | S | 100 | 23.9375 | ETRS | | | | | |
| | 13:59:29 | | RYCO | S | 500 | 23.9375 | FSCO | | | | | |
| | 14:00:00 | | FRAN | S | 500 | 24 | FSCO | | | F 008113 | | |
| | 14:00:51 | | QTMG | S | 1500 | 23.875 | FSCO | | | | | |

**EXHIBIT 1 PAGE 33**

625

# OTC Time & Sales Report
### By Security with Market Participants

**⬤Y SHOPPING .COM** .                                    *02/12/1998 - 02/12/1998*

| Date | Time | As Of | Rptg. MPID | Buy/ Sell | Volume | Price | Contra MPID | Mod 1 | Mod 2 | Price Overide | Media Dissem. | CLD. |
|------|------|-------|------------|-----------|--------|-------|-------------|-------|-------|---------------|---------------|------|
| 1998-02-12 | 14:01:00 | | NITE | B | 200 | 24 | QRCC | | | | NO | |
| | 14:01:00 | | QRCC | S | 200 | 24 | NITE | | | | | |
| | 14:02:00 | | WIEN | B | 100 | 24 | NITE | | | | | |
| | 14:02:04 | | FAHN | S | 500 | 23.9375 | MCMF | | | O | | |
| | 14:03:42 | | FAHN | S | 1000 | 24.125 | MCMF | | | | | |
| | 14:15:49 | | FSCO | B | 300 | 24.25 | DCAP | | | | | |
| | 14:27:24 | | PFCO | S | 1000 | 24.4375 | QTMG | | | | | |
| | 14:28:32 | | PFCO | S | 1000 | 24.4375 | FRAN | | | | | |
| | 14:28:58 | | INCA | S | 500 | 24.3125 | NAWE | | | O | | |
| | 14:29:00 | | FRAN | S | 1000 | 24.4375 | | | | | | |
| | 14:29:00 | | NAWE | S | 200 | 24.5 | QRCC | | | | | |
| | 14:29:19 | | INCA | S | 300 | 24.3125 | NAWE | | | O | | |
| | 14:30:00 | | WIEN | S | 200 | 24.5 | TUCK | | | | | |
| | 14:34:27 | | FSCO | B | 2000 | 24.375 | SKIN | | | | | |
| | 14:34:37 | | INCA | S | 200 | 24.3125 | WALD | | | O | | |
| | 14:35:49 | | HJMC | S | 2000 | 24.4375 | FSCO | | | | | |
| | 14:36:18 | | HJMC | B | 2000 | 24.4375 | THKF | | | | | |
| | 14:46:04 | | FSCO | B | 1000 | 24.5 | PALM | | | | | |
| | 14:47:00 | | NAWE | B | 200 | 24.5 | VKCO | | | | | |
| | 14:48:00 | | NAIB | S | 1000 | 24.5 | PALM | | | | | |
| | 14:49:42 | | QTMG | S | 1000 | 24.625 | WIEN | | | | | |
| | 14:50:04 | | QTMG | S | 800 | 24.625 | LAWR | | | | | |
| | 14:50:19 | | FSCO | B | 1000 | 24.5625 | GSCF | | | | | |
| | 14:55:00 | | SHRP | S | 1000 | 24.5625 | FSCO | | | | | |
| | 14:57:00 | | SHRP | B | 1000 | 24.5625 | CHAS | | | | | |
| | 15:02:37 | | SRRA | S | 200 | 24.625 | FSCO | | | | | |
| | 15:03:18 | | WSEI | S | 200 | 24.625 | FSCO | | | | | |
| | 15:04:17 | | QTMG | S | 1000 | 24.625 | LAWR | | | | | |
| | 15:09:43 | | QTMG | S | 200 | 24.75 | SRRA | | | | | |
| | 15:14:45 | | QTMG | S | 1000 | 24.75 | WIEN | | | | | |
| | 15:16:00 | | SHRP | S | 250 | 24.875 | CHAS | | | | | |
| | 15:18:28 | | QTMG | S | 1000 | 24.875 | SILK | | | | | |
| | 15:19:14 | | FAHN | B | 1000 | 24.8125 | WHAL | — | | | | |
| | 15:20:35 | | QTMG | S | 1000 | 24.875 | SLGT | | | | | |
| | 15:21:23 | | FSCO | B | 1500 | 24.8125 | GSCF | | | | | |
| | 15:22:00 | | WIEN | B | 500 | 24.6875 | NITE | | | | | |
| | 15:22:13 | | CITA | S | 500 | 24.8125 | NITE | | | | | |

