Leslie Schwaebe Akins (SBN 138678)
LESLIE SCHWAEBE AKINS, A LAW CORPORATION
7157 Argonauta Way
Carlsbad, CA 92009
Tel: 760-931-2920
Fax: 760-603-0547

Attorney for Plaintiff,
Alfonso Fiero

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CERY BRADLEY PERLE,<br><br>Debtor.<br>_____<br><br>ALFONSO FIERO,<br><br>    Plaintiff,<br><br>vs.<br><br>CERY BRADLEY PERLE,<br><br>    Defendant.<br>_____ | CASE NO. LA 01-26497-BB<br><br>[Chapter 7]<br><br>Adv. No.: ADV-06-01971-BB<br><br>The Honorable S. Bluebond - 626<br><br>**EXHIBIT 2 TO THE SUPPLEMENTAL AFFIDAVIT OF JOHN FIERO FILED IN SUPPORT OF PLAINTIFF ALFONSO FIERO'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT**<br><br>**DATE:** November 10, 2009<br>**TIME:** 2:00 p.m.<br>**CTRM:** 1475<br><br>DATE FILED: September 13, 2006<br>DISCOVERY CUT OFF: July 31, 2009<br>TRIAL DATE: None set |

///
///
///
///
///

---

EXHIBIT 2 TO THE SUPPLEMENTAL AFFIDAVIT OF JOHN FIERO

1

# EXHIBIT 2

# OTC Time & Sales Report
*By Security with Market Participants*

## IBUY SHOPPING .COM

### 03/06/1998 - 03/06/1998

| Date | Time | As Of | Rptg. MPID | Buy/ Sell | Volume | Price | Contra MPID | Mod 1 | Mod 2 | Price Overide | Media Dissem. | CLD. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1998-03-06 | 09:30:42 | | WSEI | S | 1200 | 25.96875 | HJMC | | | | | |
| | 09:31:24 | | HJMC | S | 1000 | 25.96875 | PERS | | | | | |
| | 09:34:00 | | NITE | S | 40 | 25.96875 | WATH | | | | NO | |
| | 09:37:39 | | WSEI | S | 5000 | 25.96875 | WALD | | | | | |
| | 09:45:28 | | HRZG | S | 500 | 25.96875 | MLCO | | | O | | |
| | 10:12:00 | | NAWE | S | 200 | 25.96875 | QRCC | | | | | |
| | 10:13:00 | | NITE | S | 100 | 25.96875 | WATH | | | | | |
| | 10:18:00 | | SHRP | S | 500 | 25.96875 | CHAS | | | | | |
| | 10:19:19 | | FSCO | S | 685 | 25.96875 | SHRP | | | | | |
| | 10:28:26 | | FAHN | B | 500 | 25.9375 | USLF | | | | | |
| | 10:57:24 | | HRZG | S | 500 | 25.96875 | MLCO | | | O | | |
| | 11:00:44 | | FAHN | S | 500 | 25.96875 | SBSH | | | | | |
| | 11:02:29 | | HRZG | S | 750 | 25.96875 | MLCO | | | O | | |
| | 11:29:01 | | FSCO | S | 2000 | 25.96875 | HRZG | | | | | |
| | 11:38:22 | | WALD | S | 100 | 25.96875 | | | | | | |
| | 11:50:00 | | GVRC | S | 192 | 25.96875 | PERS | | | | | |
| | 11:51:51 | | FSCO | S | 192 | 25.96875 | GVRC | | | | | |
| | 11:55:14 | | WALD | B | 250 | 25.9375 | | | | | | |
| | 11:55:34 | | WALD | B | 250 | 25.9375 | | | | | | |
| | 12:48:00 | | NAWE | S | 100 | 25.96875 | IDSI | | | | | |
| | 12:49:48 | | FAHN | S | 1000 | 25.96875 | PRUS | | | | | |
| | 13:00:32 | | HJMC | S | 500 | 25.96875 | PERS | | | | | |
| | 13:05:57 | | RYCO | S | 1000 | 25.9375 | WALD | | | | | |
| | 13:07:00 | | NTDB | S | 100 | 25.9375 | NITE | | | | | |
| | 13:29:27 | | FAHN | S | 2000 | 25.96875 | PRUS | | | | | |
| | 13:31:19 | | WSEI | S | 3000 | 25.96875 | FAHN | | | | | |
| | 13:34:15 | | WALD | S | 500 | 25.96875 | | | | | | |
| | 13:38:08 | | INCA | B | 200 | 25.875 | BKRT | | | | NO | |
| | 13:38:08 | | INCA | S | 200 | 25.875 | ALEX | | | | NO | |
| | 13:38:52 | | BKRT | S | 200 | 25.875 | INCA | | | | | |
| | 13:47:47 | | POND | S | 2500 | 25.96875 | SHRP | | | | | |
| | 13:48:00 | | SHRP | S | 2500 | 25.96875 | CHAS | | | | | |
| | 14:09:00 | | NAWE | S | 2000 | 25.9375 | WALD | | | | | |
| | 14:12:00 | | NAWE | B | 2500 | 25.9375 | EKNS | | | | | |
| | 14:20:12 | | WALD | S | 250 | 25.96875 | | | | | | |
| | 14:37:00 | | SHRP | S | 200 | 25.96875 | CHAS | | | | | |
| | 14:47:00 | | NITE | B | 10 | 25.96875 | WSEI | | | | NO | |

