Leslie Schwaebe Akins (SBN 138678)
LESLIE SCHWAEBE AKINS, A LAW CORPORATION
7157 Argonauta Way
Carlsbad, CA 92009
Tel: 760-931-2920
Fax: 760-603-0547

Attorney for Plaintiff,
Alfonso Fiero

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CERY BRADLEY PERLE,<br><br>Debtor.<br>_____<br>ALFONSO FIERO,<br><br>       Plaintiff,<br><br>vs.<br><br>CERY BRADLEY PERLE,<br><br>       Defendant.<br>_____ | CASE NO. LA 01-26497-BB<br><br>[Chapter 7]<br><br>Adv. No.: ADV-06-01971-BB<br><br>The Honorable S. Bluebond - 626<br><br>**EXHIBIT 3 TO THE SUPPLEMENTAL AFFIDAVIT OF JOHN FIERO FILED IN SUPPORT OF PLAINTIFF ALFONSO FIERO'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT**<br><br>**DATE:** November 10, 2009<br>**TIME:**  2:00 p.m.<br>**CTRM:** 1475<br><br>DATE FILED: September 13, 2006<br>DISCOVERY CUT OFF: July 31, 2009<br>TRIAL DATE: None set |

///

///

///

///

///

---

EXHIBIT 3 TO THE SUPPLEMENTAL AFFIDAVIT OF JOHN FIERO

1

# EXHIBIT 3

*OTC Time & Sales Report*

*By Securit*

# IBUY   IBUY

*1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|---|---|---|---|---|---|---|---|---|---|---|
| 1998-03-10 | 15:50:53 | | S | 300 | 28.875 | | | | | |
| | 15:53:00 | | S | 200 | 28.875 | | | | | |
| | 15:54:07 | | S | 165 | 28.875 | | | | | |
| | 15:57:05 | | S | 200 | 28.875 | | | | | |
| | 15:59:00 | | S | 253 | 28.9375 | | | | | |
| | 16:00:16 | | S | 242 | 28.9375 | | | | | |
| | 16:06:00 | | S | 200 | 28.75 | T | | | | |
| | 16:07:00 | | S | 400 | 28.75 | T | | | | |
| | 16:07:09 | | S | 400 | 28.75 | | | | NO | |
| | 16:11:00 | | B | 500 | 28.75 | T | | | | |
| | 16:12:00 | | S | 400 | 28.75 | T | | | | |
| | 16:12:43 | | S | 400 | 28.75 | | | | NO | |
| | 16:13:10 | | S | 400 | 28.75 | | | | NO | C |
| | 16:14:00 | | B | 1500 | 28.5 | T | | | | |
| | 16:22:07 | | B | 1083 | 25.25 | T | T | | | |
| | 16:22:19 | | S | 1000 | 26 | T | T | | | |
| 1998-03-11 | 09:30:00 | | S | 100 | 28.78125 | | | | | |
| | 09:31:00 | | S | 300 | 28.78125 | | | | | |
| | 09:32:00 | | S | 500 | 28.9375 | | | | | |
| | 09:32:09 | | S | 1000 | 28.9375 | | | | | |
| | 09:32:14 | | S | 200 | 28.78125 | | | | | |
| | 09:32:44 | | S | 500 | 28.9375 | | | | NO | C |
| | 09:33:39 | | S | 200 | 28.9375 | | | | | |
| | 09:35:46 | | S | 200 | 28.96875 | | | | | |
| | 09:36:43 | | S | 200 | 28.96875 | | | | | |
| | 09:36:51 | | S | 200 | 28.96875 | | | | | |
| | 09:40:07 | | S | 200 | 29 | | | | | |
| | 09:40:43 | | B | 500 | 29.0625 | | | | | |
| | 09:41:00 | | B | 25 | 29.09375 | | | | NO | |
| | 09:41:02 | | B | 1000 | 29.0625 | | | | | |
| | 09:41:13 | | S | 200 | 29 | | | | | |
| | 09:42:18 | | S | 500 | 29.21875 | | | | | |
| | 09:43:49 | | S | 300 | 29.21875 | | | | | |
| | 09:45:33 | | S | 100 | 29.21875 | | | | | |
| | 09:52:11 | | S | 400 | 29.21875 | | | | | |
| | 09:52:19 | | S | 3500 | 29.25 | | | | | |
| | 09:53:00 | | B | 200 | 29.1875 | | | | NO | |
| | 09:53:00 | | B | 800 | 29.125 | | | | NO | |
| | 09:53:00 | | S | 200 | 29.1875 | | | | | |

