Leslie Schwaebe Akins (SBN 138678)
LESLIE SCHWAEBE AKINS, A LAW CORPORATION
7157 Argonauta Way
Carlsbad, CA 92009
Tel: 760-931-2920
Fax: 760-603-0547

Attorney for Plaintiff,
Alfonso Fiero

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) CASE NO. LA 01-26497-BB |
| CERY BRADLEY PERLE, | ) [Chapter 7] |
| Debtor. | ) Adv. No.: ADV-06-01971-BB |
| | ) The Honorable S. Bluebond - 626 |
| ALFONSO FIERO, | ) **EXHIBIT 4 TO THE SUPPLEMENTAL** |
| Plaintiff, | ) **AFFIDAVIT OF JOHN FIERO FILED IN** |
| | ) **SUPPORT OF PLAINTIFF ALFONSO** |
| vs. | ) **FIERO'S MOTION FOR SUMMARY** |
| | ) **JUDGMENT OR, ALTERNATIVELY,** |
| CERY BRADLEY PERLE, | ) **FOR PARTIAL SUMMARY JUDGMENT** |
| Defendant. | ) |
| | ) |
| | ) **DATE: November 10, 2009** |
| | ) **TIME:  2:00 p.m.** |
| | ) **CTRM: 1475** |
| | ) |
| | ) DATE FILED: September 13, 2006 |
| | ) DISCOVERY CUT OFF: July 31, 2009 |
| | ) TRIAL DATE: None set |

/ / /

/ / /

/ / /

/ / /

/ / /

EXHIBIT 4 TO THE SUPPLEMENTAL AFFIDAVIT OF JOHN FIERO

1

# EXHIBIT 4

# OTC Time & Sales Repor

*By Securit*

## IBUY  IBUY

*1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-13 | 15:50:51 | | B | 110 | 32.015625 | | | | | |
| | 15:51:00 | | S | 160 | 32.015625 | | | | | |
| | 15:51:00 | | B | 160 | 32.015625 | | | | | |
| | 15:51:27 | | B | 240 | 32.015625 | | | | | |
| | 15:51:27 | | B | 800 | 32.015625 | | | | | |
| | 15:51:50 | | B | 250 | 32.015625 | | | | | |
| | 15:52:17 | | B | 1000 | 32.015625 | | | | | |
| | 15:52:54 | | B | 500 | 32.015625 | | | | | |
| | 15:53:25 | | S | 1000 | 32.015625 | | | O | | |
| | 15:53:35 | | B | 1000 | 32.015625 | | | O | | |
| | 15:54:15 | | S | 500 | 32.015625 | | | | | |
| | 15:54:31 | | S | 600 | 32.03 | | | | | |
| | 15:54:57 | | B | 500 | 32.015625 | | | | | |
| | 15:55:36 | | B | 100 | 32.015625 | | | | | |
| | 15:56:00 | Y | B | 2500 | 32.015625 | | | | | C |
| | 15:56:00 | Y | S | 2500 | 32.015625 | | | | | C |
| | 15:57:00 | | S | 1000 | 32.015625 | | | | | |
| | 15:57:06 | | S | 500 | 32.015625 | | | | | |
| | 15:57:34 | | S | 1000 | 32.03125 | | | | | |
| | 15:57:40 | | S | 3000 | 32.015625 | | | | | |
| | 15:58:12 | | B | 2000 | 32 | | | O | | |
| | 15:58:45 | | S | 1500 | 32.03 | | | | | |
| | 15:59:00 | Y | B | 200 | 32.015625 | | | | | |
| | 15:59:00 | Y | B | 2500 | 32.015625 | | | | | |
| | 15:59:10 | | S | 2500 | 32.015625 | | | O | | |
| | 15:59:15 | | S | 11500 | 32.015625 | | | | | |
| | 16:00:00 | Y | S | 35000 | 32.015625 | | | | | |
| | 16:01:13 | | S | 200 | 32.015625 | | | | | |
| | 16:04:04 | | B | 1000 | 32.015625 | T | T | | | |
| | 16:11:27 | | B | 5000 | 32.015625 | | | | NO | C |
| | 16:17:36 | | B | 200 | 32.015625 | T | T | | | |
| | 16:20:26 | | B | 500 | 32.015625 | T | T | | | |
| | 16:24:11 | | S | 20000 | 32 | T | T | | | |
| 1998-03-16 | 08:43:00 | | S | 1000 | 23.25 | SLD | | | | |
| | 09:28:11 | | S | 1 | 32 | | | | NO | C |
| | 09:30:00 | | S | 400 | 27 | SLD | | | | |
| | 09:30:00 | | S | 1500 | 22.25 | SLD | | O | | |
| | 09:30:40 | | B | 35 | 30 | | | O | NO | F 008897 |
| | 09:31:00 | | S | 50 | 28 | | | | NO | |

**EXHIBIT 4 PAGE 45**

## OTC Time & Sales Repor

By Securit

**IBUY  IBUY**

*1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 09:31:00 | | B | 25 | 27 | | | | NO | |
| | 09:32:00 | | S | 650 | 28 | | | | | |
| | 09:32:00 | | S | 200 | 26.25 | | | | | |
| | 09:32:00 | | B | 100 | 26.25 | | | | | |
| | 09:32:00 | | B | 100 | 25.25 | | | | | |
| | 09:33:00 | | B | 2000 | 25 | SLD | | | | |
| | 09:33:13 | | S | 200 | 27 | | | O | | |
| | 09:34:00 | | S | 300 | 25.25 | | | | | |
| | 09:34:16 | | S | 2800 | 27 | | | O | | |
| | 09:34:19 | | B | 21 | 25 | | | | NO | C |
| | 09:34:20 | | B | 1000 | 25 | | | | NO | C |
| | 09:34:29 | | S | 500 | 26 | | | O | | |
| | 09:34:32 | | S | 300 | 25.25 | | | | NO | |
| | 09:34:32 | | B | 300 | 25.25 | | | | NO | |
| | 09:34:42 | | B | 1000 | 25 | | | | | |
| | 09:35:00 | | B | 1021 | 25 | | | O | | |
| | 09:35:00 | | B | 0 | 25 | | | O | NO | |
| | 09:35:00 | | B | 70 | 23.25 | SLD | | | NO | |
| | 09:35:00 | | S | 200 | 25 | | | | | |
| | 09:36:00 | | S | 2000 | 24.5 | | | | | |
| | 09:37:00 | | S | 100 | 25 | | | O | | |
| | 09:37:00 | | S | 1000 | 24 | | | | | |
| | 09:37:00 | | B | 13 | 25 | | | | NO | |
| | 09:37:00 | | B | 100 | 25 | | | | NO | |
| | 09:37:00 | | S | 35 | 26 | | | | NO | |
| | 09:37:00 | | S | 150 | 25.25 | SLD | | O | | |
| | 09:37:00 | | B | 2000 | 23 | SLD | | | | |
| | 09:37:29 | | S | 500 | 24.75 | | | | | |
| | 09:37:29 | | S | 200 | 24 | | | | | |
| | 09:37:32 | | S | 1000 | 25 | | | | | |
| | 09:38:00 | | S | 300 | 24 | | | | | C |
| | 09:38:00 | | B | 200 | 23.25 | | | | | C |
| | 09:38:00 | | B | 200 | 26.25 | SLD | | | | C |
| | 09:38:00 | | S | 1000 | 23 | | | O | | C |
| | 09:38:01 | | S | 500 | 24.25 | | | O | | |
| | 09:38:05 | | S | 1000 | 23 | | | | NO | |
| | 09:38:32 | | S | 300 | 24 | | | | NO | |
| | 09:38:45 | | S | 1000 | 23.5 | | | | NO | |
| | 09:39:00 | | B | 0 | 25 | SLD | | | NO | |

