Leslie Schwaebe Akins (SBN 138678)
LESLIE SCHWAEBE AKINS, A LAW CORPORATION
7157 Argonauta Way
Carlsbad, CA 92009
Tel: 760-931-2920
Fax: 760-603-0547

Attorney for Plaintiff,
Alfonso Fiero

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re | CASE NO. LA 01-26497-BB |
| CERY BRADLEY PERLE, | [Chapter 7] |
| Debtor. | Adv. No.: ADV-06-01971-BB |
| | The Honorable S. Bluebond - 626 |
| ALFONSO FIERO, | **EXHIBIT 5 TO THE SUPPLEMENTAL AFFIDAVIT OF JOHN FIERO FILED IN SUPPORT OF PLAINTIFF ALFONSO FIERO'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT** |
| Plaintiff, | |
| vs. | |
| CERY BRADLEY PERLE, | |
| Defendant. | |
| | **DATE:** November 10, 2009<br>**TIME:** 2:00 p.m.<br>**CTRM:** 1475 |
| | DATE FILED: September 13, 2006<br>DISCOVERY CUT OFF: July 31, 2009<br>TRIAL DATE: None set |

///
///
///
///
///

---

EXHIBIT 5 TO THE SUPPLEMENTAL AFFIDAVIT OF JOHN FIERO

1

# EXHIBIT 5

# OTC Time & Sales Report
*By Securit*

**IBUY   IBUY**                                                                 **1/1/98 - 3/23/98**

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|---|---|---|---|---|---|---|---|---|---|---|
| 1998-03-18 | 15:56:45 | | S | 1000 | 25 | | | O | | |
| | 15:57:11 | | B | 500 | 25 | | | | | |
| | 15:57:58 | | S | 400 | 25 | | | O | | |
| | 15:58:07 | | S | 1100 | 25.0625 | | | | | |
| | 15:59:00 | | S | 1000 | 25 | | | | | |
| | 15:59:19 | | S | 500 | 25.125 | | | | | |
| | 16:00:31 | | S | 700 | 25.125 | | | | | |
| | 16:09:26 | | S | 10000 | 30 | T | T | | | C |
| | 16:23:29 | | B | 850 | 24.65 | T | T | | | |
| | 16:26:48 | | B | 4902 | 22.125 | T | T | | | |
| 1998-03-19 | 07:50:00 | | S | 6200 | 25.125 | T | | | | o |
| | 09:30:00 | | B | 300 | 24.96875 | SLD | | | | |
| | 09:30:00 | | S | 250 | 25 | | | | | |
| | 09:30:00 | | S | 100 | 25 | | | | | |
| | 09:31:33 | | S | 200 | 24.96875 | | | | | |
| | 09:31:49 | | S | 300 | 24.96875 | | | | NO | C |
| | 09:38:00 | | B | 100 | 24.25 | | | | | |
| | 09:43:07 | | S | 200 | 24.875 | | | | | |
| | 09:46:00 | | S | 100 | 25 | | | | | |
| | 09:48:57 | | S | 900 | 25 | | | | | |
| | 10:01:50 | | B | 100 | 24.625 | | | | | |
| | 10:04:27 | | B | 900 | 25 | | | | NO | |
| | 10:04:27 | | S | 900 | 25 | | | | | |
| | 10:05:02 | | S | 900 | 25 | | | | | |
| | 10:21:47 | | S | 500 | 25 | | | | | |
| | 10:23:13 | | S | 100 | 25 | | | | | |
| | 10:27:35 | | S | 200 | 25 | | | | | |
| | 10:29:02 | | S | 200 | 25.1875 | | | | | |
| | 10:29:26 | | S | 200 | 25.1875 | | | | | |
| | 10:31:24 | | S | 300 | 25.25 | | | | | |
| | 10:39:00 | | S | 300 | 25.25 | | | | | |
| | 10:45:00 | | B | 500 | 25.125 | | | | | |
| | 10:45:00 | | S | 500 | 25.125 | | | | | |
| | 10:45:00 | | B | 500 | 25.125 | | | | NO | |
| | 10:55:16 | | S | 800 | 25.375 | | | | | |
| | 10:55:16 | | S | 800 | 25.375 | | | | NO | |
| | 11:03:01 | | S | 125 | 25.375 | | | | | |
| | 11:46:42 | | B | 500 | 25.125 | | | | | |
| | 11:47:28 | | S | 1000 | 25.375 | | | | | |

