Leslie Schwaebe Akins (SBN 138678)
LESLIE SCHWAEBE AKINS, A LAW CORPORATION
7157 Argonauta Way
Carlsbad, CA 92009
Tel: 760-931-2920
Fax: 760-603-0547

Attorney for Plaintiff,
Alfonso Fiero

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CERY BRADLEY PERLE,<br><br>Debtor.<br>_____<br><br>ALFONSO FIERO,<br><br>      Plaintiff,<br><br>vs.<br><br>CERY BRADLEY PERLE,<br><br>      Defendant.<br>_____ | CASE NO. LA 01-26497-BB<br><br>[Chapter 7]<br><br>Adv. No.: ADV-06-01971-BB<br><br>The Honorable S. Bluebond - 626<br><br>**EXHIBIT 7 TO THE SUPPLEMENTAL AFFIDAVIT OF JOHN FIERO FILED IN SUPPORT OF PLAINTIFF ALFONSO FIERO'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE: November 10, 2009<br>TIME:  2:00 p.m.<br>CTRM: 1475<br><br>DATE FILED: September 13, 2006<br>DISCOVERY CUT OFF: July 31, 2009<br>TRIAL DATE: None set |

///

///

///

///

///

---

EXHIBIT 7 TO THE SUPPLEMENTAL AFFIDAVIT OF JOHN FIERO

1

# EXHIBIT 7

UNITED STATES OF AMERICA
Before The
SECURITIES AND EXCHANGE COMMISSION
March 24, 1998

| | |
|---|---|
| Shopping.com<br><br>File No. 500-1 | ORDER OF SUSPENSION<br>OF TRADING |

It appears to the Securities and Exchange Commission that there is a lack of current and accurate information concerning the securities of Shopping.com because of recent market activity in the stock that may have been the result of manipulative conduct.

The Commission is of the opinion that the public interest and the protection of investors require a suspension of trading in the securities of the above listed company.

Therefore, it is ordered, pursuant to Section 12(k) of the Securities Exchange Act of 1934, that trading in the above listed company is suspended for the period from 9:30 a.m. EST, March 24, 1998 through 11:59 p.m. EDT, on April 6, 1998.

By the Commission.

Jonathan G. Katz
Secretary

By: Margaret H. McFarland
Deputy Secretary

000026