Leslie Schwaebe Akins (SBN 138678)
LESLIE SCHWAEBE AKINS, A LAW CORPORATION
7157 Argonauta Way
Carlsbad, CA 92009
Tel: 760-931-2920
Fax: 760-603-0547

Attorney for Plaintiff,
Alfonso Fiero

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CERY BRADLEY PERLE,<br><br>    Debtor.<br><br>ALFONSO FIERO,<br><br>    Plaintiff,<br><br>vs.<br><br>CERY BRADLEY PERLE,<br><br>    Defendant. | CASE NO. LA 01-26497-BB<br><br>[Chapter 7]<br><br>Adv. No.: ADV-06-01971-BB<br><br>The Honorable S. Bluebond - 626<br><br>**EXHIBIT 8 TO THE SUPPLEMENTAL AFFIDAVIT OF JOHN FIERO FILED IN SUPPORT OF PLAINTIFF ALFONSO FIERO'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT**<br><br>**DATE: November 10, 2009**<br>**TIME:  2:00 p.m.**<br>**CTRM: 1475**<br><br>DATE FILED: September 13, 2006<br>DISCOVERY CUT OFF: July 31, 2009<br>TRIAL DATE: None set |

/ / /

/ / /

/ / /

/ / /

/ / /

---

EXHIBIT 8 TO THE SUPPLEMENTAL AFFIDAVIT OF JOHN FIERO

1

# EXHIBIT 8

Story  3 / 20: 99 <GO> for list of story options.                    **Equity C N**
                                                                      Page 1   of 5

BN | Shopping.Com Trading Suspended by SEC for 2 Weeks (Update2)
   | Mar 24 1998   22:13

Shopping.Com Trading Suspended by SEC for 2 Weeks (Update2)
     (Adds comments from Shopping.com's founder Robert McNulty.)

   Washington, March 24 (Bloomberg) -- The Securities and
Exchange Commission suspended trading in the securities of
Shopping.com Inc., an Internet retailer, citing possible market
manipulation.
   The SEC issued the order of suspension because of concern
that there was a lack of current and accurate information
regarding Shopping.com securities, according to a release by the
agency.
   The agency said that recent market activity in the company's
stock may have been the result of manipulative conduct.
   ``I'm very concerned for my shareholders,'' said Robert
McNulty, founder, president and chief executive. ``It's like a
feeding frenzy and we're caught in the middle of it.''
   Shopping.com's shares have fluctuated wildly in recent days
as its underwriter, Waldron & Co. of Irvine, California and
Wedbush Morgan Securities of Los Angeles, which processes
Waldron's trades, have battled short sellers of Shopping.com
shares.

Bloomberg-all rights reserved.  Frankfurt:69-920410  Hong Kong:2-977-6000  London:171-330-7500  New York:212-318-2000
Princeton:609-279-3000   Singapore:226-3000   Sydney:2-9777-8666   Tokyo:3-3201-8900   Sao Paulo:11-3048-4500
                                                                           G136-501-10 25-Mar-98 10:12:56

000029

FB EX 01400

F 006481

EXHIBIT 8 PAGE 73

```
Story  3 / 20: 99 <GO> for list of story options.                  Equity C N
                                                                   Page 2 of 5
```

   ``This thing is totally out of control,'' said McNulty of his company's stock gyrations. ``This stock should not be doing that.''
   A short seller sells stock he doesn't own, hoping to buy it later at a lower price. In recent days, short sellers have been forced by Wedbush to purchase thousands of Shopping.com shares they were unable to immediately deliver.
   These transactions, called ``buy-ins,'' were sometimes made at prices far above the market. For example, on March 19, the stock closed at 26 1/4. Shortly after the close of normal trading, 88,400 shares were traded at 39.
   John Fiero, president of Fiero Brothers, a New York-based market maker, said he was forced to buy 28,954 shares of Shopping.com that day at 39, by Wedbush Morgan acting on behalf of its correspondent firm, Waldron.
   ``It's Wall Street robbery,'' said Fiero, who filed an NASD arbitration complaint against both firms.
   Neither Waldron nor Wedbush Morgan returned calls seeking comment.
   Shopping.com, based in Corona Del Mar, California, began selling products and services on the Internet, at guaranteed low prices, on July 11. It lost $2.35 million, or 70 cents a share from operations in the nine months ending Oct. 31, on revenue of

