1  Leslie Schwaebe Akins (SBN 138678)
   LESLIE SCHWAEBE AKINS, A LAW CORPORATION
2  7157 Argonauta Way
   Carlsbad, CA 92009
3  Tel: 760-931-2920
   Fax: 760-603-0547
4
   Attorney for Plaintiff,
5  Alfonso Fiero

6

7              **UNITED STATES BANKRUPTCY COURT**

8     **FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

9
   In re                          )   CASE NO. LA 01-26497-BB
10                                 )
   CERY BRADLEY PERLE,            )   [Chapter 7]
11                                 )
       Debtor.                     )   Adv. No.: ADV-06-01971-BB
12  _____      )
                                   )   The Honorable S. Bluebond - 626
13  ALFONSO FIERO,                 )
                                   )   **EXHIBIT 11 TO THE SUPPLEMENTAL**
14              Plaintiff,         )   **AFFIDAVIT OF JOHN FIERO FILED IN**
                                   )   **SUPPORT OF PLAINTIFF ALFONSO**
15       vs.                       )   **FIERO'S MOTION FOR SUMMARY**
                                   )   **JUDGMENT OR, ALTERNATIVELY,**
16  CERY BRADLEY PERLE,            )   **FOR PARTIAL SUMMARY JUDGMENT**
                                   )
17              Defendant.         )
                                   )
18                                 )   **DATE: November 10, 2009**
                                   )   **TIME:  2:00 p.m.**
19                                 )   **CTRM: 1475**
                                   )
20                                 )
                                   )   DATE FILED: September 13, 2006
21                                 )   DISCOVERY CUT OFF: July 31, 2009
                                   )   TRIAL DATE: None set
22  _____      )

23
   / / /
24
   / / /
25
   / / /
26
   / / /
27
   / / /
28
   _____
              EXHIBIT 11 TO THE SUPPLEMENTAL AFFIDAVIT OF JOHN FIERO
                                    1

# EXHIBIT 11

**59**

F 007031

EXHIBIT 11 PAGE 97

# OTC Daily Trading Summary

## IBUY SHOPPING.COM

### 12/1/97 - 4/30/98

| Date | High | Low | Close | Volume |
|------|------|-----|-------|--------|
| 12/1/97 | 9.75 | 8.875 | 9.75 | 9,200 |
| 12/2/97 | 9.5 | 8.625 | 9 | 11,800 |
| 12/3/97 | 9.0625 | 8.5 | 8.75 | 16,300 |
| 12/4/97 | 9.5 | 8.625 | 8.625 | 24,700 |
| 12/5/97 | 9.375 | 8.625 | 9.1875 | 26,700 |
| 12/8/97 | 9.1875 | 8.625 | 8.75 | 91,800 |
| 12/9/97 | 9.1875 | 8.75 | 9 | 5,200 |
| 12/10/97 | 9.1875 | 8.75 | 9 | 33,700 |
| 12/11/97 | 9 | 8.75 | 8.875 | 25,400 |
| 12/12/97 | 9.125 | 8.75 | 9.125 | 69,000 |
| 12/15/97 | 9.5 | 9 | 9.5 | 30,700 |
| 12/16/97 | 10 | 9.25 | 9.25 | 26,000 |
| 12/17/97 | 10.25 | 9.5 | 10.25 | 17,500 |
| 12/18/97 | 10.5 | 9.625 | 10.25 | 23,900 |
| 12/19/97 | 10.25 | 9.875 | 10.125 | 15,800 |
| 12/22/97 | 10.625 | 9.5 | 10.625 | 78,800 |
| 12/23/97 | 10.625 | 9.5 | 10.125 | 63,800 |
| 12/24/97 | 10.25 | 10.125 | 10.125 | 14,300 |
| 12/26/97 | 10.125 | 10 | 10.125 | 29,800 |
| 12/29/97 | 10.25 | 9.75 | 10.125 | 32,700 |
| 12/30/97 | 11 | 10.25 | 10.625 | 28,400 |
| 12/31/97 | 11.125 | 10.5 | 11.125 | 22,500 |
| 1/2/98 | 11 | 10.875 | 11 | 1,800 |
| 1/5/98 | 11.5 | 10.875 | 11.25 | 9,100 |
| 1/6/98 | 11.5 | 10.875 | 11 | 7,900 |
| 1/7/98 | 11.5 | 11 | 11.375 | 19,800 |
| 1/8/98 | 11.5 | 11 | 11.25 | 13,800 |
| 1/9/98 | 12.125 | 11 | 12.125 | 62,100 |
| 1/12/98 | 13.375 | 12.375 | 13.125 | 76,300 |
| 1/13/98 | 13.375 | 12.75 | 13.375 | 11,700 |
| 1/14/98 | 13.625 | 12.875 | 13.625 | 20,300 |
| 1/15/98 | 14 | 13 | 13.6875 | 34,000 |
| 1/16/98 | 14.75 | 13.625 | 14.625 | 64,700 |
| 1/20/98 | 15.25 | 14.625 | 15 | 76,900 |
| 1/21/98 | 15.125 | 14.625 | 14.625 | 48,500 |

