Leslie Schwaebe Akins (SBN 138678)
LESLIE SCHWAEBE AKINS, A LAW CORPORATION
7157 Argonauta Way
Carlsbad, CA 92009
Tel: 760-931-2920
Fax: 760-603-0547

Attorney for Plaintiff,
Alfonso Fiero

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CERY BRADLEY PERLE,<br><br>Debtor.<br>_____<br><br>ALFONSO FIERO,<br><br>  Plaintiffs,<br><br>vs.<br><br>CERY BRADLEY PERLE,<br><br>  Defendant.<br>_____ | CASE NO. LA 01-26497-BB<br><br>[Chapter 7]<br><br>Adv. No.: ADV-06-01971-BB<br><br>The Honorable S. Bluebond - 626<br><br>**ERRATA TO CAPTION PAGE OF PLAINTIFF ALFONSO FIERO'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>[ERRONEOUSLY CAPTIONED AS: OPENING MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF ALFONSO FIERO'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT]<br><br>DATE: November 10, 2009<br>TIME: 2:00 p.m.<br>CTRM: 1475<br><br>DATE FILED: September 13, 2006<br>DISCOVERY CUT OFF: July 31, 2009<br>TRIAL DATE: None set |

PLEASE TAKE NOTICE that Plaintiff Alfonso Fiero mistakenly identified the caption page of his Motion for Summary Judgment or, Alternatively, Partial Summary

---
ERRATA
1

1  Judgment as (Opening Memorandum of Points and Authorities in Support of Motion of
2  Alfonso Fiero's Motion for Summary Judgment or, Alternatively, for Partial Summary
3  Judgment). The correct title of the document should read "Plaintiff Alfonso Fiero's
4  Motion for Summary Judgment, or, Alternatively, Partial Summary Judgment." Please
5  be advised of the correct caption.

6

7  Dated: October 7, 2009                      Respectfully submitted,

8                                              LESLIE SCHWAEBE AKINS, A.L.C.

9

10

11                                             By: _____
                                                   Leslie Schwaebe Akins, Esq.
12                                                 Attorney for Plaintiff
                                                   Alfonso Fiero
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ERRATA
2

In re: Cery Bradley Perle, Debtor

Alfonso Fiero, v. Cery B. Perle
Case Number LA 01-26497-BB
Adv. No. 06-01971 BB

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       )
COUNTY OF SAN DIEGO    )

    I am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is P.O. Box 131253, Carlsbad, California 92013.

    On **October 7, 2009**, I served on the interested parties in said action, by delivering it as follows:

__X__ Service will be accomplished through an NEF for parties and counsel who are registered CM/ECF users.

**Electronic Mail Notice List**

**The following is the list of parties who are currently on the list to receive e-mail notices for this case.**

Darrell Palmer:   darrell.palmer@cox.net

United States Trustee (LA):
ustpregion16.la.ecf@usdoj.gov

Leslie S Akins:   lsa@stockmarketlaw.com

Pamela Labruyere:   pamela@sgsslaw.com


I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **October 7, 2009**, at Carlsbad, California.

*/s/ Megaen Ericson*
Megaen Ericson

**PROOF OF SERVICE**