1 | Leslie Schwaebe Akins (SBN 138678)
LESLIE SCHWAEBE AKINS, A LAW CORPORATION
2 | 7157 Argonauta Way
Carlsbad, CA 92009
3 | Tel: 760-931-2920
Fax: 760-603-0547
4 |
Attorney for Plaintiff,
5 | Alfonso Fiero

6 |

7 | **UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

8 |

9 | In re                                      )   CASE NO. LA 01-26497-BB
                                            )
10 | CERY BRADLEY PERLE,                       )   [Chapter 7]
                                            )
11 |       Debtor.                            )   Adv. No.: ADV-06-01971-BB
   | _____            )
12 |                                          )   The Honorable S. Bluebond - 626
   | ALFONSO FIERO,                           )
13 |                                          )
   |              Plaintiffs,                 )   **AFFIDAVIT OF LESLIE SCHWAEBE**
14 |                                          )   **AKINS FILED IN OPPOSITION TO**
   |       vs.                                )   **DEFENDANT CERY B. PERLE'S**
15 |                                          )   **MOTION FOR SUMMARY JUDGMENT**
   | CERY BRADLEY PERLE,                      )
16 |                                          )   **DATE: November 10, 2009**
   |              Defendant.                  )   **TIME:  2:00 p.m.**
17 |                                          )   **CTRM: 1475**
18 |                                          )
   |                                          )   DATE FILED: September 13, 2006
19 |                                          )   DISCOVERY CUT OFF: July 31, 2009
   |                                          )   TRIAL DATE: None set
20 |                                          )
21 |                                          )
22 | _____            )

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 |

28 |
AFFIDAVIT OF LESLIE SCHWAEBE AKINS, ESQ.                    Adv. No.: ADC-06-01971-BB

1  I, Leslie Schwaebe Akins, hereby affirm as follows:

2    1.    I am an attorney at law duly licensed to practice before this Court and am the
3  attorney of record for plaintiff Alfonso Fiero ("Fiero") in the above-entitled action. I have
4  personal knowledge as to all facts set forth in my affidavit and could competently testify
5  thereto if called upon to do so.

6    2.    Attached as Exhibit "1" to the Appendix of Evidence filed in Opposition to
7  Defendant Cery B. Perle's Motion for Summary Judgment ("App. Ex.") is a true and correct
8  copy of Fiero Brothers, Inc.' Arbitration Exhibit 68 in its NASD Arbitration, Case No. 98-
9  00587. This document was produced by Fiero Brothers, Inc.'s former counsel Martin Russo,
10  Esq. at his December 2008 deposition, and were copied by an independent copy service,
11  and provided to both myself and Darrell Palmer, Esq.

12    3.    Attached as Exhibit "2" to the App. Ex. is a true and correct copy of Fiero
13  Brothers, Inc.' Arbitration Exhibit 53 in its NASD Arbitration, Case No. 98-00587. This
14  document was produced by Fiero Brothers, Inc.'s former counsel Martin Russo, Esq. at his
15  December 2008 deposition, and were copied by an independent copy service, and provided
16  to both myself and Darrell Palmer, Esq.

17    4.    Attached as Exhibit "3" to the App. Ex. is a true and correct copy of Cery B.
18  Perle and Waldron & Co., Inc.'s Exhibit List of the NASD Arbitration Hearing in Case No. 98-
19  00587. This document, as well as the documents identified on the list, were produced by
20  Fiero Brothers, Inc.'s former counsel Martin Russo, Esq. at his December 2008 deposition,
21  and were copied by an independent copy service, and provided to both myself and Darrell
22  Palmer, Esq.

23    5.    Attached as Exhibit "4" to the App. Ex. is a true and correct copy of a transcript
24  of the NASD Arbitration Hearing, Tape No. 12, which includes the closing arguments by
25  Wedbush Securities, Inc.'s counsel, and by H. Thomas Fehn, Esq., counsel for Cery B. Perle
26  and Waldron & Co., Inc. The transcript from the NASD Arbitration Hearing in Case No. 98-

27

28  AFFIDAVIT OF LESLIE SCHWAEBE AKINS, ESQ.                    Adv. No.: ADC-06-01971-BB

1  00587 was produced by Fiero Brothers, Inc.'s former counsel Martin Russo, Esq. at his

2  December 2008 deposition, and was copied by an independent copy service and provided

3  to both myself and Darrel Palmer, Esq.

