1  Leslie Schwaebe Akins (SBN 138678)
   LESLIE SCHWAEBE AKINS, A LAW CORPORATION
2  7157 Argonauta Way
   Carlsbad, CA 92009
3  Tel: 760-931-2920
   Fax: 760-603-0547
4
   Attorney for Plaintiff,
5  Alfonso Fiero

6

## UNITED STATES BANKRUPTCY COURT
7  ### FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

8
   | | |
   |---|---|
   | In re | CASE NO. LA 01-26497-BB |
   | CERY BRADLEY PERLE, | [Chapter 7] |
   | Debtor. | Adv. No.: ADV-06-01971-BB |
   | | The Honorable S. Bluebond - 626 |
   | ALFONSO FIERO, | |
   | Plaintiffs, | **PLAINTIFF ALFONSO FIERO'S APPENDIX OF EXHIBITS FILED IN OPPOSITION TO DEFENDANT CERY B. PERLE'S MOTION FOR SUMMARY JUDGMENT** |
   | vs. | |
   | CERY BRADLEY PERLE, | |
   | Defendant. | |
   | | **DATE:** November 10, 2009 |
   | | **TIME:** 2:00 p.m. |
   | | **CTRM:** 1475 |
   | | DATE FILED: September 13, 2006 |
   | | DISCOVERY CUT OFF: July 31, 2009 |
   | | TRIAL DATE: None set |

---

APPENDIX OF EXHIBITS                                        Adv. No. ADV-06-01971-BB

| Exhibit No. | Description |
| --- | --- |
| 1. | Fiero Brothers, Inc.' Arbitration Exhibit 68 in its NASD Arbitration, Case No. 98-00587. |
| 2. | Fiero Brothers, Inc.' Arbitration Exhibit 53 in its NASD Arbitration, Case No. 98-00587. |
| 3. | Cery B. Perle and Waldron & Co., Inc.'s Exhibit List of the NASD Arbitration Hearing in Case No. 98-00587. |
| 4. | Transcript of the NASD Arbitration Hearing, Tape No. 12, which includes the closing arguments by Wedbush Securities, Inc.'s counsel, and by H. Thomas Fehn, Esq., counsel for Cery B. Perle and Waldron & Co., Inc. |
| 5. | Award rendered by the NASD Regulation, Inc. Office of Dispute Resolution, in the NASD arbitration entitled *In the Matter of the Arbitration Among Fiero Brothers, Inc. vs. Waldron & Co., Cery Perle, Ed Harris, Wedbush Morgan Securities, Inc. Ed Wedbush, and Key West Securities, Inc.*, NASD Arbitration Case No. 98-00587 issued September 17, 1998 ("The Arbitration Award"). |
| 6. | Fiero Brothers' Petition to Confirm Arbitration Award, Notice of Motion to Confirm Arbitration Award, Memorandum of Points and Authorities In Support of Motion to Confirm Arbitration Award, Etc., Declaration of Mark Steven Kessler In Support of Motion to Confirm Arbitration Award, Etc., and Proof of Service, filed in the action entitled *Fiero Brothers, Inc. v. Waldron & Co., Inc., Cery Perle, Ed Harris, Wedbush Morgan Securities, Inc., Ed Wedbush, and Key West Securities*, Superior Court of the State of California, County of Los Angeles, Central District, Case No BS055659. |
| 7. | Complaint for Fraud and Injunctive Relief filed March 3, 1998 by Mark Shippow, Esq. of Whitman, Breed, Abbott & Morgan, LLP, as counsel for Fiero Brothers, against Waldron & Co., Inc., and Wedbush Morgan Securities, Inc., in the Los Angeles Superior Court, Case No. BC186952. |
| 8. | Complaint for Defamation and Tortuous Interference with Business Relations, filed April 6, 1998, by H. Thomas Fehn, Esq., Gregory J. Sherwin and Elizabeth Lowry, as counsel for Cery Perle and Waldron & Co., Inc. |
| 9. | April 6, 1999 Order Granting Fiero Brothers. Inc's Petition to Confirm Arbitration Award, filed in the action entitled *Fiero Brothers, Inc. v. Waldron & Co., Inc., Cery Perle, Ed Harris, Wedbush Morgan Securities, Inc., Ed Wedbush, and Key West Securities*, Superior Court of the State of California, County of Los Angeles, Central District, Case No BS055659. |

