# EXHIBIT 1

Fiero Brothers
Ledger

| Date of Transaction | Shares | | Debit/(credit) | Cumulative Share Position | Cumulative Cost Balance | Weighted avg. Cost Per share | Actual Gain/(loss) | Market Price Per share | Gain/(loss) using Market price | Loss using $5 per share | Intrinsic share values Loss using $10 per share | Loss using $15 per share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-Mar-98 | 500 | | 12,687.50 | (95,036) | (1,978,513) | 20.82 | | | | | | |
| 05-Mar-98 | 500 | | 12,843.75 | (94,536) | (1,968,104) | 20.82 | | | | | | |
| 05-Mar-98 | 500 | | 12,843.75 | (94,036) | (1,957,694) | 20.82 | | | | | | |
| 05-Mar-98 | 500 | | 12,843.75 | (93,536) | (1,947,285) | 20.82 | | | | | | |
| 05-Mar-98 | 200 | | 5,137.50 | (93,336) | (1,943,121) | 20.82 | | | | | | |
| 05-Mar-98 | (500) | | (12,968.75) | (93,836) | (1,956,090) | 20.85 | | | | | | |
| 05-Mar-98 | 200 | | 4,962.50 | (93,636) | (1,951,921) | 20.85 | | | | | | |
| 06-Mar-98 | 25,455 | | 738,195.00 | (68,181) | (1,421,290) | 20.85 | (207,564) | 25.9375 | (77,956) | (610,929) | (483,645) | (356,370) |
| 06-Mar-98 | (200) | | (4,975.00) | (68,381) | (1,426,265) | 20.85 | | | | | | |
| 06-Mar-98 | (2,000) | | (51,937.50) | (70,381) | (1,478,203) | 20.86 | | | | | | |
| 06-Mar-98 | (192) | | (4,986.00) | (70,573) | (1,483,189) | 21.00 | | | | | | |
| 06-Mar-98 | (685) | | (17,788.59) | (71,258) | (1,500,977) | 21.02 | | | | | | |
| 06-Mar-98 | (200) | | (5,193.75) | (71,458) | (1,506,171) | 21.06 | | | | | | |
| 09-Mar-98 | (200) | | (5,275.00) | (71,658) | (1,511,446) | 21.08 | | | | | | |
| 11-Mar-98 | 34,428 | | 1,239,408.00 | (37,230) | (785,274) | 21.09 | (513,236) | 29.3125 | (262,998) | (1,067,268) | (895,128) | (722,988) |
| 11-Mar-98 | 180 | | 5,085.00 | (37,050) | (781,477) | 21.09 | | | | | | |
| 10-Mar-98 | (200) | | (5,550.00) | (37,250) | (787,027) | 21.13 | | | | | | |
| 10-Mar-98 | 200 | | 5,650.00 | (37,050) | (782,801) | 21.13 | | | | | | |
| 10-Mar-98 | (165) | | (4,764.38) | (37,215) | (787,565) | 21.17 | | | | | | |
| 10-Mar-98 | (200) | | (5,775.00) | (37,415) | (793,340) | 21.21 | | | | | | |
| 10-Mar-98 | (300) | | (8,662.50) | (37,715) | (802,003) | 21.25 | | | | | | |
| 10-Mar-98 | (200) | | (5,750.00) | (37,915) | (807,753) | 21.29 | | | | | | |
| 10-Mar-98 | 500 | | 14,328.13 | (36,950) | (783,616) | 21.21 | | | | | | |
| 10-Mar-98 | (200) | | (5,675.00) | (37,150) | (789,291) | 21.25 | | | | | | |
| 10-Mar-98 | (200) | | (5,743.75) | (37,250) | (795,034) | 21.29 | | | | | | |
| 10-Mar-98 | (242) | | (7,002.88) | (37,492) | (802,037) | 21.34 | | | | | | |
| 10-Mar-98 | 200 | | 5,750.00 | (37,292) | (796,287) | 21.35 | | | | | | |
| 11-Mar-98 | 1,000 | | 29,281.25 | (36,292) | (767,006) | 21.14 | | | | | | |
| 11-Mar-98 | 200 | | 5,862.50 | (36,092) | (761,144) | 21.09 | | | | | | |
| 11-Mar-98 | 2,000 | | 58,562.50 | (34,092) | (702,581) | 20.61 | | | | | | |
| 11-Mar-98 | 200 | | 5,856.25 | (33,892) | (696,725) | 20.56 | | | | | | |
| 11-Mar-98 | 600 | | 17,568.75 | (33,292) | (679,156) | 20.40 | | | | | | |
| 11-Mar-98 | (200) | | (5,787.50) | (33,492) | (684,944) | 20.45 | | | | | | |
| 11-Mar-98 | (1,000) | | (28,937.50) | (34,492) | (713,881) | 20.70 | | | | | | |

