# EXHIBIT 3

<u>**FIERO v. WALDRON**</u>
<u>**98-00587**</u>

<u>**EXHIBITS**</u>

<u>**OF**</u>

<u>**WALDRON & COMPANY and CERY PERLE**</u>

**<u>Book 1</u>**

1.    Correspondence from H Thomas Fehn to Barry Goldsmith dated March 27, 1998

2.    Curriculum Vitae of expert Robert W. Lowry

3.    Schedule by Robert Lowry of Fiero's trades and positions

4.    Correspondence:

   - February 18, 1997 from John Fiero to Lisa Johnson of the NASD
   - February 18, 1997 from John Fiero to Jim Bohlin of the NASD
   - February 20, 1998 from John Fiero to Elaine Cacheris of the SEC
   - March 12, 1998 from John Fiero to Senator Alphonse D'Amato
   - March 13, 1998 from Senator Alphonse D'Amato to Kaye Williams of the SEC
   - March 16, 1998 from John Fiero to Larry Rice of Wedbush Morgan Securities
   - April 1, 1998 from William McLucas of the SEC to John Fiero

5.    Facsimile cover sheet from Jason Stern to John Fiero faxed on March 5, 1998

6.    Letters from Waldron & Company brokers.

   - Bahram Mirhashemi
   - Andrew Morgan (dated March 5, 1998)
   - Steven Lorenzo
   - Tamer Youssef (dated March 5, 1998)
   - Brigette Curameg

7.    Information from Internet (Yahoo) re: Short Term IBUY via Canadian firm

8.    Fiero Brothers February and March 1995 telephone bills

9.    Correspondence regarding false statements

   - April 4, 1998 from Nathan LaMoure to MSNBC (and related articles)
   - March 9, 1998 from Mark Asdourian of Shopping.com to Sandy Greenberg of Chatfield Dean (and related Chatfield Dean Report)

**F 007344**

**EXHIBIT 3 PAGE 25**

10. NASD Enforcement Complaint against Fiero Brothers, Inc. and John Fiero.

11. Waldron & Company's transfer of accounts

12. March 20, 1998 NASD Statement of Claim re: <u>Gladstone and Mercacorp v. Waldron & Co., Inc., et al.</u>

13. March 20, 1998 U.S. District Court Southern District of New York Complaint re: <u>Gladstone and Mercacorp v. Waldron & Co., et al.</u>

14. March 3, 1998 Los Angeles Superior Court Complaint re: <u>Fiero Brothers v. Waldron & Co., et al.</u>

15. March 3, 1998 Fiero's TRO Application in Los Angeles Superior Court action re: <u>Fiero Brothers v. Waldron & Co., et al.</u>

16. April 6, 1998 Los Angeles Superior Court Complaint for Defamation and Tortious Interference with Business Relations re: <u>Waldron & Co., et al., v. Jason Stern, et al.</u>

17. March 12, 1998 NASD arbitration re: <u>Waldron & Company, Inc. v. Charlie Drummond</u>

18. Summary of legal fees

19. Invoices of public relation fees

20. Order tickets for buy ins

21. NASDAQ market maker price movement reports for February 4 through 13, 1998 and March 2 through 20, 1998

22. Articles regarding internet stocks

23.

24.

25.

26.

27.

28.

29.

30.

F 007345

EXHIBIT 3 PAGE 26