# EXHIBIT 5

## AWARD

# NASD REGULATION, INC., OFFICE OF DISPUTE RESOLUTION

In the matter of the Arbitration Between

### Name of Claimant

Fiero Brothers, Inc.

v.

Arbitration No.
98-00587

### Name of Respondents

Waldron & Co., Inc., Cery Perle, Ed Harris
Wedbush Morgan Securities, Inc.,
Ed Wedbush, and Key West Securities, Inc.

---

## REPRESENTATION

For Claimant:

Martin P. Russo. Esq.
MPR Law Practice, P.C.
New York, New York

For Respondents Waldron & Co., Inc.,
and Cery Perle:

H. Thomas Fehn, Esq.
Fields, Fehn & Sherwin
Los Angeles, California

For Respondents Wedbush Morgan
Securities, Inc., and Ed Wedbush:

Marie E. Eaton
Wedbush Morgan Securities, Inc.
Los Angeles. California

For Respondent Ed Harris:

Ed Harris (Did Not Appear)
In Pro Per
Los Angeles, California

98-00587

**EXHIBIT C**

F 002208

EXHIBIT 5 PAGE 58

## CASE INFORMATION

| | |
|---|---|
| Statement Of Claim filed: | February 17, 1998 |
| Claimant's Submission Agreement Signed: | February 17, 1998 |
| Claimant's Answer to Counterclaim of Waldron & Co., Inc. and Cery Perle filed: | May 7, 1998 |
| Claimant's Answer to Counterclaim of Wedbush Morgan Securities, Inc. and Ed Wedbush filed: | May 7, 1998 |
| Statement of Answer filed by Respondents Wedbush, Morgan Securities, Inc. and Ed Wedbush: | March 31, 1998 |
| Respondents Wedbush, Morgan Securities, Inc.'s, and Ed Wedbush's Submission Agreement signed: | March 31, 1998 |
| Statement of Answer filed by Waldron & Co., Inc., Ed Harris, and Cery Perle; Counter Claim against Claimant Fiero Bros., and Cross Claim against Third Party Respondent Key West Securities, Inc. filed by Respondents Waldron & Co., Inc. and Cery Perle | April 16, 1998 |
| Statement of Answer filed by Respondent Key West Securities, Inc. | July 28, 1998 |

## HEARING INFORMATION

Pre Hearing Conference Dates / Sessions:

March 6, 1998 (1 session)
April 16, 1998 (1 session)
May 11, 1998 (1 session)
May 26, 1998 (1 session)
July 16, 1998 (1 session)
July 20, 1998 (1 session)
July 21, 1998 (1 session)
July 30, 1998 (1 session)
August 6, 1998 (1 session)
August 12, 1998 (1 session)
August 20, 1998 (1 session)

*98-00587*

F 002209

**EXHIBIT 5 PAGE 59**

Hearing Dates / Sessions:

September 1, 1998 (2 sessions)
September 2 1998 (2 sessions)
September 3 1998 (2 sessions)
September 4 1998 (2 sessions)

Hearing Location:

Los Angeles, California

## CASE SUMMARY

Claimant alleged that Respondent Waldron & Co., Inc. engaged in artificial market making activity, parking arrangements, guarantees against loss, and fraudulent purchasing in connection with Shopping.Com ("IBUY") stock.

Claimant alleged that Respondent Wedbush Morgan Securities, Inc., and Edward W. Wedbush conspired to manipulate the price of IBUY and conduct a buy-in at an artificially inflated price.

Respondent Waldron & Co., Inc. Counter-claimed against Fiero Bros., Inc. alleging corrupt market practices and perversion of the arbitration process. Respondent Waldron & Co., Inc. Cross-claimed against Third Party Respondent Key West Securities, Inc., alleging that Key West Securities, Inc. acted in collusion with Fiero Brothers, Inc.

Respondents denied each and every allegation of wrongdoing set forth in the Claimant's Statement of Claim.

## RELIEF REQUESTED

Claimant, in its Second Amended Statement of claim, sought $510,000.00 in compensatory damages plus interest as a result of the buy-ins; $3,250,000.00 plus interest, as a result of Respondents defrauding Claimant; and $510,000.00 plus interest as a result of excessive markups, as well as costs, and attorney's fees for bringing the suit.

Counter-Claimant Wedbush Morgan Securities, in its Joint Response to Statement of Claim sought $750,000.00 compensatory and punitive damages.

Counter-Claimant Waldron & Co., in its Complaint for Defamation and Tortious Interference with Business Relations, sought unspecified general and special damages, plus interest, against all Respondents, jointly and severally.

Respondents requested that the Arbitration Panel dismiss the Claimant's claim in its entirety.

*98-00587*

F 002210

**EXHIBIT 5 PAGE 60**

## OTHER ISSUES CONSIDERED AND DECIDED

On July 16, 1998, Case No. 98-01150, Fiero Bros. v. Wedbush Morgan Securities, Inc. consolidated into Case No. 98-00587.

On August 28, 1998, the Arbitration Panel granted Key West Securities' Motion to Dismiss.

On September 3, 1998, during the hearing, the Arbitration Panel granted Respondent Edward W. Wedbush's Motion to Dismiss.

The parties have agreed that the Award in this matter may be executed either in counterpart copies or that a handwritten, signed Award may be entered. In either case, the parties have agreed to receive conformed copies of the Award while the original remains on file with the NASD Regulation, Inc., Office of Dispute Resolution.

## AWARD

After considering the pleadings, the testimony, and the evidence presented at the hearing, the undersigned arbitrators have decided in full and final resolution of the issues submitted for determination as follows:

1) Respondents Waldron & Co., Inc., Cery Perle and Ed Harris are jointly and severally liable to and shall pay Claimant the sum of $350,000.00 in compensatory damages.

