# EXHIBIT 6

LAW OFFICES OF MARK STEVEN KESSLER
Mark Steven Kessler, Bar No. 57489
11770 Bernardo Plaza Court, Suite 315
San Diego, California 92128
(619) 675-9001

Attorneys for Petitioner FIERO BROTHERS, INC.

ORIGINAL FILED

FEB 1 1 1999

LOS ANGELES
SUPERIOR COURT

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

BS055659

| | |
|---|---|
| FIERO BROTHERS, INC., <br><br> Petitioner, <br><br> v. <br><br> WALDRON & CO., INC; CERY PERLE, ED HARRIS; WEDBUSH MORGAN SECURITIES, INC.; ED WEDBUSH; AND KEY WEST SECURITIES, INC. <br><br> Respondents. | CASE NO. <br><br> PETITION TO CONFIRM ARBITRATION AWARD AS TO RESPONDENTS WALDRON & CO., INC., CERY PERLE, WEDBUSH MORGAN SECURITIES, INC., ED WEDBUSH, and KEY WEST SECURITIES, INC. AND TO VACATE AWARD AS TO RESPONDENT ED HARRIS |

Petitioner alleges:

1. Petitioner Fiero Brothers, Inc. is a broker-dealer registered with the United States Securities & Exchange Commission ("SEC") and a member of the National Association of Securities Dealers, Inc. ("NASD"), a self-governing organization of broker-dealers established under Federal law. Respondent Waldron & Co., Inc. is a broker-dealer registered with the SEC and a member of the NASD. At all relevant times, Cery Perle was a principal and/or officer or director of Waldron & Co., Inc. Wedbush Morgan Securities Inc. is a broker-dealer registered with the SEC and a member of the NASD. At all relevant times, Ed Wedbush was a principal and/or officer or director of Wedbush Morgan Securities, Inc. Respondent Key West Securities, Inc. is a broker-dealer registered with the SEC and a member of the NASD. Respondent Ed Harris is an individual who is not a member of the NASD. The NASD maintains arbitration facilities and contains within its rules, a Code of Arbitration Procedure. NASD rules provide for resolution in the NASD arbitration forum of disputes between members, who are

1  mandated to arbitrate such disputes pursuant to Rule 10201, subd. (a), of the NASD Manual. A copy
2  of Rule 10201 is attached hereto as Exhibit "A."
3    2.    On or about February 17, 1998, petitioner submitted to arbitration before the NASD a
4  controversy against respondents that arose in connection with the sale of securities, as more particularly
5  set forth in the Second Amended Statement of Claim, Case No. 98-00587, a copy of which is attached
6  hereto as Exhibit "B" and made a part hereof.
7    3.    On August 28, 1998, the NASD Arbitration Panel dismissed the arbitration as to respondent
8  Key West Securities, Inc.
9    4.    Beginning on September 1, 1998, a hearing was held in Los Angeles County, California by
10 NASD Regulation, Inc. Dispute Resolution before Robert L. Schouweiler, Esq., Walter W. Klosterman,
11 and Robert J. Ruben, Esq., as arbitrators, after notice was duly given to all parties to the arbitration,
12 whereat petitioner and respondents appeared and presented their proofs.
13   5.    On September 3, 1998, the NASD Arbitration Panel dismissed the arbitration as to
14 respondent Edward W. Wedbush.
15   6.    On or about September 17, 1998, the arbitrators made their award determining all issues
16 submitted to them, and awarded petitioner the sum of $350,000 against respondents Waldron & Co.,
17 Inc., Cery Perle, and Ed Harris and the sum of $50,000 against respondent Wedbush Morgan Securities.
18 A signed copy of the award was served on petitioner on September 17, 1998. A copy of the award is
19 attached hereto as Exhibit "C" and made a part hereof.
20   7.    On or about November 20, 1998, respondent Ed Harris filed a complaint in United States
21 District Court, Central District of California (Case No. 98-9393 CAS [Ctx]) to vacate the arbitration
22 award as to Ed Harris on the grounds that the award by the Arbitration Panel was in excess of the
23 jurisdiction of the panel and beyond its powers since Mr. Harris was not an NASD member and the panel
24 had no jurisdiction over him. On or about February 3, 1999, petitioner and respondent Ed Harris entered
25 into a stipulation vacating the arbitration award as to Ed Harris and dismissing the District Court action.
26 A copy of the stipulation is attached hereto as Exhibit "D" and made a part hereof.
27   WHEREFORE, petitioner prays judgment as follows:
28   1.    For an order confirming the award as to respondents Waldron & Co., Inc., Cery Perle,

1  Wedbush Morgan Securities, Inc., Ed Wedbush, and Key West Securities, Inc. and vacating the award as to Ed Harris;

2. For judgment against respondents Waldron & Co., Inc. and Cery Perle in conformity with the award in the sum of $350,000;

3. For judgment against respondent Wedbush Morgan Securities, Inc. in conformity with the award in the sum of $50,000;

4. For costs of suit herein incurred; and

5. For such other and further relief as the court may deem proper.

Dated: February 10, 1999

LAW OFFICES OF MARK STEVEN KESSLER

By: _____
Mark Steven Kessler
Attorneys for Petitioner FIERO BROTHERS, INC.