# EXHIBIT 9

1  THE LAW OFFICES OF
   MARK STEVEN KESSLER
2  Mark Steven Kessler, Bar No. 57489
   11770 Bernardo Plaza Court, Suite 315
3  San Diego, California 92128
   (619) 675-9001
4
   Attorneys for Petitioner FIERO
5  BROTHERS, INC.

6

7

8

9            SUPERIOR COURT OF THE STATE OF CALIFORNIA

10            COUNTY OF LOS ANGELES, CENTRAL DISTRICT

11  FIERO BROTHERS, INC.,
                                      ) CASE NO. BS 055659
12                 Petitioner         )
                                      )
13        v.                          ) ORDER   CONFIRMING   ARBITRATION
                                      ) AWARD
14  WALDRON & CO., INC; CERY PERLE, ED )
    HARRIS;    WEDBUSH    MORGAN       )
15  SECURITIES, INC.; ED WEDBUSH; AND  )
    KEY WEST SECURITIES, INC.          )
16                                     ) DATE:      MARCH 17, 1999
                                      ) TIME:      8:30 A.M.
17                 Respondents.        ) DEPT.:     58
                                      )
18
          The petition of FIERO BROTHERS, INC., for an order confirming an arbitration award
19
    came on regularly this date for hearing by the Court. Petitioner, FIERO BROTHERS, INC.
20
    appeared by its counsel, Mark Steven Kessler, and Respondents having made no appearance, either
21
    in person or through counsel.
22
          Proof having been made to the satisfaction of this Court that the Petition should be granted,
23
    and good cause appearing therefore,
24

25

26

27  ///

28  ///

                    ORDER CONFIRMING ARBITRATION AWARD
                                    1

**EXHIBIT 9 PAGE 111**

FILED
LOS ANGELES SUPERIOR COURT

APR 06 1999

JOHN A. CLARKE, CLERK

BY C. MASON, DEPUTY

1       **IT IS HEREBY ORDERED** that the award of Robert L. Schouweiler, Esq., Walter W.

2   Klosterman, and Robert J. Ruben, Esq., arbitrators dated September 17, 1998, is confirmed in all

3   respects and that judgment be entered in conformity therewith, with the exception that Judgment

4   not be entered against Ed Wedbush and Wedbush Morgan Securities.

5

6   Dated: ~~March~~ _____, 1999                            

                                       JUDGE OF THE SUPERIOR COURT

7

8                                             LAWRENCE W. CRISPO

ORDER CONFIRMING ARBITRATION AWARD

2

**EXHIBIT 9 PAGE 112**