# EXHIBIT 10

THE LAW OFFICES OF
MARK STEVEN KESSLER
Mark Steven Kessler, Bar No. 57489
11770 Bernardo Plaza Court, Suite 315
San Diego, California 92128
(619) 675-9001

Attorneys for Petitioner FIERO
BROTHERS, INC.

**ORIGINAL FILED**

APR 06 1999

LOS ANGELES
SUPERIOR COURT

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| FIERO BROTHERS, INC., <br><br> Petitioner <br><br> v. <br><br> WALDRON & CO., INC; CERY PERLE, ED HARRIS; WEDBUSH MORGAN SECURITIES, INC.; ED WEDBUSH; AND KEY WEST SECURITIES, INC. <br><br> Respondents. | CASE NO. BS 055659 <br><br> JUDGMENT |

The award of Robert L. Schouweiler, Esq., Walter W. Klosterman, and Robert J. Ruben, Esq., arbitrators, having been confirmed by order of this Court on March 17, 1999, and no statement of decision having been requested by any party,

IT IS ADJUDGED that Petitioner FIERO BROTHERS, INC. recover from Respondents, Waldron & Co., Inc. and Cery Perle the sum of Three Hundred Fifty Thousand Dollars ($350,000.00), together with interest thereon at the rate of ten percent (10%) per year from September 17, 1998, and costs of this proceedings in the sum of Two Hundred Fifteen Dollars ($215.00).

**APR 06 1999**
Dated: March ____, 1999

**LAWRENCE W. CRISPO**
JUDGE OF THE SUPERIOR COURT

JUDGMENT

1

EXHIBIT 10 PAGE 113

FIERO BROTHERS, INC. v WALDRON & CO., INC., et al.
Case No. BS 055659

## PROOF OF SERVICE
### C.C.P. § 1013a(3)

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

     I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 11770 Bernardo Plaza Court, Suite 315, San Diego, California 92128.

     On April 14, 1999, I served the foregoing document described as NOTICE OF ENTRY OF JUDGMENT on all parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

   __X__   BY MAIL - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     Executed on April 14, 1999, at San Diego, California.

*(signed)* CINDY HAMMERTON

THE LAW OFFICES OF
MARK STEVEN KESSLER
Mark Steven Kessler, Bar No. 57489
11770 Bernardo Plaza Court, Suite 315
San Diego, California 92128
(619) 675-9001

Attorneys for Petitioner FIERO BROTHERS, INC.



FILED
LOS ANGELES SUPERIOR COURT
APR 06 1999
JOHN A. CLARKE, CLERK
BY C. MASON, DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| FIERO BROTHERS, INC., | ) CASE NO. BS 055659 |
| Petitioner | ) |
| v. | ) JUDGMENT |
| WALDRON & CO., INC; CERY PERLE, ED HARRIS; WEDBUSH MORGAN SECURITIES, INC.; ED WEDBUSH; AND KEY WEST SECURITIES, INC. | ) |
| Respondents. | ) |

The award of Robert L. Schouweiler, Esq., Walter W. Klosterman, and Robert J. Ruben, Esq., arbitrators, having been confirmed by order of this Court on March 17, 1999, and no statement of decision having been requested by any party,

IT IS ADJUDGED that Petitioner FIERO BROTHERS, INC. recover from Respondents, Waldron & Co., Inc. and Cery Perle the sum of Three Hundred Fifty Thousand Dollars ($350,000.00), together with interest thereon at the rate of ten percent (10%) per year from September 17, 1998, and costs of this proceedings in the sum of Two Hundred Fifteen Dollars ($215.00).

Dated: ~~March~~ 4-6 , 1999

JUDGE OF THE SUPERIOR COURT
LAWRENCE W. CRISPO

JAN 6 2000 abstract J
JAN 21 2000 writ FA

JUDGMENT
1

EXHIBIT 10 PAGE 115

```
THE LAW OFFICES OF
MARK STEVEN KESSLER
Mark Steven Kessler, Bar No. 57489
11770 Bernardo Plaza Court, Suite 315
San Diego, California 92128
(619) 675-9001

Attorneys for Petitioner FIERO
BROTHERS, INC.
```

*FILED*
*LOS ANGELES SUPERIOR COURT*
*MAR 18 1999*
*JOHN A. CLARKE, CLERK*
*BY C. MASON, DEPUTY*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| FIERO BROTHERS, INC., <br><br> Petitioner, <br><br> v. <br><br> WALDRON & CO., INC; CERY PERLE, ED HARRIS; WEDBUSH MORGAN SECURITIES, INC.; ED WEDBUSH; AND KEY WEST SECURITIES, INC. <br><br> Respondents. | ) CASE NO. BS 055659 <br> ) <br> ) DECLARATION OF SERVICE OF: <br> ) <br> ) 1)  JUDGMENT <br> ) <br> ) 2)  ORDER CONFIRMING <br> )     ARBITRATION AWARD <br> ) <br> ) <br> ) DATE:  MARCH 17, 1999 <br> ) TIME:  8:30 A.M. <br> ) DEPT.: 58 <br> ) |

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 11770 Bernardo Plaza Court, Suite 315, San Diego, California 92128.

On March 17, 1999, I served the foregoing document described as follows:

1.)  JUDGMENT

2.)  ORDER CONFIRMING ARBITRATION AWARD

on all parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

See attached Service List

///

DECLARATION OF SERVICE

1

EXHIBIT 10 PAGE 116

1    <u>XXX</u> BY MAIL - I am readily familiar with the firm's practice of collection and
2  processing correspondence for mailing. Under that practice it would be deposited with the U.S.
3  Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the
4  ordinary course of business. I am aware that on motion of the party served, service is presumed
5  invalid if postal cancellation date or postage meter date is more than one day after date of deposit
6  for mailing in affidavit.
7    I declare under penalty of perjury under the laws of the State of California that the foregoing
8  is true and correct.
9    Executed on March 17, 1999, at San Diego, California.

                 */s/ Cindy Hammerton*
                 CINDY HAMMERTON

DECLARATION OF SERVICE
2

EXHIBIT 10 PAGE 117

## SERVICE LIST

### Fiero Brothers, Inc. vs. Waldron & Co., Inc., et al.
### Case No. BS 055659

Attorney for Ed Harris
Sheldon M. Jaffee, Esq.
GARTENBERG JAFFEE GELFAND & STEIN
11755 Wilshire Blvd., Suite 1230
Los Angeles, CA 90025

Attorney for Wedbush, Morgan Securities, Inc. and Ed Wedbush
Michael A. Thurman
Wedbush, Morgan Securities, Inc.
1000 Wilshire Blvd., Suite 900
Los Angeles, CA

Attorney for Waldron & Co., Inc. and Cery Perle.
H. Thomas Fehn
Fields, Fehn & Sherwin
11755 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025

Key West Securities, Inc.
c/o Tony Elgindy
1116 Rancho Encinitas
Encinitas, CA 92024

EXHIBIT 10 PAGE 118