# EXHIBIT 11

```
LAW OFFICES OF
MARK STEVEN KESSLER
Mark Steven Kessler, Bar No. 57489
11770 Bernardo Plaza Court, Suite 315
San Diego, California 92128
(619) 675-9001

Attorneys for Petitioner
FIERO BROTHERS, INC.
```

FILED
LOS ANGELES SUPERIOR COURT

APR 2 0 1999

_____ A. CLARKE, _____
BY B. F. CHIN, DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| FIERO BROTHERS, INC., <br><br> Petitioner, <br><br> v. <br><br> WALDRON & CO., INC.; CERY PERLE; ED HARRIS; WEDBUSH MORGAN SECURITIES, INC.; ED WEDBUSH; AND KEY WEST SECURITIES, INC. <br><br> Respondents. | CASE NO. BS 055659 <br><br> **NOTICE OF ENTRY OF JUDGMENT** |

TO ALL PARTIES:

NOTICE IS HEREBY GIVEN that on April 6, 1999, Judgment was entered in the above action. A copy of said Judgment is attached hereto.

Dated: April 14, 1999

_____
MARK STEVEN KESSLER
Attorney for Petitioner, FIERO BROTHERS, INC.

NOTICE OF ENTRY OF JUDGMENT

EXHIBIT 11 PAGE 119

## SERVICE LIST

### Fiero Brothers, Inc. vs. Waldron & Co., Inc., et al.
### Case No. BS 055659

Attorney for Ed Harris
Sheldon M. Jaffee, Esq.
GARTENBERG JAFFEE GELFAND & STEIN
11755 Wilshire Blvd., Suite 1230
Los Angeles, CA 90025

Attorney for Wedbush, Morgan Securities, Inc. and Ed Wedbush
Michael A. Thurman
Wedbush, Morgan Securities, Inc.
P.O.. Box 30014
Los Angeles, CA 90030

Attorney for Waldron & Co., Inc. and Cery Perle.
H. Thomas Fehn
Fields, Fehn & Sherwin
11755 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025

Key West Securities, Inc.
c/o Tony Elgindy
1116 Rancho Encinitas
Encinitas, CA 92024

Asher M. Leids
Donahue & Mesereau
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067

Waldron & Co., Inc.
19000 MacArthur Blvd.
Irvine, CA 92612

EXHIBIT 11 PAGE 120