# EXHIBIT 12

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address): <br> ☒ Recording requested by and return to: <br> PETER D. LEPISCOPO, ESQ. CA139583 <br> Law Offices Of Peter D. Lepiscopo <br> 2635 Camino del Rio South, Suite 108 <br> San Diego, California 92108 <br> TELEPHONE NO.: (619) 299-5343 <br> ☒ ATTORNEY FOR  ☒ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD | FOR RECORDER'S USE ONLY |

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: LOS ANGELES COUNTY
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: CENTRAL DISTRICT

PETITIONER: FIERO BROTHERS, INC.

RESPONDENT: WALDRON & CO., INC., et al.

### ABSTRACT OF JUDGMENT

CASE NUMBER: BS 055659

FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:

   a. Judgment debtor's
      Name and last known address
      
      WALDRON & CO., INC.
      1900 MacArthure Boulevard
      8th Floor
      Irvine, California 92612

   b. Driver's license No. and state: ☒ Unknown
   c. Social Security No.: ☒ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): WALDRON & CO., INC., c/o H. Thomas Fehn, Esq., 11755 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025

   e. ☒ Additional judgment debtors are shown on reverse.

Date: January 4, 2000
Peter D. Lepiscopo, Esq. CA139583
(TYPE OR PRINT NAME)                    (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. ☒ I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. ☐ A certified copy of the judgment is attached.
3. Judgment creditor (name):
   FIERO BROTHERS, INC.
   whose address appears on this form above the court's name.
4. Judgment debtor (full name as it appears in judgment):
   WALDRON CO., INC. and CERY PERLE

5. a. Judgment entered on (date): 4/6/99
   b. Renewal entered on (date):
   c. Renewal entered on (date):

6. Total amount of judgment as entered or last renewed: $350,215.00
7. ☐ An ☐ execution ☐ attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of (name and address):

8. A stay of enforcement has
   a. ☒ not been ordered by the court.
   b. ☐ been ordered by the court effective until (date):
9. ☐ This judgment is an installment judgment.

This abstract issued on (date): January 6, 2000

JOHN A. CLARKE, CLERK
Clerk, by _____, Deputy
A.J. MORGAN

Form Adopted by Rule 982
Judicial Council of California
982(a)(1) (Rev. January 1, 1991)

ABSTRACT OF JUDGMENT
(Civil)

Code of Civil Procedure, §§ 488.480, 674, 700.190

EXHIBIT 12 PAGE 121

| PETITIONER: FIERO BROTHERS, INC. | CASE NUMBER: |
|---|---|
| RESPONDENT: WALDRON & CO., INC., et al. | BS 055659 |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

**10.** Name and last known address
CERY PERLE
3535 East Coast 219 Highway
Corona Del Mar, California
92625

Driver's license No. & state: [X] Unknown.
Social Security No.: [ ] Unknown.
Summons was personally served at or mailed to (address):
CERY PERLE, c/o H. Thomas Fehn, Esq.,
11755 Wilshire Blvd., 15t Floor
Los Angeles, California 90025

**11.** Name and last known address

Driver's license No. & state: [ ] Unknown.
Social Security No.: [ ] Unknown.
Summons was personally served at or mailed to (address):

**12.** Name and last known address

Driver's license No. & state: [ ] Unknown.
Social Security No.: [ ] Unknown.
Summons was personally served at or mailed to (address):

**13.** Name and last known address

Driver's license No. & state: [ ] Unknown.
Social Security No.: [ ] Unknown.
Summons was personally served at or mailed to (address):

**14.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown

**15.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown

**16.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown

**17.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown

**18.** [ ] Continued on attachment 18.

982(a)(1) [Rev. January 1, 1991]

ABSTRACT OF JUDGMENT
(CIVIL)

Page two

EXHIBIT 12 PAGE 122