# EXHIBIT 13


08 CV 1298
VM

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12th day of August, two thousand and nine,

John J. Fiero, Fiero Brothers, Inc.,

   Plaintiffs-Counter-Defendants-Appellants-Cross-Appellees,

V.

Financial Industry Regulatory Authority, Inc.

   Defendant-Counterclaimant-Appellee-Cross-Appellant.

**ORDER**
Docket Numbers:  09-1556-cv (Lead)
09-1863-cv (XAP)



These appeals having been disposed by the order filed June 24, 2009, which instructed the parties to inform the Court within 30 days of a subsequent judgmenet from the District Court to restore jurisdiction to this court, and the parties having done so, said appeals are hereby REINSTATED.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By
Erin Murphy, Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 14 2009

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by

CERTIFIED:   AUG 1 2 2009

EXHIBIT 13 PAGE 123