# EXHIBIT 16



AWARD
NASD REGULATION, INC.

In the Matter of the Arbitration Between: Mansoor Ghaneeian
and Fariba Ghaneeian, Claimants
v.
Wedbush Morgan Securities, Inc., Waldron & Company, Inc.,
Cery B. Perle, Jon G. Aubry, Edward F. Harris, Aubry Perle
Holdings, Inc., and Centura Investments, Inc., Respondents

Case Number: 98-04862

2001 NASD Arb. LEXIS 771

August 7, 2001

**COUNSEL:**
 [*1]  For Claimants: Thomas J. Borchard, Esq., James M. Hester, Esq., Borchard
& Baur, APC, Mission Viejo, California.

For Respondent Wedbush Morgan Securities, Inc.: Jerry S. Phillips, Esq., Kenneth
S. Ingber, Esq., Richman, Mann, Chizever, Phillips & Duboff, Beverly Hills,
California.

For Respondent Waldron & Company, Inc.: Cery B. Perle, Waldron & Company, Inc.,
Los Angeles, California.

For Respondent Cery B. Perle: Cery B. Perle, Waldron & Company, Inc., Los
Angeles, California.

For Respondent Jon G. Aubry: Thomas Taylor, Esq., Morgan, Lewis & Bockius LLP,
Los Angeles, California.

For Respondent Edward F. Harris: Kevin K. Fitzgerald, Esq., Jones, Bell, Abbott,
Fleming, & Fitzgerald, Los Angeles, California.

For Respondent Aubry Perle Holdings, Inc.: Cery B. Perle, Aubry Perle Holdings,
Inc., Los Angeles, California.

For Respondent Centura Investments, Inc.: Edward F. Harris, Centura Investments,
Inc., San Jose, California.

**CASE-INFORMATION:**
Statement of Claim filed: December 17, 1998
First Amended Statement of Claim filed: July 23, 1999
Second Amended Statement of Claim filed: April 11, 2000
Claimants' Uniform Submission Agreement signed: December 16, 1998
Statement of Answer and Counterclaim [*2]  filed by Respondent/Counter-Claimant

**EXHIBIT 16 PAGE 153**

Wedbush Morgan Securities, Inc.: March 12, 1999
Respondent Wedbush Morgan Securities, Inc.'s Uniform Submission Agreement
signed: March 12, 1999
Statement of Answer to First Amended Statement of Claim Filed by Respondent Jon
G. Aubry: October 5, 1999
Respondent Jon G. Aubry's Uniform Submission Agreement signed: September 20,
1999
Statement of Answer to Counterclaim filed by Claimants/Counter-Respondents:
March 24, 1999
Hearing Site: Los Angeles, California

**CASE-SUMMARY:**
Claimants in their original and amended Statements of Claim alleged unauthorized
trading, breach of fiduciary duty, fraud, negligence, failure to supervise, and
conspiracy. Allegations arose out of the purchase and/or sale of Shopping.com
securities.

Respondent Wedbush Morgan Securities, Inc. denied the allegations of wrongdoing
set forth in the Claimants' original and amended Statements of Claim.

In its Counterclaim, Respondent/Counter-Claimant Wedbush Morgan Securities, Inc.
alleged that Claimants/Counter-Respondents Mansoor Ghaneeian and Fariba
Ghaneeian failed to pay a $ 219,458.00 debit balance which remained on their
Waldron account after Claimants ordered the liquidation of the securities [*3]
in their account.

Claimants/Counter-Respondents Mansoor Ghaneeian and Fariba Ghaneeian denied the
allegations of wrong doing set forth in Respondent/Counter-Claimant Wedbush
Morgan Securities, Inc.'s Counterclaim.

**RELIEF-REQUESTED:**
Claimant Mansoor Ghaneeian requested $ 670,261.00 in compensatory damages from
the Wedbush Morgan Securities, Inc. account, $ 69,190.00 for the value of shares
transferred to Waldron & Company, Inc., $ 285,428.00 in lost opportunity costs,
punitive damages, costs of arbitration, and attorney's fees.

Claimant Fariba Ghaneeian requested $ 13,500.00 in compensatory damages, $
5,211.00 in lost opportunity costs, punitive damages, cost of arbitration, and
attorney's fees.

