# EXHIBIT 18



2 of 14 DOCUMENTS

* * * THIS DATA IS FOR INFORMATION PURPOSES ONLY * * *

* * * COLLECTED AND COMPILED BY MORTGAGE ASSET RESEARCH INSTITUTE, INC. * * *

PARTY: PERLE, CERY BRADLEY

* * * * * * * * * INCIDENT INFORMATION * * * * * * * * *

JURISDICTION: NASD REGULATION, INC.

SOURCE: NASD REGULATION, INC. DISCIPLINARY ACTIONS - JANUARY 1999

DATE: 12/2/1998

Alleged Offense(s): FAILURE TO PAY ARBITRATION AWARD(S).

PERLE, CERY BRADLEY
CORONA DEL MAR, CA

Action: SUSPENSION

 DISPOSITION: CERY BRADLEY PERLE WAS SUSPENDED PURSUANT TO NASD RULE SERIES 9510, COMMENCING 12/02/98.

HARDCOPY ORDER NUMBER: NAS9901-01141490

EXHIBIT 18 PAGE 167