# EXHIBIT 19



1 of 14 DOCUMENTS

\* \* \* THIS DATA IS FOR INFORMATION PURPOSES ONLY \* \* \*

\* \* \* COLLECTED AND COMPILED BY MORTGAGE ASSET RESEARCH INSTITUTE, INC. \* \* \*

PARTY: PERLE, CERY BRADLEY

\* \* \* \* \* \* \* \* \* INCIDENT INFORMATION \* \* \* \* \* \* \* \* \*

**CASE NUMBER:** C01000020

**JURISDICTION:** NASD REGULATION, INC.

**SOURCE:** NASD REGULATION, INC. DISCIPLINARY ACTIONS - JUNE 2001

**DATE:** 6/2001

Alleged Offense(s): The sanction was based on findings that Cery Bradley Perle received checks from public customers totaling $ 30,000 for the purchase of stock in an IPO prior to the
 registration statement for the offering becoming effective. Furthermore, Perle began aftermarket trading in the stock before completing the distribution of the
 IPO in violation of the NASD's Free-Riding and Withholding Interpretation.

 Other Incident Info: Date indicates the date of the source document listing this information.

PERLE, CERY BRADLEY
Registered Principal
Corona Del Mar, CA

Action: Debarment

 Disposition: Cery Bradley Perle (CRD #2306492, Registered Principal, Corona Del Mar, California) was barred from association with any NASD member in any capacity.

 Other Party Info: CRD #2306492

**HARDCOPY ORDER NUMBER:** NAS0106-01144297

EXHIBIT 19 PAGE 168