# EXHIBIT 20

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jeff E. Scott, Esq. (SBN 126308)<br>GREENBERG TRAURIG, LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404<br>Tel: (310) 586-7700<br>(310) 586-7800<br>Corsair Capital Partners, L.P. & Alternative Investments. | **FILED**<br>NOV - 5 2001<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**ENTERED**
NOV - 6 2001
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:
CERY BRADLEY PERLE
                                                    Debtor.

CORSAIR CAPITAL PARTNERS, L.P. and ALTERNATIVE
INVESTMENTS, L.P.
                                                    Plaintiff(s),
vs.
CERY BRADLEY PERLE
                                                    Defendant(s).

CHAPTER 7
CASE NUMBER LA 01-26497-BB
☒ ADVERSARY NUMBER (If Applicable)
AD 01-02219 (No Hearing Required)

LODGED  01 NOV -2  PM 2:10

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR**
**IN A SPECIFIC CASE [Local Bankruptcy Rule 2090-1(b)]**

The Court having reviewed the Application of the within named non-resident attorney to appear in a specific case under Local Bankruptcy Rule 2090-1(b), and good cause appearing therefore,

IT IS HEREBY ORDERED that the said Application is granted and the following person may appear as requested in the above-entitled case (Specify Name of Applicant): MARTIN P. RUSSO, ESQ.

Dated: ~~OCTOBER   2001~~
November 5, 2001

_____
JUDGE OF THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

Rev. 1/01   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 2090-1.3

2001 © American LegalNet, Inc.

EXHIBIT 20 PAGE 169