# EXHIBIT 21

CERY B. PERLE
39369 Regency Way
Palm Desert, CA 92211
(310) 600-8239

Defendant In Pro Per

FILED
JUN 18 2002

ORIGINAL

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In Re: | ) Case No. LA 01-26497-BB |
| CERY BRADLEY PERLE, | ) [Chapter 7] |
| Debtor. | ) Adv. No. AD01-02219 |
| | ) SUBSTITUTION OF ATTORNEY AND |
| CORSAIR CAPITAL PARTNERS, L.P. | ) [PROPOSED] ORDER THEREON |
| and ALTERNATIVE INVESTMENTS, L.P., | ) |
| Plaintiffs, | ) |
| v. | ) |
| CERY BRADLEY PERLE, | ) |
| Defendant. | ) |

ENTERED
JUN 19 2002

PLEASE BE ADVISED Cery B. Perle, Defendant in propria persona hereby substitutes, H Thomas Fehn, Gregory J. Sherwin and Elizabeth Lowery of FIELDS, FEHN & SHERWIN, 11755 Wilshire Blvd., Suite 1500, Los Angeles, CA 90025, telephone number (310) 473-6338 as his attorneys of record in place of himself in the above-captioned adversary proceeding only.

I hereby consent to this substitution.

Dated: June 18, 2002

_____
CERY B. PERLE
Defendant in Pro Per

44 LSR

EXHIBIT 21 PAGE 170

1 | I accept this substitution.

2 | FIELDS, FEHN & SHERWIN

4 | Dated: June 18, 2002          By _____
                                     GREGORY J. SHERWIN

6 | **ORDER**

8 | IT IS SO ORDERED.

10 | Dated: __6/18__, 2002         _____
                                    Hon. Sheri Bluebond
                                    Judge of the U.S. Bankruptcy Court

2

44A

EXHIBIT 21 PAGE 171