# EXHIBIT 25

Form B1 (Official Form) - (Rev. 3/98)                                                                                                                                  1998 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | Voluntary Petition |
|---|---|

| Name of Debtor (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Perle, Cery Bradley | |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| None | |

| Soc. Sec./Tax I.D. No. (If more than one, state all): | Soc. Sec./Tax I.D. No. (If more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, State, & Zip Code): | Street Address of Joint Debtor (No. & Street, City, State, & Zip Code): |
|---|---|
| 111 North Mansfield Avenue<br>Los Angeles, CA 90036 | |

| County of Residence or of the Principal Place of Business: Los Angeles | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| 9190 West Olympic Blvd., #322<br>Beverly Hills, CA 90212 | |

Location of Principal Assets of Business Debtor (if different from street address above):

528 South Fair Oaks Avenue, Pasadena, CA 91105

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- [ ] This petition is being filed by a corporation or partnership under chapter 11 and the debtor acknowledges that a Venue Disclosure Form is required to be filed by General Order 97-02.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| [X] Individual(s)    [ ] Railroad | | [X] Chapter 7   [ ] Chapter 11   [ ] Chapter 13 |
| [ ] Corporation     [ ] Stockbroker | | [ ] Chapter 9   [ ] Chapter 12 |
| [ ] Partnership     [ ] Commodity Broker | | [ ] Sec. 304 - Case Ancillary to foreign proceeding |
| [ ] Other _____ | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| [X] Consumer/Non-Business   [ ] Business | [X] Full Filing Fee attached |

| Chapter 11 Small Business (Check all boxes that apply) | [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule 1006(b). See Official Form No. 3. |
|---|---|
| [ ] Debtor is a small business as defined in 11 U.S.C. § 101 | |
| [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information (Estimates only)**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 - 50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 - 50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

05/25/2001  **FILED**  14:24
**LA01-26497BB**
DEBTOR:
  PERLE, CERY BRADLEY
JUDGE: HON. S. Bluebond - 626
TRUSTEE: BT56  CH: 07  (COMPLETE)
341A MTG: 06/29/2001 02:30 F01
ADR: 221 N. Figueroa St., #101  L.A.

---

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF.  ID: 708
RECEIPT NO: LA-020976  $ 200.00

EXHIBIT 25 PAGE 200

Form B1 (Official Form 1) Page Two - (Rev.  1998 USBC, Central District of California

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Cery B. Perle | FORM B1<br>Page 2 |
|---|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signed]_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone and Fax Number (If not represented by attorney)

May 7, 2001
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

X _____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone and Fax Number

_____       _____
Date                  Bar Number

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Exhibit "A"**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15 (d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit "B"**
(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____       _____
Signature of Attorney for Debtor(s)     Date

EXHIBIT 25 PAGE 201

Form B6E - (Rev. 4/01)                                                                                          2001 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Cery B. Perle SS                                    Debtor. | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated place an "X" in the column labeled "Unliquidated." If the claim is disputed, place and "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled, "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☒  **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals:** Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☒  **Alimony, Maintenance, or Support:** Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒  **Taxes and certain other debts owed to governmental units:** Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to maintain the capital of an insured depository institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___2___ continuation sheets attached

EXHIBIT 25 PAGE 202

Form B6E - Continued - (Rev. 4/01)                                                    2001 USBC, Central District of California

| In re Cery B. Perle SS | Debtor. | Case No.: (If known) |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

<u>Tax, Alimony, Benefits, Gov. Debt</u>
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY PROPERTY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 990501967<br>Orange County Recorder<br>630 N Broadway Ste 101<br>Santa Ana, CA 92701 | | | 1999 Orange County State of California Back Taxes | | | | $8,625.00 | unknown |
| ACCOUNT NO. 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<br>Internal Revenue Service<br>300 N Los Angeles St<br>Los Angeles, CA 90012 | | | Federal Taxes Back Taxes | | | | unknown | unknown |
| ACCOUNT NO.<br>LaRue Duronslet<br>4541 Alla Road Unit C<br>Marina del Rey, CA 90292 | | | Alimony Back-owed (6 months) | | | | $33,000.00 | unknown |
| ACCOUNT NO.<br>U.S. Department of Labor<br>71 Stevenson Street<br>San Francisco, CA 94105-2937 | | | 12/28/00 Waldron & Co. 401k | | | X | $54,800.93 | unknown |
| ACCOUNT NO. 3-9991<br>Securities Exchange Commission<br>450 Fifth Street, NW<br>Washington, DC 20549 | | | 10/28/99 Admin Proceeding | | | | $110,000.00 | unknown |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) $206,425.93

