# EXHIBIT 26



5 of 14 DOCUMENTS

* * * THIS DATA IS FOR INFORMATION PURPOSES ONLY * * *

* * * COLLECTED AND COMPILED BY MORTGAGE ASSET RESEARCH INSTITUTE, INC. * * *

PARTY: PERLE, CERY B.
       WALDRON & CO., INC.

* * * * * * * * * INCIDENT INFORMATION * * * * * * * * *

JURISDICTION: SECURITIES AND EXCHANGE COMMISSION

SOURCE: SEC NEWS DIGEST, ISSUE 99-95 -- 05/18/99

DATE: 5/18/1999

Other Incident Info: FINDINGS ENTERED AGAINST CERY PERLE AND WALDRON & CO.

 On May 3, the Honorable U.S. District Judge Dickran Tevrizian entered findings of fact against Cery B. Perle (Perle) and Waldron & Co. (Waldron), the now-defunct broker-dealer which Perle controlled, for manipulating the stock of the Internet retailer, Shopping.com. The findings, which were the result of a summary judgment motion filed by the Commission in December 1998, show that from November 25, 1997 through March 23, 1998, Perle and Waldron artificially raised the price of Shopping.com's stock 255%, from its IPO price of $ 9.00 to more than $ 32.00 a share. Waldron profited by over $ 4.1 million from the illegal scheme. The Commission had suspended trading in the securities of Shopping.com on March 24, 1998, due to suspected manipulative conduct.

 On February 11, 1999, the court entered a final judgment permanently enjoining Perle and Waldron from violating the antifraud provisions of the federal securities laws, Section 17(a) of the Securities Act of 1933 and Sections 10(b) and 15(c)(1) of the Securities Exchange Act of 1934 and Rules 10b-5 and 15c1-2 thereunder. The court also imposed $ 110,000 in civil penalties against Perle. SEC v. Waldron & Co., Inc.; Cery B. Perle, Civil Action No. 99-3299, DT, Ex, C.D. Cal. (LR-16146)

 Date indicates the date of the source document listing this information.

PERLE, CERY B.
Former Controller
FIRM: WALDRON CO INC

Action: Permanent Injunction and Civil Monetary Penalties

* * * * * * * ADDITIONAL PARTY INFORMATION * * * * * * *

WALDRON & CO., INC.

EXHIBIT 26 PAGE 214

SANCTN

Page 4

Former Broker-Dealer

Action: Permanent Injunction

**HARDCOPY ORDER NUMBER: SEC9905B-00280609**

**EXHIBIT 26 PAGE 215**