# EXHIBIT 27

**2:01-ap-02219-BB** Alternative Investments L P et al v. Perle
**Case type:** ap **Related bankruptcy:** 2:01-bk-26497-BB **Judge:** Sheri Bluebond
**Date filed:** 08/28/2001 **Date of last filing:** 07/11/2003
**Date terminated:** 07/11/2003

# Attorneys

| | | |
|---|---|---|
| **H Thomas Fehn**<br>11755 Wilshire Blvd, 15th Fl<br><br>Los Angeles, CA 90025-1521<br><br>310-473-6338 | representing | **Cery Bradley Perle**<br>9190 West Olympic Blvd #322<br><br>Beverly Hills, CA 90212<br>*(Defendant)* |
| **Jeff E Scott**<br>2450 Colorado Ave Ste 400e<br>Santa Monica, CA 90404<br>310-586-7700 | representing | **Alternative Investments L P**<br>One Sansome Street 29th Floor<br><br>San Francisco, CA 94104<br>*(Plaintiff)*<br><br>**Corsair Capital Partners L P**<br><br>One Sansome Street 29th Floor<br><br>*(Plaintiff)* |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/17/2009 17:40:24 | | | |
| **PACER Login:** | la0241 | **Client Code:** | fiero |
| **Description:** | Attorney List | **Search Criteria:** | 2:01-ap-02219-BB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

## U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
## Adversary Proceeding #: 2:01-ap-02219-BB

*Assigned to:* Sheri Bluebond
*Lead BK Case:* 01-26497
*Lead BK Title:* Cery Bradley Perle
*Lead BK Chapter:* 7
*Demand:* $686000

*Date Filed:* 08/28/01
*Date Terminated:* 07/11/03

*Nature[s] of Suit:* 426 Dischargeability 523

### Plaintiff
---

**Alternative Investments L P**
One Sansome Street 29th Floor
San Francisco, CA 94104

represented by **Jeff E Scott**
2450 Colorado Ave Ste 400e
Santa Monica, CA 90404
310-586-7700

represented by
PRO SE

**Corsair Capital Partners L P**
One Sansome Street 29th Floor

represented by **Jeff E Scott**
(See above for address)

V.

### Defendant
---

**Cery Bradley Perle**
9190 West Olympic Blvd #322
Beverly Hills, CA 90212

represented by **H Thomas Fehn**
11755 Wilshire Blvd, 15th Fl
Los Angeles, CA 90025-1521
310-473-6338

| Filing Date | # | Docket Text |
|---|---|---|
| 08/28/2001 | 1 | Complaint filed in re: LA-01-26497-BB; to determine dischargeability of debt under 11 u.s.c. 523; Demand for jury trial. Receipt No. LA-034354; $150.00 hearing on 10/30/2001 at 2:00 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012[Rescheduled] [MG] (Entered: 08/30/2001) |
| 08/28/2001 | 3 | Notice of the Pro Bono Program mailed to plaintiff [MG] Original NIBS Entry Number: 2A (Entered: 08/30/2001) |
| | | Notice pursuant to rule 7026-1 of the local bankruptcy rules of the Central District of California RE: Item# 1 [MG] Original |

| | | |
|---|---|---|
| 08/28/2001 | 4 | NIBS Entry Number: 3 (Entered: 08/30/2001) |
| 08/30/2001 | 2 | Summons and notice of status conference issued on 8/30/01; answer due 10/01/01; status conference hearing on 10/30/2001 at 2:00 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012 RE: Item# 1 [MG] (Entered: 08/30/2001) |
| 09/07/2001 | 5 | Proof of service of summons and complaint; rule 7026-1 notice; adversary proceeding sheet RE: Item# 2 [MG] Original NIBS Entry Number: 4 (Entered: 09/10/2001) |
| 10/01/2001 | 6 | Answer filed to complaint to determine dischargeability of debt, filed by defendant Cery Bradley Perle, with proof of service RE: Item# 2 [GHR] Original NIBS Entry Number: 5 (Entered: 10/02/2001) |
| 10/18/2001 | 7 | Status report JOINT, filed by Jeff E. Scott, with proof of service RE: Item# 2 [GHR] Original NIBS Entry Number: 6 (Entered: 10/19/2001) |
| 11/01/2001 | 8 | ORDER to show cause why sanctions should not be imposed on defendant for failure to attend status conference and continuing status conference, with certificate of mailing hearing on 11/20/2001 at 2:30 p.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012[Disposed] [YR] Original NIBS Entry Number: 7 (Entered: 11/02/2001) |
| 11/02/2001 | 9 | Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule filed by Jeff E. Scott, with proof of service [Disposed] [GHR] Original NIBS Entry Number: 8 (Entered: 11/06/2001) |
| 11/05/2001 | 10 | ORDER on application of non-resident attorney to appear in a specific case per Local Bankruptcy rule GRANTED RE: Item# 9 [GHR] Original NIBS Entry Number: 9 (Entered: 11/06/2001) |
| 11/20/2001 | 11 | Answer filed to complaint to determine nondischargeability of debt, filed by Cery Bradley Perle, with proof of service RE: Item# 9 Original NIBS Entry Number: 10 ENTERED DUE TO CLERICAL ERROR [Please see AD01-02475 BB, entry # 11] RE: Item# 6 [GHR] Original NIBS Entry Number: 10 (Entered: 11/21/2001) |
| | | ORDER re: sanctions imposed by court to be paid to the court g Traurig, LLP, attorneys for plaintiff, and Cery Bradley Perle, defendant pro se, in the amount of $150.00 each is GRANTED; and, the pre-trial conference is hereby scheduled for 2/26/02 @ |

