# EXHIBIT 28

**727OBJ, REOPENED, CLOSED**

## U.S. Bankruptcy Court
### Central District Of California (Los Angeles)
### Bankruptcy Petition #: 2:01-bk-26497-BB

*Assigned to:* Sheri Bluebond
Chapter 7
Voluntary
No asset

Date filed: 05/25/2001
Date reopened: 09/13/2006
Date terminated: 03/27/2007
Date discharged: 03/11/2002

*Debtor*
**Cery Bradley Perle**
9190 W Olympic Bl #322
Beverly Hills, CA 90212
SSN / ITIN: xxx-xx-7006

represented by **Darrell Palmer**
603 N. Highway 101 Ste A
Solana Beach, CA 92075
858-792-5600
Fax : 858-792-5665
Email: darrell.palmer@cox.net

*Trustee*
**Linda J Chu**
707 Wilshire Blvd, Suite 3700
Los Angeles, CA 90071
(213) 688-1300

| Filing Date | # | Docket Text |
|---|---|---|
| 05/25/2001 | 1 | Voluntary petition under chapter 7 [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 2 | Statement of related cases [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 3 | Notice of available chapters [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 4 | Summary of schedules [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 5 | Schedule A filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 6 | Schedule B filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 7 | Schedule C filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 8 | Schedule D filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 9 | Schedule E filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 10 | Schedule F filed [GRI] (Entered: 05/29/2001) |

| 05/25/2001 | 11 | Schedule G filed [GRI] (Entered: 05/29/2001) |
|---|---|---|
| 05/25/2001 | 12 | Schedule H filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 13 | Schedule I filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 14 | Schedule J filed [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 15 | Declaration concerning debtor's schedules [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 16 | Statement of financial affairs [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 17 | Statement of intention [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 18 | Statement of assistance of non-attorney [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 19 | Verification of creditor matrix [GRI] (Entered: 05/29/2001) |
| 05/25/2001 | 20 | Matrix [mailing list] [GRI] (Entered: 05/29/2001) |
| 05/29/2001 | 21 | Notice of 341a meeting [requested from BNC] hearing on 06/29/2001 at 2:30 p.m. at 221 N. Figueroa St., Ste. 101, Los Angeles, CA 90012[Rescheduled] [OVI] (Entered: 05/29/2001) |
| 06/01/2001 | 22 | Certificate of mailing RE: Item# 21 [BNC] (Entered: 06/05/2001) |
| 06/06/2001 | 23 | Request for special notice filed by Oswald & Yap for Cynthia Green with proof of service. [DOM] (Entered: 06/07/2001) |
| 07/03/2001 | 24 | Amendment to schedule[s] with proof of service RE: Item# 4 [CCM] (Entered: 07/05/2001) |
| 07/03/2001 | 25 | Schedule F filed RE: Item# 10 [CCM] Original NIBS Entry Number: 24A (Entered: 07/05/2001) |
| 07/13/2001 | 26 | Trustee worksheet; meeting continued postponed to 08/03/2001 at 4:30 p.m. at 221 N. Figueroa St., Ste. 101, Los Angeles, CA 90012 RE: Item# 21[Rescheduled] [CCB] Original NIBS Entry Number: 25 (Entered: 07/17/2001) |
| 07/13/2001 | 27 | Notice of continued meeting of creditors and appearance of debtor [11 usc 341[a]] [CCB] Original NIBS Entry Number: 26 (Entered: 07/17/2001) |

