# EXHIBIT 29

Form B18 (Official Form 18)
(1/98)

# United States Bankruptcy Court
## Central District of California
255 East Temple Street, Los Angeles, CA 90012

## DISCHARGE OF DEBTOR
## IN A CHAPTER 7 CASE

**DEBTOR(S) INFORMATION:**
PERLE, CERY BRADLEY
SSN: 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
EIN: N/A
9190 W OLYMPIC BL #322
BEVERLY HILLS, CA 90212

**BANKRUPTCY NO.** LA 01-26497-BB

**CHAPTER 7**

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Date: March 11, 2002

BY THE COURT,

Jon D. Ceretto
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

(Form rev. 1/98) VAN-30

46 /OD

000041

EXHIBIT 29 PAGE 230

Form B18 Continued
(1/98)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

<u>Collection of Discharged Debts Prohibited</u>

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [*In a case involving community property:*] [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

<u>Debts That are Discharged</u>

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed whether the debt was included in the schedules or omitted from them. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

<u>Debts That are Not Discharged</u>

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are.

    a. Debts for most taxes;

    b. Debts that are in the nature of alimony, maintenance, or support;

    c. Debts for most student loans;

    d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

    e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

    f. Some debts which were not properly listed by the debtor;

    g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

    h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Any party may request reopening of a bankruptcy case to determine whether a particular debt was included within the scope of the discharge. In re Beezley, 994 F. 2d 1433 (9th Cir. 1993). Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**BAE SYSTEMS**
11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

District/off: 0973-2     User: OD                Page 1 of 2                Date Rcvd: Mar 12, 2002
Case: 01-26497-BB        Form ID: VAN-30         Total Served: 59

