# EXHIBIT 30

# U.S. Party/Case Index

## Bankruptcy Name Search Results

5 Total Party matches for selection PERLE, CERY for CALIFORNIA
Search Complete
Tue Oct 20 17:10:00 2009
Selections 1 through 5 (Page 1)

● Download (1 pages $ 0.00)

| Name | Court | Case No. | Filed | Chapter |
|---|---|---|---|---|
| 1 PERLE, CERY B<br>FIERO AND PERLE | cacbke | 06-01971 | 10/10/2006 | AP |
| 2 PERLE, CERY BRADLEY<br>GREEN AND PERLE | cacbke | 01-02197 | 08/28/2001 | AP |
| 3 PERLE, CERY BRADLEY<br>ALTERNATIVE INVESTMENTS L P AND PERLE | cacbke | 01-02219 | 08/28/2001 | AP |
| 4 PERLE, CERY BRADLEY<br>FISK AND PERLE | cacbke | 01-02475 | 10/18/2001 | AP |
| 5 PERLE, CERY BRADLEY<br>CERY BRADLEY PERLE | cacbke | 01-26497 | 05/25/2001 | 7 |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 10/20/2009 17:10:00 |||
| PACER Login: | la0241 | Client Code: | fiero |
| Description: | Bankruptcy srch pg 1 | Search Criteria: | PERLE, CERY |
| Billable Pages: | 1 | Cost: | 0.08 |

U.S. Party/Case Index - Home
Search: All Court Types | Appellate | Bankruptcy | Civil | Criminal
Reports: Court Code List | Date Range | Courts not on Index | Statistical Reports
User Options: Change Client Code | New Login | Billing History | PSC Home Page | E-Mail PSC | Logout

??? Help