DARRELL PALMER (125147)
Law Offices of Darrell Palmer
603 N. Hwy 101, Suite A
Solana Beach, CA 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Defendant, CERY B. PERLE

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CERY B. PERLE,<br><br>   Debtor,<br>_____<br><br>ALFONSO FIERO, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor FIERO BROTHERS, INC., Assignor, pursuant to the Assignment dated March 1, 2006,<br><br>   Plaintiff,<br><br>  vs.<br><br>CERY B. PERLE<br><br>   Defendant | Case No.: LA 01-26497-BB<br><br>ADV06-01971BB<br><br>**DECLARATION OF DARRELL PALMER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 10, 2009<br>Time: 2:00 p.m.<br>Place: Courtroom 1475<br>Judge: Hon. Sheri Bluebond |

1

I, Darrell Palmer declare as follows:

**1.** I am an attorney at law duly licensed to practice before this court. I am attorney of record for Defendant Cery B. Perle. The following is based on my personal knowledge and if called upon as a witness I could competently testify thereto.

**2.** Exhibits 1 to 16 are true and correct copies of documents obtained during discovery. These exhibits are documents that were part of the files of the NASD Arbitration between Fiero Brothers and Defendant; these documents were produced my Martin Russo at his deposition in New York, in response to a subpoena. According to Russo, Fiero Brothers' former attorney, the files had been in storage for years since the 1998 arbitration.

**3.** Exhibit 17 is a true and correct copy of a complaint instituting disciplinary action by the Department of Enforcement against Fiero Brothers, Inc. and John Fiero, case no. CAF98002 filed before the NASD.

**4.** Exhibit 18 is a true and correct copy of the NASD award dated December 6, 2000 rendered in case no. CAF98002. Fiero Brothers, Inc. and John Fiero were fined $1,000,000.00 and expelled from the NASD.

**5.** Exhibit 19 is a true and correct copy of the decision of the National Adjudicatory Council dated October 28, 2002 on Fiero Brother's appeal, confirming the NASD decision.

**6.** Exhibit 20 is a true and correct copy of the proposed rule change in 17 CFR 240 et seq. which I downloaded and printed from the website of the Unites States Securities and Exchange Commission.

Dated: October 27, 2009    ____/s/ Darrell Palmer_____
                            Darrell Palmer, Attorney for Defendant