DARRELL PALMER (125147)
Law Offices of Darrell Palmer
603 N. Hwy 101, Suite A
Solana Beach, CA 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Defendant, CERY B. PERLE

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CERY B. PERLE,<br><br>      Debtor,<br>_____<br><br>ALFONSO FIERO, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor FIERO BROTHERS, INC., Assignor, pursuant to the Assignment dated March 1, 2006,<br><br>      Plaintiff,<br><br>  vs.<br><br>CERY B. PERLE<br><br>      Defendant<br>_____ | Case No.: LA 01-26497-BB<br><br>ADV06-01971BB<br><br>**NOTICE OF LODGMENT OF AUTHORITIES IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 10, 2009<br>Time: 2:00 p.m.<br>Place: Courtroom 1475<br>Judge: Hon. Sheri Bluebond |

1

Defendant Cery B. Perle submits that following authorities under United States Bankruptcy Court, Central District Local Rule 9013-2(b)(4) in support of his opposition to Plaintiff's motion for summary judgment.

1. *Stanback* v. *Lambert* (*In re Lambert*) 233 Fed. Appx. 598; 2007 U.S. App. LEXIS 7258.

2. *Guardado* v. *Bozovic* (*In re Bozovic*) Bankruptcy No. 03 B 28675; Adv. No. 04 A 00160 heard before the United States Bankruptcy Court, Northern District of Illinois, Eastern Division.

Dated: October 27, 2009                     /s/ Darrell Palmer
                                            Darrell Palmer, Attorney for Defendant