DARRELL PALMER (125147)
Law Offices of Darrell Palmer
603 N. Hwy 101, Suite A
Solana Beach, CA 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Defendant, CERY B. PERLE

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CERY B. PERLE,<br><br>　　　　　Debtor,<br>_____<br><br>ALFONSO FIERO, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor FIERO BROTHERS, INC., Assignor, pursuant to the Assignment dated March 1, 2006,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CERY B. PERLE<br><br>　　　　　Defendant | Case No.: LA 01-26497-BB<br><br>ADV06-01971BB<br><br>**DEFENDANT CERY B. PERLE'S EXHIBITS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 10, 2009<br>Time: 2:00 p.m.<br>Place: Courtroom 1475<br>Judge: Hon. Sheri Bluebond |

1

DEFENDANT CERY B. PERLE'S EXHIBITS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant Cery B. Perle submits the following exhibits in support of his opposition to Plaintiff's motion for summary judgment:

| No. | Exhibits |
|---|---|
| 1. | Cery Perle's Answer and Counter Claim in Case No. 98-00587 in the Arbitration before the NASD. |
| 2. | Cery Perle's Letter brief dt. March 27, 1998 to the NASD |
| 3. | Fiero Brothers' Letter brief dt. June 30, 1998 to the NASD |
| 4. | Cery Perle's Letter brief dt. August 5, 1998 in the Arbitration before the NASD. |
| 5. | Cery Perle's Letter brief dt. August 12, 1998 in the Arbitration before the NASD. |
| 6. | Fiero Brothers' Letter brief dt. August 26, 1998 in the Arbitration before the NASD. |
| 7. | Resume of Robert W. Lowry |
| 8. | Documents re Fiero Brother's manipulation of the market in Shopping.com introduced at the NASD Arbitration by Defendant. |
| 9. | Excerpts from the transcript of the NASD Arbitration Proceedings, pgs. 219-232. |
| 10. | Newspaper articles re internet shopping companies, introduced by Defendant at the NASD Arbitration. |
| 11. | Letter dt. April 4, 1998 introduced by Defendant at the NASD Arbitration |
| 12. | Letter dt. March 9, 1998 introduced by Defendant at the NASD Arbitration |
| 13. | Excerpts from the transcript of the NASD Arbitration Proceedings, pgs. 493-544. |
| 14. | Document introduced as Exhibit 68 at the NASD Arbitration by Fiero Brothers |
| 15. | Excerpts from the transcript of the NASD Arbitration Proceedings, pgs. 982-983. |
| 16. | April 16, 1998 newspaper article |
| 17. | Complaint filed by the department of enforcement against Fiero Brothers before the NASD. |
| 18. | Hearing Panel decision in NASD disciplinary action against Fiero Brothers and John Fiero, dated December 6, 2000. |
| 19. | Decision of the NASD in Fiero Brothers' appeal of the NASD disciplinary action against Fiero Brothers and John Fiero, dated October 28, 2002. |
| 20. | SEC Proposed Rule Change re 17 C.F.R. 240 et al. |

Dated: October 27, 2009                  __/s/ Darrell Palmer_____
                                         Darrell Palmer, Attorney for Defendant

2

DEFENDANT CERY B. PERLE'S EXHIBITS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT