# EXHIBIT 7

## Robert W. Lowry

**Employment History**

**Securities Consultant**
**May 1996 to Present**

Since May 1996, I have been self employed as a consultant in the field of securities regulation, specializing in matters involving trading, market manipulation and sales practices of broker dealers. I now provide litigation support services and expert witness testimony to, among others, the SEC and the States of New Jersey and Arizona. I have testified in federal court for the SEC as an expert in market manipulation (SEC v. Andrew S. Pitt, et al.).

**Prudential Insurance Company of America, Newark, NJ**
**May 1995 to May 1996**

**Director, Securities Compliance, Corporate Compliance Department.** Responsible for assessing securities compliance of Prudential's largest broker dealer, Pruco Securities Corporation. Evaluated the adequacy of the operating procedures, branch office inspection program, training initiatives and written supervisory procedures. Recommended and implemented appropriate corrective action when needed. Conducted sensitive investigations and branch office inspections to identify systemic weaknesses in the compliance structure and to respond to regulatory inquiries.

**Securities Exchange Commission, Washington, DC**          *20 years*
**Jan 1972 to May 1995**

**Senior Accountant, Division of Market Regulation,** which was responsible for the SEC's broker dealer examination program and inspections of self-regulatory organizations (NASD, NYSE, and AMEX). Conducted broker-dealer examinations, inspected the activities of self-regulatory organizations ("SROs"), analyzed complex financial records and securities transactions, made detailed written and oral reports of my findings, maintained routine contact with SEC regional office personnel to recommend examination priorities and resolve examination issues, advised staff on complex regulatory matters, and was consulted by the Division of Enforcement and the Office of General Counsel on all markup cases considered by the Commission. For the last ten years of tenure, worked with the Division of Enforcement on complex investigation and litigation matters. This work included taking testimony, analyzing trading data, preparing schedules and testifying in federal court on three occasions (SEC v. First Jersey Securities, SEC v. Thomas James and U.S. v. Eric Wynn). Qualified at trial as an expert in markups and over-the-counter trading.

F 007354

**Robert W. Lowry**
**Page 2**

**Education**

University of Maryland, College Park, MD
B. A. Business Administration, 1976

**Summary of Skills**

Thorough knowledge of the Federal Securities laws and regulations, the securities industry,
accounting practices, and capital formation.  Proficient in examining and investigating broker
dealer activities; inspecting the activities of SROs; making effective oral and written presentations;
analyzing complex financial records and transactions; investigating illegal broker dealer activities;
analyzing and calculating markups and markdowns; and using a personal computer.

**Address**

1502 Woodlea Drive
Leesburg, VA 20175

| Phone | 703-443-1512 |
|-------|-------------|
| Business | 703-737-3167 |
| Fax | 703-737-3169 |

F 007355