**F 008114**

**EXHIBIT 1 PAGE 34**

626

# OTC Time & Sales Report
*By Security with Market Participants*

**Y  SHOPPING .COM**

*02/12/1998 - 02/12/1998*

| Date | Time | As Of | Rptg. MPID | Buy/ Sell | Volume | Price | Contra MPID | Mod 1 | Mod 2 | Price Overide | Media Dissem. | CLD. |
|------|------|-------|------------|-----------|--------|-------|-------------|-------|-------|---------------|---------------|------|
| 1998-02-12 | 15:22:53 | | FSCO | B | 200 | 24.8125 | SILK | | | | | |
| | 15:23:04 | | WALD | B | 4000 | 24.875 | | | | | | |
| | 15:24:00 | | WIEN | B | 500 | 24.6875 | SILK | | | | | |
| | 15:25:29 | | FSCO | B | 200 | 24.6875 | SILK | | | | | |
| | 15:25:40 | | FSCO | B | 1600 | 24.5625 | SILK | | | | | |
| | 15:26:29 | | RYCO | S | 500 | 24.5625 | WALD | | | | | |
| | 15:28:00 | | SHRP | S | 250 | 24.75 | CHAS | | | | | |
| | 15:28:41 | | WALD | B | 1000 | 24.5625 | ONYX | | | | | |
| | 15:29:15 | | INCA | B | 500 | 24.625 | WMIN | | | | NO | |
| | 15:29:15 | | INCA | S | 500 | 24.625 | WALD | | | | NO | |
| | 15:29:40 | | GSCF | S | 1000 | 24.5625 | ONYX | | | | NO | |
| | 15:30:43 | | PFCO | S | 1000 | 24.75 | WALD | | | | | |
| | 15:33:47 | | PFCO | S | 5000 | 24.75 | SHRP | | | | | |
| | 15:34:00 | | WIEN | S | 160 | 24.75 | PERS | | | | | |
| | 15:35:00 | | SHRP | B | 300 | 24.6875 | BSCS | | | | | |
| | 15:35:00 | | WIEN | S | 110 | 24.75 | PERS | | | | | |
| | 15:36:00 | | FRAN | B | 1000 | 24.6875 | PCFF | | | | | |
| | 15:36:27 | | RYCO | S | 300 | 24.6875 | FSCO | | | | | |
| | 15:37:42 | | FSCO | B | 500 | 24.6875 | GSCF | | | | | |
| | 15:37:42 | | PFCO | S | 500 | 24.75 | SHRP | | | | | |
| | 15:37:45 | | FAHN | S | 1800 | 24.75 | SHRP | | | | | |
| | 15:37:54 | | FSCO | S | 3000 | 24.75 | SHRP | | | | | |
| | 15:38:00 | | SHRP | S | 10000 | 24.75 | OPCO | | | | | |
| | 15:39:00 | | WIEN | S | 21 | 24.75 | PERS | | | | NO | |
| | 15:40:00 | | NITE | S | 150 | 24.75 | ETRS | | | | | |
| | 15:41:00 | | SHRP | S | 2100 | 24.6875 | FSCO | | | | | |
| | 15:42:00 | | SHRP | B | 2000 | 24.6875 | SKIN | | | | | |
| | 15:43:06 | | PFCO | S | 3400 | 24.6875 | FSCO | | | | | |
| | 15:43:48 | | QTMG | S | 40000 | 24.5 | WALD | | | O | | |
| | 15:44:00 | | NAWE | B | 1000 | 24.6875 | JWCI | | | | | |
| | 15:44:35 | | FAHN | S | 4500 | 24.75 | SHRP | | | | | |
| | 15:45:00 | | WIEN | S | 100 | 24.75 | PERS | | | | | |
| | 15:45:00 | | SHRP | S | 5000 | 24.75 | OPCO | | | | | |
| | 15:46:00 | | NAWE | S | 500 | 24.625 | WALD | | | | | |
| | 15:46:00 | | NAWE | S | 500 | 24.5625 | FSCO | | | | | |
| | 15:47:00 | | FRAN | S | 500 | 24.5 | WALD | | | | | |
| | 15:48:00 | | FRAN | S | 200 | 24.5 | WIEN | | | | | C |