F 008118

*Nasdaq Trading & Market Services: CONFIDENTIAL*                                      Page 1 of 2

EXHIBIT 2 PAGE 38

Case 2:06-ap-01971-BB   Doc 87-2   Filed 09/30/09   Entered 09/30/09 19:12:55   Desc
Exhibit 2   Page 4 of 4

# OTC Time & Sales Report
*By Security with Market Participants*

## IBUY SHOPPING.COM

### 03/06/1998 - 03/06/1998

| Date | Time | As Of | Rptg. MPID | Buy/ Sell | Volume | Price | Contra MPID | Mod 1 | Mod 2 | Price Overide | Media Dissem. | CLD. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1998-03-06 | 15:00:00 | | NITE | S | 100 | 25.96875 | ETRS | | | | | |
| | 15:02:00 | | WSEI | S | 100 | 25.96875 | NITE | | | | | |
| | 15:02:00 | | NITE | B | 100 | 25.96875 | WSEI | | | | NO | |
| | 15:07:22 | | HJMC | B | 200 | 25.9375 | BEST | | | | | |
| | 15:40:13 | | HRZG | S | 200 | 25.96875 | MLCO | | | O | | |
| | 15:48:27 | | HJMC | S | 3000 | 25.9375 | WALD | | | | | |
| | 15:49:30 | | INCA | S | 200 | 25.875 | HJMC | | | | NO | |
| | 15:49:30 | | INCA | S | 300 | 25.875 | HJMC | | | | NO | |
| | 15:49:30 | | INCA | B | 200 | 25.875 | BKRT | | | | NO | |
| | 15:49:30 | | INCA | B | 300 | 25.875 | BKRT | | | | NO | |
| | 15:50:06 | | INCA | B | 300 | 25.875 | BKRT | | | | NO | |
| | 15:50:06 | | INCA | S | 300 | 25.875 | HJMC | | | | NO | |
| | 15:50:34 | | HJMC | S | 800 | 25.9375 | WALD | | | | | |
| | 15:52:22 | | BKRT | S | 200 | 25.875 | INCA | | | O | | |
| | 15:53:59 | | BKRT | S | 300 | 25.875 | INCA | | | O | | |
| | 15:54:12 | | BKRT | S | 300 | 25.875 | INCA | | | O | | |
| | 15:54:22 | | HJMC | S | 1500 | 25.9375 | WALD | | | | | |
| | 15:54:27 | | HJMC | B | 500 | 25.9375 | PERS | | | | | |
| | 16:00:00 | | WALD | S | 40000 | 29 | WEDB | SLD | | O | | |
| | 16:02:20 | | HRZG | S | 100 | 25.96875 | MLCO | T | T | O | | |
| | 16:22:55 | | WSEI | B | 9310 | 25.9375 | KENS | T | T | | | |

F 008119

Nasdaq Trading & Market Services: CONFIDENTIAL                                Page 2 of 2

EXHIBIT 2 PAGE 39