F 008875

# OTC Time & Sales Report
*By Securit*

**IBUY   IBUY**                                                                      *1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|---|---|---|---|---|---|---|---|---|---|---|
| 1998-03-11 | 09:53:00 | | S | 800 | 29.125 | | | | | |
| | 09:53:00 | | B | 200 | 29.1875 | | | | | |
| | 09:53:00 | | S | 5000 | 29.25 | | | | | |
| | 09:54:00 | | B | 800 | 29.125 | | | | | |
| | 09:57:00 | | S | 200 | 29.25 | | | | | |
| | 09:58:54 | | S | 300 | 29.25 | | | | | |
| | 10:03:00 | | S | 130 | 29.25 | | | | | |
| | 10:03:04 | | B | 100 | 29.125 | | | | | |
| | 10:04:00 | | S | 130 | 29.25 | | | | | |
| | 10:08:00 | | S | 490 | 29.25 | | | | | |
| | 10:10:31 | | S | 460 | 29.25 | | | | | |
| | 10:12:00 | | S | 100 | 29.25 | | | | | |
| | 10:12:09 | | S | 200 | 29.25 | | | | | |
| | 10:12:30 | | S | 200 | 29.25 | | | | | |
| | 10:13:00 | | S | 500 | 29.25 | | | | | |
| | 10:14:00 | | B | 200 | 29.28125 | | | | | C |
| | 10:14:00 | | B | 400 | 29.3125 | | | | | C |
| | 10:14:13 | | S | 200 | 29.28125 | | | | | C |
| | 10:14:54 | | S | 400 | 29.3125 | | | | | |
| | 10:16:00 | | S | 200 | 29.3125 | | | | | |
| | 10:17:00 | | S | 300 | 29.3125 | | | | | |
| | 10:18:00 | | B | 200 | 29.1875 | | | | | |
| | 10:41:00 | | B | 200 | 29.1875 | | | | | |
| | 10:41:00 | | S | 200 | 29.1875 | | | | | |
| | 10:42:00 | | B | 300 | 29 | | | O | | |
| | 10:43:00 | | B | 800 | 29.1875 | | | | | |
| | 10:43:56 | | S | 500 | 29.25 | | | | | |
| | 10:44:00 | | S | 1500 | 29.25 | | | | | |
| | 10:45:00 | | B | 200 | 29.25 | | | | | |
| | 11:11:00 | | S | 20 | 29.28125 | | | | NO | |
| | 11:23:44 | | S | 700 | 29.25 | | | | | |
| | 11:25:52 | | S | 300 | 29.25 | | | | | |
| | 11:46:00 | | S | 1000 | 29.25 | | | | | |
| | 11:47:00 | | S | 400 | 29.28125 | | | | | |
| | 11:49:00 | | B | 450 | 29.28125 | | | | NO | |
| | 11:49:00 | | S | 450 | 29.28125 | | | | | |
| | 12:11:36 | | S | 2000 | 29.28125 | | | | | |
| | 12:13:51 | | S | 200 | 29.28125 | | | | | |
| | 12:14:00 | | S | 200 | 29.28125 | | | | | |