F 008898

**EXHIBIT 4 PAGE 46**

# OTC Time & Sales Repor

*By Securit*

## IBUY  IBUY

*1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 09:39:00 | | S | 1000 | 23.5 | | | | | |
| | 09:39:00 | | S | 200 | 24 | | | | | |
| | 09:39:00 | | S | 200 | 24 | | | | NO | |
| | 09:39:00 | | B | 2000 | 23.25 | SLD | | | | |
| | 09:39:00 | | S | 300 | 23.5 | | | | | |
| | 09:39:00 | | S | 400 | 23.5 | | | | | |
| | 09:39:00 | | B | 600 | 25 | SLD | | | | |
| | 09:39:14 | | S | 1000 | 23 | | | | | |
| | 09:39:21 | | B | 1000 | 23.5 | | | | NO | |
| | 09:39:21 | | S | 1000 | 23.5 | | | | NO | |
| | 09:39:24 | | S | 500 | 24.125 | | | | | |
| | 09:39:30 | | S | 1000 | 23.5 | | | | | |
| | 09:39:35 | | S | 300 | 23.5 | | | | NO | |
| | 09:39:35 | | B | 300 | 23.5 | | | | NO | |
| | 09:39:49 | | B | 70 | 23.25 | | | | NO | C |
| | 09:39:51 | | S | 400 | 23.5 | | | | NO | |
| | 09:39:51 | | B | 400 | 23.5 | | | | NO | |
| | 09:39:54 | | S | 1000 | 23.125 | | | | NO | |
| | 09:39:59 | | S | 500 | 23.25 | | | | | |
| | 09:40:00 | | B | 1000 | 23.5 | | | | | C |
| | 09:40:00 | | B | 478 | 23.25 | | | | | C |
| | 09:40:00 | | S | 2300 | 23.5 | | | | | C |
| | 09:40:00 | | S | 500 | 23.875 | | | | | C |
| | 09:40:00 | | B | 1000 | 23.75 | | | | | C |
| | 09:40:00 | | B | 1000 | 24.5 | SLD | | | | C |
| | 09:40:08 | | S | 1000 | 23 | | | | | |
| | 09:40:12 | | B | 2300 | 23.5 | | | | NO | |
| | 09:40:12 | | S | 2300 | 23.5 | | | | NO | |
| | 09:40:17 | | S | 1000 | 23.125 | | | | | |
| | 09:40:22 | | S | 3000 | 24 | | | O | | |
| | 09:40:41 | | B | 300 | 23 | | | | | |
| | 09:40:52 | | B | 200 | 24.25 | | | O | | |
| | 09:41:00 | | S | 600 | 24 | | | O | | |
| | 09:41:00 | | S | 50 | 23.5 | | | | NO | |
| | 09:41:00 | | S | 50 | 23.5 | | | | NO | |
| | 09:41:00 | | S | 28 | 23.5 | | | | NO | |
| | 09:41:00 | | B | 2950 | 23.25 | SLD | | | | |
| | 09:41:00 | | B | 1000 | 23 | | | | | |
| | 09:41:00 | | B | 1000 | 23.25 | | | | | |

F 008899

**EXHIBIT 4 PAGE 47**

## OTC Time & Sales Repor

*By Securit*

**IBUY  IBUY**                                                    *1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 09:41:04 | | B | 1000 | 23.5 | | | O | | |
| | 09:41:25 | | S | 2000 | 23.25 | | | | NO | |
| | 09:41:42 | | S | 2000 | 23.25 | | | | | |
| | 09:42:00 | | S | 200 | 23.5 | | | | | |
| | 09:42:11 | | B | 200 | 24.25 | SLD | | O | | |
| | 09:42:33 | | S | 200 | 23.875 | | | | | |
| | 09:42:33 | | B | 200 | 23.5 | | | | NO | |
| | 09:42:33 | | S | 200 | 23.5 | | | | NO | |
| | 09:42:43 | | S | 200 | 23.5 | | | | NO | C |
| | 09:42:44 | | B | 1000 | 23.5 | | | | | |
| | 09:42:59 | | B | 800 | 23.25 | | | | | |
| | 09:43:00 | | S | 500 | 23.25 | | | | | |
| | 09:43:00 | | S | 100 | 23.5 | | | | | |
| | 09:43:00 | | S | 100 | 23.25 | | | | | |
| | 09:43:00 | | S | 500 | 23.125 | | | | | |
| | 09:43:00 | | S | 1900 | 23.25 | | | | | |
| | 09:43:06 | | B | 500 | 23.25 | | | | NO | |
| | 09:43:06 | | S | 500 | 23.25 | | | | NO | |
| | 09:43:08 | | B | 500 | 24.25 | SLD | | O | | |
| | 09:43:13 | | S | 200 | 23.25 | | | O | | |
| | 09:43:17 | | B | 500 | 23.5 | | | | | |
| | 09:43:30 | | B | 500 | 23.125 | | | | NO | |
| | 09:43:30 | | S | 500 | 23.125 | | | | NO | |
| | 09:43:31 | | S | 100 | 23.25 | | | | NO | |
| | 09:43:41 | | S | 1900 | 23.25 | | | | NO | |
| | 09:43:41 | | B | 1900 | 23.25 | | | | NO | |
| | 09:44:00 | | B | 133 | 23 | SLD | | O | | |
| | 09:44:00 | | B | 2000 | 22.75 | SLD | | | | |
| | 09:44:00 | | B | 700 | 23 | | | | | |
| | 09:44:00 | | S | 1200 | 23.125 | | | | | |
| | 09:44:00 | | S | 2000 | 23.5 | SLD | | | | |
| | 09:44:04 | | S | 2500 | 23.25 | | | | NO | |
| | 09:44:09 | | B | 3000 | 23 | | | | | |
| | 09:44:19 | | S | 500 | 23.125 | | | | NO | |
| | 09:44:34 | | B | 1200 | 23.125 | | | | NO | |
| | 09:44:34 | | S | 1200 | 23.125 | | | | NO | |
| | 09:44:47 | | S | 6000 | 23.5 | | | O | | |
| | 09:45:00 | | S | 700 | 23 | | | | | |
| | 09:45:00 | | S | 300 | 23 | | | | | |

F 008900

**EXHIBIT 4 PAGE 48**

*OTC Time & Sales Repor*

*By Securit*

## *IBUY   IBUY*

*1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|---|---|---|---|---|---|---|---|---|---|---|
| 1998-03-16 | 09:45:00 | | S | 500 | 23.125 | | | | | |
| | 09:45:00 | | S | 2500 | 23 | | | | | |
| | 09:45:14 | | S | 2500 | 23.25 | | | | | |
| | 09:45:17 | | B | 2000 | 23.25 | | | | NO | |
| | 09:45:17 | | S | 2000 | 23.25 | | | | NO | |
| | 09:45:25 | | B | 427 | 22.75 | | | | | |
| | 09:45:25 | | B | 500 | 23.125 | | | | NO | |
| | 09:45:25 | | S | 500 | 23.125 | | | | NO | |
| | 09:45:35 | | B | 700 | 23 | | | | NO | |
| | 09:45:35 | | B | 300 | 23 | | | | NO | |
| | 09:45:35 | | S | 300 | 23 | | | | NO | |
| | 09:45:35 | | S | 700 | 23 | | | | NO | |
| | 09:45:41 | | S | 500 | 23.125 | | | | | |
| | 09:45:47 | | B | 2000 | 23 | | | O | | |
| | 09:45:57 | | B | 1800 | 22.75 | | | O | | |
| | 09:46:00 | | B | 1000 | 22.75 | | | | | |
| | 09:46:00 | | S | 300 | 25 | SLD | | | | |
| | 09:47:00 | | S | 200 | 22.75 | | | | | |
| | 09:47:56 | | S | 100 | 23 | | | | NO | |
| | 09:48:00 | | S | 2000 | 22.5 | | | O | | |
| | 09:48:00 | | S | 1000 | 22.625 | | | | | |
| | 09:48:25 | | S | 100 | 23 | | | | | |
| | 09:48:43 | | B | 500 | 28 | | | | NO | C |
| | 09:48:56 | | S | 500 | 22.5 | | | | | |
| | 09:49:00 | | B | 295 | 22.625 | | | | NO | |
| | 09:49:00 | | B | 640 | 22.625 | | | | | |
| | 09:49:00 | | B | 645 | 22.625 | | | | | |
| | 09:49:00 | | S | 350 | 22.625 | | | | | |
| | 09:49:00 | | S | 295 | 22.625 | | | | | |
| | 09:49:00 | | B | 350 | 22.625 | | | | NO | |
| | 09:49:01 | | B | 150 | 28 | | | | NO | C |
| | 09:49:29 | | B | 2000 | 22.75 | | | | NO | |
| | 09:49:29 | | S | 2000 | 22.75 | | | | NO | |
| | 09:49:41 | | S | 600 | 23 | | | | | |
| | 09:49:45 | | B | 500 | 22.625 | | | | | |
| | 09:50:00 | | S | 500 | 22.75 | | | | | |
| | 09:50:31 | | S | 200 | 22.625 | | | | NO | |
| | 09:50:51 | | S | 2000 | 22.75 | | | | NO | |
| | 09:50:58 | | S | 200 | 23 | | | | | |