F 008934

# OTC Time & Sales Repor
*By Securit*

**IBUY   IBUY**                                                            *1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|---|---|---|---|---|---|---|---|---|---|---|
| 1998-03-19 | 11:51:00 | | S | 600 | 25.375 | | | | | |
| | 11:54:31 | | S | 200 | 25.375 | | | | | |
| | 11:55:38 | | S | 400 | 25.375 | | | | | |
| | 11:56:00 | | S | 400 | 25.375 | | | | | |
| | 11:56:00 | | S | 500 | 25.375 | | | | | |
| | 11:57:00 | | S | 500 | 25.375 | | | | | |
| | 11:57:28 | | S | 500 | 25.375 | | | | | |
| | 12:18:26 | | X | 300 | 25.25 | | | | | |
| | 12:20:00 | | B | 50 | 25.125 | | | | NO | |
| | 12:29:02 | | B | 1000 | 25.125 | | | | | C |
| | 12:42:00 | | S | 200 | 25.375 | | | | | |
| | 12:45:00 | | B | 2000 | 25.25 | | | | NO | |
| | 12:45:00 | | S | 2000 | 25.25 | | | | NO | |
| | 12:45:27 | | S | 2000 | 25.25 | | | | | |
| | 12:46:16 | | B | 1000 | 25.25 | | | | NO | |
| | 12:46:16 | | S | 1000 | 25.25 | | | | NO | |
| | 12:46:23 | | S | 3000 | 25.125 | | | | | |
| | 12:57:21 | | S | 500 | 25.25 | | | | | |
| | 13:02:33 | | S | 650 | 25.125 | | | | | |
| | 13:04:24 | | S | 2500 | 25.125 | | | | | |
| | 13:05:33 | | S | 2500 | 25.125 | | | | | |
| | 13:05:45 | | S | 200 | 25.125 | | | | | |
| | 13:06:49 | | S | 200 | 25.125 | | | | | |
| | 13:08:00 | | S | 1960 | 25.03125 | SLD | | | | |
| | 13:08:00 | | B | 1000 | 25 | | | | | |
| | 13:08:25 | | S | 100 | 25.25 | | | | | |
| | 13:36:01 | | S | 2200 | 25.125 | | | | | |
| | 13:44:58 | | S | 3000 | 25.5 | | | O | | |
| | 13:45:07 | | S | 500 | 25.25 | | | | | |
| | 13:46:00 | | S | 350 | 25.375 | | | | | |
| | 13:46:19 | | S | 300 | 25.375 | | | | NO | C |
| | 13:46:28 | | S | 1000 | 25.25 | | | | | |
| | 13:48:00 | | S | 200 | 25.5 | | | O | | |
| | 14:19:05 | | S | 200 | 25.6875 | | | | | |
| | 14:21:14 | | S | 200 | 25.6875 | | | | | |
| | 14:21:24 | | S | 200 | 25.75 | | | | | |
| | 14:22:00 | | S | 500 | 25.625 | | | | | |
| | 14:22:52 | | B | 500 | 25.625 | | | | NO | |
| | 14:22:52 | | S | 500 | 25.625 | | | | NO | |

F 008935

*Nasdaq Trading & Market Services*                                *Page 75 of 98*

EXHIBIT 5 PAGE 68

# OTC Time & Sales Report
*By Security*

**IBUY   IBUY**                                                                 *1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|---|---|---|---|---|---|---|---|---|---|---|
| 1998-03-19 | 14:30:44 | | B | 100 | 25.5 | | | | | |
| | 14:42:11 | | S | 200 | 25.8125 | | | | | |
| | 14:53:00 | | S | 200 | 25.625 | | | | | |
| | 14:53:00 | | B | 200 | 25.625 | | | | NO | |
| | 14:53:00 | | B | 200 | 25.625 | | | | | |
| | 14:54:00 | | S | 200 | 25.75 | | | | | |
| | 14:55:39 | | S | 2000 | 25.8125 | | | | | |
| | 14:59:14 | | S | 400 | 25.8125 | | | | | |
| | 15:01:16 | | S | 200 | 25.875 | | | | | |
| | 15:02:52 | | S | 200 | 25.96875 | | | | | |
| | 15:03:00 | | S | 200 | 26 | SLD | | | | |
| | 15:03:26 | | S | 200 | 26 | | | | | C |
| | 15:03:35 | | S | 200 | 26 | | | O | | |
| | 15:04:13 | | S | 200 | 26 | | | | | |
| | 15:05:49 | | S | 200 | 26 | | | | | |
| | 15:06:00 | | S | 200 | 26 | | | | | |
| | 15:07:43 | | S | 1000 | 26.0625 | | | | | |
| | 15:08:20 | | S | 1000 | 26.1875 | | | | | |
| | 15:08:20 | | S | 1300 | 26.1875 | | | | | |
| | 15:08:23 | | S | 200 | 26.25 | | | | | |
| | 15:09:40 | | S | 200 | 26.25 | | | | | |
| | 15:09:40 | | S | 200 | 26.25 | | | | NO | |
| | 15:10:10 | | S | 200 | 26.3125 | | | | | |
| | 15:11:18 | | B | 500 | 26 | | | | | |
| | 15:11:41 | | B | 750 | 26 | | | | | |
| | 15:11:47 | | S | 1000 | 26.5 | | | O | | |
| | 15:16:00 | | B | 300 | 26.0625 | | | | | |
| | 15:16:02 | | S | 200 | 26.375 | | | | | |
| | 15:16:11 | | S | 200 | 26.375 | | | | | |
| | 15:16:28 | | B | 500 | 26 | | | | | |
| | 15:16:35 | | B | 300 | 26 | | | | | |
| | 15:18:46 | | S | 200 | 26.4375 | | | | | |
| | 15:18:54 | | S | 200 | 26.5 | | | | | |
| | 15:19:00 | | S | 300 | 26.5 | | | | | |
| | 15:20:57 | | S | 1000 | 26.5 | | | | | |
| | 15:24:43 | | S | 400 | 26.625 | | | | | |
| | 15:24:43 | | B | 1000 | 26.25 | | | | | |
| | 15:26:00 | | S | 40 | 26.75 | | | | NO | F 008936 |
| | 15:28:00 | | S | 40 | 26.75 | | | | NO | |