Bloomberg-all rights reserved.  Frankfurt:69-920410  Hong Kong:2-977-6000  London:171-330-7500  New York:212-318-2000
Princeton:609-279-3000     Singapore:226-3000     Sydney:2-9777-8666     Tokyo:3-3201-8900     Sao Paulo:11-3048-4500
                                                                                G136-501-10 25-Mar-98 10:12:58

000050

FB EX 01401

F 006482

EXHIBIT 8 PAGE 74

Story  3 / 20: 99 <GO> for list of story options.         Equity C N
                                                          Page 3  of 5
$376,822.

### $60 Million Break-Even Point

McNulty said the company needs annual revenue of $60 million to break even. He added that fourth quarter sales, not yet released, were more than double the third quarter's $321,281.

``We can probably run another six or seven months before we need another financing,'' said McNulty.

The company's initial public offering of 1.3 million shares at 9, underwritten by Waldron & Co. in November, raised $10.6 million after fees.

Shares of Shopping.com plunged almost 32 percent after Waldron stopped making a market in the Internet shopping service's shares on March 16.

The stock closed yesterday at 22 1/4. It reached a high of 39 last week.

The SEC said its trading suspension began today at 9:30 a.m. Washington time and will end on April 6 at 11:59 p.m.

Shopping.com is traded on NASD's OTC-Bulletin Board, which has no listing requirements. It withdrew its application for listing on the Nasdaq Small Cap stock market last year after receiving an indication the application would be denied.

Bloomberg-all rights reserved.  Frankfurt:69-920410  Hong Kong:2-977-6000  London:171-330-7500  New York:212-318-2000
Princeton:609-279-3000    Singapore:226-3000    Sydney:2-9777-8666    Tokyo:3-3201-8900    Sao Paulo:11-3048-4500
                                                                      G136-501-10 25-Mar-98 10:13:00

000031

FB EX 01402
F 006483

EXHIBIT 8 PAGE 75

```
Story  3 / 20: 99 <GO> for list of story options.           Equity C N
                                                            Page 4  of 5
```

It linked the expected denial to a permanent injunction against violating securities laws agreed to by President, McNulty, in October, 1995. The SEC alleged that McNulty orchestrated ``a complex scheme to defrauded investors'' in four other publicly traded retail companies.

McNulty neither admitted nor denied wrongdoing.

``I made a mistake. I paid dearly. I admitted an error in judgment,'' he said. ``I'm not the bad guy everyone wants to portray me as.''

He was also ordered to disgorge $70,000 in ``ill-gotten gains'' as part of the settlement. The disgorgement was waived because of McNulty's demonstrated inability to pay.

Four months later, he founded Shopping.com. His 1.325 million shares of the company were worth more than $50 million at its high last week. He said no insiders have sold any company stock.

--David Evans in Los Angeles (310) 827-2348 and Miles Weiss reporting from the SEC (202) 624-1879/ge

Story Illustration: to chart the recent performance of Shopping.com shares, type: IBUY US <Equity> GPO D.

```
Bloomberg-all rights reserved.  Frankfurt:69-920410  Hong Kong:2-977-6000  London:171-330-7500  New York:212-318-2000
Princeton:609-279-3000    Singapore:226-3000    Sydney:2-9777-8666    Tokyo:3-3201-8900    Sao Paulo:11-3048-4500
                                                                    G136-501-10 25-Mar-98 10:13:02
```

000032

EXHIBIT 8 PAGE 76

FB EX 01403

F 006484