F 007032

## EXHIBIT 59

# IBUY  SHOPPING .COM

**12/1/97 - 4/30/98**

| Date | High | Low | Close | Volume |
|------|------|-----|-------|--------|
| 1/22/98 | 15 | 14.625 | 15 | 3,900 |
| 1/23/98 | 15.125 | 14.625 | 15 | 14,000 |
| 1/26/98 | 15 | 14.75 | 14.75 | 23,300 |
| 1/27/98 | 15 | 14.75 | 14.75 | 21,800 |
| 1/28/98 | 14.875 | 14.75 | 14.75 | 23,000 |
| 1/29/98 | 14.875 | 14.75 | 14.75 | 19,800 |
| 1/30/98 | 14.875 | 14.75 | 14.75 | 38,600 |
| 2/2/98 | 14.75 | 14.75 | 14.75 | 32,900 |
| 2/3/98 | 14.8125 | 14.75 | 14.75 | 140,900 |
| 2/4/98 | 16.96875 | 14.75 | 16.96875 | 150,200 |
| 2/5/98 | 18.9375 | 17.25 | 18.375 | 258,700 |
| 2/6/98 | 22.875 | 18.375 | 22 | 231,400 |
| 2/9/98 | 24 | 22 | 24 | 129,400 |
| 2/10/98 | 27 | 24 | 26.71875 | 244,100 |
| 2/11/98 | 27 | 24 | 24.1875 | 599,100 |
| 2/12/98 | 24.875 | 21.25 | 21.75 | 375,800 |
| 2/13/98 | 20.5 | 16 | 19.5 | 645,100 |
| 2/17/98 | 22.125 | 19.625 | 22.125 | 200,000 |
| 2/18/98 | 23.375 | 21.75 | 21.875 | 111,100 |
| 2/19/98 | 22.375 | 21.25 | 21.25 | 43,300 |
| 2/20/98 | 21.8125 | 21.1 | 21.8125 | 139,700 |
| 2/23/98 | 23.75 | 22 | 22.4375 | 292,000 |
| 2/24/98 | 22.65625 | 21.75 | 22 | 104,800 |
| 2/25/98 | 22.4375 | 21.5 | 21.84375 | 62,400 |
| 2/26/98 | 22.625 | 21.8125 | 22.0625 | 92,100 |
| 2/27/98 | 23.3125 | 22.0625 | 22.875 | 46,400 |
| 3/2/98 | 23.625 | 22.9375 | 23.25 | 26,000 |
| 3/3/98 | 25.5 | 23.28125 | 23.28125 | 149,400 |
| 3/4/98 | 23.96875 | 23.28125 | 23.90625 | 72,200 |
| 3/5/98 | 25.96875 | 23.9375 | 25.6875 | 158,800 |
| 3/6/98 | 29 | 25.875 | 25.9375 | 88,900 |
| 3/9/98 | 26.46875 | 25.9375 | 26.46875 | 19,800 |
| 3/10/98 | 28.9375 | 26.96875 | 28.9375 | 76,800 |
| 3/11/98 | 29.4375 | 28.78125 | 29.3125 | 240,500 |
| 3/12/98 | 32.875 | 29.3125 | 32.125 | 158,000 |
| 3/13/98 | 32.25 | 32 | 32.015625 | 704,500 |
| 3/16/98 | 28 | 21.625 | 21.875 | 575,000 |

# IBUY  SHOPPING.COM

## 12/1/97 - 4/30/98

| Date | High | Low | Close | Volume |
|------|------|-----|-------|--------|
| 3/17/98 | 26 | 21.6875 | 25.3125 | 283,000 |
| 3/18/98 | 25.625 | 24.0625 | 25.125 | 188,700 |
| 3/19/98 | 39 | 24.25 | 25.75 | 171,300 |
| 3/20/98 | 39 | 26 | 28.875 | 359,000 |
| 3/23/98 | 28.5 | 22 | 22.25 | 300,600 |
| 3/24/98 | 0 | 0 | 0 | 0 |
| 3/25/98 | 0 | 0 | 0 | 0 |
| 3/26/98 | 0 | 0 | 0 | 0 |
| 3/27/98 | 0 | 0 | 0 | 0 |
| 3/30/98 | 0 | 0 | 0 | 0 |
| 3/31/98 | 0 | 0 | 0 | 0 |
| 4/1/98 | 0 | 0 | 0 | 0 |
| 4/2/98 | 0 | 0 | 0 | 0 |
| 4/3/98 | 0 | 0 | 0 | 0 |
| 4/6/98 | 0 | 0 | 0 | 0 |
| 4/7/98 | 25 | 10 | 18 | 48,600 |
| 4/8/98 | 22 | 15 | 21 | 37,300 |
| 4/9/98 | 22 | 17 | 19.75 | 14,700 |
| 4/13/98 | 21 | 17 | 21 | 16,500 |
| 4/14/98 | 34 | 18 | 21.625 | 43,200 |
| 4/15/98 | 33.5 | 20 | 33.5 | 22,600 |
| 4/16/98 | 34.5 | 19 | 34.5 | 45,300 |
| 4/17/98 | 27 | 21 | 21 | 46,000 |
| 4/20/98 | 24 | 21 | 22.5 | 30,000 |
| 4/21/98 | 24 | 21 | 21.5 | 15,900 |
| 4/22/98 | 24 | 20 | 22.875 | 8,200 |
| 4/23/98 | 25 | 17 | 22 | 8,000 |
| 4/24/98 | 23 | 20 | 22 | 2,000 |
| 4/27/98 | 26 | 18 | 26 | 4,100 |
| 4/28/98 | 23 | 16 | 18 | 11,500 |
| 4/29/98 | 20.5 | 17 | 20 | 48,900 |
| 4/30/98 | 22 | 19 | 21 | 19,400 |
| | | | Total: | 9,183,200 |

F 007034