4       6.    Attached as Exhibit "5" to the App., Ex. is a true and correct copy of the  the

5  Award rendered by the NASD Regulation, Inc. Office of Dispute Resolution, in the NASD

6  arbitration entitled In the Matter of the Arbitration Among Fiero Brothers, Inc. vs. Waldron &

7  Co., Cery Perle, Ed Harris, Wedbush Morgan Securities, Inc. Ed Wedbush, and Key West

8  Securities, Inc., NASD Arbitration Case No. 98-00587 issued September 17, 1998 ("The

9  Arbitration Award"). The Arbitration Award is attached as Exhibit "B" to the First Amended

10  Complaint in this non-dischargeability proceeding, as well as being referred to and filed as

11  an exhibit in support of Fiero Brothers, Inc.'s Petition to Confirm the Arbitration Award, filed

12  in the action entitled Fiero Brothers, Inc. v. Waldron & Co., Inc., Cery Perle, Ed Harris,

13  Wedbush Morgan Securities, Inc., Ed Wedbush, and Key West Securities, Superior Court

14  of the State of California, County of Los Angeles, Central District, Case No BS055659.

15       7.    Attached as Exhibit "6" to the App. Ex. is a true and correct copy of the Fiero

16  Brothers' Petition to Confirm Arbitration Award, Notice of Motion to Confirm Arbitration

17  Award, Memorandum of Points and Authorities In Support of Motion to Confirm Arbitration

18  Award, Etc., Declaration of Mark Steven Kessler In Support of Motion to Confirm Arbitration

19  Award, Etc., and Proof of Service, filed in the action entitled Fiero Brothers, Inc. v. Waldron

20  & Co., Inc., Cery Perle, Ed Harris, Wedbush Morgan Securities, Inc., Ed Wedbush, and Key

21  West Securities, Superior Court of the State of California, County of Los Angeles, Central

22  District, Case No BS055659, which I obtained from the records of the Los Angeles Superior

23  Court.

24       8.    Attached as Exhibit "7" to the App. Ex. is a true and correct copy of the

25  Complaint for Fraud and Injunctive Relief filed March 3, 1998 by Mark Shippow, Esq. of

26  Whitman, Breed, Abbott & Morgan, LLP, as counsel for Fiero Brothers, against Waldron &

27

28  AFFIDAVIT OF LESLIE SCHWAEBE AKINS, ESQ.          Adv. No.: ADC-06-01971-BB

1  Co., Inc., and Wedbush Morgan Securities, Inc., in the Los Angeles Superior Court, Case

2  No. BC186952, Along with excerpt of responsive pleading filed by Fields, Fehn & Sherwin

3  on behalf of Waldron & Co., Inc., which I obtained from the records of the Los Angeles

4  Superior Court.

5      9.    Attached as Exhibit "8" to the App. Ex. is a true and correct copy of a

6  Complaint for Defamation and Tortuous Interference with Business Relations, filed April 6,

7  1998, by H. Thomas Fehn, Esq., Gregory J. Sherwin and Elizabeth Lowry, as counsel for

8  Cery Perle and Waldron & Co., Inc.

9      10.   Attached as Exhibit "9" to the App. Ex. is a true and correct copy of the April

10  6, 1999 Order Granting Fiero Brothers. Inc's Petition to Confirm Arbitration Award, filed in

11  the action entitled Fiero Brothers, Inc. v. Waldron & Co., Inc., Cery Perle, Ed Harris,

12  Wedbush Morgan Securities, Inc., Ed Wedbush, and Key West Securities, Superior Court

13  of the State of California, County of Los Angeles, Central District, Case No BS055659.  I

14  obtained a copy of this record from the Los Angeles Superior Court.

15     11.   Attached as Exhibit "10" to the App. Ex. is a true and correct copy of the April

16  6, 1999 Judgment entered in favor of Fiero Brothers, Inc. against Cery Perle and Waldron

17  & Co., Inc., filed in the action entitled Fiero Brothers, Inc. v. Waldron & Co., Inc., Cery Perle,

18  Ed Harris, Wedbush Morgan Securities, Inc., Ed Wedbush, and Key West Securities,

19  Superior Court of the State of California, County of Los Angeles, Central District, Case No

20  BS055659.  I obtained a copy of this record from the Los Angeles Superior Court case files

21  for the above identified case.   The Judgment is also attached as Exhibit "C" and

22  incorporated therein by reference to the First Amended Complaint filed in this adversary

23  proceeding.

24     12.   Attached as Exhibit "11" to the App. Ex. is a true and correct copy of the April

25  20, 1999 Notice of Entry of Judgment filed in the action entitled Fiero Brothers, Inc. v.