| | |
|---|---|
| 10. | April 6, 1999 Judgment entered in favor of Fiero Brothers, Inc. against Cery Perle and Waldron & Co., Inc., filed in the action entitled *Fiero Brothers, Inc. v. Waldron & Co., Inc., Cery Perle, Ed Harris, Wedbush Morgan Securities, Inc., Ed Wedbush, and Key West Securities*, Superior Court of the State of California, County of Los Angeles, Central District, Case No BS055659. |
| 11. | April 20, 1999 Notice of Entry of Judgment filed in the action entitled *Fiero Brothers, Inc. v. Waldron & Co., Inc., Cery Perle, Ed Harris, Wedbush Morgan Securities, Inc., Ed Wedbush, and Key West Securities*, Superior Court of the State of California, County of Los Angeles, Central District, Case No BS055659. |
| 12. | January 4, 2000 Abstract of Judgment filed in the action entitled *Fiero Brothers, Inc. v. Waldron & Co., Inc., Cery Perle, Ed Harris, Wedbush Morgan Securities, Inc., Ed Wedbush, and Key West Securities*, Superior Court of the State of California, County of Los Angeles, Central District, Case No BS055659. |
| 13. | Order filed August 12, 2009, reinstating the cross-appeals between *John J. Fiero and Fiero Brothers, Inc. v. Financial Industry Regulatory Authority, Inc.*, Docket No. 09-1556-CV (lead), and 09-1863-CV(XAP). |
| 14. | Excerpts from the transcript of the deposition of Martin Russo, Esq., taken in December 2008 in this action. |
| 15. | NASD Arbitration Award issued in the matter between *Jay T. Pierce, Raymond Fisk, and Jennifer Fisk, Claimants, v. Waldron & Co., Inc., Cery B. Perle, et al., Respondents*, NASD Case No. 98-03798, 2000 NASD Arb. Lexis 1628, December 21, 2000.; and Docket Report from Los Angeles Superior Court Proceeding. |
| 16. | NASD Arbitration Award issued in the matter between *Mansoor Ghaneeian and Fariba Ghaneeian, Claimants, v. Waldron & Company, Inc., Cery B. Perle, et al, Respondents*, NASD Case No. 98-04862, 2001 NASD Arb. Lexis 771; and Docket Report from Los Angeles Superior Court Proceeding. |
| 17. | NASD Arbitration Award issued in the matter between *Cynthia L. Green v. Cery B. Perle, James Clifford et al*, NASD Case No. 99-00455, 2000 NASD Arb. Lexis 1292. |
| 18. | NASD Disciplinary Action filed by the NASD against Cery B. Perle dated December 12, 1998. |
| 19. | NASD Disciplinary Action issued by the NASD in June 2001 against Cery Bradley Perle for Debarment, in the matter entitled *In the Matter of Cery Bradley Perle*, NASD Case No. C01000020. |
| 20. | Order On Application of Non-Resident Attorney to Appear In a Specific Case, filed on November 5, 2001 in the adversary proceeding entitled *Corsair Capital Partners, L.P. and Alternative Investments, L.P. v. Cery Bradley Perle*, Adversary Number AD 01-02219 (Case No. LA01-26497-BB, and a portion of the Court Docket in the adversary proceeding showing the Application of this Order being filed November 1, 2001. |

| | |
|---|---|
| 21. | Substitution of Counsel filed June 18, 2002 in the Corsair Capital Partners, LP and Alternative Investments, LP Adversary Proceeding against Cery Perle (Adversary Proceeding No. AD01-00219, before the United States Bankruptcy Court, Central District of California) ("Corsair Adversary Proceeding") |
| 22. | Excerpts from the transcript of the deposition of John J. Fiero., taken on December 19, 2008 in this action. |
| 23. | Statement of Related Case filed May 25, 2001 by Cery Perle in the Bankruptcy Case of In re Cery Bradley Perle, Debtor, Bankruptcy Case No. LA 01-26497-BB |
| 24. | Excerpts from the transcript of the Deposition of Cery B. Perle taken April 28, 2008 in this action. |
| 25. | Voluntary Petition of Chapter 7 Bankruptcy filed May 25, 2001 by Cery Perle in the Bankruptcy Case of In re Cery Bradley Perle, Debtor, Bankruptcy Case No. LA 01-26497-BB, with Schedules E and F |
| 26. | SEC News Digest, Issue 99-95, dated May 18, 1999 |
| 27. | Excerpt from the Docket in the Corsair Adversary Proceedings showing dates of August 28, 2001, November 2 and 5, 2001 and June 18, 2002 |
| 28. | Excerpt from Docket in the Cery Perle Bankruptcy showing date of August 8, 2001 |
| 29. | Discharge of Debtor in Chapter 7 Bankruptcy filed March 18, 2002 in the Cery Bradley Perle bankruptcy case |
| 30. | PACER Results Page for Bankruptcy Matters located for Cery Perle in California Bankruptcy Courts |

DATED: October 20, 2009        Respectfully Submitted,

LESLIE SCHWAEBE AKINS, A.L.C.

Leslie Schwaebe Akins
Attorney for Plaintiff
Alfonso Fiero

APPENDIX OF EXHIBITS                                    Adv. No. ADV-06-01971-BB

4

In re: Cery Bradley Perle, Debtor

Alfonso Fiero, v. Cery B. Perle
Case Number LA 01-26497-BB
Adv. No. 06-01971 BB

**PROOF OF SERVICE OF
ELECTRONIC SERVICE**

STATE OF CALIFORNIA  )
                     )
COUNTY OF SAN DIEGO  )

I am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is P.O. Box 131253, Carlsbad, California 92013.

On **October 20, 2009**, I served **PLAINTIFF ALFONSO FIERO'S APPENDIX OF EXHIBITS FILED IN OPPOSITION TO DEFENDANT CERY B. PERLE'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in said action, by delivering it as follows:

__X__ Service will be accomplished through an NEF for parties and counsel who are registered CM/ECF users.

**Electronic Mail Notice List**

**The following is the list of parties who are currently on the list to receive e-mail notices for this case.**

Darrell Palmer:   darrell.palmer@cox.net

United States Trustee (LA):
ustpregion16.la.ecf@usdoj.gov

Leslie S Akins:   lsa@stockmarketlaw.com

Pamela Labruyere:   pamela@sgsslaw.com

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **October 20, 2009**, at Carlsbad, California.

_____
Ashley Hall

**PROOF OF SERVICE**