F 007221

**EXHIBIT 1 PAGE 5**

Fiero Brothers
Ledger

| Date of Transaction | Shares | | Debit/(credit) | Cumulative Share Position | Cumulative Cost Balance | Weighted avg. Cost Per share | Actual Gain/(loss) | Marked Price Per share | Gain/(loss) using Market price | Intrinsic share values | Loss using $5 per share | Loss using $10 per share | Loss using $15 per share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-Mar-98 | 200 | | 5,756.25 | (34,857) | (755,952) | 21.69 | | | | | | | |
| 11-Mar-98 | (200) | | (5,800.00) | (35,057) | (761,752) | 21.73 | | | | | | | |
| 11-Mar-98 | (300) | | (8,765.63) | (35,357) | (770,517) | 21.79 | | | | | | | |
| 11-Mar-98 | (3,500) | | (102,375.00) | (38,857) | (872,892) | 22.46 | | | | | | | |
| 11-Mar-98 | (400) | | (11,725.00) | (39,257) | (884,617) | 22.53 | | | | | | | |
| 11-Mar-98 | (200) | | (5,850.00) | (39,457) | (890,467) | 22.57 | | | | | | | |
| 11-Mar-98 | (300) | | (8,775.00) | (39,757) | (899,242) | 22.62 | | | | | | | |
| 11-Mar-98 | 200 | | 5,837.50 | (39,557) | (894,718) | 22.62 | | | | | | | |
| 11-Mar-98 | (500) | | (14,687.50) | (40,057) | (909,406) | 22.70 | | | | | | | |
| 11-Mar-98 | (1,645) | | (48,424.69) | (41,702) | (957,831) | 22.97 | | | | | | | |
| 11-Mar-98 | 2,500 | | 73,203.13 | (39,202) | (900,410) | 22.97 | | | | | | | |
| 11-Mar-98 | 1,000 | | 29,281.25 | (38,202) | (877,441) | 22.97 | | | | | | | |
| 11-Mar-98 | 340 | | 9,955.63 | (37,862) | (869,632) | 22.97 | | | | | | | |
| 11-Mar-98 | 350 | | 10,248.44 | (37,512) | (861,593) | 22.97 | | | | | | | |
| 11-Mar-98 | 200 | | 5,856.25 | (37,312) | (856,999) | 22.97 | | | | | | | |
| 11-Mar-98 | 750 | | 21,960.94 | (36,562) | (839,773) | 22.97 | | | | | | | |
| 11-Mar-98 | 200 | | 5,862.50 | (36,362) | (835,179) | 22.97 | | | | | | | |
| 11-Mar-98 | (1,000) | | (29,375.00) | (37,362) | (864,554) | 23.14 | | | | | | | |
| 11-Mar-98 | 200 | | 5,856.25 | (37,162) | (859,926) | 23.14 | | | | | | | |
| 11-Mar-98 | (5,800) | | (170,012.50) | (42,962) | (1,029,939) | 23.97 | | | | | | | |
| 11-Mar-98 | (4,000) | | (117,250.00) | (46,962) | (1,147,189) | 24.43 | | | | | | | |
| 12-Mar-98 | (200) | | (6,400.00) | (47,162) | (1,153,589) | 24.46 | | | | | | | |
| 12-Mar-98 | 200 | | 5,900.00 | (46,962) | (1,148,697) | 24.46 | | | | | | | |
| 12-Mar-98 | (500) | | (14,734.38) | (47,462) | (1,163,431) | 24.51 | | | | | | | |
| 12-Mar-98 | (200) | | (5,950.00) | (47,662) | (1,169,381) | 24.53 | | | | | | | |
| 12-Mar-98 | 900 | | 27,056.25 | (46,762) | (1,147,300) | 24.53 | | | | | | | |
| 12-Mar-98 | 200 | | 6,031.25 | (46,562) | (1,142,395) | 24.53 | | | | | | | |
| 12-Mar-98 | 100 | | 3,075.00 | (46,462) | (1,139,939) | 24.53 | | | | | | | |
| 12-Mar-98 | (1,400) | | (44,012.50) | (47,862) | (1,183,952) | 24.74 | | | | | | | |
| 12-Mar-98 | (300) | | (9,468.75) | (48,162) | (1,193,420) | 24.78 | | | | | | | |
| 12-Mar-98 | (610) | | (19,367.50) | (48,772) | (1,212,788) | 24.87 | | | | | | | |
| 12-Mar-98 | (464) | | (14,645.00) | (49,236) | (1,227,433) | 24.93 | | | | | | | |
| 12-Mar-98 | (200) | | (6,387.50) | (49,436) | (1,233,820) | 24.96 | | | | | | | |
| 12-Mar-98 | 200 | | 6,162.50 | (49,236) | (1,228,829) | 24.96 | | | | | | | |