2) Respondent Wedbush Morgan Securities is liable to and shall pay Claimant the sum of $50,000.00 in compensatory damages.

3) All Respondents' Counter-claims are dismissed in their entirety.

4) Each party shall bear its own costs, including attorneys fees.

5) All claims for punitive damages are denied.

## FORUM FEES

Pursuant to Rule 10332(c) of the Code of Arbitration Procedure, the following forum fees are assessed jointly and severally against Waldron & Co., Inc., Cery Perle, and Ed Harris:

| | |
|---|---|
| Five Full-Panel Pre-Hearing Conference Sessions @ $1,000.00 / Session | = $5,000.00 |
| Six Discovery Pre-Hearing Conference Sessions @ $300.00 / Session | = $1,800.00 |
| Eight Hearing Sessions @ $1,000.00 / Session | = $8,000.00 |
| Total Fees Jointly and Severally Assessed against Respondents Waldron & Co., Inc., Cery Perle, and Ed Harris | = $14,800.00 |

Fees are payable to NASD Regulation, Inc.

## OTHER FEES

Pursuant to Rule 10333 of the Code, Claimant Fiero Brothers, Inc. has paid to NASD Regulation, Inc. the $1,500.00 member surcharge previously invoiced.

Pursuant to Rule 10333 of the Code, Respondent Wedbush Morgan Securities, Inc. has paid to NASD Regulation, Inc. the $1,500.00 member surcharge previously invoiced.

Pursuant to Rule 10333 of the Code, Respondent Waldron & Co., Inc. to NASD Regulation, Inc. the $1,500.00 member surcharge previously invoiced.

Pursuant to Rule 10333 of the Code, Third Party Respondent Key West Securities, Inc. shall pay to NASD Regulation, Inc. the $1,500.00 member surcharge previously invoiced.

Pursuant to Rule 10333 of the Code, Claimant Fiero Brothers, Inc. has paid to NASD Regulation, Inc. the $600.00 pre-hearing member process fee previously invoiced.

Pursuant to Rule 10333 of the Code, Respondent Wedbush Morgan Securities, Inc. has paid to NASD Regulation, Inc. the $600.00 pre-hearing member process fee previously invoiced.

Pursuant to Rule 10333 of the Code, Respondent Waldron & Co., Inc. has paid to NASD Regulation, Inc. the $600.00 pre-hearing member process fee previously invoiced.

Pursuant to Rule 10333 of the Code, Third Party Respondent Key West Securities, Inc. shall pay to NASD Regulation, Inc. the $600.00 pre-hearing member process fee previously invoiced.

Pursuant to Rule 10333 of the Code, Claimant Fiero Brothers, Inc. shall pay to NASD Regulation, Inc. the $50.00 balance remaining on the hearing member process fee previously invoiced.

Pursuant to Rule 10333 of the Code, Respondent Wedbush Morgan Securities, Inc. shall pay to NASD Regulation, Inc. the $2,500.00 hearing member process fee previously invoiced.

98-00587

F 002212

**EXHIBIT 5 PAGE 62**

Pursuant to Rule 10333 of the Code, Respondent Waldron & Co., Inc. shall pay to NASD Regulation, Inc. the $2,500.00 hearing member process fee previously invoiced.

Pursuant to Rule 10333 of the Code, Third Party Respondent Key West Securities, Inc. shall pay to NASD Regulation, Inc. the $2,500.00 hearing member process fee previously invoiced.

*98-00587*

F 002213

**EXHIBIT 5 PAGE 63**

## ARBITRATORS

Name ................................................................................................................................... Public / Industry
Robert L. Schouweiler, Esq.                                                                              Public Arbitrator
Walter W. Klosterman                                                                                     Industry Arbitrator
Robert J. Ruben, Esq.                                                                                    Public Arbitrator

Concurring Arbitrators' Signatures

_____
Robert L. Schouweiler, Esq.

_____
Walter W. Klosterman

_____
Robert J. Ruben, Esq.

Date of Service:_____

*98–00587*

F 002214

**EXHIBIT 5 PAGE 64**

## ARBITRATORS

Name ...........................................................................................................................Public / Industry
Robert L. Schouweiler, Esq.                                                                          Public Arbitrator
Walter W. Klosterman                                                                                  Industry Arbitrator
Robert J. Ruben, Esq.                                                                                  Public Arbitrator

Concurring Arbitrators' Signatures

Robert L. Schouweiler, Esq.

Walter W. Klosterman

Robert J. Ruben, Esq.

Date of Service:_____

98-00587

F 002215

EXHIBIT 5 PAGE 65

## ARBITRATORS

Name ...............................................................................

Robert L. Schouweiler, Esq.                                                    Public / Industry
Walter W. Klosterman                                                           Public Arbitrator
Robert J. Ruben, Esq.                                                          Industry Arbitrator
                                                                               Public Arbitrator


Concurring Arbitrators' Signatures


_____
Robert L. Schouweiler, Esq.


_____
Walter W. Klosterman


_____
Robert J. Ruben, Esq.


                                        Date of Service: _____


*Page 7 of 7*


                                                            98-00587


                                                    F 002216


**EXHIBIT 5 PAGE 66**

## ARBITRATORS

Name ..................................................................................................................................... Public / Industry

Robert L. Schouweiler, Esq.                                                                                      Public Arbitrator

Walter W. Klosterman                                                                                             Industry Arbitrator

Robert J. Ruben, Esq.                                                                                            Public Arbitrator

Concurring Arbitrators' Signatures

_____

Robert L. Schouweiler, Esq.

_____

Walter W. Klosterman

_____

Robert J. Ruben, Esq.

Date of Service:_____

98-00587

F 002217

EXHIBIT 5 PAGE 67