Respondents Wedbush Morgan Securities, Inc. and Jon G. Aubry requested dismissal
of the Claimants' original and amended Statements of Claim in its entirety, and
costs of arbitration.

In its Counterclaim, Respondent/Counter-Claimant Wedbush Morgan Securities, Inc.
requested reimbursement of a $ 219,458.00 debit balance, interest, and
arbitration costs.

Claimants/Counter-Respondents Mansoor Ghaneeian and Fariba Ghaneeian requested
dismissal of Respondent/Counter-Claimant Wedbush Morgan Securities, Inc.'s [*4]
Counterclaim in its entirety.

**OTHER-ISSUES:**
Upon review of the file and the representations made by behalf of the Claimants,
the undersigned Panel determined that Respondents Waldron & Company, Inc., Cery

**EXHIBIT 16 PAGE 154**

B. Perle, Edward F. Harris, Aubry Perle Holdings, Inc., and Centura Investments, Inc. were properly served with the original and amended Statements of Claim and received due notice of the hearing, and that arbitration of the matter would proceed without said Respondents present, in accordance with the NASD Code of Arbitration Procedure (Code).

Respondents Waldron & Company, Inc., Cery B. Perle, Edward F. Harris, Aubry Perle Holdings, Inc., and Centura Investments, Inc. did not file with NASD Dispute Resolution, Inc. properly executed submission agreements but are required to submit to arbitration pursuant to the Code, and are bound by the determination of the Panel on all issues submitted.

On September 9, 1999, NASD Dispute Resolution removed Respondent Edward F. Harris as a party for lack of jurisdiction.

On January 27, 2000, NASD Dispute Resolution, Inc. received notice from the United States Bankruptcy Court, Northern District of Texas, that Respondent Aubry Perle Holdings, Inc. filed [*5] for bankruptcy.

On August 8, 2000, NASD Dispute Resolution received notice from Claimants Mansoor Ghaneeian and Fariba Ghaneeian that Claimants settled with Respondents Centura Investments, Inc., Edward F. Harris, and Jon G. Aubry.

On May 29, 2001, NASD Dispute Resolution received notice from the United States Bankruptcy Court, Central District of California, that Respondent Cery B. Perle filed for bankruptcy.

The parties agreed that the Award in this matter may be executed in counterpart copies or that a handwritten, signed Award may be entered.

AWARD:
After considering the pleadings, testimony, and evidence presented at the hearing, the Panel decided in full and final resolution of the issues submitted for determination as follows:

1) Respondent Waldron & Company, Inc. was properly served by Claimants with the original and amended Statements of Claim, and had due notice of the time, date, and place of the hearing.
2) Respondent Waldron & Company, Inc. is liable to and shall pay Claimants $ 683,761.00 in compensatory damages.
3) Respondent Waldron & Company, Inc. is liable to and shall pay Claimants 10 percent simple interest per annum on $ 683,761.00 from August 31, 1998 until paid [*6] in full.
4) All claims against Respondent Cery B. Perle are dismissed without prejudice.
5) All claims against Respondent Aubry Perle Holdings, Inc. are dismissed without prejudice.
6) All claims against Respondent Wedbush Morgan Securities, Inc. are dismissed with prejudice.
7) Claimants/Counter-Respondents Mansoor Ghaneeian and Fariba Ghaneeian are jointly and severally liable to and shall pay Respondent/Counter-Claimant Wedbush Morgan Securities, Inc. $ 219,475.00 in compensatory damages.
8) Claimants/Counter-Respondents Mansoor Ghaneeian and Fariba Ghaneeian are jointly and severally liable to and shall pay Respondent/Counter-Claimant Wedbush Morgan Securities, Inc. 10 percent simple interest per annum on $ 219,475.00 from the date of Award until paid in full.

EXHIBIT 16 PAGE 155

2001 NASD Arb. LEXIS 771, *6

9) Each party shall bear its own costs, including attorney's fees.
10) All relief not expressly granted is denied.