Total (Use only last page of completed Schedule E) $

(Report total also on summary of Schedules)

EXHIBIT 25 PAGE 203

Form B6E - Continued - (Rev. 4/01)                                                      2001 USBC, Central District of California

In re
Cery B. Perle SS#5                                                           Case No.:
                                                          Debtor.                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes, Governmental Debts
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY PROPERTY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NASD/NASD Regulation<br>1735 K Street, NW<br>Washington, DC 20006-1500 | | | 1999<br>Arbitration | X | | | unknown | unknown |
| ACCOUNT NO.<br>State of California<br>Franchise Tax Board<br>P.O. Box 942840<br>Sacramento, CA 94240 | | | State Income Tax<br>Back taxes owed | | | | unknown | unknown |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal • $ unknown
(Total of this page)
Total • $ 206,425.93
(Use only last page of completed Schedule E)
(Report total also on summary of Schedules)

EXHIBIT 25 PAGE 204

Form B6F - Continued - (Rev. 9/97)  1998 USBC, Central District of California

In re  Cery B. Perle SS
Debtor.

Case No.: _____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>David Lafaille, Esq.<br>1541 Ocean Avenue<br>Suite 300<br>Santa Monica, CA 90401 | | | 3/2/01<br>Legal Services | | | | $5,600.00 |
| ACCOUNT NO.<br>415-253-335<br>Danone Waters NA, Inc.<br>P.O. Box 7126<br>Pasadena, CA 91109-7126 | | | 3/22/01<br>Water | | | | $215.15 |
| ACCOUNT NO.<br>032668949 S<br>AT&T Wireless<br>P.O. Box 151471<br>Los Angeles, CA 90051-5771 | | | 4/19/01<br>Cellular Phone Service | | | | $2,887.71 |
| ACCOUNT NO.<br>22233-630526-03-9<br>AT&T Broadband<br>P.O. Box 78904<br>Phoenix, AZ 85062-8904 | | | 3/21/01<br>Internet Services | | | | $263.54 |
| ACCOUNT NO.<br>5201<br>Neil Einbund Ph.D<br>18663 Ventura Boulevard<br>Suite 201<br>Tarzana, CA 91356 | | | 8/16/00<br>Neil Einbund, Ph.D<br>Professional Services | | | | $350.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $9,316.40
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F)
(Report total also on Summary of Schedules)

EXHIBIT 25 PAGE 205

Form B6F - Continued - (Rev. 9/97)                                                     1998 USBC, Central District of California

In re  Cery B. Perle SS#___                                              Case No.:
                                          Debtor.                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sid Balkman<br>P.O. Box 2119<br>Culver City, CA 90231-2119 | | | 1/4/00<br>Electrical Services | | | X | $1,400.00 |
| ACCOUNT NO. | | | | | | | |
| 08680076 & 08273920<br>Clark Garen<br>P.O. Box 4326<br>Riverside, CA 92514 | | | 6/9/00<br>Hoag Memorial Hospital | | | | $13,183.14 |
| ACCOUNT NO. | | | | | | | |
| 195-135725-1<br>Washington Mutual<br>8484 Wilshire Boulevard<br>Beverly Hills, CA 90211 | | | 3/21/01<br>Checking Account<br>Debit Balance Due | | | | $943.74 |
| ACCOUNT NO. | | | | | | | |
| 323-692-0445-916<br>Pacific Bell<br>Payment Center<br>Van Nuys, CA 91388-0001 | | | 4/7/01<br>Telephone Service | | | | $82.20 |
| ACCOUNT NO. | | | | | | | |
| 1125606500111<br>LA Dept of Water & Power<br>P.O. Box 10210<br>Van Nuys, CA 91410-0210 | | | 4/30/01<br>Electricity | | | | $160.89 |

Sheet no. __2__ of __8__ sheets attached to<br>
Schedule of Creditors Holding Unsecured<br>
Nonpriority Claims

Subtotal ➤ $ 15,769.97<br>
(Total of this page)<br>
Total ➤ $<br>
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

EXHIBIT 25 PAGE 206

Form B6F - Continued - (Rev. 9/97)                                    1998 USBC, Central District of California