CM/ECF - U.S. Bankruptcy Court (v3.3.1 - LIVE) Page 7 of 13
Case 2:06-ap-01971-BB    Doc 100-30    Filed 10/20/09    Entered 10/20/09 17:54:28    Page 7 of 13
                        Desc Exhibit 27    Page 5 of 5

| | | |
|---|---|---|
| 06/07/2002 | 44 | Change of address, telephone number and facsimile number of Martin P. Russo to Martin P. Russo, Esq., MPR Law Practice, P.C., The Atrium at Rae Park, 8 John Walsh Boulevard, Suite 411, Peekskill, NY 10566, Tel: 914 739-6000, fax: 914 739-7810; Filed by Laura D. Castner, attorney for plaintiffs; with proof of service [LSR] Original NIBS Entry Number: 43 (Entered: 06/10/2002) |
| 06/18/2002 | 45 | Substitution of attorney H. Thomas Fehn, Gregory J. Sherwin and Elizabeth Lowery in place of defendant Cery Bradly Perle in propria persona; Filed by defendant in pro per [LSR] Original NIBS Entry Number: 44 (Entered: 06/19/2002) |
| 06/18/2002 | 46 | ORDER granting/approving that Cery B. Perle, defendant in propria persona substitutes H. Thomas Fehn, Gregory J. Sherwin and Elizabeth Lowery of Fields, Fehn & Sherwin, 11755 Wilshire Blvd. Suite 1500, Los Angeles, CA 90025, 310 473-6338 as his attorneys of record in place of himself in the adversary proceeding only; Filed by defendant in pro per [LSR] Original NIBS Entry Number: 44A (Entered: 06/19/2002) |
| 06/24/2002 | 47 | Hearing held on 06/18/02 re motion for summary judgment; RULING: CONTINUED HEARING ON 08/13/02 AT 2:30 P.M. RE: Item# 28 [LSR] Original NIBS Entry Number: 45 (Entered: 06/24/2002) |
| 06/24/2002 | 48 | Hearing held on 06/18/02 re continued pre-trial conference re complaint; RULING: CONTINUED TO 08/13/02 AT 2:30 P.M. RE: Item# 1 [LSR] Original NIBS Entry Number: 46 (Entered: 06/24/2002) |
| 06/24/2002 | 49 | Hearing held on 06/18/02 re Order to Show Cause re sanctions; RULING: $875.00 IS JUDGMENT FOR PLAINTIFF; CONTINUED HEARING ON ORDER TO SHOW CAUSE TO SEE IF $100.00 DUE 06/28/02 IS PAID; CONTINUED TO 08/13/02 AT 2:30 P.M. RE: Item# 42 [LSR] Original NIBS Entry Number: 47 (Entered: 06/24/2002) |
| 06/26/2002 | 50 | Proof of service of substitution of attorney and order thereon; filed by Cery B. Perle, Defendant on Pro Per RE: Item# 46 [SQ] Original NIBS Entry Number: 48 (Entered: 06/27/2002) |
| 07/12/2002 | 51 | Declaration of Steven N. Worthington in support of plaintiff's Corsair Capital Partners, L.P.'s and Alternative Investments, L.P.'s motion for summary judgment or, alternatively, for partial summary judgment; Filed by attorneys for plaintiffs RE: Item# 28 [LSR] Original NIBS Entry Number: 49 (Entered: 07/15/2002) |