| | | |
|---|---|---|
| 07/18/2001 | 28 | Notice of motion & motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY re: 2000 Mercedes-Benz E430, VIN WDBJF70J4YB120936, MOVANT: MERCEDES-BENZ CREDIT CORPORATION, By: Rebecca A. Caley, 714 529-1400, with proof of service hearing on 08/14/2001 at 10:00 a.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012[Disposed] [LS2] Original NIBS Entry Number: 27 (Entered: 07/19/2001) |
| 07/18/2001 | 29 | Notice of motion & motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY re: 1998 BMW 740iL, VIN WBAGJ8326WDM23168, MOVANT: BMW FINANCIAL SERVICES NA, LLC, By: Rebecca A. Caley, 714 529-1400, with proof of service hearing on 08/14/2001 at 10:00 a.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012[Disposed] [LS2 ] Original NIBS Entry Number: 28 (Entered: 07/19/2001) |
| 08/08/2001 | 30 | Request for special notice Filed by Jeff E. Scott attorney for Corsair Capital Partners, L.P. and Alternative Investments, L.P.; with proof of service [CCB] Original NIBS Entry Number: 29 (Entered: 08/09/2001) |
| 08/14/2001 | 31 | ORDER granting [in whole or in part] relief from the automatic stay PERSONAL PROPERTY ; With notice of entry RE: Item# 28 [MG] Original NIBS Entry Number: 30 (Entered: 08/14/2001) |
| 08/14/2001 | 32 | ORDER granting [in whole or in part] relief from the automatic stay PERSONAL PROPERTY ; With notice of entry RE: Item# 29 [MG] Original NIBS Entry Number: 31 (Entered: 08/14/2001) |
| 08/14/2001 | 33 | Trustee worksheet; meeting continued postponed to 09/07/2001 at 2:30 p.m. at 221 N. Figueroa St., Ste. 101, Los Angeles, CA 90012 RE: Item# 26 [CCB] Original NIBS Entry Number: 32 (Entered: 08/15/2001) |
| 08/14/2001 | 34 | Notice of continued meeting of creditors and appearance of debtor [11 usc 341[a]] with proof of service [Rescheduled] [CCB] Original NIBS Entry Number: 33 (Entered: 08/15/2001) |
| 08/17/2001 | 35 | Hearing held on 08/14/01 re: relief from stay; RULING: GRANTED RE: Item# 28 [LSR] Original NIBS Entry Number: 34 (Entered: 08/17/2001) |
| 08/17/2001 | 36 | Hearing held on 08/14/01 re: relief from stay; RULING: GRANTED RE: Item# 29 [LSR] Original NIBS Entry Number: 35 (Entered: 08/17/2001) |

| | | |
|---|---|---|
| 09/13/2001 | 37 | Trustee worksheet; meeting continued postponed to 10/29/2001 at 2:30 p.m. at 221 N. Figueroa St., Ste. 101, Los Angeles, CA 90012 RE: Item# 34[Rescheduled] [DOM] Original NIBS Entry Number: 36 (Entered: 09/19/2001) |
| 09/13/2001 | 38 | Notice of continued meeting of creditors and appearance of debtor filed by chapter 7 trustee Linda Chu. [DOM] Original NIBS Entry Number: 37 (Entered: 09/19/2001) |
| 09/26/2001 | 39 | Request for special notice and inclusion on master mailing list; filed by David B. Bloom attorney for Fisk & Pierce; with proof of service [CCB] Original NIBS Entry Number: 38 (Entered: 09/27/2001) |
| 11/07/2001 | 40 | Trustee worksheet; meeting continued postponed to 02/05/2002 at 2:30 p.m. at 221 N. Figueroa St., Ste. 101, Los Angeles, CA 90012 RE: Item# 37 [RG] Original NIBS Entry Number: 39 (Entered: 11/08/2001) |
| 11/07/2001 | 41 | Notice of continued meeting of creditors and appearance of debtor [11 usc 341[a]] [Rescheduled] [RG] Original NIBS Entry Number: 40 (Entered: 11/08/2001) |
| 01/16/2002 | 42 | Court's request to trustee for documents Original NIBS Entry Number: 41<br>Status report 341[a] meeting continued to 2/5/02 at 2:30 p.m. for debtor's compliance with trustee's request for further documents. [JD] Original NIBS Entry Number: 41 (Entered: 01/16/2002) |
| 02/11/2002 | 43 | Trustee worksheet; meeting continued postponed to 04/01/2002 at 2:30 p.m. at 221 N. Figueroa St., Ste. 101, Los Angeles, CA 90012 RE: Item# 41 [DNR] Original NIBS Entry Number: 42 (Entered: 02/12/2002) |
| 02/11/2002 | 44 | Notice of continued meeting of creditors and appearance of debtor [11 usc 341[a]] [DNR] Original NIBS Entry Number: 43 (Entered: 02/12/2002) |
| 02/28/2002 | 45 | Trustee worksheet; meeting concluded [RG] Original NIBS Entry Number: 44 (Entered: 03/04/2002) |
| 02/28/2002 | 46 | Final report of trustee in no asset case [RG] Original NIBS Entry Number: 45 (Entered: 03/04/2002) |
| 03/11/2002 | 47 | DISCHARGE OF DEBTOR [requested from BNC] [OD] Original NIBS Entry Number: 46 (Entered: 03/11/2002) |
| | | |