The following entities were served by first class mail on Mar 14, 2002.
```
D        PERLE, CERY BRADLEY,   9190 W OLYMPIC BL #322,    BEVERLY HILLS, CA 90212
T       +LINDA J. CHU,    1620 26TH STREET STE 400 SOUTH,     SANTA MONICA, CA 90404-4013
2       +MERCEDES-BENZ CREDIT CORP,    PO BOX 685,    ROANOKE, TX 76262-0685
3       +BMW FINANCIAL SERVICES,    PO BOX 78103,    PHOENIX, AZ 85062-8103
4       +FIRST CONSUMERS,    PO BOX 3910,    PORTLAND, OR 97208-3910
5        ORANGE COUNTY RECORDER,    630 NORTH BROADWAY,    SUITE 101,    SANTA ANA, CA 92701
6        LA RUE DURONSLET,    4541 ALLA ROAD UNIT C,    MARINA DEL REY, CA 90292
7       +US DEPARTMENT OF LABOR,    71 STEVENSON STREET,    SAN FRANCISCO, CA 94105-2999
8        SECURITIES EXCHANGE COMMISSION,    3-9991,   450 FIFTH STREET NW,    WASHINGTON, DC 20549
9       +NASD/NASD REGULATION,    1735 K STREET NW,    WASHINGTON, DC 20006-1516
10      +STATE OF CALIFORNIA,    FRANCHISE TAX BOARD,    PO BOX 942840,    SACRAMENTO, CA 94240-0001
11      +DISH NETWORK,    PO BOX 7203,    PASADENA, CA 91109-7303
12      +TCAST COMMUNICATIONS,    24300 TOWN CENTER DRIVE,    SUITE 320,   VALENCIA, CA 91355-1333
13       NATIONAL ENTERPRISE SYSTEMS,    29125 SOLON ROAD,    SOLON, OH 44139
14       LUCE FORWARD HAMILTON & SCRIPPS,    600 WEST BROADWAY SUITE 2600,    SAN DIEGO, CA 92101
15       DAVID LAPAILLE,    1541 OCEAN AVENUE,    SUITE 300,    SANTA MONICA, CA 90401
16      +DANONE WATERS NA,    PO BOX 7126,    PASADENA, CA 91109-7126
17       GATEWAY LEARNING CORP,    PO BOX 77488,    SAN FRANCISCO, CA 94107
18      +AT&T WIRELESS,    PO BOX 151471,    LOS ANGELES, CA 90015-8471
19      +AT&T BROADBAND,    PO BOX 78904,    PHOENIX, AZ 85062-8904
20       NEIL EINBUND PHD,    18663 VENTURA BOULEVARD,    SUITE 201,    TARZANA, CA 91356
21      +SID BALKMAN,    PO BOX 2LL9,    CULVER CITY, CA 90231
22       CLARK GAREN,    PO BOX 4326,    RIVERSIDE, CA 92514
23       WASHINGTON MUTUAL BANK,    8484 WILSHIRE BOULEVARD,    BEVERLY HILLS, CA 90211
24      +PACIFIC BELL,    PAYMENT CENTER,    VAN NUYS, CA 91388-0001
25      +LA DEPT OF WATER & POWER,    PO BOX 10210,    VAN NUYS, CA 91410-0210
26      +CROSS COUNTRY BANK,    PO BOX 310711,    BOCA RATON, FL 33431-0711
27       THE GAS COMPANY,    PO BOX C,    MONTEREY PARK, CA 91756
28      +PROVIDIAN BANK,    PO BOX 9539,    MANCHESTER, NH 03108-9539
29      +ORCHARD BANK,    PO BOX 19360,    PORTLAND, OR 97280-0360
30       BEATIE AND OSBORN,    599 LEXINGTON AVENUE,    NEW YORK, NY 10022
31      +FRED ARNENJAN,    C/O NASD,    1735K STREET NW,    WASHINGTON, DC 20006
32       JOHN AUBRY,    C/O DUNN & ROARK,    3901 WEST PIONEER PARKWAY,    ARLINGTON, TX 76013
33       EDWARD HARRIS,    C/O GARDERE & WYNNE, LLP,    1601 ELM ST, SUITE 3000,    DALLAS, TX 75201
34       ALTERNATIVE INVESTMENTS L.P.,    C/O GREENBERG & TRAURIG,    1925 CENTURY PARK EAST, STE 2200,
          LOS ANGELES, CA 90067
35       MICHAEL MARTUCCI,    C/O LANAHAN & REILLEY LLP,    3558 ROUND BARN BL, STE 300,    SANTA ROSA, CA 95403
36       WEISS & YOURMAN,    10940 WILSHIRE BLVD, 24TH FL,    LOS ANGELES, CA 90024
38       CORSAIR CAPITAL PARTNERS,    MPR LAW PRACTICE,    60 EAST 42ND ST, STE 843,    NEW YORK, NY 10165
39      +WEDBUSH MORGAN SECURITIES,    1000 WILSHIRE BOULEVARD,    9TH FLOOR,   LOS ANGELES, CA 90017-2457
40       CYNTHIA GREEN/TIMOTHY GREEN,    C/O OSWALD & YAP,    16148 SAND CANYON AVENUE,    IRVINE, CA 92618
41       MANSOOR GHANEEIAN,    C/O BORCHARD & NICHOT,    25909 PALA, STE 380,    MISSION VIEJO, CA 92691
42      +CAPITAL ONE,    PO BOX 60000,    SEATTLE, WA 98190-0001
43       ECSALESDATA.COMN,    117 WEST 9TH STREET,    LOS ANGELES, CA 90015
44       PATRICIA KAMPMAN,    11975 LAURELWOOD DRIVE,    APARTMENT 15,    STUDIO CITY, CA 91604
45       GINO NATALICCHIO/DENIS P. RILEY,    433 NORTH CAMDEN,    SUITE 888,    BEVERLY HILLS, CA 90210
46       HEALTHSTYLES, INC.,    201 SANTA MONICA BOULEVARD,    SUITE 400,    SANTA MONICA, CA 90401
47       PITNEY BOWES CREDIT CORP.,    27 WATERVIEW DRIVE,    SHELTON, CT 06484
48       UNITED STATES TRUSTEE,    221 N. FIGUEROA ST, SUITE 800,    LOS ANGELES, CA 90012-2650
49       LOS ANGELES CITY CLERK,    P. O. Box 53200,    LOS ANGELES, CA 90053-0200
50       FRANCHISE TAX BOARD,    ATTN: BANKRUPTCY,    P. O. BOX 2952,    SACRAMENTO, CA 95812-2952
51      +EMPLOYMENT DEVELOPMENT DEPARTMENT,    BANKRUPTCY UNIT - MIC 92E,    P.O. BOX 826880,
          SACRAMENTO, CA 94280-0001
54       DOHENY SCHOOL,    968 NORTH DOHENY ST.,    LOS ANGELES, CA 90069
55       PRUDENTIAL SERVICES,    199 WATER ST., 34TH FLR.,    NEW YORK, NY 10292
56       CORSAIR CAPITAL PARTNERS, LP, ET AL,    GREENBERG TRAURIG, LLP,    2450 COLORADO AVE, STE 400E,
          SANTA MONICA, CA 90404
57       CORSAIR CAPITAL PARTNERS,L.P.ET AL.,    MPR LAW PRACTICE,    8 JOHN WALSH BL, STE 411,
          PEEKSKILL, NY 10566
58       FISK & PIERCE,    C/O SUSAN CAROLE JAY, ESQ.    3325 WILSHIRE BL. 9TH FL,    LOS ANGELES, CA 90010-1703
```

The following entities were served by electronic transmission on Mar 12, 2002 and receipt of the transmission
was confirmed on:
```
1        EDI: IRS.COM Mar 13 2002 02:56:00      IRS SPECIAL PROCEDURES FUNCTION,
          FEDERAL BUILDING (STOP) 5022,    300 NORTH LOS ANGELES STREET,    LOS ANGELES, CA 90012
52      +EDI: IRS.COM Mar 13 2002 02:56:00      INTERNAL REVENUE SERVICE,    INSOLVENCY I STOP 5022,
          300 N LOS ANGELES ST, ROOM 4062,    LOS ANGELES, CA 90012-3309
53       EDI: IRS.COM Mar 13 2002 02:56:00      INTERNAL REVENUE SERVICE,    P. O. BOX 30213,
          LAGUNA NIGUEL, CA 92607-0213
                                                                                               TOTAL: 3
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
37*      GATEWAY LEARNING CORP.,    PO BOX 77488,    SAN FRANCISCO, CA 94107
                                                                                               TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0973-2          User: OD           Page 2 of 2          Date Rcvd: Mar 12, 2002
Case: 01-26497-BB             Form ID: VAN-30    Total Served: 59
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Mar 14, 2002            Signature: _Joseph Speetjens_

000041

EXHIBIT 29 PAGE 233