F 008115

**EXHIBIT 1 PAGE 35**

627

# OTC Time & Sales Report
*By Security with Market Participants*

## Y SHOPPING .COM

### 02/12/1998 - 02/12/1998

| Date | Time | As Of | Rptg. MPID | Buy/ Sell | Volume | Price | Contra MPID | Mod 1 | Mod 2 | Price Overide | Media Dissem. | CLD. |
|------|------|-------|------------|-----------|--------|-------|-------------|-------|-------|---------------|---------------|------|
| 1998-02-12 | 15:48:00 | | FRAN | S | 500 | 24.5 | LAWR | SLD | | | | C |
| | 15:48:00 | | WIEN | B | 150 | 24.5 | NITE | | | | | C |
| | 15:48:00 | | WIEN | S | 150 | 24.625 | NITE | T | | | | C |
| | 15:48:52 | | FAHN | B | 1000 | 24.5 | WEDB | | | | | |
| | 15:50:00 | | WIEN | S | 2000 | 24.5 | WALD | SLD | | | | |
| | 15:50:08 | | QTMG | S | 14000 | 24.5 | | | | | | |
| | 15:51:00 | | FRAN | B | 1200 | 24.5 | PCFF | | | O | | |
| | 15:51:00 | | FRAN | B | 800 | 24.125 | PCFF | | | O | | |
| | 15:51:07 | | FAHN | S | 2000 | 24.1875 | WHAL | | | | | |
| | 15:51:31 | | FAHN | S | 200 | 24.125 | WSEI | | | O | | |
| | 15:51:57 | | FAHN | S | 500 | 24 | MCMF | | | | | |
| | 15:52:00 | | WIEN | B | 1000 | 24 | NITE | | | | | C |
| | 15:52:00 | | WIEN | B | 1000 | 24.125 | NITE | T | | | | C |
| | 15:53:00 | | SHRP | S | 500 | 22.875 | LAWR | SLD | | | | |
| | 15:53:24 | | FAHN | B | 500 | 24 | MCMF | | | O | | |
| | 15:53:36 | | FAHN | B | 1500 | 23.625 | MCMF | | | | | |
| | 15:54:25 | | QTMG | S | 200 | 23.625 | WSEI | | | | | |
| | 15:55:00 | | SHRP | S | 200 | 23 | GVRC | | | | | |
| | 15:55:00 | | SHRP | S | 200 | 23.125 | WSEI | | | O | | |
| | 15:55:00 | | NAWE | B | 500 | 23 | PCFF | SLD | | | | |
| | 15:55:00 | | NITE | S | 25 | 22.6875 | ETRS | | | | NO | |
| | 15:55:00 | | WSEI | S | 600 | 22.75 | KENS | SLD | | | | |
| | 15:56:00 | | QTMG | S | 10000 | 22.75 | WEDB | SLD | | | | B |
| | 15:56:00 | | SHRP | S | 200 | 22.625 | WSEI | | | O | | B |
| | 15:57:00 | | SHRP | S | 200 | 22.125 | WSEI | | | | | |
| | 15:57:08 | | INCA | B | 400 | 22.25 | NAWE | | | | NO | |
| | 15:57:08 | | INCA | S | 400 | 22.25 | WMIN | | | | NO | |
| | 15:57:49 | | WMIN | B | 400 | 22.25 | | | | | | |
| | 15:58:00 | | SHRP | S | 500 | 22.125 | FRAN | | | | | |
| | 15:58:07 | | FSCO | S | 2000 | 22.1875 | FAHN | | | | | |
| | 15:58:11 | | FAHN | S | 3000 | 22.1875 | MCMF | | | O | | |
| | 15:59:24 | | FAHN | S | 1000 | 21.8125 | WHAL | | | | | |
| | 15:59:47 | | FAHN | B | 300 | 21.75 | GSCF | | — | | | |
| | 16:00:00 | Y | WIEN | B | 100 | 24 | PERS | | | | | |
| | 16:00:00 | Y | WIEN | B | 300 | 22.5 | PERS | | | | | |
| | 16:00:00 | Y | WIEN | B | 300 | 23 | PERS | | | | | |
| | 16:00:00 | Y | WIEN | B | 300 | 23.5 | PERS | | | | | |