F 008876

# OTC Time & Sales Report
*By Securit*

**IBUY  IBUY**           **1/1/98 - 3/23/98**

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|---|---|---|---|---|---|---|---|---|---|---|
| 1998-03-11 | 12:14:36 | | S | 200 | 29.28125 | | | | | |
| | 12:15:27 | | S | 500 | 29.375 | | | | | |
| | 12:15:30 | | S | 200 | 29.40625 | | | | | |
| | 12:19:41 | | S | 1645 | 29.4375 | | | | | |
| | 12:46:00 | | S | 50 | 29.4375 | | | | NO | |
| | 12:55:00 | | S | 1000 | 29.375 | | | | | |
| | 13:00:00 | | S | 100 | 29.4375 | | | | | |
| | 13:36:08 | | S | 550 | 29.4375 | | | | | |
| | 13:42:38 | | S | 600 | 29.25 | | | | | |
| | 13:43:11 | | S | 2000 | 29.25 | | | | | |
| | 13:44:38 | | B | 1000 | 29.25 | | | | | |
| | 13:45:29 | | B | 1000 | 29.25 | | | | | |
| | 13:53:23 | | B | 1000 | 29.28125 | | | | | |
| | 14:02:29 | | B | 2500 | 29.25 | | | | | |
| | 14:02:58 | | S | 3000 | 29.25 | | | | | |
| | 14:03:04 | | B | 1000 | 29.25 | | | | | |
| | 14:07:21 | | B | 2500 | 29.25 | | | | | |
| | 14:08:11 | | S | 3000 | 29.25 | | | | | |
| | 14:11:42 | | B | 500 | 29.25 | | | | | |
| | 14:12:00 | | B | 100 | 29.25 | | | | | |
| | 14:12:27 | | S | 1000 | 29.25 | | | | | |
| | 14:12:49 | | S | 5000 | 29.25 | | | | | |
| | 14:13:03 | | B | 5000 | 29.25 | | | | | |
| | 14:14:15 | | B | 2000 | 29.25 | | | O | | |
| | 14:15:57 | | B | 100 | 29.25 | | | | | |
| | 14:16:00 | | S | 1000 | 29.25 | | | | | |
| | 14:18:04 | | B | 1000 | 29.25 | | | | | |
| | 14:18:46 | | S | 1000 | 29.25 | | | | | |
| | 14:20:00 | | S | 500 | 29.25 | | | | | |
| | 14:20:00 | | B | 500 | 29.25 | | | | NO | |
| | 14:20:00 | | B | 500 | 29.25 | | | | | |
| | 14:21:02 | | S | 2000 | 29.25 | | | | | |
| | 14:22:00 | | S | 60 | 29.28125 | | | | NO | |
| | 14:23:00 | | S | 800 | 29.25 | | | | | |
| | 14:23:56 | | S | 5000 | 29.25 | | | | | |
| | 14:24:09 | | B | 2500 | 29.25 | | | | NO | C |
| | 14:24:10 | | B | 2500 | 29.25 | | | | NO | C |
| | 14:24:31 | | B | 5000 | 29.25 | | | | | |
| | 14:25:00 | | S | 5000 | 29.25 | | | | | |

F 008877

*OTC Time & Sales Report*
*By Securit*

**IBUY  IBUY**                                                              *1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|---|---|---|---|---|---|---|---|---|---|---|
| 1998-03-11 | 14:26:00 | | B | 5000 | 29.25 | | | | | |
| | 14:26:08 | | B | 1000 | 29.25 | | | | | |
| | 14:26:57 | | S | 3000 | 29.25 | | | | | |
| | 14:26:59 | | B | 5000 | 29.25 | | | | | |
| | 14:28:22 | | S | 300 | 29.25 | | | | | C |
| | 14:29:00 | | B | 500 | 29.25 | | | | | |
| | 14:29:00 | | S | 500 | 29.25 | | | | | |
| | 14:29:31 | | B | 500 | 29.25 | | | | | C |
| | 14:29:50 | | B | 50 | 29.25 | | | | NO | |
| | 14:30:15 | | S | 200 | 29.28125 | | | | | |
| | 14:31:43 | | B | 300 | 29.25 | | | | | |
| | 14:32:41 | | B | 5000 | 29.28125 | | | | | |
| | 14:33:00 | | S | 125 | 29.28125 | | | | | |
| | 14:33:00 | | B | 375 | 29.28125 | | | | | |
| | 14:33:00 | | S | 375 | 29.28125 | | | | | |
| | 14:33:03 | | B | 5000 | 29.25 | | | | | |
| | 14:33:36 | | S | 2000 | 29.28125 | | | | | |
| | 14:38:33 | | B | 100 | 29.28125 | | | | | |
| | 14:39:27 | | B | 1200 | 29.28125 | | | | | |
| | 14:40:40 | | S | 2500 | 29.28125 | | | | | |
| | 14:43:00 | | B | 200 | 29.28125 | | | | | |
| | 14:44:00 | | B | 300 | 29.28125 | | | | | |
| | 14:44:00 | | B | 800 | 29.28125 | | | | | |
| | 14:44:00 | | S | 1000 | 29.28125 | | | | | |
| | 14:49:14 | | S | 5000 | 29.25 | | | | | |
| | 14:53:00 | | S | 340 | 29.28125 | | | | | |
| | 14:58:00 | | B | 100 | 29.28125 | | | | | |
| | 15:06:00 | | B | 250 | 29.28125 | | | | | |
| | 15:07:00 | | S | 350 | 29.28125 | | | | | |
| | 15:08:00 | | B | 382 | 29.28125 | | | | | |
| | 15:08:00 | | B | 600 | 29.28125 | | | | | |
| | 15:08:00 | | S | 600 | 29.28125 | | | | | |
| | 15:11:32 | | S | 165 | 29.3125 | | | | | |
| | 15:18:00 | | B | 200 | 29.28125 | | | | | |
| | 15:18:53 | | S | 200 | 29.3125 | | | | | |
| | 15:22:00 | | B | 1000 | 29.25 | | | | NO | |
| | 15:22:00 | | S | 1000 | 29.25 | | | | | |
| | 15:23:00 | | B | 1000 | 29.25 | | | | | |
| | 15:26:49 | | B | 200 | 29.28125 | | | O | | |