F 008901

**EXHIBIT 4 PAGE 49**

*OTC Time & Sales Repor*

*By Securit*

**IBUY   IBUY**                                                                                    *1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 09:51:00 | | B | 1600 | 22.75 | SLD | | | | |
| | 09:51:00 | | B | 1600 | 22.75 | SLD | | | | |
| | 09:51:00 | | B | 1000 | 22.625 | | | | | |
| | 09:51:00 | | B | 0 | 22.625 | | | | NO | |
| | 09:51:00 | | B | 3500 | 22.625 | | | | | |
| | 09:51:00 | | B | 1600 | 22.75 | SLD | | | | |
| | 09:51:14 | | S | 5000 | 23 | | | | | |
| | 09:52:00 | | B | 1552 | 22.75 | | | | | |
| | 09:52:25 | | S | 200 | 22.625 | | | | | |
| | 09:52:38 | | S | 2000 | 22.75 | | | | | |
| | 09:52:50 | | S | 2000 | 23 | | | | | |
| | 09:53:13 | | S | 1000 | 22.875 | | | | NO | |
| | 09:53:23 | | S | 600 | 22.75 | | | | NO | |
| | 09:53:35 | | S | 500 | 23 | | | | | |
| | 09:54:00 | | S | 200 | 23 | | | | | |
| | 09:54:31 | | S | 1000 | 22.875 | | | | | |
| | 09:54:43 | | S | 600 | 22.75 | | | | | |
| | 09:54:48 | | B | 1000 | 22.875 | | | | NO | |
| | 09:54:48 | | S | 1000 | 22.875 | | | | NO | |
| | 09:55:00 | | B | 3500 | 22.875 | | | O | | |
| | 09:55:00 | | B | 30 | 22.9375 | | | | NO | |
| | 09:55:00 | | B | 25 | 22.9375 | | | | NO | |
| | 09:55:00 | | B | 15 | 22.9375 | | | | NO | |
| | 09:55:00 | | S | 200 | 23 | | | | | |
| | 09:55:30 | | S | 500 | 22.875 | | | | | |
| | 09:56:00 | | B | 100 | 22.9375 | | | | | |
| | 09:56:00 | | B | 1300 | 22.9375 | | | | | |
| | 09:56:29 | | B | 1000 | 23 | | | | NO | |
| | 09:56:29 | | B | 1000 | 23 | | | | NO | |
| | 09:56:29 | | S | 1000 | 23 | | | | NO | |
| | 09:56:29 | | S | 1000 | 23 | | | | NO | |
| | 09:57:00 | | B | 1400 | 22.9375 | | | | | |
| | 09:57:17 | | B | 5000 | 23 | | | | | |
| | 09:57:53 | | S | 500 | 23.25 | | | | | |
| | 09:58:00 | | S | 100 | 23.25 | | | | | C |
| | 09:58:00 | | S | 100 | 23.25 | SLD | | O | | C |
| | 09:58:00 | | S | 100 | 23.25 | SLD | | O | | C |
| | 09:58:00 | | B | 500 | 23.1875 | SLD | | | | C |
| | 09:58:00 | | S | 100 | 23.25 | SLD | | F 008902 | | C |

**EXHIBIT 4 PAGE 50**

# OTC Time & Sales Repor

*By Securit*

## IBUY  IBUY

*1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 09:58:00 | | S | 100 | 23.25 | SLD | | | | C |
| | 09:58:00 | | B | 0 | 23.1875 | SLD | | | NO | C |
| | 09:58:00 | | B | 0 | 23.1875 | SLD | | | NO | C |
| | 09:58:00 | | B | 500 | 23.1875 | SLD | | | | C |
| | 09:58:00 | | B | 500 | 23.1875 | SLD | | | | C |
| | 09:58:00 | | B | 500 | 23.1875 | SLD | | | | C |
| | 09:58:00 | | S | 100 | 23.25 | | | | | C |
| | 09:58:07 | | S | 500 | 23.125 | | | | | |
| | 09:59:00 | | B | 3000 | 23 | | | O | | |
| | 09:59:00 | | S | 500 | 23.5 | SLD | | | | |
| | 10:00:31 | | S | 500 | 23.25 | | | | NO | |
| | 10:00:47 | | S | 500 | 23.25 | | | | | |
| | 10:01:00 | | S | 200 | 23.5 | SLD | | | | |
| | 10:01:11 | | B | 500 | 23.1875 | | | | | |
| | 10:02:00 | | S | 53 | 23.25 | | | | NO | |
| | 10:02:56 | | S | 53 | 23.25 | | | | NO | |
| | 10:03:00 | | B | 575 | 23.1875 | SLD | | | | |
| | 10:03:00 | | S | 575 | 23.1875 | | | | | |
| | 10:03:00 | | B | 1000 | 23.1875 | | | | | |
| | 10:03:00 | | S | 1000 | 23.625 | | | | | |
| | 10:03:00 | | B | 575 | 23.1875 | | | | NO | |
| | 10:03:01 | | S | 500 | 23.25 | | | | NO | |
| | 10:03:18 | | S | 500 | 23.25 | | | | | |
| | 10:03:36 | | S | 500 | 23.25 | | | | NO | |
| | 10:04:00 | | S | 1000 | 23.1925 | SLD | | | | |
| | 10:04:08 | | S | 500 | 23.25 | | | | | |
| | 10:04:49 | | S | 1000 | 23.625 | | | O | | |
| | 10:05:00 | | S | 1000 | 23.875 | | | | | |
| | 10:05:00 | | B | 50 | 23.375 | | | | NO | |
| | 10:05:00 | | S | 200 | 23 | SLD | | O | | |
| | 10:06:00 | | S | 1000 | 23.75 | SLD | | | | |
| | 10:06:19 | | S | 1000 | 23.75 | | | | NO | |
| | 10:06:19 | | B | 1000 | 23.75 | | | | NO | |
| | 10:06:56 | | B | 450 | 23.375 | | | | | C |
| | 10:07:16 | | S | 200 | 23.875 | | | | NO | |
| | 10:07:16 | | B | 200 | 23.875 | | | | NO | |
| | 10:07:31 | | S | 450 | 23.375 | | | | | |
| | 10:07:42 | | B | 1000 | 23.875 | | | | NO | |
| | 10:07:42 | | S | 1000 | 23.875 | | | | NO | |

F 008903

**EXHIBIT 4 PAGE 51**

# OTC Time & Sales Repor

*By Securit*

## IBUY  IBUY

*1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|---|---|---|---|---|---|---|---|---|---|---|
| 1998-03-16 | 10:08:00 | | S | 1000 | 24.5 | | | | | |
| | 10:10:00 | | S | 200 | 24.9375 | SLD | | | | C |
| | 10:10:00 | | B | 200 | 24.25 | SLD | | O | | C |
| | 10:10:00 | | B | 200 | 24.25 | SLD | | O | NO | C |
| | 10:10:14 | | S | 1 | 24.9375 | | | | NO | |
| | 10:11:00 | | B | 32 | 24.1875 | | | O | NO | |
| | 10:12:00 | | S | 100 | 25 | | | | | |
| | 10:12:00 | | S | 300 | 25 | | | | | |
| | 10:12:00 | | S | 200 | 24.9375 | | | | | |
| | 10:13:00 | | S | 200 | 24.4375 | SLD | | | | |
| | 10:13:00 | | S | 100 | 25 | | | | | |
| | 10:13:00 | | S | 1300 | 24.5 | | | | | |
| | 10:13:35 | | S | 300 | 24.5 | | | | NO | |
| | 10:13:54 | | S | 2000 | 25 | | | O | | |
| | 10:13:59 | | B | 1300 | 24.5 | | | | NO | |
| | 10:13:59 | | S | 1300 | 24.5 | | | | NO | |
| | 10:14:00 | | S | 500 | 24.5 | | | | | |
| | 10:14:00 | | S | 200 | 24.5 | | | | | |
| | 10:14:22 | | S | 300 | 24.5 | | | | | |
| | 10:15:00 | | S | 750 | 24.875 | | | | | |
| | 10:15:00 | | S | 200 | 24 | | | | | |
| | 10:15:46 | | S | 500 | 24.875 | | | | | |
| | 10:16:00 | | S | 500 | 23.625 | | | | | |
| | 10:16:36 | | B | 500 | 23.625 | | | | NO | |
| | 10:16:36 | | S | 500 | 23.625 | | | | NO | |
| | 10:17:00 | | S | 500 | 24 | | | | | |
| | 10:17:00 | | S | 1000 | 24 | | | | | |
| | 10:17:13 | | S | 400 | 23.625 | | | | | |
| | 10:17:19 | | S | 200 | 24.3125 | | | | NO | C |
| | 10:17:25 | | S | 600 | 24.5 | | | | | |
| | 10:18:00 | | S | 500 | 24 | | | | | |
| | 10:19:00 | | S | 200 | 24.5 | | | | | |
| | 10:20:57 | | S | 226 | 24.5 | | | | | |
| | 10:22:00 | | B | 1200 | 25 | | | | | |
| | 10:22:50 | | S | 500 | 24.5 | | | | | |
| | 10:23:00 | | S | 500 | 25.125 | SLD | | | | |
| | 10:23:00 | | S | 500 | 25.875 | | | | | |
| | 10:23:34 | | S | 200 | 25.125 | | | O | | |
| | 10:23:34 | | B | 500 | 25.875 | | | | NO | |