*OTC Time & Sales Report*
By Securit

**IBUY   IBUY**   *1/1/98 - 3/23/98*

| Date | Time | As Of | Buy/Sell | Volume | Price | Mod 1 | Mod 2 | Price Overide | Media Dissem. | Cancelled |
|---|---|---|---|---|---|---|---|---|---|---|
| 1998-03-19 | 15:30:23 |  | S | 150 | 26.75 |  |  |  |  |  |
|  | 15:40:43 |  | S | 200 | 26.4375 |  |  |  |  |  |
|  | 15:40:57 |  | B | 200 | 26.25 |  |  |  |  |  |
|  | 15:40:58 |  | S | 3874 | 26.5 |  |  |  |  |  |
|  | 15:41:00 |  | S | 200 | 26.5 |  |  |  | NO |  |
|  | 15:41:21 |  | S | 5000 | 26.25 |  |  |  |  |  |
|  | 15:42:09 |  | B | 1000 | 26.25 |  |  |  |  |  |
|  | 15:42:59 |  | B | 500 | 26.04 |  |  |  | NO |  |
|  | 15:46:02 |  | S | 2000 | 26.125 |  |  |  |  |  |
|  | 15:51:00 |  | S | 40 | 26.25 |  |  |  | NO |  |
|  | 15:51:00 |  | S | 40 | 26.25 |  |  |  | NO |  |
|  | 15:52:01 |  | S | 200 | 26.25 |  |  |  |  |  |
|  | 15:52:10 |  | S | 7800 | 26.125 |  |  |  |  |  |
|  | 15:56:01 |  | B | 1500 | 26.125 |  |  |  |  | C |
|  | 15:56:05 |  | S | 1500 | 26.125 |  |  |  |  |  |
|  | 15:56:42 |  | S | 5000 | 26.25 |  |  |  |  | C |
|  | 15:57:00 |  | B | 5000 | 39 | SLD |  | O |  |  |
|  | 15:57:00 |  | B | 1000 | 39 | SLD |  | O |  |  |
|  | 15:57:00 |  | B | 1000 | 39 | SLD |  | O |  |  |
|  | 15:57:00 |  | S | 81409 | 39 | SLD |  | O |  |  |
|  | 15:57:58 |  | S | 2300 | 26.125 |  |  |  |  |  |
|  | 16:00:03 |  | B | 600 | 25.75 |  |  |  |  |  |
|  | 16:02:12 |  | B | 600 | 26.25 | T | T |  |  |  |
|  | 16:30:26 |  | S | 1400 | 25.1 | T | T |  |  | C |
|  | 16:31:28 |  | S | 1400 | 25.25 | T | T |  |  |  |
| 1998-03-20 | 09:30:00 |  | B | 50 | 26 |  |  |  | NO |  |
|  | 09:32:00 |  | S | 250 | 26 |  |  |  |  |  |
|  | 09:32:00 |  | S | 200 | 26.5 |  |  |  |  |  |
|  | 09:32:13 |  | B | 1000 | 26 |  |  |  |  |  |
|  | 09:32:31 |  | S | 200 | 26.5 |  |  |  | NO |  |
|  | 09:33:12 |  | S | 1000 | 26.25 |  |  |  |  |  |
|  | 09:33:12 |  | S | 1000 | 26.25 |  |  |  | NO |  |
|  | 09:34:03 |  | S | 500 | 26.75 |  |  |  |  |  |
|  | 09:34:06 |  | B | 3600 | 26 |  |  | O |  |  |
|  | 09:35:00 |  | B | 200 | 26.75 |  |  |  |  |  |
|  | 09:35:00 |  | S | 500 | 26.875 |  |  |  |  |  |
|  | 09:35:00 |  | S | 1500 | 27 |  |  |  |  |  |
|  | 09:35:43 |  | S | 200 | 27 |  |  |  |  |  |
|  | 09:35:45 |  | S | 200 | 26.75 |  |  |  |  |  |

F 008937