26  Waldron & Co., Inc., Cery Perle, Ed Harris, Wedbush Morgan Securities, Inc., Ed Wedbush,

27

28  AFFIDAVIT OF LESLIE SCHWAEBE AKINS, ESQ.                          Adv. No.: ADC-06-01971-BB

1  and Key West Securities, Superior Court of the State of California, County of Los Angeles,
2  Central District, Case No BS055659. I obtained a copy of this record from the case files of
3  the Los Angeles Superior Court for the above identified case.

4      13.    Attached as Exhibit "12" to the App. Ex. is a true and correct copy of the
5  January 4, 2000 Abstract of Judgment filed in the action entitled Fiero Brothers, Inc. v.
6  Waldron & Co., Inc., Cery Perle, Ed Harris, Wedbush Morgan Securities, Inc., Ed Wedbush,
7  and Key West Securities, Superior Court of the State of California, County of Los Angeles,
8  Central District, Case No BS055659. I obtained a copy of this record from the Los Angeles
9  Superior Court case files for the above identified case. The Abstract of Judgment is also
10  attached as Exhibit "D" to the First Amended Complaint and incorporated therein by
11  reference.

12      14.    Attached as Exhibit "13" to the App. Ex. is a true and correct copy of the Order
13  filed August 12 ,2009, reinstating the cross-appeals between John J. Fiero and Fiero
14  Brothers, Inc. v. Financial Industry Regulatory Authority, Inc., Docket No. 09-1556-CV (lead),
15  and 09-1863-CV(XAP). I obtained a copy of this document from Public Access to Court
16  Electronic Records (PACER).

17      15.    Attached as Exhibit "14" to the App. Ex. is a true a correct copy of excerpts
18  from the transcript of the deposition of Martin Russo, Esq., taken in December 2008 in this
19  action.

20      16.    Attached as Exhibit "15" to the App. Ex. is a true a correct copy of the NASD
21  Arbitration Award issued in the matter between *Jay T. Pierce, Raymond Fisk, and Jennifer
22  Fisk , Claimants, v. Waldron & Co., Inc., Cery B. Perle, et al., Respondents*, NASD Case
23  No. 98-03798, 2000 NASD Arb. Lexis 1628, December 21, 2000, which I obtained from
24  LEXIS. Additionally, I have attached a copy of the Docket Report from Los Angeles Superior
25  Court Proceeding which I obtained from the Los Angeles Superior Court's website through
26  online services.

27

28  AFFIDAVIT OF LESLIE SCHWAEBE AKINS, ESQ.    Adv. No.: ADC-06-01971-BB

5

1    17.    Attached as Exhibit "16" to the App. Ex. is a true a correct copy of the NASD

2    Arbitration Award issued in the matter between *Mansoor Ghaneeian and Fariba*

3    *Ghaneeian, Claimants, v. Waldron & Company, Inc., Cery B. Perle, et al, Respondents,*

4    *NASD Case No.* 98-04862, 2001 NASD Arb. Lexis 771, which I obtained from LEXIS.

5    Additionally, I have attached a copy of the Docket Report from Los Angeles Superior Court

6    Proceeding which I obtained from the Los Angeles Superior Court's website through online

7    services.

8    18.    Attached as Exhibit "17" to the App. Ex. is a true a correct copy of the NASD

9    Arbitration Award issued in the matter between *Cynthia L. Green v. Cery B. Perle, James*

10   *Clifford et al, NASD Case No.* 99-00455, 2000 NASD Arb. Lexis 1292, which I obtained

11   from LEXIS.

12   19.    Attached as Exhibit "18" to the App. Ex. is a true a correct copy of the NASD

13   Disciplinary Action filed by the NASD against Cery B. Perle dated December 12, 1998,

14   which I obtained from LEXIS.

15   20.    Attached as Exhibit "19" to the App. Ex. is a true a correct copy of the NASD

16   Disciplinary Action issued by the NASD in June 2001 against Cery Bradley Perle for

17   Debarment, in the matter entitled *In the Matter of Cery Bradley Perle, NASD Case No.*

18   C01000020, which I obtained from LEXIS.

19   21.    Attached as Exhibit "20" to the App. Ex. is a true a correct copy of the Order

20   On Application of Non-Resident Attorney to Appear In a Specific Case, filed on November

21   5, 2001 in the adversary proceeding entitled Corsair Capital Partners, L.P. and Alternative

22   Investments, L.P. v. Cery Bradley Perle, Adversary Number AD 01-02219 (Case No. LA01-

23   26497-BB, and a portion of the Court Docket in the adversary proceeding showing the

24   Application of this Order being filed November 1, 2001, which I obtained through PACER.

25   22.    Attached as Exhibit "21" to the App. Ex. is a true a correct copy of the

26   Substitution of Counsel filed June 18, 2002 in the Corsair Capital Partners, LP and

27

28   AFFIDAVIT OF LESLIE SCHWAEBE AKINS, ESQ.                    Adv. No.: ADC-06-01971-BB

1  Alternative Investments, LP Adversary Proceeding against Cery Perle (Adversary

2  Proceeding No. AD01-00219, before the United States Bankruptcy Court, Central District

3  of California) ("Corsair Adversary Proceeding") which I obtained through PACER.