F 007222

EXHIBIT 1 PAGE 6

Fiero Brothers
Ledger

| Date of transaction | Shares | | Debit/(credit) | Cumulative Share Position | Cumulative Cost Balance | Weighted avg. Cost Per share | Actual Gain/(loss) | Market Price Per share | Intrinsic share values | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Gain/(loss) using Market price | Loss using $5 per share | Loss using $10 per share | Loss using $15 per share |
| 12-Mar-98 | (1,000) | | 30.81 | (30,812.50) | (50,236) | (1,259,641) | 25.07 | | | | |
| 12-Mar-98 | 7,000 | | 30.81 | 215,687.50 | (43,236) | (1,084,120) | 25.07 | | | | |
| 12-Mar-98 | (5,000) | | 30.81 | (154,062.50) | (48,236) | (1,238,182) | 25.67 | | | | |
| 12-Mar-98 | (200) | | 31.75 | (6,350.00) | (48,436) | (1,244,532) | 25.69 | | | | |
| 12-Mar-98 | 200 | | 32.00 | 6,400.00 | (48,236) | (1,239,394) | 25.69 | | | | |
| 12-Mar-98 | 900 | | 31.50 | 28,350.00 | (47,336) | (1,216,269) | 25.69 | | | | |
| 12-Mar-98 | (200) | | 32.25 | (6,450.00) | (47,536) | (1,222,719) | 25.72 | | | | |
| 12-Mar-98 | (300) | | 32.25 | (9,675.00) | (47,836) | (1,232,394) | 25.76 | | | | |
| 12-Mar-98 | (200) | | 32.13 | (6,425.00) | (48,036) | (1,238,819) | 25.79 | | | | |
| 12-Mar-98 | (2,000) | | 32.38 | (64,750.00) | (50,036) | (1,303,569) | 26.05 | | | | |
| 12-Mar-98 | (925) | | 32.75 | (30,293.75) | (50,961) | (1,333,862) | 26.17 | | | | |
| 12-Mar-98 | (750) | | 32.75 | (24,562.50) | (51,711) | (1,358,425) | 26.27 | | | | |
| 13-Mar-98 | (200) | | 32.38 | (6,475.00) | (51,511) | (1,353,171) | 26.27 | | | | |
| 13-Mar-98 | 200 | | 32.06 | 6,412.50 | (51,311) | (1,347,917) | 26.27 | | | | |
| 13-Mar-98 | (1,500) | | 32.19 | (48,281.25) | (52,811) | (1,396,198) | 26.44 | | | | |
| 13-Mar-98 | 200 | | 32.00 | 6,400.00 | (52,611) | (1,390,911) | 26.44 | | | | |
| 13-Mar-98 | 5,000 | | 32.00 | 160,000.00 | (47,611) | (1,258,723) | 26.44 | | | | |
| 13-Mar-98 | (5,000) | | 32.00 | (160,000.00) | (52,611) | (1,418,723) | 26.97 | | | | |
| 13-Mar-98 | 5,000 | | 32.00 | 160,000.00 | (47,611) | (1,283,891) | 26.97 | | | | |
| 13-Mar-98 | (5,000) | | 32.00 | (160,000.00) | (52,611) | (1,443,891) | 27.44 | | | | |
| 13-Mar-98 | (2,000) | | 32.03 | (64,062.50) | (54,611) | (1,507,954) | 27.61 | | | | |
| 13-Mar-98 | 7,000 | | 32.00 | 224,000.00 | (47,611) | (1,314,665) | 27.61 | | | | |
| 13-Mar-98 | (3,000) | | 32.00 | (96,000.00) | (50,611) | (1,410,665) | 27.87 | | | | |
| 13-Mar-98 | (5,000) | | 32.03 | (160,156.25) | (55,611) | (1,570,822) | 28.25 | | | | |
| 13-Mar-98 | (5,000) | | 32.03 | (160,156.25) | (60,611) | (1,730,978) | 28.56 | | | | |
| 13-Mar-98 | 5,000 | | 32.00 | 160,000.00 | (55,611) | (1,588,184) | 28.56 | | | | |
| 13-Mar-98 | (1,000) | | 32.03 | (32,031.25) | (56,611) | (1,620,215) | 28.62 | | | | |
| 13-Mar-98 | (7,000) | | 32.00 | (224,000.00) | (63,611) | (1,844,215) | 28.99 | | | | |
| 13-Mar-98 | (3,000) | | 32.00 | (96,000.00) | (66,611) | (1,940,215) | 29.13 | | | | |
| 13-Mar-98 | (200) | | 32.03 | (6,406.25) | (66,811) | (1,946,621) | 29.14 | | | | |
| 13-Mar-98 | 1,000 | | 32.00 | 32,000.00 | (65,811) | (1,978,621) | 29.18 | | | | |
| 13-Mar-98 | (1,000) | | 32.02 | 32,015.63 | (66,811) | (1,978,621) | 29.18 | | | | |
| 16-Mar-98 | (200) | | 25.13 | (5,025.00) | (67,011) | (1,954,468) | 29.17 | | | | |
| 16-Mar-98 | (200) | | 25.38 | (5,075.00) | (67,211) | (1,959,543) | 29.16 | | | | |