**FORUM-FEES:**
Pursuant to the Code, the following fees are assessed:

**Filing Fees**
NASD Dispute Resolution, Inc. received or will collect the non-refundable filing
fees for each claim as follows:

Initial claim Filing Fee = $ 250.00

Wedbush Morgan Securities, Inc. Counterclaim Filing Fee = $ 500.00

**Member Fees** [*7]
Member fees are assessed to each member firm that is either a party in the
matter or an employer of a respondent associated person at the time of the
events, which gave rise to the dispute, claim, or controversy. Accordingly, the
member firm Wedbush Morgan Securities, Inc.; Waldron & Co., Inc. are the parties
and the following fees are assessed to each:

Member Surcharge = $ 2,000.00

Pre-Hearing Process Fee = $ 600.00

Hearing Process Fee = $ 3,500.00

**Total Member Fees = $ 6,100.00**

**Adjournment Fees**
The following adjournment fees are assessed:

Hearing Dates April 24 - April 28, 2000, adjournment requested by Claimants =
$ 1,000.00

Hearing Dates September 25 - September 29, 2000, adjournment requested by
Respondent Wedbush Morgan Securities, Inc. = $ 1,000.00

Hearing Dates January 15 - January 19, 2001, adjournment requested by
Respondent Wedbush Morgan Securities, Inc. = $ 1,000.00

**Forum Fees and Assessments**
The Panel assessed a forum fee for each pre-hearing conference or hearing
session conducted. A pre-hearing conference and hearing session is any meeting
between the parties and the Chair/Panel. The following fees are assessed:

2 Pre-hearing conference   [*8]   sessions with a single arbitrator @ $
300.00/session = $ 600.00
Pre-hearing conferences: October 12, 1999 1 session

March 14, 2000 1 session

1 Pre-hearing conference session with the Panel @ $ 1,000.00/session = $
1,000.00
Pre-hearing conference: September 8, 1999 1 session

**EXHIBIT 16 PAGE 156**

12 Hearing sessions @ $ 1,000.00/session = $ 12,000.00
Hearings: June 11, 2001 2 sessions

    June 12, 2001 2 sessions

    June 13, 2001 2 sessions

    June 14, 2001 2 sessions

    June 15, 2001 2 sessions

    June 18, 2001 2 sessions

**Total Forum Fees = $ 13,600.00**

1. The Panel assessed $ 6,800.00 of the forum fees jointly and severally to
Claimants Mansoor Ghaneeian and Fariba Ghaneeian.

2. The Panel assessed $ 6,800.00 of the forum fees to Respondent Wedbush Morgan
Securities, Inc.

**Administrative Costs**
Administrative costs are expenses incurred because a party requested additional
services beyond the normal administrative services. These additional services
include, but are not limited to, additional copies of arbitrator awards, copies
of audio transcripts, retrieval of documents from archives, interpreters,
security, and other requests.

    Claimants requested 36 photocopies @ $ 0.50: = $ 18.00

    Respondent Wedbush [*9]  Morgan Securities, Inc. requested 7 photocopies @ $
0.50: = $ 3.50

    **Fee Summary**

1. Claimants Mansoor Ghaneeian and Fariba Ghaneeian are charged jointly and
severally with the following fees and costs:

    Initial Filing Fee = $ 250.00

    Adjournment Fee = $ 1,000.00

    Forum Fees = $ 6,800.00

    Administrative Costs = $ 18.00

    Total Fees = $ 8,068.00

    Less Payments = $ (1,250.00)

    **Balance Due NASD Dispute Resolution, Inc. = $ 6,818.00**

2. Respondent Wedbush Morgan Securities, Inc. is charged with the following fees
and costs:

    Counterclaim Filing Fee = $ 500.00

**EXHIBIT 16 PAGE 157**

2001 NASD Arb. LEXIS 771, *9

Member Fees = $ 6,100.00

Adjournment Fee = $ 2,000.00

Forum Fees = $ 6,800.00

Administrative Costs = $ 3.50

Total Fees = $ 15,403.50

Less Payments = $ (9,350.00)

**Balance Due NASD Dispute Resolution, Inc. = $ 6,053.50**

3. Respondent Waldron & Co., Inc. is charged with the following fees and costs:

Member Fees = $ 6,100.00

**Balance Due NASD Dispute Resolution, Inc. = $ 6,100.00**

All balances are payable to NASD Dispute Resolution, Inc. and are due upon the receipt of the Award pursuant to Rule 10330(g) of the Code of Arbitration Procedure.