In re: Cery B. Perle SS#                                              Case No.:
                                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5414907011924185<br>Cross Country Bank<br>P.O. Box 310711<br>Boca Raton, FL 33431-0711 | | | 4/15/01<br>Credit Card Charges | | | | $2,744.69 |
| ACCOUNT NO. 3236920815-010<br>Pacific Bell<br>Payment Center<br>Van Nuys, CA 91388-0001 | | | 4/7/01<br>Telephone Service | | | | $339.74 |
| ACCOUNT NO. 14500177796<br>The Gas Company<br>P.O. Box C<br>Monterey Park, CA 91756 | | | 4/4/01<br>Gas Utility | | | | $139.43 |
| ACCOUNT NO. 4465691300684053<br>Providian<br>P.O. Box 9539<br>Manchester, NH 03108-9539 | | | 4/25/01<br>Credit Card Charges | | | | $714.05 |
| ACCOUNT NO. 4031170800558419<br>Providian<br>P.O. Box 9539<br>Manchester, NH 03108-9539 | | | 4/10/01<br>Credit Card Charges | | | | $2,614.40 |
| | | | Subtotal ▶ | | | | $6,552.31 |
| | | | Total ▶ (Use only on last page of the completed Schedule F) | | | | $ |

Sheet no. 3 of 8 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Report total also on Summary of Schedules)

EXHIBIT 25 PAGE 207

Form B6F - Continued - (Rev. 9/97)                                                                                    1998 USBC, Central District of California

In re
Cery B. Perle SS                                                                           Case No.:
                                                                    Debtor.                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4227097310913095<br>Cross Country Bank<br>P.O. Box 310711<br>Boca Raton, FL 33431-0711 | | | 4/23/01<br>Credit Card Charges | | | | $3,508.71 |
| ACCOUNT NO. 5440450063535649<br>Orchard Bank<br>P.O. Box 19360<br>Portland, OR 97280 | | | 5/1/01<br>Credit Card Charges | | | | $494.83 |
| ACCOUNT NO. 5440450068691934<br>Orchard Bank<br>P.O. Box 19360<br>Portland, OR 97280 | | | 4/20/01<br>Credit Card Charges | | | | $123.80 |
| ACCOUNT NO. 4071760001376115<br>First Consumers Bank<br>P.O. Box 3910<br>Portland, OR 97208-3910 | | | 4/10/01<br>Credit Card Charges | | | | $1,772.61 |
| ACCOUNT NO. 4121741598002652<br>Capital One<br>P.O. Box 60000<br>Seattle, WA 98190-6000 | | | 5/8/01<br>Credit Card Charges | | | | $2,354.68 |

Subtotal ➤ $ 8,254.63

Sheet no. __4__ of __8__ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

EXHIBIT 25 PAGE 208

Form B6F - Continued - (Rev. 9/97)                                              1998 USBC, Central District of California

| In re Cery B. Perle SS | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ecSalesdata.com<br>117 West 9th Street<br>Los Angeles, CA 90015 | | | 12/00<br>Unsecured Loan | | | | $8,500.00 |
| ACCOUNT NO.<br>Patricia Kampman<br>11975 Laurelwood Drive, #15<br>Studio City, CA 91604 | | | 12/00<br>Personal Loans | | | | $4,200.00 |
| ACCOUNT NO.<br>HealthStyles, Inc.<br>201 Santa Monica, #400<br>Santa Monica, CA 90401 | | | 4/00<br>RxAlternative.com Loan<br>Assumed by HealthStyles | | | | $80,000.00 |
| ACCOUNT NO.<br>Pitney Bowes<br>27 Waterview Drive<br>Shelton, CT 06484 | | | 1997<br>Waldron & Co. Contract | | | X | unknown |
| ACCOUNT NO. 99U06631<br>Dennis P. Riley<br>433 North Camden, #888<br>Beverly Hills, CA 90210 | | | 7/8/99<br>Natalicchio Judgment | | | X | unknown |

Sheet no. 5 of 8 sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 92,700.00

(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

EXHIBIT 25 PAGE 209

Form B6F - Continued - (Rev. 9/97)                                          1996 USBC, Central District of California