| | | |
|---|---|---|
| 03/14/2002 | 48 | Certificate of mailing RE: Item# 47 [BNC] Original NIBS Entry Number: 47 (Entered: 03/15/2002) |
| 03/28/2002 | 49 | ORDER closing case DISCHARGED [GLW] Original NIBS Entry Number: 48 (Entered: 03/28/2002) |
| 09/07/2006 | 50 | Motion to Reopen Chapter 7 Case and NOTICE of Motion to reopen Bankruptcy Case to file complaint to determine dischargeability of a debt; Receipt Number none, Fee Amount $220; Filed by Creditor Alfonso Fiero; with proof of service. (Wesley, Wendy Ann) (Entered: 09/11/2006) |
| 09/12/2006 | 51 | Order Granting Motion To Reopen Case (Related Doc # 50 ) for a period of 90 days from the entry hereof and may be automatically reclosed at the expiration of this 90 day period without further order of the court; Signed on 9/12/2006. (Wesley, Wendy Ann) (Entered: 09/13/2006) |
| 10/10/2006 | 52 | Adversary case 2:06-ap-01971. Complaint by Alfonso Fiero, Fiero Brothers Inc against Cery B Perle . Receipt Number 0, Fee Amount $250 Nature of Suit: (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) ,(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)) ,(41 (Objection / revocation of discharge - 727(c),(d), (e))) ,(91 (Declaratory judgment)) ,(21 (Validity, priority or extent of lien or other interest in property))(Mcguire, Debra) (Entered: 10/10/2006) |
| 03/27/2007 | 53 | Bankruptcy Case Closed - DISCHARGE (Queen, Sandra) (Entered: 03/27/2007) |
| 09/29/2008 | 54 | Substitution of attorney; filed by Debtor Cery Bradley Perle . (Milano, Sonny) (Entered: 09/30/2008) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 10/17/2009 17:50:02 | | |
| PACER Login: | la0241 | Client Code: fiero |
| Description: Docket Report | Search Criteria: | 2:01-bk-26497-BB Fil or Ent: filed From: 7/17/2000 To: 10/19/2009 Doc From: 0 Doc To: 99999999 Term: included Format: html |

| Billable Pages: | 3 | Cost: | 0.24 |
|---|---|---|---|

Form B18 (Official Form 18)
(1/98)

# United States Bankruptcy Court
# Central District of California
255 East Temple Street, Los Angeles, CA 90012

## DISCHARGE OF DEBTOR
## IN A CHAPTER 7 CASE

**DEBTOR(S) INFORMATION:**
PERLE, CERY BRADLEY
SSN: 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
EIN: N/A
9190 W OLYMPIC BL #322
BEVERLY HILLS, CA 90212

**BANKRUPTCY NO.** LA 01-26497-BB

**CHAPTER 7**

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Date: March 11, 2002

Jon D. Ceretto
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

(Form rev. 1/98) VAN-30

000041

46 /OD

EXHIBIT 28 PAGE 226

Form B18 Continued
(1/98)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [*In a case involving community property:*] [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed whether the debt was included in the schedules or omitted from them. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are.

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Any party may request reopening of a bankruptcy case to determine whether a particular debt was included within the scope of the discharge. In re Beezley, 994 F. 2d 1433 (9th Cir. 1993). Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**BAE SYSTEMS**
11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

District/off: 0973-2         User: OD              Page 1 of 2                    Date Rcvd: Mar 12, 2002
Case: 01-26497-BB            Form ID: VAN-30       Total Served: 59