F 008116

**EXHIBIT 1 PAGE 36**

628

# OTC Time & Sales Report
*By Security with Market Participants*

## NY SHOPPING.COM                                    02/12/1998 - 02/12/1998

| Date | Time | As Of | Rptg. MPID | Buy/ Sell | Volume | Price | Contra MPID | Mod 1 | Mod 2 | Price Overide | Media Dissem. | CLD. |
|------|------|-------|------------|-----------|--------|-------|-------------|-------|-------|---------------|---------------|------|
| 1998-02-12 | 16:00:00 | Y | WIEN | B | 300 | 24.5 | PERS | | | | | |
| | 16:00:00 | | WIEN | B | 200 | 22.375 | ROBB | T | | | | |
| | 16:00:00 | | WIEN | B | 200 | 22.125 | ROBB | | | | | |
| | 16:00:00 | | WIEN | B | 200 | 21.875 | ROBB | | | | | |
| | 16:00:05 | | FAHN | S | 1000 | 21.8125 | MCMF | | | | | |
| | 16:01:00 | | WIEN | B | 2400 | 21.75 | ROBB | | | | | |
| | 16:01:00 | | WIEN | S | 25 | 21.8125 | NITE | T | | | NO | |
| | 16:02:00 | | WIEN | B | 1500 | 21.625 | PERS | T | | | | B |
| | 16:03:00 | | SHRP | B | 200 | 22.75 | MIVF | T | | O | | |
| | 16:03:00 | | SHRP | B | 200 | 22.625 | MIVF | T | | O | | |
| | 16:03:00 | | SHRP | B | 200 | 22.375 | MIVF | T | | O | | |
| | 16:03:00 | | SHRP | B | 1200 | 22 | MIVF | T | | O | | |
| | 16:04:00 | | SHRP | B | 200 | 23.875 | MIVF | T | | O | | |
| | 16:07:00 | | SHRP | B | 300 | 22 | MIVF | T | | O | | |
| | 16:19:00 | | WIEN | B | 200 | 24 | PERS | T | | | | |
| | 16:20:00 | | WIEN | B | 200 | 23.625 | PERS | T | | | | C |
| | 16:21:00 | | WIEN | B | 200 | 23.125 | PERS | T | | | | C |
| | 16:26:00 | | WIEN | B | 200 | 22.625 | PERS | T | | | | C |
| | 16:27:00 | | WIEN | B | 200 | 21.75 | PERS | T | | | | C |
| | 16:27:00 | | WIEN | B | 300 | 21.625 | PERS | T | | | | C |
| | 16:27:00 | | WIEN | B | 300 | 21.625 | PERS | T | | | | C |
| | 16:27:00 | | WIEN | B | 300 | 21.625 | PERS | T | | | | C |
| | 16:27:00 | | WIEN | B | 200 | 21.75 | PERS | T | | | | C |
| | 16:27:00 | | WIEN | B | 200 | 22.125 | PERS | T | | | | C |
| | 16:27:00 | | WIEN | B | 200 | 22.125 | PERS | T | | | | C |
| | 16:27:00 | | WIEN | B | 200 | 22.125 | PERS | T | | | | C |
| | 16:27:00 | | WIEN | B | 200 | 21.75 | PERS | T | | | | C |
| | 16:34:51 | | CLYN | S | 1000 | 24.125 | NITE | T | T | | | |
| | 17:12:02 | | WIEN | B | 200 | 23.5 | PERS | | | | NO | C |
| | 17:12:03 | | WIEN | B | 200 | 22 | PERS | | | | NO | C |
| | 17:12:04 | | WIEN | B | 200 | 23 | PERS | | | | NO | C |
| | 17:12:05 | | WIEN | B | 200 | 22.5 | PERS | | | | NO | C |
| | 17:12:06 | | WIEN | B | 200 | 24.5 | PERS | | | | NO | C |
| | 17:12:07 | | WIEN | B | 300 | 21.75 | PERS | | | | NO | C |

F 008117

**EXHIBIT 1 PAGE 37**

629