F 008878

# OTC Time & Sales Report
*By Security*

**IBUY   IBUY**                                                                                           **1/1/98 - 3/23/98**

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|---|---|---|---|---|---|---|---|---|---|---|
| 1998-03-11 | 15:26:53 | | S | 200 | 29.28125 | | | | | |
| | 15:28:00 | | S | 750 | 29.28125 | | | | | |
| | 15:29:00 | | S | 200 | 29.3125 | | | | | |
| | 15:29:00 | | S | 200 | 29.3125 | SLD | | | | |
| | 15:29:57 | | B | 200 | 29.3125 | | | | NO | C |
| | 15:30:00 | | S | 200 | 29.28125 | | | | | |
| | 15:31:01 | | S | 1000 | 29.375 | | | | | |
| | 15:32:12 | | S | 1000 | 29.375 | | | | | |
| | 15:34:50 | | B | 200 | 29.28125 | | | | | |
| | 15:48:00 | | B | 300 | 29.3125 | | | | NO | |
| | 15:48:00 | | S | 1500 | 29.3125 | | | | | |
| | 15:48:00 | | B | 200 | 29.3125 | | | | NO | |
| | 15:48:00 | | S | 300 | 29.3125 | | | | | |
| | 15:48:00 | | S | 200 | 29.3125 | | | | | |
| | 15:49:00 | | B | 300 | 29.3125 | | | | | |
| | 15:49:00 | | B | 1500 | 29.3125 | | | | | |
| | 15:49:00 | | B | 0 | 29.3125 | | | | NO | |
| | 15:49:00 | | B | 0 | 29.3125 | | | | NO | |
| | 15:49:00 | | B | 200 | 29.3125 | | | | | |
| | 15:49:24 | | S | 25 | 29.34375 | | | | NO | |
| | 15:49:24 | | B | 500 | 29.3125 | | | | | |
| | 15:49:44 | | B | 500 | 29.3125 | | | | | |
| | 15:50:03 | | B | 300 | 29.3125 | | | | | |
| | 15:50:12 | | B | 300 | 29.3125 | | | | | |
| | 15:52:00 | | S | 500 | 29.3125 | | | | | |
| | 15:53:20 | | S | 1800 | 29.34375 | | | O | | |
| | 15:57:58 | | S | 5800 | 29.3125 | | | | | |
| | 15:58:41 | | S | 100 | 29.34375 | | | | | |
| | 16:00:05 | | S | 4000 | 29.3125 | | | | | |
| | 16:04:07 | | S | 10000 | 36 | T | | | | |
| | 16:06:18 | | B | 5000 | 36 | T | T | | | C |
| | 16:06:40 | | B | 5000 | 36 | T | T | | | C |
| | 16:07:30 | | B | 4000 | 36 | T | T | | | |
| | 16:10:10 | | S | 59000 | 36 | T | | | | |
| | 16:10:57 | | B | 5000 | 36 | T | | | | |
| | 16:12:22 | | B | 5000 | 36 | T | T | | | |
| | 16:12:40 | | B | 5000 | 36 | T | T | | | |
| 1998-03-12 | 09:30:00 | | B | 1500 | 29.5625 | SLD | | | | |
| | 09:30:00 | | S | 500 | 29.5 | | | | | |

F 008879