F 008904

**EXHIBIT 4 PAGE 52**

# OTC Time & Sales Repor

*By Securit*

## IBUY   IBUY

### 1/1/98 - 3/23/98

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 10:23:34 | | S | 500 | 25.875 | | | | NO | |
| | 10:24:00 | | S | 500 | 25.75 | | | | | |
| | 10:24:00 | | S | 400 | 25.875 | | | | | |
| | 10:24:00 | | S | 100 | 25.875 | | | | | |
| | 10:24:09 | | S | 500 | 24.875 | | | | | |
| | 10:24:19 | | S | 200 | 25.875 | | | | | |
| | 10:24:23 | | S | 500 | 25.75 | | | | NO | |
| | 10:24:23 | | B | 500 | 25.75 | | | | NO | |
| | 10:24:30 | | B | 400 | 25.875 | | | | NO | |
| | 10:24:30 | | S | 400 | 25.875 | | | | NO | |
| | 10:24:32 | | B | 100 | 25.875 | | | | NO | |
| | 10:24:32 | | S | 100 | 25.875 | | | | NO | |
| | 10:25:58 | | S | 1000 | 26 | | | | | |
| | 10:26:40 | | B | 5000 | 26 | | | O | NO | |
| | 10:26:47 | | S | 1000 | 26 | | | O | | |
| | 10:26:57 | | B | 1000 | 25.75 | | | | | |
| | 10:27:26 | | S | 1000 | 25.875 | | | | NO | |
| | 10:27:40 | | S | 500 | 26 | | | O | | |
| | 10:27:42 | | S | 1000 | 25.875 | | | | | |
| | 10:28:05 | | S | 200 | 26 | | | | | |
| | 10:29:00 | | S | 100 | 26.5 | | | | | |
| | 10:29:27 | | S | 500 | 25.875 | | | O | | |
| | 10:29:36 | | S | 3000 | 26 | | | O | | |
| | 10:30:18 | | S | 100 | 26.5 | | | | | |
| | 10:30:24 | | B | 2000 | 26.5 | | | O | NO | |
| | 10:30:47 | | S | 2740 | 26.5 | | | O | | |
| | 10:31:13 | | S | 5000 | 26.375 | | | | | |
| | 10:31:40 | | S | 125 | 26.5 | | | O | | |
| | 10:32:29 | | S | 300 | 26 | | | | | |
| | 10:33:00 | | S | 133 | 25.75 | | | | | |
| | 10:33:39 | | S | 196 | 26.125 | | | | | |
| | 10:34:15 | | B | 5000 | 26 | | | | | |
| | 10:34:49 | | S | 200 | 26.125 | | | O | | |
| | 10:35:00 | | S | 850 | 26 | | | O | | |
| | 10:35:00 | | S | 0 | 26 | | | O | NO | |
| | 10:36:10 | | B | 200 | 25.75 | | | O | | |
| | 10:36:40 | | B | 300 | 25.5 | | | O | | |
| | 10:36:41 | | S | 200 | 25.5 | | | | | |
| | 10:37:00 | | B | 500 | 25.25 | | | | | |

*F 008905*

**EXHIBIT 4 PAGE 53**

# OTC Time & Sales Repor

*By Securit*

## IBUY  IBUY

*1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 10:37:15 | | B | 10000 | 24 | | | | NO | |
| | 10:37:31 | | B | 500 | 25.75 | | | O | | |
| | 10:38:35 | | S | 3000 | 25.5 | | | O | | |
| | 10:38:40 | | S | 500 | 25.25 | | | O | | |
| | 10:39:09 | | S | 1000 | 25.25 | | | O | | |
| | 10:39:47 | | S | 200 | 25.03125 | | | O | | |
| | 10:40:00 | | S | 500 | 25 | | | | | |
| | 10:41:49 | | S | 100 | 24.9999 | | | O | | |
| | 10:42:40 | | S | 1000 | 25 | | | | | |
| | 10:42:53 | | S | 200 | 24.875 | | | | | |
| | 10:44:54 | | B | 200 | 24.375 | | | O | | |
| | 10:45:00 | | B | 200 | 24.5 | | | | | C |
| | 10:45:37 | | S | 200 | 25.25 | | | | NO | C |
| | 10:46:03 | | S | 200 | 25.25 | | | | NO | C |
| | 10:46:45 | | S | 200 | 25.25 | | | | NO | C |
| | 10:47:09 | | S | 200 | 25.25 | | | | NO | C |
| | 10:47:32 | | S | 200 | 25.25 | | | | NO | C |
| | 10:48:16 | | S | 500 | 24.25 | | | O | | |
| | 10:48:58 | | S | 1000 | 24.625 | | | | | |
| | 10:49:40 | | B | 500 | 24.625 | | | O | | |
| | 10:49:51 | | B | 500 | 24.25 | | | O | | |
| | 10:50:03 | | B | 2200 | 24.03125 | | | O | | |
| | 10:51:00 | | S | 1000 | 24.625 | SLD | | O | | |
| | 10:54:51 | | B | 7500 | 24.4375 | | | O | NO | |
| | 10:56:00 | | S | 600 | 24.375 | | | | | |
| | 10:56:35 | | B | 600 | 24.375 | | | | NO | |
| | 10:56:35 | | S | 600 | 24.375 | | | | NO | |
| | 10:57:00 | | S | 15 | 24.4375 | | | | NO | |
| | 10:57:00 | | B | 1000 | 24.03125 | | | | | |
| | 10:57:00 | | B | 131 | 24.03125 | | | | | |
| | 10:59:07 | | S | 6200 | 24.4375 | | | O | | |
| | 11:04:00 | | S | 200 | 24.375 | | | | | |
| | 11:06:43 | | S | 200 | 24.25 | | | O | | |
| | 11:07:57 | | S | 200 | 24.25 | | | | | |
| | 11:08:08 | | S | 500 | 24.4375 | | | | | |
| | 11:11:38 | | S | 200 | 24.25 | | | O | | |
| | 11:12:00 | | S | 200 | 24.25 | | | | | |
| | 11:13:00 | | S | 250 | 24.375 | | | | | |
| | 11:13:37 | | S | 500 | 24.25 | | | | | |

F 008906

**EXHIBIT 4 PAGE 54**

# OTC Time & Sales Repor

*By Securit*

## IBUY  IBUY

**1/1/98 - 3/23/98**

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 11:14:00 | | S | 250 | 24.375 | | | | | |
| | 11:16:00 | | S | 300 | 24.375 | SLD | | | | |
| | 11:18:00 | | S | 200 | 24.875 | | | | | |
| | 11:21:00 | | B | 800 | 24.5 | | | | | |
| | 11:23:08 | | S | 200 | 24.875 | | | | | |
| | 11:24:20 | | S | 2000 | 25.09375 | | | | | |
| | 11:25:00 | | S | 350 | 25 | SLD | | O | | |
| | 11:26:10 | | S | 200 | 24.125 | | | | NO | C |
| | 11:26:40 | | S | 200 | 25.125 | | | | | |
| | 11:27:00 | | S | 500 | 25.25 | | | | | |
| | 11:27:00 | | B | 1500 | 25.25 | | | | | |
| | 11:28:29 | | S | 1000 | 25 | | | | NO | C |
| | 11:29:00 | | S | 3500 | 25.34375 | | | | | |
| | 11:29:00 | | S | 650 | 25.25 | | | | | |
| | 11:30:33 | | S | 1000 | 25.34375 | | | | | |
| | 11:31:00 | | S | 200 | 25.375 | | | | | |
| | 11:31:21 | | S | 200 | 25.375 | | | | | |
| | 11:32:00 | | S | 500 | 25.46875 | | | | | |
| | 11:32:13 | | B | 500 | 25.25 | | | O | | |
| | 11:32:42 | | S | 200 | 25.46875 | | | | | |
| | 11:35:00 | | S | 300 | 25.75 | | | O | | |
| | 11:36:00 | | B | 200 | 25.71875 | | | | | C |
| | 11:36:35 | | S | 200 | 25.71875 | | | | | |
| | 11:37:54 | | S | 1000 | 25.96875 | | | | | |
| | 11:38:51 | | S | 1300 | 26.09375 | | | | | |
| | 11:39:00 | | S | 1300 | 25.09375 | | | O | | |
| | 11:40:36 | | S | 500 | 26 | | | | | |
| | 11:42:21 | | S | 600 | 26.34375 | | | | | |
| | 11:55:00 | | S | 200 | 26.5 | | | | | |
| | 11:55:09 | | S | 500 | 26.5 | | | | | |
| | 11:56:00 | | S | 200 | 26.5 | | | | | |
| | 11:58:00 | | B | 700 | 26.84375 | | | | | |
| | 11:58:11 | | S | 700 | 26.84375 | | | | | C |
| | 11:58:49 | | B | 275 | 26.5 | | | O | | |
| | 11:59:00 | | B | 100 | 26.75 | | | | | |
| | 11:59:03 | | S | 300 | 27 | | | | | |
| | 12:00:00 | | S | 500 | 27.09375 | | | | | |
| | 12:00:00 | | S | 200 | 26.84375 | | | | | F 008907 |
| | 12:00:00 | | S | 500 | 27.09375 | | | | | |