4      23.   Attached as Exhibit "22" to the App. Ex. is a true a correct copy of excerpts

5  from the transcript of the deposition of John J. Fiero., taken on December 19, 2008 in this

6  action.

7      24.   Attached as Exhibit "23" to the App. Ex. is a true a correct copy of the

8  Statement of Related Case filed May 25, 2001 by Cery Perle in the Bankruptcy Case of In

9  re Cery Bradley Perle, Debtor, Bankruptcy Case No.  LA 01-26497-BB.

10      25.   Attached as Exhibit "24" to the App. Ex. is a true a correct copy of excerpts

11  from the transcript of the Deposition of Cery B. Perle taken April 28, 2008 in this action.

12      26.   Attached as Exhibit "25" to the App. Ex. is a true a correct copy of the

13  Voluntary Petition of Chapter 7 Bankruptcy filed May 25, 2001 by Cery Perle in the

14  Bankruptcy Case of In re Cery Bradley Perle, Debtor, Bankruptcy Case No. LA 01-26497-

15  BB, with Schedules E and F which I obtained through PACER.

16      27.   Attached as Exhibit "26" to the App. Ex. is a true a correct copy of SEC News

17  Digest, Issue 99-95, dated May 18, 1999 which I obtained through LEXIS.

18      28.   Attached as Exhibit "27" to the App. Ex. is a true a correct copy of excerpt from

19  the Docket in the Corsair Adversary Proceedings showing dates of August 28, 2001,

20  November 2 and 5, 2001 and June 18, 2002 which I obtained through PACER.

21      29.   Attached as Exhibit "28" to the App. Ex. is a true a correct copy of excerpt from

22  Docket in the Cery Perle Bankruptcy showing date of August 8, 2001 which I obtained

23  through PACER.

24      30.   Attached as Exhibit "29" to the App. Ex. is a true a correct copy of Discharge

25  of Debtor in Chapter 7 Bankruptcy filed March 18, 2002 in the Cery Bradley Perle bankruptcy

26  case which I obtained through PACER.

27

28  AFFIDAVIT OF LESLIE SCHWAEBE AKINS, ESQ.                    Adv. No.: ADC-06-01971-BB

1     31.    Attached as Exhibit "30" to the App. Ex. is a true a correct copy of PACER

2 Results Page for Bankruptcy Matters located for Cery Perle in California Bankruptcy Courts,

3 which I obtained through PACER.

4     I affirm under penalty of perjury under the laws of the United States of America and

5 the State of California that the foregoing is true and correct and that this Affidavit is executed

6 this 20th day of October, 2009 at Carlsbad, California.

7

8                   Leslie Schwaebe Akins, Esq.  Affiant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  AFFIDAVIT OF LESLIE SCHWAEBE AKINS, ESQ.        Adv. No.: ADC-06-01971-BB

Alfonso Fiero, v. Cery B. Perle
Case Number LA 01-26497-BB
Adv. No. 06-01971 BB

### PROOF OF SERVICE OF
### ELECTRONIC SERVICE

STATE OF CALIFORNIA          )
                             )
COUNTY OF SAN DIEGO          )

      I am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is P.O. Box 131253, Carlsbad, California 92013.

      On **October 20, 2009**, I served **AFFIDAVIT OF LESLIE SCHWAEBE AKINS FILED IN OPPOSITION TO DEFENDANT CERY PERLE'S MOTION SUMMARY JUDGMENT** on the interested parties in said action, by delivering it as follows:

  X  Service will be accomplished through an NEF for parties and counsel who are registered CM/ECF users.

**Electronic Mail Notice List**

**The following is the list of parties who are currently on the list to receive e-mail notices for this case.**

Darrell Palmer:   darrell.palmer@cox.net

United States Trustee (LA):
ustpregion16.la.ecf@usdoj.gov

Leslie S Akins:   lsa@stockmarketlaw.com

Pamela Labruyere:   pamela@sgsslaw.com

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **October 20, 2009**, at Carlsbad, California.

_____
Ashley Hall

**PROOF OF SERVICE**