F 0~223

3

**EXHIBIT 1 PAGE 7**

Fiero Brothers
Ledger

| Date of transaction | Shares | | Debit/(credit) | Cumulative Share Position | Cumulative Cost Balance | Weighted avg. Cost Per share | Actual Gain(loss) | Market Price Per share | Gain(loss) using Market price | Intrinsic share values | Loss using $5 per share | Loss using $10 per share | Loss using $15 per share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6-Mar-98 | 500 | 23.25 | 11,625.00 | (66,711) | (1,944,965) | 29.16 | | | | | | | |
| 6-Mar-98 | (8,000) | 25.50 | (204,000.00) | (74,711) | (2,148,965) | 28.76 | | | | | | | |
| 16-Mar-98 | (500) | 25.00 | (12,500.00) | (75,211) | (2,161,465) | 28.74 | | | | | | | |
| 16-Mar-98 | 200 | 22.88 | 4,575.00 | (75,011) | (2,155,717) | 28.74 | | | | | | | |
| 16-Mar-98 | (200) | 23.88 | (4,775.00) | (75,211) | (2,160,492) | 28.73 | | | | | | | |
| 16-Mar-98 | (200) | 23.00 | (4,600.00) | (75,411) | (2,165,092) | 28.71 | | | | | | | |
| 16-Mar-98 | (100) | 24.88 | (2,487.50) | (75,511) | (2,167,580) | 28.71 | | | | | | | |
| 16-Mar-98 | (1,500) | 24.25 | (36,375.00) | (77,011) | (2,203,955) | 28.62 | | | | | | | |
| 16-Mar-98 | (500) | 24.75 | (12,375.00) | (77,511) | (2,216,330) | 28.59 | | | | | | | |
| 16-Mar-98 | (150) | 22.38 | (3,356.25) | (77,661) | (2,219,686) | 28.58 | | | | | | | |
| 16-Mar-98 | (1,000) | 25.00 | (25,000.00) | (78,661) | (2,244,686) | 28.54 | | | | | | | |
| 16-Mar-98 | (500) | 23.00 | (11,500.00) | (79,161) | (2,256,186) | 28.50 | | | | | | | |
| 16-Mar-98 | (1,000) | 23.00 | (23,000.00) | (80,161) | (2,279,186) | 28.43 | | | | | | | |
| 16-Mar-98 | (200) | 26.00 | (5,200.00) | (80,361) | (2,284,386) | 28.43 | | | | | | | |
| 16-Mar-98 | (100) | 26.50 | (2,650.00) | (80,461) | (2,287,036) | 28.42 | | | | | | | |
| 16-Mar-98 | (200) | 24.25 | (4,850.00) | (80,661) | (2,291,886) | 28.41 | | | | | | | |
| 16-Mar-98 | (500) | 24.25 | (12,125.00) | (81,161) | (2,304,011) | 28.39 | | | | | | | |
| 16-Mar-98 | (200) | 24.88 | (4,975.00) | (81,361) | (2,308,986) | 28.38 | | | | | | | |
| 16-Mar-98 | (1,000) | 25.00 | (25,000.00) | (82,361) | (2,333,986) | 28.34 | | | | | | | |
| 16-Mar-98 | (1,500) | 25.00 | (37,500.00) | (83,861) | (2,371,486) | 28.28 | | | | | | | |
| 16-Mar-98 | 500 | 24.38 | 12,187.50 | (83,361) | (2,357,347) | 28.28 | | | | | | | |
| 16-Mar-98 | (200) | 24.75 | (4,950.00) | (83,561) | (2,362,297) | 28.27 | | | | | | | |
| 16-Mar-98 | (200) | 25.00 | (5,000.00) | (83,761) | (2,367,297) | 28.26 | | | | | | | |
| 16-Mar-98 | (200) | 22.38 | (4,475.00) | (83,961) | (2,371,772) | 28.25 | | | | | | | |
| 16-Mar-98 | (200) | 22.38 | (4,475.00) | (84,161) | (2,376,247) | 28.23 | | | | | | | |
| 16-Mar-98 | (3,000) | 22.38 | (67,125.00) | (87,161) | (2,443,372) | 28.03 | | | | | | | |
| 16-Mar-98 | (200) | 22.50 | (4,500.00) | (87,361) | (2,447,872) | 28.02 | | | | | | | |
| 16-Mar-98 | (200) | 23.63 | (4,725.00) | (87,561) | (2,452,597) | 28.01 | | | | | | | |
| 16-Mar-98 | (200) | 23.25 | (4,650.00) | (87,761) | (2,457,247) | 27.99 | | | | | | | |
| 16-Mar-98 | (200) | 24.00 | (4,800.00) | (87,961) | (2,462,047) | 27.99 | | | | | | | |
| 16-Mar-98 | (200) | 24.75 | (4,950.00) | (88,161) | (2,466,997) | 27.98 | | | | | | | |
| 16-Mar-98 | 500 | 24.63 | 12,312.50 | (87,661) | (2,453,005) | 27.98 | | | | | | | |
| 16-Mar-98 | 1,000 | 23.75 | 23,750.00 | (86,661) | (2,429,255) | 27.98 | | | | | | | |
| 16-Mar-98 | (1,000) | 24.00 | (24,000.00) | (87,661) | (2,449,023) | 27.94 | | | | | | | |