**ARBITRATORS:**
Concurring Arbitrators: Alvin S. Milder, Esq., Public Arbitrator, Presiding Chair;   [*10]  James S. Munroe, Sr., Esq., Public Arbitrator; Luther Delano Prater, Non-Public Arbitrator

**EXHIBIT 16 PAGE 158**

# Case Summary

**Case Number:** BS071955
WEDBUSH MORGAN SECURITIES INC VS MANSOOR GHANEEIAN ET AL

**Filing Date:** 10/02/2001
**Case Type:** Civil Petition - Other (General Jurisdiction)
**Status:** Arbitration Award Entered as Judg. 04/19/2002

---

**Future Hearings**
None

---

Documents Filed | Proceeding Information

**Parties**

GHANEEIAN FARIBA - Defendant/Respondent

GHANEEIAN MANSOOR - Defendant/Respondent

JAMES M. HESTER - Attorney for Deft/Respnt

PERLE CERY B - Defendant/Respondent

RICHMAN LAWRENCE MANN CHIZEVER & - Attorney for Petitioner

WALDRON & COMPANY INC - Defendant/Respondent

WEDBUSH MORGAN SECURITIES INC. - Petitioner

---

Case Information | Party Information | Proceeding Information

**Documents Filed** (Filing dates listed in descending order)

**06/04/2003** Satisfaction of Judgment
Filed by Attorney for Creditor

**08/29/2002** Appl for Writ of Execution & Ord
Filed by Attorney for Pltf/Petnr

**08/29/2002** Writ issued (2 WRITS L.A. AND ORANGE )
Filed by Clerk

**08/05/2002** Cost Bill After Judgment
Filed by Attorney for Pltf/Petnr

**08/01/2002** Proof of Service (RE: APPLICATION AND ORDER FOR APPEARANCE
AND EXAMINATION OF MANSOOR GHANEEIAN )

Filed by Attorney for Plaintiff/Petitioner

**08/01/2002** Declaration (OF KENNETH PHILLIPS RE: DUE DILIGENCE )
Filed by Attorney for Plaintiff/Petitioner

**08/01/2002** Proof of Service (RE: APPLICATION AND ORDER FOR APPEARANCE
AND EXAMINATION OF FARIBA GHANEEIAN )
Filed by Attorney for Plaintiff/Petitioner

**06/24/2002** Abstract of Judgment ((4) abstracts. )
Filed by Attorney for Creditor

**04/22/2002** Notice of Entry of Judgment
Filed by Attorney for Plaintiff/Petitioner

**04/19/2002** Judgment (ON ARBITRATION AWARD )
Filed by Attorney for Claimant

**04/19/2002** Order (RE: CONFIRMATION OF ARBITRATION AWARD OF 8-7-01 )
Filed by Attorney for Claimant

**04/03/2002** Reply/Response
Filed by Attorney for Petitioner

**04/02/2002** Proof of Service
Filed by Attorney for Plaintiff/Petitioner

**03/22/2002** Notice of Hearing ((AMENDED) NTC OF HRG ON SECOND AMENDED
PETN TO CONFIRM ARBITRA- TION AWARD )
Filed by Attorney for Claimant

**03/12/2002** Amended Petition ( "SECOND" )
Filed by Attorney for Pltf/Petnr

**01/18/2002** Opposition Document
Filed by Attorney for Deft/Respnt

**01/08/2002** Amended Petition
Filed by Claimant

**11/05/2001** Opposition Document (OF RESPONDENTS TO WEDBUSH MORGAN
SECURITIES, INC.'S PETITION TO CONFIRM ARBITRATION AWARD; )
Filed by Respondent

**10/29/2001** Proof of Service (FARIBA GHANEEIAN )
Filed by Attorney for Pltf/Petnr

**10/29/2001** Proof of Service (MANSOOR GHANEEIAN )
Filed by Attorney for Pltf/Petnr

**10/25/2001** Notice of Hearing (On Petition To Confirm Arbitration Award )
Filed by Attorney for Claimant

**10/02/2001** Petition

---

Case Information | Party Information | Documents Filed

**Proceedings Held** (Proceeding dates listed in descending order)

**09/09/2002** at 09:00 am in Department 1A, Murray Gross, Presiding
Judgment Debtor Examination Hrng - **Off Calendar**

**04/19/2002** at 08:32 am in Department 56, Jane Johnson, Presiding
Hearing on Petition - **Granted**

**11/21/2001** at 08:30 am in Department 56, Jane Johnson, Presiding
Motion Hearing - **Held-Continued**

---

Case Information | Party Information | Documents Filed | Proceeding Information