In re                                                                        Case No.:
Cery B. Perle SS#
                                                    Debtor.                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Gateway Learning Corp.<br>P.O. Box 77488<br>San Francisco, CA 94107 | | | 4/5/01<br>Books | | | | $250.00 |
| ACCOUNT NO. | | | | | | | |
| Corsair Capital Partners<br>MPR Law Practice<br>60 East 42nd Street, #843<br>New York, NY 10165 | | | 1999<br>Waldron Account | X | | | unknown |
| ACCOUNT NO. | | | | | | | |
| Wedbush Morgan Securities<br>1000 Wilshire Boulevard<br>9th Floor<br>Los Angeles, CA 90030 | | | 1999<br>Waldron Account | X | | | unknown |
| ACCOUNT NO. | | | | | | | |
| Cynthia & Timothy Green<br>Oswald & Yap<br>16148 Sand Canyon Avenue<br>Irvine, CA 92618 | | | 2000<br>Waldron Account | X | | | unknown |
| ACCOUNT NO. | | | | | | | |
| Mansoor Ghaneeian<br>Borchard & Nichol, APC<br>25909 Pala, Suite 380<br>Mission Viejo, CA 92691 | | | 1999<br>Waldron Account | X | | | unknown |

Sheet no. __6__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 250.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

EXHIBIT 25 PAGE 210

Form B6F - Continued - (Rev. 9/97)                                                                1996 USBC, Central District of California

In re
Cery B. Perle                                                    Case No.:
                                                    Debtor.                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>John Aubry<br>Dunn & Roark<br>3901 West Pioneer Parkway<br>Arlington, TX 76013 | | | 1999<br>Waldron Accounts | X | | | unknown |
| ACCOUNT NO.<br>Edward Harris<br>Gardere & Wynne, LLP<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201 | | | 1999<br>Waldron Accounts | X | | | unknown |
| ACCOUNT NO.<br>Alternative Investments L.P.<br>Greeberg & Traurig<br>1925 Century Park East, #2200<br>Los Angeles, CA 90067 | | | 1999<br>Waldron Account | X | | | unknown |
| ACCOUNT NO.<br>Michael A. Martucci<br>Lanahan & Reilley LLP<br>3558 Round Barn Blvd, #300<br>Santa Rosa, CA 95403 | | | 1999<br>Waldron Account | X | | | unknown |
| ACCOUNT NO.<br>Weiss & Yourman<br>10940 Wilshire Blvd, 24th Floor<br>Los Angeles, CA 90024 | | | 2000<br>Waldron Account | X | | | unknown |

Sheet no. 7 of 8 sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ unknown
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

EXHIBIT 25 PAGE 211

Form B6F - Continued - (Rev. 9/97)                                    1998 USBC, Central District of California

In re: Cery B. Perle SS#                    Debtor.        Case No.: _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Beatie and Osborn, 599 Lexington Avenue, New York, NY 10022 | | | 2000 Waldron Accounts | X | | | unknown |
| ACCOUNT NO. Fred Arneniam, NASD, 1735 K Street NW, Washington, DC 20006-1500 | | | 2000 Waldron Accounts | X | | | unknown |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 8 of 8 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ unknown

Total (Use only on last page of the completed Schedule F)  $ 136,516.97

(Report total also on Summary of Schedules)

EXHIBIT 25 PAGE 212

Form B6F (Official Form 6F) - (Rev. 9/97)                                                                 1998 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Cery B. Perl, Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8255909056112375<br>Dish Network<br>P.O. Box 7203<br>Pasadena, CA 91109-7303 | | | 4/2/01<br>Satellite/Cable Service | | | | $119.97 |
| ACCOUNT NO. R00000426<br>TCAST Communications, Inc.<br>24300 Town Center Dr., Suite 320<br>Valencia, CA 91355-1333 | | | 4/30/01<br>Phone Services | | | | $448.62 |
| ACCOUNT NO. 00536769-NO<br>National Enterprise Systems<br>29125 Solon Road<br>Solon, OH 44139 | | | 4/13/01<br>Rental Car | | | X | $405.00 |
| ACCOUNT NO. 26475<br>Luce, Forward, Hamilton & Scripps<br>600 West Broadway, Suite 2600<br>San Diego, CA 92101 | | | 4/3/01<br>Legal Services | | | | $2,700.02 |

_8_ continuation sheets attached

Subtotal ➤ $ 3,673.66

Total ➤ $

(Report total also on Summary of Schedules)

**EXHIBIT 25 PAGE 213**