The following entities were served by first class mail on Mar 14, 2002.
```
D        PERLE, CERY BRADLEY,    9190 W OLYMPIC BL #322,    BEVERLY HILLS, CA 90212
T       +LINDA J. CHU,    1620 26TH STREET STE 400 SOUTH,    SANTA MONICA, CA 90404-4013
2       +MERCEDES-BENZ CREDIT CORP,    PO BOX 685,    ROANOKE, TX 76262-0685
3       +BMW FINANCIAL SERVICES,    PO BOX 78103,    PHOENIX, AZ 85062-8103
4       +FIRST CONSUMERS,    PO BOX 3910,    PORTLAND, OR 97208-3910
5        ORANGE COUNTY RECORDER,    630 NORTH BROADWAY,    SUITE 101,    SANTA ANA, CA 92701
6        LA RUE DURONSLET,    4541 ALLA ROAD UNIT C,    MARINA DEL REY, CA 90292
7       +US DEPARTMENT OF LABOR,    71 STEVENSON STREET,    SAN FRANCISCO, CA 94105-2999
8        SECURITIES EXCHANGE COMMISSION,    3-9991,    450 FIFTH STREET NW,    WASHINGTON, DC 20549
9       +NASD/NASD REGULATION,    1735 K STREET NW,    WASHINGTON, DC 20006-1516
10      +STATE OF CALIFORNIA,    FRANCHISE TAX BOARD,    PO BOX 942840,    SACRAMENTO, CA 94240-0001
11      +DISH NETWORK,    PO BOX 7203,    PASADENA, CA 91109-7303
12      +TCAST COMMUNICATIONS,    24300 TOWN CENTER DRIVE,    SUITE 320,    VALENCIA, CA 91355-1333
13       NATIONAL ENTERPRISE SYSTEMS,    29125 SOLON ROAD,    SOLON, OH 44139
14       LUCE FORWARD HAMILTON & SCRIPPS,    600 WEST BROADWAY SUITE 2600,    SAN DIEGO, CA 92101
15       DAVID LAFAILLE,    1541 OCEAN AVENUE,    SUITE 300,    SANTA MONICA, CA 90401
16      +DANONE WATERS NA,    PO BOX 7126,    PASADENA, CA 91109-7126
17       GATEWAY LEARNING CORP,    PO BOX 77488,    SAN FRANCISCO, CA 94107
18      +AT&T WIRELESS,    PO BOX 151471,    LOS ANGELES, CA 90015-8471
19      +AT&T BROADBAND,    PO BOX 78904,    PHOENIX, AZ 85062-8904
20       NEIL EINBUND PHD,    18663 VENTURA BOULEVARD,    SUITE 201,    TARZANA, CA 91356
21      +SID BALKMAN,    PO BOX 2LL9,    CULVER CITY, CA 90231
22       CLARK GAREN,    PO BOX 4326,    RIVERSIDE, CA 92514
23       WASHINGTON MUTUAL BANK,    8484 WILSHIRE BOULEVARD,    BEVERLY HILLS, CA 90211
24      +PACIFIC BELL,    PAYMENT CENTER,    VAN NUYS, CA 91388-0001
25      +LA DEPT OF WATER & POWER,    PO BOX 10210,    VAN NUYS, CA 91410-0210
26      +CROSS COUNTRY BANK,    PO BOX 310711,    BOCA RATON, FL 33431-0711
27       THE GAS COMPANY,    PO BOX C,    MONTEREY PARK, CA 91756
28      +PROVIDIAN BANK,    PO BOX 9539,    MANCHESTER, NH 03108-9539
29      +ORCHARD BANK,    PO BOX 19360,    PORTLAND, OR 97280-0360
30       BEATIE AND OSBORN,    599 LEXINGTON AVENUE,    NEW YORK, NY 10022
31      +FRED ARNENJAN,    C/O NASD,    1735K STREET NW,    WASHINGTON, DC 20006
32       JOHN AUBRY,    CLO DUNN & ROARK,    3901 WEST PIONEER PARKWAY,    ARLINGTON, TX 76013
33       EDWARD HARRIS,    C/O GARDERE & WYNNE, LLP,    1601 ELM ST, SUITE 3000,    DALLAS, TX 75201
34       ALTERNATIVE INVESTMENTS L.P.,    C/O GREENBERG & TRAURIG,    1925 CENTURY PARK EAST, STE 2200,
          LOS ANGELES, CA 90067
35       MICHAEL MARTUCCI,    C/O LANAHAN & REILLEY LLP,    3558 ROUND BARN BL, STE 300,    SANTA ROSA, CA 95403
36       WEISS & YOURMAN,    10940 WILSHIRE BLVD, 24TH FL,    LOS ANGELES, CA 90024