**EXHIBIT 4 PAGE 55**

# OTC Time & Sales Repor

*By Securit*

## IBUY  IBUY

*1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 12:01:00 | | S | 500 | 27.09375 | | | | | |
| | 12:01:42 | | S | 500 | 27.09375 | | | | NO | C |
| | 12:02:00 | | S | 200 | 27.09375 | | | | | |
| | 12:02:39 | | S | 200 | 27.09375 | | | O | | |
| | 12:03:00 | | S | 100 | 27.25 | | | | | |
| | 12:03:17 | | S | 800 | 27.09375 | | | | | |
| | 12:04:00 | | S | 300 | 27.25 | | | | | |
| | 12:04:00 | | S | 500 | 27.25 | | | | | |
| | 12:04:00 | | S | 800 | 27.25 | | | | | |
| | 12:06:00 | | S | 500 | 27.25 | | | | | |
| | 12:06:00 | | S | 500 | 27 | | | | | |
| | 12:11:00 | | S | 200 | 26.5 | | | | | |
| | 12:11:54 | | S | 400 | 26.5 | | | | NO | |
| | 12:12:00 | | S | 400 | 26.5 | SLD | | | | |
| | 12:12:32 | | B | 400 | 26.5 | | | | NO | C |
| | 12:14:00 | | S | 200 | 26.75 | | | | | |
| | 12:14:00 | | S | 200 | 27 | | | | | |
| | 12:14:00 | | S | 800 | 27 | | | | | |
| | 12:14:00 | | B | 500 | 26.375 | | | | | |
| | 12:15:00 | | S | 300 | 26.375 | | | | | |
| | 12:16:39 | | S | 300 | 27 | | | O | | |
| | 12:17:46 | | B | 200 | 26.125 | | | | | |
| | 12:18:17 | | B | 200 | 26.25 | | | | | |
| | 12:21:00 | | S | 500 | 27 | | | | | |
| | 12:22:13 | | S | 400 | 27 | | | | | |
| | 12:23:56 | | S | 500 | 26.75 | | | | | |
| | 12:24:00 | | S | 1000 | 27 | | | | | |
| | 12:25:00 | | S | 500 | 27 | | | | | |
| | 12:25:54 | | B | 500 | 26.6875 | | | | | |
| | 12:26:56 | | S | 500 | 27 | | | | | |
| | 12:36:41 | | S | 200 | 27 | | | | | |
| | 12:42:00 | | B | 200 | 26.5 | | | | | |
| | 12:45:00 | | S | 200 | 27 | | | | | |
| | 12:45:51 | | S | 200 | 27 | | | | | |
| | 12:47:04 | | B | 2000 | 26.5 | | | O | | |
| | 12:47:04 | | B | 0 | 26.5 | | | O | NO | |
| | 12:47:07 | | S | 200 | 27 | | | | | |
| | 12:47:48 | | S | 500 | 27 | | | O | | F 008908 |
| | 12:48:00 | | S | 1000 | 27.125 | | | | | |

## OTC Time & Sales Repor
By Securit

**IBUY  IBUY**                                                                                    **1/1/98 - 3/23/98**

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 12:48:00 | | S | 1000 | 27.125 | | | | | |
| | 12:53:00 | | S | 500 | 26.125 | | | | | |
| | 12:53:00 | | S | 1000 | 27.125 | | | | | |
| | 12:53:00 | | B | 25997 | 26.5 | SLD | | X | | |
| | 12:53:00 | | S | 500 | 26.25 | | | | | |
| | 12:53:03 | | B | 500 | 26.25 | | | | NO | |
| | 12:53:03 | | S | 500 | 26.25 | | | | NO | |
| | 12:53:40 | | B | 500 | 26.125 | | | | NO | |
| | 12:53:40 | | S | 500 | 26.125 | | | | NO | |
| | 12:53:54 | | S | 600 | 26.25 | | | O | | |
| | 12:54:00 | | S | 500 | 26.75 | | | | | |
| | 12:54:24 | | S | 500 | 26.125 | | | O | | |
| | 12:55:00 | | S | 1000 | 26.5 | | | | | |
| | 12:55:00 | | S | 500 | 26.75 | | | | | |
| | 12:55:34 | | S | 4000 | 26.125 | | | O | | |
| | 12:56:49 | | B | 1000 | 26.25 | | | | | |
| | 12:57:00 | | B | 3000 | 26.125 | | | | | |
| | 12:57:00 | | S | 300 | 26.09375 | | | | | |
| | 12:57:11 | | B | 2500 | 26.09375 | | | | | |
| | 12:57:54 | | S | 300 | 26.09375 | | | | NO | |
| | 12:59:38 | | B | 290 | 25.875 | | | | | |
| | 12:59:42 | | S | 200 | 25.875 | | | | | |
| | 12:59:46 | | S | 800 | 25.875 | | | | | |
| | 13:00:00 | | S | 50 | 25.875 | | | | NO | |
| | 13:00:24 | | S | 200 | 25.75 | | | | | |
| | 13:03:06 | | B | 200 | 26.09375 | | | O | | |
| | 13:03:22 | | B | 1000 | 25.875 | | | O | | |
| | 13:03:27 | | S | 200 | 25.75 | | | | | |
| | 13:03:53 | | S | 500 | 26.8125 | | | | NO | C |
| | 13:04:01 | | S | 300 | 25.8125 | | | | | |
| | 13:04:02 | | S | 500 | 25.8125 | | | | | |
| | 13:05:55 | | B | 1800 | 25.75 | | | | | |
| | 13:06:04 | | S | 550 | 25.875 | | | | | |
| | 13:10:00 | | S | 550 | 26.25 | | | | | |
| | 13:12:00 | | S | 500 | 25.5 | | | | | |
| | 13:12:38 | | B | 500 | 25.5 | | | | NO | |
| | 13:12:38 | | S | 500 | 25.5 | | | | NO | |
| | 13:13:00 | | S | 1000 | 26 | SLD | | | | |
| | 13:13:19 | | S | 500 | 25.5 | | | | NO | |

F 008909

**EXHIBIT 4 PAGE 57**

# OTC Time & Sales Repor

By Securit

## IBUY  IBUY

**1/1/98 - 3/23/98**

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 13:13:19 | | B | 500 | 25.5 | | | | NO | |
| | 13:13:25 | | B | 3500 | 25.5 | | | | NO | |
| | 13:13:25 | | S | 3500 | 25.5 | | | | NO | |
| | 13:13:49 | | S | 4000 | 25.5 | | | | | |
| | 13:14:07 | | B | 4000 | 25.5 | | | | NO | |
| | 13:14:07 | | S | 4000 | 25.5 | | | | NO | |
| | 13:14:29 | | S | 4000 | 25.5 | | | | | |
| | 13:16:00 | | S | 300 | 25.625 | | | | | |
| | 13:16:00 | | S | 300 | 25.625 | | | | | |
| | 13:16:32 | | S | 4600 | 25.625 | | | O | | |
| | 13:17:00 | | S | 200 | 25.5 | | | | | |
| | 13:18:00 | | B | 500 | 25.5 | | | | | |
| | 13:19:00 | | S | 1000 | 25.5 | SLD | | | | |
| | 13:19:00 | | S | 1500 | 25.5 | SLD | | | | |
| | 13:19:44 | | S | 800 | 25.25 | | | | | |
| | 13:19:53 | | B | 500 | 25 | | | | NO | |
| | 13:19:53 | | S | 500 | 25 | | | | NO | |
| | 13:19:56 | | S | 500 | 25.25 | | | | | |
| | 13:20:19 | | S | 500 | 25 | | | | | |
| | 13:20:45 | | B | 1000 | 25 | | | | NO | |
| | 13:20:45 | | S | 1000 | 25 | | | | NO | |
| | 13:21:02 | | S | 600 | 25.125 | | | | | |
| | 13:21:05 | | S | 1000 | 25 | | | | | |
| | 13:21:42 | | B | 1500 | 25 | | | | NO | |
| | 13:21:42 | | S | 1500 | 25 | | | | NO | |
| | 13:22:01 | | S | 1500 | 25 | | | | | |
| | 13:22:07 | | S | 500 | 25 | | | | | |
| | 13:24:22 | | S | 500 | 24.875 | | | | | |
| | 13:25:15 | | S | 2500 | 25.125 | | | O | | |
| | 13:25:32 | | S | 2500 | 25 | | | O | | |
| | 13:25:45 | | B | 500 | 24.8125 | | | O | | |
| | 13:26:00 | | S | 1000 | 25 | | | | | |
| | 13:26:21 | | S | 1000 | 24.8125 | | | | | |
| | 13:26:22 | | S | 200 | 25 | | | | | |
| | 13:27:00 | | S | 250 | 24.75 | | | | | |
| | 13:27:00 | | B | 250 | 24.75 | | | | NO | |
| | 13:28:48 | | B | 1000 | 24.75 | | | | | |
| | 13:30:04 | | S | 200 | 24.75 | | | | | |
| | 13:30:30 | | S | 5000 | 24.875 | | | O | | |