F 007224

EXHIBIT 1 PAGE 8

Fiero Brothers
Ledger

| Date of Transaction | Shares | | Debit/(credit) | Cumulative Share Position | Cumulative Cost Balance | Weighted avg. Cost Per share | Actual Gain/(loss) | Market Price Per share | Intrinsic share values | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Gain/(loss) using Market price $5 per share | Loss using $10 per share | Loss using $15 per share |
| 16-Mar-98 | (200) | | (4,400.00) | (87,861) | (2,453,423) | 27.92 | | | | | |
| 16-Mar-98 | 14,600 | | 335,800.00 | (73,261) | (2,045,733) | 27.92 | | | | | |
| 16-Mar-98 | 10,000 | | 220,000.00 | (63,261) | (1,766,494) | 27.92 | | | | | |
| 16-Mar-98 | (1,000) | | (22,000.00) | (64,261) | (1,788,494) | 27.83 | | | | | |
| 16-Mar-98 | (200) | | (4,600.00) | (64,461) | (1,793,094) | 27.82 | | | | | |
| 16-Mar-98 | (700) | | (16,275.00) | (65,161) | (1,809,369) | 27.77 | | | | | |
| 16-Mar-98 | (200) | | (4,400.00) | (65,361) | (1,813,769) | 27.75 | | | | | |
| 16-Mar-98 | (1,200) | | (27,900.00) | (66,561) | (1,841,669) | 27.67 | | | | | |
| 16-Mar-98 | (5,000) | | (116,250.00) | (71,561) | (1,957,919) | 27.36 | | | | | |
| 16-Mar-98 | (5,000) | | (113,750.00) | (76,561) | (2,071,669) | 27.06 | | | | | |
| 16-Mar-98 | (1,000) | | (22,250.00) | (77,561) | (2,093,919) | 27.00 | | | | | |
| 16-Mar-98 | (2,000) | | (46,000.00) | (79,561) | (2,139,919) | 26.90 | | | | | |
| 16-Mar-98 | (5,000) | | (111,250.00) | (84,561) | (2,251,169) | 26.62 | | | | | |
| 16-Mar-98 | 38,057 | | 1,008,510.50 | (46,504) | (1,238,022) | 26.62 | 4,637 | 24.5 | (76,114) | (818,226) | (627,941) |
| 17-Mar-98 | 1,000 | | 23,000.00 | (45,504) | (1,211,400) | 26.62 | | | | | |
| 17-Mar-98 | 1,000 | | 24,500.00 | (44,504) | (1,184,778) | 26.62 | | | | | |
| 17-Mar-98 | (200) | | (4,900.00) | (44,704) | (1,189,678) | 26.61 | | | | | |
| 17-Mar-98 | (500) | | (12,375.00) | (45,204) | (1,202,053) | 26.59 | | | | | |
| 17-Mar-98 | (300) | | (6,937.50) | (45,504) | (1,208,991) | 26.57 | | | | | |
| 17-Mar-98 | (500) | | (11,562.50) | (46,004) | (1,220,553) | 26.53 | | | | | |
| 17-Mar-98 | (200) | | (4,650.00) | (46,204) | (1,225,203) | 26.52 | | | | | |
| 17-Mar-98 | (2,000) | | (46,500.00) | (48,204) | (1,271,703) | 26.38 | | | | | |
| 17-Mar-98 | (400) | | (9,250.00) | (48,604) | (1,280,953) | 26.35 | | | | | |
| 17-Mar-98 | 200 | | 4,937.50 | (48,404) | (1,275,682) | 26.35 | | | | | |
| 17-Mar-98 | (2,500) | | (57,812.50) | (50,904) | (1,333,495) | 26.20 | | | | | |
| 17-Mar-98 | (1,000) | | (23,937.50) | (51,904) | (1,357,432) | 26.15 | | | | | |
| 17-Mar-98 | (500) | | (11,875.00) | (52,404) | (1,369,307) | 26.13 | | | | | |
| 17-Mar-98 | (300) | | (7,181.25) | (52,704) | (1,376,489) | 26.12 | | | | | |
| 17-Mar-98 | (500) | | (12,500.00) | (53,204) | (1,388,989) | 26.11 | | | | | |
| 17-Mar-98 | 200 | | 5,000.00 | (53,004) | (1,383,767) | 26.11 | | | | | |
| 17-Mar-98 | (20,000) | | (520,000.00) | (73,004) | (1,903,767) | 26.08 | | | | | |
| 17-Mar-98 | (1,000) | | (26,000.00) | (74,004) | (1,928,142) | 26.05 | | | | | |
| 17-Mar-98 | (1,000) | | (24,375.00) | (75,004) | (1,951,892) | 26.02 | | | | | |
| 17-Mar-98 | (1,000) | | (23,750.00) | (76,004) | (1,975,892) | 26.00 | | | | | |