38       CORSAIR CAPITAL PARTNERS,    MPR LAW PRACTICE,    60 EAST 42ND ST, STE 843,    NEW YORK, NY 10165
39      +WEDBUSH MORGAN SECURITIES,    1000 WILSHIRE BOULEVARD,    9TH FLOOR,    LOS ANGELES, CA 90017-2457
40       CYNTHIA GREEN/TIMOTHY GREEN,    C/O OSWALD & YAP,    16148 SAND CANYON AVENUE,    IRVINE, CA 92618
41       MANSOOR GHANEEIAN,    C/O BORCHARD & NICHOT,    25909 PALA, STE 380,    MISSION VIEJO, CA 92691
42      +CAPITAL ONE,    PO BOX 60000,    SEATTLE, WA 98190-0001
43       ECSALESDATA.COMM,    117 WEST 9TH STREET,    LOS ANGELES, CA 90015
44       PATRICIA KAMPMAN,    11975 LAURELWOOD DRIVE,    APARTMENT 15,    STUDIO CITY, CA 91604
45       GINO NATALICCHIO/DENIS P. RILEY,    433 NORTH CAMDEN,    SUITE 888,    BEVERLY HILLS, CA 90210
46       HEALTHSTYLES, INC.,    201 SANTA MONICA BOULEVARD,    SUITE 400,    SANTA MONICA, CA 90401
47       PITNEY BOWES CREDIT CORP.,    27 WATERVIEW DRIVE,    SHELTON, CT 06484
48       UNITED STATES TRUSTEE,    221 N. FIGUEROA ST, SUITE 800,    LOS ANGELES, CA 90012-2650
49       LOS ANGELES CITY CLERK,    P. O. Box 53200,    LOS ANGELES, CA 90053-0200
50       FRANCHISE TAX BOARD,    ATTN: BANKRUPTCY,    P. O. BOX 2952,    SACRAMENTO, CA 95812-2952
51      +EMPLOYMENT DEVELOPMENT DEPARTMENT,    BANKRUPTCY UNIT - MIC 92E,    P.O. BOX 826880,
          SACRAMENTO, CA 94280-0001
54       DOHENY SCHOOL,    968 NORTH DOHENY ST.,    LOS ANGELES, CA 90069
55       PRUDENTIAL SERVICES,    199 WATER ST.. 34TH FLR.,    NEW YORK, NY 10292
56       CORSAIR CAPITAL PARTNERS, LP, ET AL,    GREENBERG TRAURIG, LLP,    2450 COLORADO AVE, STE 400E,
          SANTA MONICA, CA 90404
57       CORSAIR CAPITAL PARTNERS,L.P.ET AL.    MPR LAW PRACTICE,    8 JOHN WALSH BL. STE 411,
          PEEKSKILL, NY 10566
58       FISK & PIERCE,    C/O SUSAN CAROLE JAY, ESQ.    3325 WILSHIRE BL. 9TH FL.    LOS ANGELES, CA 90010-1703
```
The following entities were served by electronic transmission on Mar 12, 2002 and receipt of the transmission was confirmed on:
```
1        EDI: IRS.COM Mar 13 2002 02:56:00      IRS SPECIAL PROCEDURES FUNCTION,
          FEDERAL BUILDING (STOP) 5022,    300 NORTH LOS ANGELES STREET,    LOS ANGELES, CA 90012
52      +EDI: IRS.COM Mar 13 2002 02:56:00      INTERNAL REVENUE SERVICE,    INSOLVENCY I STOP 5022,
          300 N LOS ANGELES ST, ROOM 4062,    LOS ANGELES, CA 90012-3308
53       EDI: IRS.COM Mar 13 2002 02:56:00      INTERNAL REVENUE SERVICE,    P. O. BOX 30213,
          LAGUNA NIGUEL, CA 92607-0213
                                                                                              TOTAL: 3
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
37*      GATEWAY LEARNING CORP.,    PO BOX 77488,    SAN FRANCISCO, CA 94107
                                                                                    TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0973-2        User: OD            Page 2 of 2         Date Rcvd: Mar 12, 2002
Case: 01-26497-BB           Form ID: VAN-30     Total Served: 59
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Mar 14, 2002            Signature:  *Joseph Speetjens*

000041

EXHIBIT 28 PAGE 229