F 008910

**EXHIBIT 4 PAGE 58**

*OTC Time & Sales Repor*

*By Securit*

| *IBUY  IBUY* | | | | | | | | | *1/1/98 - 3/23/98* |
|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Time** | **As Of** | **Buy/Sell** | **Volume** | **Price** | **Mod 1** | **Mod 2** | **Price Overide** | **Media Dissem.** | **Cancelled** |
| 1998-03-16 | 13:31:36 | | S | 200 | 24.5625 | | | | | |
| | 13:34:43 | | S | 200 | 24.3125 | | | | | |
| | 13:35:54 | | B | 1000 | 24.375 | | | | | |
| | 13:36:00 | | S | 40 | 24.5 | | | | NO | |
| | 13:36:33 | | S | 150 | 24.49 | | | | | |
| | 13:37:06 | | S | 1000 | 24.5 | | | | | |
| | 13:37:46 | | B | 500 | 24.375 | | | | | |
| | 13:38:00 | | B | 84 | 24.25 | | | | NO | |
| | 13:38:24 | | B | 2000 | 24.25 | | | O | | |
| | 13:39:00 | | S | 84 | 24.25 | | | | NO | |
| | 13:40:00 | | S | 2000 | 24.49 | SLD | | | | |
| | 13:40:21 | | S | 500 | 24.25 | | | | | |
| | 13:41:00 | | S | 1000 | 24.5 | SLD | | | | |
| | 13:41:13 | | S | 2000 | 24 | | | O | | |
| | 13:41:54 | | S | 200 | 24.125 | | | | | |
| | 13:42:44 | | S | 200 | 24.0625 | | | | | |
| | 13:43:00 | | S | 200 | 24 | SLD | | | | |
| | 13:43:56 | | B | 200 | 24 | | | O | | |
| | 13:44:00 | | S | 20 | 24 | | | | NO | |
| | 13:44:00 | | S | 200 | 23.875 | | | | | |
| | 13:44:48 | | S | 330 | 24 | | | O | | |
| | 13:45:00 | | S | 1000 | 23.75 | | | | | |
| | 13:45:00 | | S | 1000 | 23.75 | | | | | |
| | 13:45:55 | | S | 300 | 23.75 | | | | | |
| | 13:47:00 | | B | 500 | 23.75 | | | O | | |
| | 13:48:29 | | B | 2800 | 23.5 | | | O | | |
| | 13:49:00 | | B | 50 | 23.5 | | | | NO | |
| | 13:49:02 | | B | 200 | 23.5625 | | | | | |
| | 13:50:00 | Y | S | 100 | 23.5625 | | | | | C |
| | 13:50:00 | Y | S | 100 | 23.5625 | | | | | C |
| | 13:50:00 | Y | S | 100 | 23.5625 | | | | | C |
| | 13:50:00 | Y | S | 100 | 23.5625 | | | | | C |
| | 13:50:00 | | S | 200 | 23.5 | | | | | C |
| | 13:50:00 | | S | 100 | 23.5625 | | | | | C |
| | 13:50:00 | | S | 100 | 23.5625 | | | | | C |
| | 13:50:00 | | S | 200 | 23.5 | | | | | C |
| | 13:51:00 | | S | 100 | 23.49 | | | | | |
| | 13:52:00 | | S | 200 | 23.115 | | | | | |
| | 13:52:00 | | S | 200 | 23.25 | | | | | |

F 008911

**EXHIBIT 4 PAGE 59**

# OTC Time & Sales Repor

### By Securit

## IBUY  IBUY

## 1/1/98 - 3/23/98

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 13:53:00 | | S | 100 | 23 | | | | | |
| | 13:53:00 | | S | 200 | 23.0625 | | | | | |
| | 13:53:00 | | S | 500 | 23.25 | | | | | |
| | 13:53:07 | | S | 2500 | 23 | | | O | | |
| | 13:53:32 | | B | 1900 | 23 | | | | NO | |
| | 13:53:32 | | S | 1900 | 23 | | | | NO | |
| | 13:54:00 | | S | 500 | 23 | SLD | | | | |
| | 13:54:11 | | S | 200 | 22.875 | | | | | |
| | 13:54:17 | | B | 200 | 23 | | | | | |
| | 13:54:59 | | B | 200 | 22.875 | | | | | C |
| | 13:55:00 | | B | 1000 | 23.125 | | | O | | |
| | 13:55:31 | | S | 1000 | 22.5 | | | O | | |
| | 13:55:54 | | S | 1500 | 22.5 | | | O | | |
| | 13:56:10 | | S | 400 | 22.5 | | | O | | |
| | 13:56:19 | | S | 1000 | 22.75 | | | | | |
| | 13:56:20 | | S | 100 | 22.5 | | | O | | |
| | 13:56:23 | | B | 1000 | 22.75 | | | | | |
| | 13:57:00 | | S | 100 | 22.5 | | | | | |
| | 13:58:26 | | S | 200 | 22.4375 | | | | | |
| | 13:59:02 | | B | 2000 | 22 | | | | NO | |
| | 13:59:55 | | S | 200 | 23 | SLD | | O | | |
| | 14:02:11 | | B | 2000 | 22.25 | | | | NO | |
| | 14:02:11 | | S | 2000 | 22.25 | | | | NO | |
| | 14:02:21 | | B | 1000 | 22.25 | | | | NO | |
| | 14:02:21 | | S | 1000 | 22.25 | | | | NO | |
| | 14:02:31 | | S | 3000 | 22.25 | | | | | |
| | 14:02:38 | | B | 2000 | 22.25 | | | | NO | |
| | 14:02:38 | | S | 2000 | 22.25 | | | | NO | |
| | 14:02:52 | | S | 2000 | 22.25 | | | | | |
| | 14:04:00 | | B | 200 | 22.25 | | | | | |
| | 14:04:22 | | S | 150 | 22.375 | | | | | |
| | 14:04:45 | | S | 3000 | 22.375 | | | | | |
| | 14:04:58 | | S | 200 | 22.375 | | | | | |
| | 14:05:00 | | S | 200 | 22.25 | | | | | |
| | 14:05:17 | | S | 200 | 22.375 | | | | | |
| | 14:05:34 | | X | 150 | 22.375 | | | | | |
| | 14:05:59 | | S | 200 | 22.365 | | | | | |
| | 14:06:41 | | S | 175 | 22.5 | | | | | |
| | 14:07:00 | | S | 200 | 22.375 | SLD | | | | |