F 007225

**EXHIBIT 1 PAGE 9**

Fiero Brothers
Ledger

| Date of Transaction | Shares | Debit/(credit) | Cumulative Share Position | Cumulative Cost Balance | Weighted avg. Cost Per share | Actual Gain(loss) | Market Price Per share | Gain(loss) using Market price | Loss using $5 per share | Loss using $10 per share | Intrinsic share values | Loss using $15 per share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17-Mar-98 | (200) | (4,812.50) | (76,204) | (1,980,705) | 25.99 | | | | | | | |
| 17-Mar-98 | (1,300) | (30,875.00) | (77,504) | (2,011,580) | 25.95 | | | | | | | |
| 17-Mar-98 | (100) | (2,375.00) | (77,604) | (2,013,955) | 25.95 | | | | | | | |
| 17-Mar-98 | (200) | (4,687.50) | (77,804) | (2,018,642) | 25.95 | | | | | | | |
| 17-Mar-98 | (1,000) | (23,375.00) | (78,804) | (2,042,017) | 25.91 | | | | | | | |
| 17-Mar-98 | (300) | (7,181.25) | (79,104) | (2,049,199) | 25.91 | | | | | | | |
| 17-Mar-98 | (500) | (11,968.75) | (79,604) | (2,061,167) | 25.89 | | | | | | | |
| 17-Mar-98 | (1,500) | (35,906.25) | (81,104) | (2,097,074) | 25.86 | | | | | | | |
| 17-Mar-98 | (200) | (4,750.00) | (81,304) | (2,101,824) | 25.85 | | | | | | | |
| 17-Mar-98 | (500) | (11,968.75) | (81,804) | (2,113,792) | 25.84 | | | | | | | |
| 17-Mar-98 | (2,500) | (59,843.75) | (84,304) | (2,173,636) | 25.78 | | | | | | | |
| 17-Mar-98 | (500) | (11,968.75) | (84,804) | (2,185,605) | 25.77 | | | | | | | |
| 17-Mar-98 | (300) | (7,087.50) | (85,104) | (2,192,692) | 25.76 | | | | | | | |
| 17-Mar-98 | (500) | (11,875.00) | (85,604) | (2,204,567) | 25.75 | | | | | | | |
| 17-Mar-98 | (1,000) | (24,500.00) | (86,604) | (2,229,067) | 25.74 | | | | | | | |
| 17-Mar-98 | 4,000 | 99,000.00 | (82,604) | (2,126,113) | 25.74 | | | | | | | |
| 17-Mar-98 | (8,000) | (198,000.00) | (90,604) | (2,324,113) | 25.65 | | | | | | | |
| 17-Mar-98 | (3,000) | (74,250.00) | (93,604) | (2,398,363) | 25.62 | | | | | | | |
| 17-Mar-98 | (500) | (12,375.00) | (94,104) | (2,410,738) | 25.62 | | | | | | | |
| 17-Mar-98 | 3,500 | 86,625.00 | (90,604) | (2,321,075) | 25.62 | | | | | | | |
| 17-Mar-98 | (400) | (10,050.00) | (91,004) | (2,331,125) | 25.62 | | | | | | | |
| 17-Mar-98 | 4,500 | 111,375.00 | (86,504) | (2,215,855) | 25.62 | | | | | | | |
| 17-Mar-98 | (200) | (4,975.00) | (86,704) | (2,220,830) | 25.62 | | | | | | | |
| 17-Mar-98 | (200) | (5,000.00) | (86,904) | (2,225,830) | 25.61 | | | | | | | |
| 17-Mar-98 | (500) | (12,562.50) | (87,404) | (2,238,393) | 25.61 | | | | | | | |
| 17-Mar-98 | (3,000) | (75,375.00) | (90,404) | (2,313,768) | 25.59 | | | | | | | |
| 17-Mar-98 | 4,000 | 100,000.00 | (86,404) | (2,211,393) | 25.59 | | | | | | | |
| 17-Mar-98 | (500) | (12,562.50) | (86,904) | (2,223,956) | 25.59 | | | | | | | |
| 17-Mar-98 | (200) | (4,787.50) | (87,104) | (2,228,743) | 25.59 | | | | | | | |
| 17-Mar-98 | (300) | (7,275.00) | (87,404) | (2,236,018) | 25.58 | | | | | | | |
| 17-Mar-98 | (200) | (5,087.50) | (87,604) | (2,241,106) | 25.58 | | | | | | | |
| 18-Mar-98 | 200 | 4,975.00 | (87,404) | (2,235,989) | 25.58 | | | | | | | |
| 18-Mar-98 | (400) | (10,175.00) | (87,804) | (2,246,164) | 25.58 | | | | | | | |
| 18-Mar-98 | (200) | (5,087.50) | (88,004) | (2,251,252) | 25.58 | | | | | | | |