F 008912

**EXHIBIT 4 PAGE 60**

*OTC Time & Sales Repor*

*By Securit*

## IBUY  IBUY

*1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 14:07:00 | | S | 500 | 22.375 | SLD | | | | |
| | 14:07:28 | | S | 500 | 23 | | | | NO | |
| | 14:07:36 | | S | 200 | 22.5 | | | | | |
| | 14:07:58 | | S | 500 | 23 | | | | | c |
| | 14:07:58 | | S | 2500 | 22.375 | | | O | | c |
| | 14:07:59 | | S | 2500 | 22.625 | SLD | | O | | |
| | 14:08:40 | | B | 200 | 22.9375 | | | O | NO | |
| | 14:09:03 | | S | 700 | 22.375 | | | O | | |
| | 14:09:39 | | S | 200 | 23 | | | | | |
| | 14:09:40 | | S | 200 | 22.8125 | | | | NO | c |
| | 14:11:18 | | B | 500 | 23.125 | | | | | c |
| | 14:11:33 | | S | 500 | 23.25 | | | | | |
| | 14:11:53 | | S | 500 | 23.375 | | | | | |
| | 14:11:55 | | S | 200 | 23.125 | | | | | |
| | 14:12:02 | | S | 200 | 23.5 | | | | | |
| | 14:12:10 | | S | 200 | 23.25 | | | | | |
| | 14:12:44 | | B | 42 | 23.125 | | | | NO | |
| | 14:12:50 | | S | 200 | 23.4375 | | | | | |
| | 14:12:57 | | S | 200 | 23.25 | | | | | |
| | 14:13:00 | | S | 200 | 23.25 | | | | | |
| | 14:13:00 | | B | 200 | 23.25 | | | | NO | |
| | 14:13:22 | | S | 200 | 23.625 | | | | | |
| | 14:15:41 | | B | 200 | 23.9375 | | | O | NO | |
| | 14:16:10 | | S | 200 | 23.875 | | | | | |
| | 14:17:00 | | B | 120 | 23.625 | SLD | | | | |
| | 14:17:16 | | S | 200 | 24 | | | | | |
| | 14:17:46 | | S | 200 | 24 | | | | | |
| | 14:19:48 | | S | 200 | 24 | | | | | |
| | 14:21:04 | | S | 200 | 24 | | | | | |
| | 14:21:22 | | S | 500 | 24 | | | | | |
| | 14:23:00 | | S | 200 | 24.4375 | SLD | | | | |
| | 14:23:00 | | S | 500 | 24.4375 | | | | | |
| | 14:23:09 | | S | 200 | 24.125 | | | | | |
| | 14:23:15 | | S | 200 | 24.25 | | | | | |
| | 14:24:00 | | S | 668 | 24.75 | | | | | |
| | 14:24:00 | | S | 0 | 24.75 | | | | NO | |
| | 14:24:13 | | S | 5000 | 25 | | | O | | |
| | 14:24:48 | | S | 200 | 24.75 | | | | | |
| | 14:25:26 | | S | 200 | 24.4375 | | | | | |

**F 008913**

**EXHIBIT 4 PAGE 61**

# OTC Time & Sales Repor

*By Securit*

## IBUY  IBUY

*1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 14:26:17 | | S | 200 | 24.75 | | | | | |
| | 14:26:34 | | S | 500 | 24.625 | | | | | |
| | 14:26:35 | | B | 200 | 24.9375 | | | O | NO | |
| | 14:27:22 | | S | 200 | 24.75 | | | | | |
| | 14:27:33 | | S | 500 | 25 | | | | | |
| | 14:30:06 | | S | 150 | 25.125 | | | | | |
| | 14:30:35 | | S | 5000 | 25.125 | | | O | | |
| | 14:30:35 | | S | 500 | 25.125 | | | | | |
| | 14:32:14 | | S | 500 | 24 | | | | NO | C |
| | 14:35:00 | | B | 250 | 24.875 | | | | | |
| | 14:36:32 | | S | 3700 | 25.125 | | | | | |
| | 14:36:50 | | S | 2500 | 25 | | | O | | |
| | 14:39:15 | | S | 500 | 24.75 | | | | | |
| | 14:39:30 | | S | 200 | 24.4375 | | | | | |
| | 14:40:22 | | S | 200 | 24.1875 | | | | | |
| | 14:40:38 | | B | 1200 | 24.4375 | | | | | |
| | 14:42:58 | | S | 800 | 24.5 | | | | | |
| | 14:44:21 | | S | 1000 | 23.9375 | | | | | |
| | 14:50:18 | | S | 100 | 24.4375 | | | O | | |
| | 14:50:32 | | S | 2000 | 24.25 | | | | NO | |
| | 14:51:08 | | S | 2000 | 24.25 | | | | | |
| | 14:51:43 | | S | 200 | 24.375 | | | | | |
| | 14:51:58 | | S | 200 | 24.4375 | | | | | |
| | 14:52:00 | | S | 200 | 24.4375 | SLD | | | | |
| | 14:54:12 | | S | 3800 | 24.75 | | | O | | |
| | 14:54:12 | | S | 3900 | 24.5 | | | O | | |
| | 14:56:51 | | S | 40 | 24.5 | | | O | NO | |
| | 14:59:26 | | S | 200 | 24.5 | | | O | | |
| | 15:01:38 | | S | 1800 | 24.5 | | | | | |
| | 15:03:00 | | S | 20 | 24.62 | | | | NO | |
| | 15:03:00 | | S | 20 | 24.62 | | | | NO | |
| | 15:05:18 | | S | 200 | 24.625 | | | | | |
| | 15:05:32 | | S | 200 | 24.62 | | | | | |
| | 15:05:57 | | S | 200 | 24.6875 | | | | | |
| | 15:08:00 | | S | 1000 | 24.75 | SLD | | | | |
| | 15:09:29 | | S | 2400 | 24.75 | | | O | | |
| | 15:09:41 | | S | 200 | 24.6875 | | | | | |
| | 15:09:53 | | S | 400 | 24.625 | | | | | |
| | 15:10:01 | | S | 500 | 24.5 | | | | | |

F 008914

**EXHIBIT 4 PAGE 62**

# OTC Time & Sales Repor

*By Securit*

**IBUY  IBUY**                                                                    *1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 15:12:00 | | B | 500 | 24 | | | | | |
| | 15:12:00 | | S | 500 | 24.5 | | | | | |
| | 15:12:05 | | B | 500 | 24.5 | | | | NO | |
| | 15:12:05 | | S | 500 | 24.5 | | | | NO | |
| | 15:14:12 | | S | 2000 | 24 | | | | | |
| | 15:15:00 | | S | 1000 | 24.75 | | | | | |
| | 15:15:16 | | S | 1000 | 24.75 | | | | | |
| | 15:16:00 | | B | 200 | 24.625 | | | | | |
| | 15:16:00 | | S | 1000 | 24.75 | | | | | |
| | 15:16:00 | | S | 500 | 24.75 | | | | | |
| | 15:16:45 | | B | 300 | 24 | | | | NO | C |
| | 15:17:00 | | S | 200 | 24.75 | | | | | |
| | 15:17:02 | | B | 200 | 24 | | | | NO | C |
| | 15:21:00 | | S | 350 | 24.875 | | | | | |
| | 15:21:00 | | B | 1000 | 24.28125 | | | | | |
| | 15:21:00 | | B | 100 | 24.28125 | | | | | |
| | 15:21:07 | | S | 300 | 24.875 | | | | | |
| | 15:23:18 | | S | 900 | 24.875 | | | | | |
| | 15:24:00 | | B | 200 | 24 | SLD | | | | |
| | 15:26:37 | | S | 100 | 24.875 | | | | | |
| | 15:29:56 | | B | 500 | 24.75 | | | | NO | |
| | 15:29:56 | | S | 500 | 24.75 | | | | NO | |
| | 15:30:38 | | S | 200 | 24.875 | | | | | |
| | 15:30:46 | | S | 500 | 24.75 | | | | | |
| | 15:31:00 | | S | 2000 | 24.5625 | SLD | | | | |
| | 15:31:31 | | B | 500 | 24.53125 | | | | | |
| | 15:36:00 | | S | 300 | 24.875 | | | | | |
| | 15:36:26 | | S | 1400 | 24.53125 | | | | | |
| | 15:38:00 | | S | 200 | 24.625 | | | | | |
| | 15:38:00 | | S | 20000 | 26.5 | SLD | | X | | |
| | 15:38:24 | | S | 200 | 24.625 | | | | NO | |
| | 15:38:55 | | B | 500 | 24.625 | | | | NO | |
| | 15:38:55 | | S | 500 | 24.625 | | | | NO | |
| | 15:40:00 | | B | 20000 | 26.4375 | SLD | | X | | |
| | 15:41:00 | | B | 200 | 24.5 | | | | | |
| | 15:41:06 | | B | 500 | 24.125 | | | | NO | |
| | 15:41:06 | | S | 500 | 24.125 | | | | NO | |
| | 15:41:15 | | S | 500 | 24.5 | | | O | | |
| | 15:41:15 | | S | 500 | 24.625 | | | O | | |