F 007226

EXHIBIT 1 PAGE 10

Fiero Brothers
Ledger

| Date of transaction | Shares | | Debit/(credit) | Cumulative Share Position | Cumulative Cost Balance | Weighted avg. Cost Per share | Actual Gain(loss) | Market Price Per share | Gain(loss) using Market price | Loss using $5 per share | Intrinsic share values Loss using $10 per share | Loss using $15 per share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-Mar-98 | (850) | 25.50 | (21,675.00) | (88,854) | (2,272,927) | 25.58 | | | | | | |
| 18-Mar-98 | (2,000) | 25.50 | (51,000.00) | (90,854) | (2,323,927) | 25.58 | | | | | | |
| 18-Mar-98 | 200 | 24.38 | 4,875.00 | (90,654) | (2,318,811) | 25.58 | | | | | | |
| 18-Mar-98 | (700) | 25.13 | (17,587.50) | (91,354) | (2,336,398) | 25.58 | | | | | | |
| 19-Mar-98 | (200) | 24.97 | (4,993.75) | (91,554) | (2,341,392) | 25.57 | | | | | | |
| 19-Mar-98 | (800) | 25.38 | (20,300.00) | (92,354) | (2,361,692) | 25.57 | | | | | | |
| 19-Mar-98 | (1,000) | 25.38 | (25,375.00) | (93,354) | (2,387,067) | 25.57 | | | | | | |
| 19-Mar-98 | (200) | 25.38 | (5,075.00) | (93,554) | (2,392,142) | 25.57 | | | | | | |
| 19-Mar-98 | (400) | 25.38 | (10,150.00) | (93,954) | (2,402,292) | 25.57 | | | | | | |
| 19-Mar-98 | (500) | 25.38 | (12,687.50) | (94,454) | (2,414,980) | 25.57 | | | | | | |
| 19-Mar-98 | (2,000) | 25.25 | (50,500.00) | (96,454) | (2,465,480) | 25.56 | | | | | | |
| 19-Mar-98 | (3,000) | 25.13 | (75,375.00) | (99,454) | (2,540,855) | 25.55 | | | | | | |
| 19-Mar-98 | (500) | 25.25 | (12,625.00) | (99,954) | (2,553,480) | 25.55 | | | | | | |
| 19-Mar-98 | (500) | 25.25 | (12,625.00) | (100,454) | (2,566,105) | 25.55 | | | | | | |
| 19-Mar-98 | (200) | 25.75 | (5,150.00) | (100,654) | (2,571,255) | 25.55 | | | | | | |
| 19-Mar-98 | (200) | 26.00 | (5,200.00) | (100,854) | (2,576,455) | 25.55 | | | | | | |
| 19-Mar-98 | (900) | 25.00 | (22,500.00) | (101,754) | (2,598,955) | 25.54 | | | | | | |
| 19-Mar-98 | (200) | 25.00 | (5,000.00) | (101,954) | (2,603,955) | 25.54 | | | | | | |
| 19-Mar-98 | 28,954 | 39.00 | 1,129,206.00 | (73,000) | (1,864,455) | 25.54 | (389,707) | 26.125 | (372,783) | (984,436) | (839,666) | (694,896) |