F 008915

**EXHIBIT 4 PAGE 63**

# *OTC Time & Sales Repor*

*By Securit*

## *IBUY · IBUY*                                    *1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 15:41:20 | | S | 500 | 24.125 | | | | | |
| | 15:41:37 | | B | 500 | 24.125 | | | | NO | |
| | 15:41:37 | | S | 500 | 24.125 | | | | NO | |
| | 15:41:50 | | S | 500 | 24.125 | | | | | |
| | 15:42:02 | | B | 500 | 24.125 | | | | NO | |
| | 15:42:02 | | S | 500 | 24.125 | | | | NO | |
| | 15:42:12 | | S | 115 | 24.5 | | | | | |
| | 15:42:32 | | S | 500 | 24.125 | | | | NO | |
| | 15:42:34 | | S | 1500 | 24.25 | | | | | |
| | 15:42:47 | | S | 500 | 24.125 | | | | | |
| | 15:42:51 | | S | 200 | 24 | | | | NO | C |
| | 15:43:00 | | S | 2500 | 24.25 | SLD | | | | |
| | 15:43:00 | | B | 800 | 24 | | | | | |
| | 15:43:00 | | S | 300 | 24.25 | | | | | |
| | 15:43:00 | | S | 500 | 24 | | | | | |
| | 15:43:43 | | S | 500 | 24 | | | | NO | |
| | 15:43:45 | | S | 1000 | 24.125 | | | | | |
| | 15:43:45 | | B | 1000 | 24.125 | | | | NO | |
| | 15:43:45 | | S | 1000 | 24.125 | | | | NO | |
| | 15:43:47 | | S | 500 | 24 | | | | | |
| | 15:44:08 | | S | 500 | 24.125 | | | | | |
| | 15:44:22 | | B | 200 | 23.984375 | | | | NO | |
| | 15:44:22 | | S | 200 | 23.984375 | | | | NO | |
| | 15:44:22 | | S | 200 | 23.984375 | | | | | |
| | 15:44:30 | | S | 400 | 23.75 | | | | NO | |
| | 15:44:34 | | S | 400 | 23.75 | | | | | |
| | 15:44:34 | | S | 3000 | 23.75 | | | | | |
| | 15:44:59 | | S | 200 | 24.5 | | | | | |
| | 15:45:00 | | S | 416 | 24 | | | | | |
| | 15:45:36 | | B | 100 | 23.984375 | | | | NO | |
| | 15:45:36 | | S | 100 | 23.984375 | | | | NO | |
| | 15:45:36 | | S | 100 | 23.984375 | | | | | |
| | 15:46:13 | | S | 1000 | 24 | | | | | |
| | 15:46:25 | | B | 200 | 24 | | | | | C |
| | 15:46:27 | | B | 1000 | 23.75 | | | | NO | |
| | 15:46:27 | | S | 1000 | 23.75 | | | | NO | |
| | 15:46:27 | | S | 1000 | 23.75 | | | | | |
| | 15:46:41 | | S | 200 | 24 | | | | | F 008916 |
| | 15:46:58 | | S | 1000 | 24.125 | | | | | |

**EXHIBIT 4 PAGE 64**

# OTC Time & Sales Repor

*By Securit*

## IBUY   IBUY                                        *1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 15:47:05 | | S | 200 | 24 | | | O | | |
| | 15:47:06 | | S | 1000 | 23.75 | | | | | |
| | 15:47:44 | | S | 200 | 23.75 | | | O | | |
| | 15:48:00 | | S | 200 | 23.625 | | | | | |
| | 15:48:00 | | S | 200 | 23.625 | | | | | |
| | 15:48:00 | | S | 200 | 23.625 | | | | | |
| | 15:48:00 | | S | 200 | 23.625 | | | | | |
| | 15:48:01 | | S | 1000 | 23.5 | | | | | |
| | 15:48:24 | | S | 500 | 23.5 | | | | | |
| | 15:48:47 | | S | 200 | 23.5 | | | | | |
| | 15:49:00 | | B | 500 | 23.25 | | | | | |
| | 15:49:08 | | S | 200 | 23.5 | | | | | |
| | 15:49:14 | | B | 2500 | 23.25 | | | O | | |
| | 15:49:18 | | B | 400 | 23.25 | | | | NO | |
| | 15:49:18 | | S | 400 | 23.25 | | | | NO | |
| | 15:49:30 | | S | 1200 | 23.25 | | | | | |
| | 15:49:52 | | B | 300 | 23.25 | | | | NO | |
| | 15:49:52 | | S | 300 | 23.25 | | | | NO | |
| | 15:50:00 | | S | 1000 | 23.25 | SLD | | | | |
| | 15:50:04 | | S | 5000 | 23.25 | | | | | |
| | 15:50:22 | | S | 1000 | 23.25 | | | O | | |
| | 15:50:23 | | S | 700 | 23.25 | | | | | |
| | 15:52:00 | | S | 200 | 24 | SLD | | | | B |
| | 15:52:04 | | S | 200 | 23 | | | | | |
| | 15:53:17 | | S | 5000 | 22.75 | | | | | |
| | 15:54:00 | | S | 1000 | 22.4375 | | | | | |
| | 15:54:00 | | S | 1000 | 22.5 | SLD | | | | |
| | 15:54:00 | | S | 1000 | 22.4375 | | | | | |
| | 15:54:10 | | S | 1000 | 22.25 | | | | NO | |
| | 15:54:10 | | B | 1000 | 22.25 | | | | NO | |
| | 15:54:13 | | S | 200 | 22.5 | | | O | | |
| | 15:54:41 | | B | 1000 | 22.25 | | | | NO | |
| | 15:54:41 | | S | 1000 | 22.25 | | | | NO | |
| | 15:55:00 | | S | 100 | 22 | | | | | |
| | 15:55:22 | | S | 1000 | 22.25 | | | | | |
| | 15:55:35 | | S | 200 | 22 | | | | | |
| | 15:55:45 | | S | 1000 | 22.25 | | | | | |
| | 15:56:00 | | S | 100 | 22 | | | | | |
| | 15:56:49 | | S | 1000 | 21.625 | | | | | |

F 008917

**EXHIBIT 4 PAGE 65**

*OTC Time & Sales Repor*

*By Securit*

## *IBUY  IBUY*                                                    *1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|------|------|-------|----------|--------|-------|-------|-------|---------------|---------------|-----------|
| 1998-03-16 | 15:56:50 | | B | 300 | 22.125 | | | | | |
| | 15:57:00 | | S | 2000 | 22 | | | | | |
| | 15:57:08 | | B | 1000 | 21.625 | | | | | C |
| | 15:57:37 | | S | 1000 | 22.5 | | | | | |
| | 15:57:37 | | S | 1000 | 22.5 | | | | NO | |
| | 15:58:00 | | S | 200 | 22 | SLD | | | | |
| | 15:58:35 | | S | 1000 | 22 | | | | | |
| | 15:58:36 | | S | 800 | 22 | | | | | |
| | 15:59:00 | | S | 10000 | 22 | | | | | C |
| | 15:59:12 | | B | 10000 | 22 | | | | | |
| | 15:59:34 | | S | 500 | 22 | | | O | | |
| | 15:59:52 | | S | 100 | 22 | | | O | | |
| | 15:59:54 | | S | 200 | 22 | | | | | |
| | 16:00:00 | | B | 300 | 21.8125 | T | | | | |
| | 16:00:17 | | S | 200 | 21.9375 | | | | | |
| | 16:00:21 | | S | 200 | 22 | | | O | | |
| | 16:00:26 | | S | 500 | 22 | | | | NO | C |
| | 16:00:28 | | B | 200 | 21.9375 | | | | | C |
| | 16:00:44 | | S | 200 | 22.125 | | | O | | |
| | 16:01:00 | | S | 1000 | 22 | T | | | | |
| | 16:01:07 | | B | 14600 | 23 | | | O | | |
| | 16:01:15 | | B | 300 | 21.1875 | | | | NO | C |
| | 16:01:28 | | S | 350 | 21.875 | | | | | |
| | 16:01:50 | | S | 2300 | 21.875 | T | T | | | |
| | 16:08:18 | | S | 500 | 22.5 | | | | NO | |
| | 16:08:18 | | B | 500 | 22.5 | | | | NO | |
| | 16:10:20 | | S | 5000 | 23.53 | T | T | | | |
| | 16:11:57 | | S | 200 | 22.5 | | | | NO | |
| | 16:11:57 | | B | 200 | 22.5 | | | | NO | |
| | 16:12:19 | | S | 300 | 23 | | | | NO | |
| | 16:12:33 | | S | 300 | 23 | T | T | | | |
| | 16:17:34 | | B | 1000 | 23.25 | T | T | | | C |
| | 16:21:27 | | S | 24600 | 24.8882 | T | T | O | | |
| 1998-03-17 | 09:27:00 | | B | 1300 | 23 | SLD | | | | |
| | 09:30:00 | | S | 1000 | 21.75 | SLD | | | | |
| | 09:31:00 | | S | 1000 | 21.75 | | | | | |
| | 09:31:00 | | B | 40 | 21.6875 | | | | NO | |
| | 09:31:00 | | B | 1000 | 21.6875 | | | | | |
| | 09:31:00 | | S | 200 | 21.875 | | | | | |

F 008918

**EXHIBIT 4 PAGE 66**