| 19-Mar-98 | 1,000 | 27.25 | 27,250.00 | (72,000) | (1,838,915) | 25.54 | | | | | | |
| 20-Mar-98 | (200) | 27.88 | (5,575.00) | (72,200) | (1,844,490) | 25.55 | | | | | | |
| 23-Mar-98 | (500) | 25.19 | (12,593.75) | (72,700) | (1,857,084) | 25.54 | | | | | | |
| 23-Mar-98 | (1,000) | 25.00 | (25,000.00) | (73,700) | (1,882,084) | 25.54 | | | | | | |
| 23-Mar-98 | (2,000) | 25.13 | (50,250.00) | (75,700) | (1,932,334) | 25.53 | | | | | | |
| 23-Mar-98 | 1,000 | 24.81 | 24,812.50 | (74,700) | (1,906,807) | 25.53 | | | | | | |
| 23-Mar-98 | 300 | 24.13 | 7,237.50 | (74,400) | (1,899,150) | 25.53 | | | | | | |
| 23-Mar-98 | 500 | 23.94 | 11,968.75 | (73,900) | (1,886,387) | 25.53 | | | | | | |
| 23-Mar-98 | 500 | 23.81 | 11,906.25 | (73,400) | (1,873,623) | 25.53 | | | | | | |
| 23-Mar-98 | (250) | 23.88 | (5,968.75) | (73,650) | (1,879,592) | 25.52 | | | | | | |
| 23-Mar-98 | 1,000 | 23.63 | 23,625.00 | (72,650) | (1,854,072) | 25.52 | | | | | | |
| 23-Mar-98 | 2,000 | 23.75 | 47,500.00 | (70,650) | (1,803,030) | 25.52 | | | | | | |
| 23-Mar-98 | 200 | 23.75 | 4,750.00 | (70,450) | (1,797,926) | 25.52 | | | | | | |
| 23-Mar-98 | (1,000) | 23.00 | (23,000.00) | (71,450) | (1,820,926) | 25.49 | | | | | | |
| 23-Mar-98 | (1,600) | 22.81 | (36,500.00) | (73,050) | (1,857,426) | 25.43 | | | | | | |

F 007227

EXHIBIT 1 PAGE 11

F 007228

Fiero Brothers
Ledger

| Date of transaction | Shares | Debit/(credit) | Cumulative Share Position | Cumulative Cost Balance | Weighted avg. Cost Per share | Actual Gain/(loss) | Market Price Per share | Gain(loss) using Market price $5 per share | Loss using $10 per share | Loss using $15 per share |
|---|---|---|---|---|---|---|---|---|---|---|
| 3-Mar-98 | 500 | 11,187.50 | (72,550) | (1,844,713) | 25.43 | | | | | |
| 3-Mar-98 | (300) | (6,637.50) | (72,850) | (1,851,350) | 25.41 | | | | | |
| 3-Mar-98 | (800) | (17,700.00) | (73,650) | (1,869,050) | 25.38 | | | | | |
| 3-Mar-98 | (200) | (4,725.00) | (73,850) | (1,873,775) | 25.37 | | | | | |
| and Total | (73,850) | | | | | (1,187,932) | | (836,364) | (4,196,687) | (3,385,467) (2,574,247) |

Intrinsic share values

**EXHIBIT 1 PAGE 12**