# EXHIBIT 10

Case 2:06-ap-01971-BB   Doc 104-20   Filed 10/27/09   Entered 10/27/09 20:43:28
Desc Exhibit 10   Page 2 of 14

OLOGY SPECIAL

# NESS
## ING EDGE

*WALD GNL*

**Los Angeles Times**



# Internet Stocks Scale Heights, Giving Some Experts Vertigo

■ **Securities:** Popularity of even money-losing firms keeps analysts debating whether investors are being foolish or prescient.

By GREG MILLER
TIMES STAFF WRITER

SAN FRANCISCO—Shares of Internet-based companies continued their gravity-defying ascent last week—even while most tech stocks were slumping—prompting a new round of questions about whether online firms' financial performance will ever live up to Wall Street's stratospheric expectations.

**Amazon.com, Yahoo Inc., EarthLink Network Inc.** and half a dozen other Internet firms watched their stocks climb to record highs, even though they started the week at altitudes that leave investors in other industries gasping for air.

Amazon.com, for instance, finished the week with a market capitalization—stock price multiplied by the number of shares outstanding—approaching $1.9 billion, despite the fact that the online bookseller has never had a profit and posted sales of just $148 million last year.

In contrast, rival **Barnes & Noble Inc.**'s market value is in the same ballpark at $2.6 billion, even though it, too, has an online business, not to mention 1,006 stores and $2.7 billion in sales—18 times Amazon's.

Analysts said they have never seen a group of companies whose stock values are
Please see NET, D6

F 007829



particular lines rather than initiating complete overhauls.

At **Northrop Grumman** Corp., for example, the company has implemented more than 50 reforms completed by a number of specialists, said Ch— Ebeling, the manufacturing director there.

Lean manufacturing proponents at the Boeing plant that assembles  Some of the biggest savings to come through the use of integrated product teams, combining engineers, assemblers and suppliers. At Raytheon Systems Co. (formerly  described as a rocket scientist himself. "But it's terribly important."

*Karen Kaplan covers technology and can be reached at karen.kaplan @latimes.com*

# NET: Stocks Are Defying Traditional Views on Value

**Continued from D1**.

so out of proportion to historical financial performance. But they added that when it comes to the Internet, conventional means of evaluating stocks no longer apply.

Paul Noglows, an analyst at the investment bank Hambrecht & Quist in San Francisco, called the valuations of many Internet stocks "heady," but added that it's tough to say what levels are reasonable, given expectations for the growth of the Net itself.

According to researcher International Data Corp., the number of Internet users worldwide was 68 million at the end of 1997 but is expected to grow to 97 million by the end of this year, with no end in sight.

"The Internet opportunity as a whole has not been overvalued," Noglows said. "And those companies that play a defining role will justify over the long term the premiums being put on them today."

T_ were a few rational explanations for the Internet stocks' spike last week, including President Clinton's recent pledge to keep the Internet free of taxes.

Investors also seemed to be shifting their bets to Internet stocks and away from traditional computer powerhouses, including **Intel** Corp., **Compaq Computer** Corp. and others that recently warned of sinking profits. As their shares stumbled, Net stocks climbed.

In fact, the rotation hinged on the theory that Internet companies might actually gain from a price war besetting their PC brethren. As computer prices plunge, the theory goes, more people will buy

### Tech Rockets

As some tech stocks plummet on poor earnings news, many Internet stocks are spiking into the stratosphere. Market capitalization, 1997 revenues and year-over-year revenue growth for three Internet stars:

| Company | Market capitalization, in billions | 1997 revenue, in millions | % change in revenue, 1996 to 1997 |
|---|---|---|---|
| Amazon.com | $1.88 | $147.8 | +841% |
| EarthLink Network | 0.61 | 79.2 | +144 |
| Yahoo | 3.82 | 67.4 | +253 |

Source: Bloomberg News

Los Angeles Times

them, link up to the Net and turn to companies such as Yahoo, Amazon and EarthLink for goods and services.

But these recent developments merely added altitude to stocks that were already sky-high. For some perspective, consider that bellwether stocks such as Intel commonly trade at prices 20 to 30 times their earnings per share. Even before Yahoo shares peaked at $92.38 on Tuesday, they had been trading at about 170 times earnings.

"From the day we started, I've told all our employees and managers not to pay attention to the stock price," said Tim Koogle, chief executive of the Santa Clara, Calif.-based search engine company. "I've told them to build a business that's good, big and profitable."

In achieving all three, Yahoo is a rarity among Internet companies. It posted a slim profit of $2.5 million last year (excluding the cost of buying e-mail service **Four 11**) on sales of $67 million.

But at this stage of the Internet's development, Koogle is less concerned with profit than with positioning Yahoo as consumers' favorite starting point on the World Wide Web. By pursuing a strategy of gathering as much content as possible and presenting it in the simplest fashion, Yahoo has broken away from the Net navigation pack.

Yahoo was visited by nearly 40% of all Internet users in January, double its closest competitor, according to research firm Media Metrix. That helps explain why it also collects more ad revenue than any other site and is increasingly getting a percentage of its advertisers' transactions. Web advertising is expected to grow from roughly $940 million last year to $7.67 billion by 2002, according to researcher Jupiter Communications.

Analysts say there's no such thing as a sure thing on the Internet, but Yahoo comes closer than most. Others' positions are more precarious.

Seattle-based Amazon, for instance, is by far the leading bookseller online, with between 65% and 80% of the market, according to various estimates. But the looming presence of Barnes & Noble which can afford to treat online sales as a loss leader, makes Amazon appear vulnerable.

EarthLink, the Pasadena-based Internet service provider, has rapidly built its subscriber base to 650,000 with a deft consumer touch and a recent deal to absorb **Sprint** Corp.'s subscribers.

**America Online** Inc. still casts an enormous shadow with 11 million subscribers, but EarthLink founder Sky Dayton points out that his company has already outlasted many phone companies and other well-heeled rivals.

After going public at $13 a share in January 1997 and dipping below $9 in the spring, EarthLink's stock has surged, peaking at $58.44 last week. Not bad for another company with no profits.

It's possible that Yahoo, Amazon and EarthLink are poised to cash in on the first new mass medium in decades. But until that happens, there will be skeptics like Fred Hickey, publisher of the High Tech Strategist newsletter in New Hampshire.

The soaring Net stocks are "like a confidence game, a pyramid scheme, and the end will come when the last fool is in," Hickey said. The only consolation, he said, is that investors spooked by earnings warnings from Intel and others won't have to face such warnings from Net firms.

"They don't have earnings," Hickey said.


**REFINANCE NOW!**
Lowest Rates since 1993
30 Yr Fixed **6.75%** A.P.R. 6.98%
1 Yr. Adjustable **5.00%** A.P.R. 6.82%

M_ um Output Mortgage
Loan Approval · Call For Details
**(800) 950-0349**
Real Estate Broker, licensed in California

You Asked For It and....
**IT'S BACK!**
**FREE COPIERS**
Call 800-576-FREE
(3733)


AUTHORIZED **Konica** DEALER
**Advanced Business Machines** will place a copier in your office free of charge. With the Cost Per Copy Program, you just pay for the copies. Not only will you have the flexibility you need, you will save 30 to 50% compared to your existing purchase of lease program.
**ABM ADVANCED BUSINESS MACHINES** We Guarantee It!

# KISS YOUR MALL GOODBYE

**Online shopping is faster, cheaper and better**

**Hot stocks and brash billionaires**

Jerry Yang of Yahoo!

#BXBDJLX************CARR-RT-SORT**C023
#90025LWEWL755E92H5 T5 CO19R*** NOV98
ELIZABETH LOWERY                      0009
                                     #02250
11755 WILSHIRE BLVD 15F1             P00050
LOS ANGELES       CA 90025-1506

RECEIVED JUL 1 3 1998

F 007831

# CLICK TILL YOU DROP

## The Internet has become a shopper's paradise, stocked with everything from wine to cars. Business will never be the same

**By MICHAEL KRANTZ** SAN FRANCISCO

"I KNOW WE'RE NOT NORMAL," JERRY Yang says with a boyish grin, making a halfhearted effort to straighten up his cubicle for his visitor. It's not much of an office by mogul standards: just a nondescript desk, a couple of cheap plastic milk crates bulging with papers, an old futon. Magazines are piled in a corner, and a window offers a distinctly déclassé view of the parking lot.

Of course, by the standards of David Filo, 32, Yahoo's other co-founder, 29-year-old Jerry's digs are West Coast Donald Trump. Filo's office is truly a Goodwill collection truck of a workspace, with dirty socks and T shirts jumbled in with books, software and other debris. Even more startling is his office computer: a poky clone running an outdated Pentium 120 chip. Why wouldn't the chief technologist of the Internet's No. 1 website use the top of the line? Filo just shrugs. "Upgrading is a pain."

Could this be the face of 21st century capitalism? You'd better believe it. Two years ago, conventional wisdom still derided the World Wide Web as an amusing toy with little practical application. No more. With striking speed, the business that Yahoo (or, as the company formally calls itself, Yahoo!) has been pioneering has grown into nothing less than a new economic order, a Net Economy! whose exclamation point came last week, when shares of Yahoo surged to more than $200 (closing at $181 on Friday), making billionaires of two young men who just a generation ago would only be beginning their climb up the organization ladder.

Instead they're already creating a world that is about to become your own. The Net economy that Yang and Filo are building doesn't exist merely in the 115 million Web-page views that Yahoo serves up to hungry surfers every day nor in the stock-market pyrotechnics that have given their venture an explosive $8 billion valuation. The real economy exists in the thousands—even tens of thousands—of sites that together with Yahoo are remaking the face of global commerce. Want to snag a $900 suit for $150? Try *countryroadfashions.com* (but be warned: they're based in Thailand, so you'll have to take your own measurements). Looking for that hard-to-find anthropology book? *Amazon.com* is your best bet. Yearn to have your weekly groceries delivered to your door? *Peapod.com* exists to make your grocery shopping easier—and it even lets you specify how ripe you like your bananas. How about if you want to know the difference between several brands of stereo receivers? Try *Compare.Net*, which offers a free online buyer's guide that allows users to compare features on more than 10,000 products.

And that's the pitch for this new electronic world: faster, cheaper, better. It's the same line we've heard for decades from computer manufacturers, stereomakers and software firms like Microsoft. "Information at your fingertips" is what Bill Gates called it as far back as 1990. Then it was an unimaginably seductive vision. Now it has become a lucrative reality for a select few. *Compare.Net*, for instance, has grown from four employees to



nearly 40 in less than two years, and its revenue growth is a stunning 25%—every month. Yahoo's lucre spreads beyond Yang and Filo. Just ask the dozens of other post-pubescent millionaires who prowl the firm's Santa Clara, Calif., headquarters. Barefoot.

The real promise of all this change is that it will enrich all of us, not just a bunch of kids in Silicon Valley. With online price comparisons, automatic grocery shopping and the ability to get whatever we want whenever we want it, 21st century Americans will face a radical reshaping of the consumer culture we've been building since the 1950s. Think, for a second, about the revolution that shopping malls created in the 1970s and 1980s. They defined not only how we bought stuff but also how we spent our time. The malls themselves became essential parts of a new suburban design, where castles of consumption shaped town layouts in the same way the Colosseum shaped Rome. At its heart, cybercommerce isn't just about building businesses either. It is also, explains Yang, about building a

ILLUSTRATION BY ED GABEL

35

F 007833

# VIRTUAL SHOPPING
## IS IT BETTER THAN THE REAL THING?

| THE PRODUCTS<br>We took a daylong Net shopping spree and compared it to the real world. Here are the results: | BOOK<br>*Cold Mountain*<br>by Charles Frazier | AIRLINE TICKETS<br>New York City to Los Angeles on Tower Air  |
|---|---|---|
| **ONLINE BARGAIN?** Is shopping on the Web cheaper than hitting midtown Manhattan? | **ONLINE** $16.80 plus $3.95 shipping. Arrives in 3 to 7 days www.amazon.com<br><br>**IN STORE** $21.60 at Barnes & Noble (plus tax) | **ONLINE** $404 round trip www.travelocity.com<br><br>**IN STORE** The same from virtually any travel agency or airline |
| **THE GOOD NEWS** What we loved about cybershopping | **EASY BROWSING** and great links from books you like to others you might enjoy; especially good for hard-to-find volumes | **LOTS OF INFORMATION**, especially in the Destination Guide, which has links to restaurants, hotels and local sights and sounds |
| **THE BAD NEWS** What we missed about the real world | **LOW FLIRT FACTOR** You can't pick up fellow existentialists in the philosophy section while sipping a latte–yet | **NOT NECESSARILY CHEAPER** Everyone has access to the same databases, so don't always expect to find a better bargain |
| **OTHER SITES** | www.barnesandnoble.com<br>www.borders.com | www.expedia.com<br>www.previewtravel.com |
| **THE FUTURE?** Is the Web going to replace old-fashioned stores? See our meters | <br>**CHEAP PRICES** and endless hours will crowd out superstores | <br>**MUZAK LOVERS** may miss phoning it in. The Web wins |

new culture of convenience and speed. It's an attractive idea. By the year 2000, according to the GartnerGroup, online consumer sales will reach $20 billion, an increase of 233% over this year's estimated $6.1 billion. And online commerce between companies (places like Boeing that now buy computers online from Dell) is growing even faster. In 1998, says the GartnerGroup, business-to-business trades over the Internet will total $15.6 billion—and by 2000 that figure will reach $175 billion. "The new econo-

**PAGE BY PAGE**
**Amazon.com guru Jeff Bezos is building an online retail giant**

my," says Joe Carter, managing partner at Andersen Consulting, "could rapidly overtake the existing economy as we know it."

There are skeptics. Stephen Roach, chief global economist at Morgan Stanley Dean Witter, suspects that e-commerce is being oversold, though he admits it's growing rapidly. "I question if it'll ever be big." He is right when he notes that e-commerce is no more than 1% of the U.S.'s $8.5 trillion economy; in fact, consumer online sales now account for only .2% of total retail. And e-commerce, Roach argues, is hardly on a par with the Industrial Revolution. "This is an intangible cerebral revolution, which is a lot harder to pull out."

But for hundreds of front-line businesses, this cerebral revolution has become very real. And very unpleasant. Talk to the folks at 230-year-old *Encyclopaedia Britannica*, which two years ago dismissed its entire home sales force in North America after the arrival of the Internet at $8.50 a month made the idea of owning a $1,250, 32-volume set of books seem less appealing. Kids, everyone knew, were just as happy to get their information online or from a CD-ROM. In fact, they preferred it. The 170-

PAUL SOUDERS—GAMMA LIAISON

F 007834



| CD  | PERFUME  | CAR  | WINE |
|---|---|---|---|
| *In the Wee Small Hours* by Frank Sinatra | Chanel No. 5 3.4-oz. eau de cologne splash | Volkswagen Beetle 1998 | Kendall Jackson Vintner's Reserve Chardonnay, 1996 |
| **ONLINE** $13.99 ($2.99 shipping). Arrives in 3 to 6 days www.cdnow.com | **ONLINE** $57 with free shipping. Arrives in 2 to 5 days www.perfumemart.com | **ONLINE** $15,200 (base); $20,700 (with extras, negotiable) www.carpoint.com | **ONLINE** $8.99 ($7.75 shipping to N.Y.); $107.88 per case plus $33.95 shipping. Three-day air www.klwines.com |
| **IN STORE** $13.99 at Coconuts (plus tax) | **IN STORE** $60 at Saks Fifth Avenue (plus tax) | **IN STORE** Prices are the same at local dealerships | **IN STORE** $9.99 or $113.90 per case at Astor Wines & Spirits |
| **CONVENIENT**, huge selection, good prices and a terrific discography page with reviews, biographies and sound samples | **LARGE SELECTION**, good prices and free shipping. Even better: the site contains some discontinued scents | **CUTS DOWN** on shopping time. Provides pricing reports, test-drive reviews, leasing options and links to financing sites | **GREAT FOR RARE** and hard-to-find wines. Good value and selection of both domestic and imported. Extensive reviews |
| **CAN'T BEBOP ON THE SPOT** Real-world record stores offer instant gratification and unbeatable browsing | **SENSORY UNDERLOAD** There's no smell-by-wire technology (yet) so you miss the fun of bathing in free store samples | **CAN'T KICK THE TIRES** or test-drive. CarPoint passes buyer info on to dealerships, so the price is the same. Try before you buy | **WHO WANTS TO** wait to sip and sample? Shipping costs are a pain, and some states make it tough to buy booze online |
| www.musicblvd.com | www.fragrancenet.com | www.autobytel.com www.carsmart.com | www.virtualvin.com |
|  |  |  |  |
| **INSOMNIAC'S DREAM** but real stores are still faster. A tie | **A NEED TO SMELL** before you buy may keep many away | **KNOWLEDGE IS POWER** but car salesmen aren't finished yet | **OENOPHILES** will order; the rest of us will just read the reviews |

year-old *Journal of Commerce*, which made most of its money from publishing shipping logs every week, has been forced to set sail on a new digital ocean in order to survive. "The future is electronic," says publisher Willy Morgan, who shed 65 staff members and hurriedly set up a website last year when he discovered advertisers were junking the paper in favor of the Net.

The geeks have usurped an old financial term, disintermediation, and given it a new meaning to describe what happened to *Britannica*. To them it means the removal of middlemen, the intermediaries who smooth the operation of any economy—folks like travel agents, stockbrokers, car dealers and traveling salesmen. These people are the grease of a consumer economy, the folks who help you do things more efficiently than you could do them alone. But that's all changing: the Net is creating a new, self-service economy. Gates, who was late in recognizing the value of the Net, nonetheless has come up with the mot juste for this development: he calls it "frictionless capitalism."

Say you're planning a trip. Two years you would have phoned your travel agent. But now the complex, proprietary database systems that control the world's airplane-reservations systems are available online and free, reduced to a set of Web pages so simple that even technophobes can book a trip to Paris. And at sites like *priceline.com*, you can actually tell the computer what you're willing to pay for a ticket and then wait to see if it can find an airline that's willing to take you. But will this replace your traditional travel agent? Do you really want to do your own travel planning? That's the crux of the conflict at the heart of this new economy: which services will survive and which will fail, who will invent new ideas (and reap new millions) and who will close up shop, as useless today as buggy-whip manufacturers became when Henry Ford built the Model-T.

Few businesses illustrate this sort of generational corporate conflict better than the book-selling industry. If you want a snapshot of the e-economy, 1998, you could do worse than Jeff Bezos, the founder of bookseller Amazon.com. One day last week, as his stock price rose and fell with typical volatility, he stalked through his shuttered Seattle office, on a phone call, staring at his wristwatch, pacing, talking, thinking, plotting, scheming, then glancing at the watch again. Like the Net Economy, Bezos is all about motion.

His conversion to the Web came in 1995, when he read a report that projected annual Web growth at 2,300%. First he checked that he'd read the figure correctly. Then he quit his job as a hedge-fund manager in New York City, packed his bags and drove out to Seattle. Or, rather, his wife drove; Bezos was busy pecking out a business plan on his laptop.

The idea behind Amazon.com was devilishly simple: type in a book's title, the author's name or even just a general subject, and the site will present you with a list of every matching book in its database. Choose your title, type in your address and credit-card number, and service reps at Amazon.com's Seattle warehouse will find your order and mail it to you, usually within one or two days, and often at a hefty discount. Three years after launch, Amazon.com has 2.25 million worldwide customers, and sales that may reach $350 million this year.

None of this, you can imagine, made

F 007835

bookstore chains very happy. But they held k on the Net. For years the buzz in the k industry was all about building new megastores, where shoppers could sip mochaccinos and chew over big ideas while they sat on comfortable couches. And in the two years that Barnes & Noble and Borders were focusing on what kinds of vanilla-sugar cubes to put in their coffee bars, Bezos was building an empire. B&N *has* tried to catch up, forging close ties with the gigantic online service America Online and suing Amazon.com over its use of the tag line "Earth's Biggest Bookstore."

Barnes & Noble has been an object lesson to the rest of the retail world, where everyone seems to have a Net commerce story these days. "In many ways this is what we've been doing for nearly 100 years," says Randy Heiple, vice president of advertising production for catalog giant Spiegel Inc., which ventured online in 1995 and has been ravenously growing ever since. Today the Net accounts for less than 5% of the Spiegel catalog's overall sales, but that share has grown fivefold or more in each of the past three years; sales and circulation of Spiegel's catalogs, meanwhile, have plunged.

But even as Spiegel has jumped into the electronic world, other giant retailers have not. Sears, for instance, is taking a more cautious approach. Though it put a catalog of Craftsman tools online last fall, it isn't rushing to build a webstore. "We think it has to be a profitable channel for plans to add any new merchandise for sale," says Paula Davis, a spokesperson for the retailer. But is Sears missing an opportunity? It has already missed Lisa Fontes, a 36-year-old Massachusetts psychologist who went to *sears.com* last month hoping to buy a freezer. The Sears site, however, didn't have what she needed. "I assumed I couldn't find it because I was stupid or computer illiterate," she explains. But the real illiteracy may have belonged to Sears. It doesn't yet sell freezers online.

Sears may feel the chill soon. Most businesses are finding that the Net is actually pretty lucrative. According to ActivMedia, which surveyed 2,000 commerce-related websites, 46% are profitable and an additional 30% expect to cross that line in the next couple of years. For some firms, the Net has become an essential competitive advantage. Dell, which sells $5 million worth of computers a day on its website, claims that the efficiencies of Web-based sales give it a 6% profit advantage over its competitors. Discount-mortgage broker American Finance and Investment, which conducts 60% of its business online, was profitable 90 days after plugging into the Net. And Eddie Bauer, the outdoor-clothing retailer, has an online operation that has been profitable since 1997 and is growing at 300% to 500% a year. The Net, says Judy Neuman, the firm's vice president of interactive media, "makes you think very differently about your customers."

And customers have begun to think differently as well. Charles Hintz, a retired psychiatrist from Des Moines, Iowa, has found a kind of salvation in the Net's limitless ease and bounty. Hintz, a 68-year-old quadriplegic, was paralyzed in a fall 12 years ago, but for the past three years he has been doing the birthday and holiday shopping for his large family on the computer, which he operates by poking the keyboard with a stick he holds in his mouth. He buys clothes from Lands' End online, CDs from CDnow and books from Amazon.com. "It makes me feel independent," he explains.

That, of course, is the real miracle of the Internet. It's not just that it lets you do things better; it lets you do things you couldn't even dream of doing before. The seduction of being online—and this applies to everyone, from novice surfers on AOL to the hardiest hackers on the Web—is that it really does put an awful lot of power in your hands. You can start with the simplest of questions—How do I buy a new sport-utility vehicle?—and step away from your PC in an hour with more information than you might have gathered in a month without a modem. And that information may be better than anything you've ever seen. *Carpoint.com*, the Microsoft website, lets you look at 3D, interactive pictures of the inside of dozens of sports cars—something you can't do anywhere in the real world. The virtual world, for all its hype and promise, is finally delivering on at least one big idea: information, at last, is at your fingertips. This is what explains—even justifies—Jerry and David's billions. More fingertips start their Web travels at *Yahoo.com* than at any other site.

For Yang and Filo, it's been a strange ride. Filo, a shy, laconic man who radiates intense smarts, remembers when he could visit every site on the World Wide Web in a couple of hours. That was in early '94, when the Web was young, and Jerry, his more outgoing partner, used to record the best websites on his computer for fun. The two shared offices in a trailer at Stanford University that was big enough for a desk and a computer for each of the graduate students.



**WHO**
Profile of online shoppers in the U.S.
Median age _____ 33
Average household income _____ $59,000
Single _____ 59%
Married _____ 41%
Children under 18 at home _____ 34%
College degree _____ 57%
Professional _____ 30%
Source: Jupiter Communications



**HOW MANY**
Estimated number of online shoppers in millions
'95: 3  '96: 6  '97: 10  '98: 16  '99: 23  '00: 33  '01: 45  '02: 61
Source: Jupiter Communications



**HOW MUCH**
Estimated total online shopping revenues in billions
'96: $.7  '97: $2  '98: $6  '99: $11  '00: $17  '01: $27  '02: $41
Source: Jupiter Communications

F 007836





**BUY BY WIRE** Josh Gibson, a "personal shopper" for Net grocery firm Peapod.com, fills orders in Evanston, Ill.

David developed a navigational guide to search the Web, and soon Jerry found himself keeping track of not only his favorite sites but also David's. They dubbed their growing list "Jerry's Guide to the World Wide Web." But their part-time hobby quickly grew into all-time obsession. More and more of their friends wanted to keep up with what was happening on the Web, and by fall the two enthusiasts were surfing the Net day and night. "It was impossible even to sleep," says Yang. Clearly there was a demand for some sort of service that could organize and make sense of all that information out there in cyberspace. They decided to turn their sideline into a business.

Their first meeting with a venture capitalist, Michael Moritz of Sequoia Capital, was all they needed. "With no promotion, no advertising and just word of mouth, something was happening," Moritz recalls. "Jerry and David had developed something for themselves that, I think probably to their great surprise and consternation, was as attractive to other people as it was to them." Moritz took a gamble on the entrepreneurs and gave them $1 million for a 25% stake (it turned out to be a good bet—that stake would now be worth around $2 billion). Stanford told them they could keep the venture on campus at least initially, which they did. And they called themselves Yahoo.

One legend about the origin of the name is that it was a playful acronym for "Yet Another Hierarchical Officious Oracle." Yang, however, says they picked it out of a dictionary. "We thought it fit well with what we were doing. It was irreverent, it was reflective of the Wild West nature of the Internet, and a lot of people found it easy to remember, which we thought was probably good." Yang also says that when he asked Moritz if they should change the name to something more serious, Moritz replied that if they did, he'd take back his money.

In the spring of 1995, Yang and Filo put their doctoral theses on hold and moved into their first office, in nearby Mountain View, in the heart of Silicon Valley, near some railroad tracks. It was a relatively big suite, around 1,700 sq. ft., which they needed for the computer servers that would gather and store the data, and the people who would feed and care for them. But by the end of the year they needed more space and moved into a 12,000-sq.-ft. site in Sunnyvale, where they went public.

"We thought, 'This is great. We'll never fill this place up,'" recalls Yang. Wrong. Last year, after moving into a 33,000-sq.-ft. floor of a Santa Clara industrial park, they spread onto two additional floors in a neighboring building for a total of nearly 100,000 sq. ft.

The lure of megasites like Yahoo is that in a place like the Net—where people tend to go wherever they want with ease—there are very few locations that attract a mass audience of the sort that advertisers can get through, say, the Superbowl. As a result, search and commerce sites like Yahoo and chief rival Excite have become gateways (the Net buzz word is portals) to the rest of the electronic universe. And owning a portal is looking a lot like owning a toll bridge. Yahoo charges about 4¢ for every ad it serves up on many of its 115 million pages every day. And those prices will rise as Yahoo develops technology that lets it more closely match advertisers with searchers.

That notion—of personalized content and advertising—has been a kind of Internet holy grail for years. Now, finally, the Web is delivering. Its tens of thousands of sites can match your needs and desires as quickly as your Pentium can get online. It's possible to get everything from custom newspapers to electronic newsletters that alert you to sales of items you've always craved. Futurists used to call these services "The Daily Me," a play on the idea of daily newspapers. But customized websites are delivering something more like "the instant me"—real-time collections of just the information you want, which you can use to shop, buy a stock or plan a last-minute trip. In our 20th century consumer culture, it may seem almost too good to be true: the latest and greatest products, custom-made and delivered whenever you want! And how to pay for all this online bounty? We hope you've bought some Yahoo stock. —*Reported by Patrick E. Cole/Seattle, Wendy Cole/Chicago, William Dowell and Aixa M. Pascual/New York and David S. Jackson/Santa Clara*

---

### WHAT
Estimated online revenues by industry in millions (1998)

| Industry | Revenue |
|---|---|
| Travel | $2,091 |
| PC hardware | $1,816 |
| Groceries | $270 |
| Gifts/flowers | $219 |
| Books | $216 |
| PC software | $173 |
| Tickets | $127 |
| Music | $81 |
| Clothing | $71 |

Source: Jupiter Communications

### WHERE
Top shopping sites (May 1998)

| Site | Category |
|---|---|
| bluemountainarts.com | Business Cards |
| amazon.com | Books |
| cnet.com | Software |
| columbiahouse.com | Music |
| ebay.com | Auctions |
| cdnow.com | Music |
| barnesandnoble.com | Books |
| hotfiles.com | Software |
| netmarket.com | Market |
| musicblvd.com | Music |

Source: Media Metrix

### WHY NOT
Reasons for not buying online

| Reason | % |
|---|---|
| Fear of hackers | 21% |
| Lack of products | 16% |
| Can't see the products | 15% |
| Must reveal personal information | 13% |
| Poorly designed site | 8% |
| Companies' reputation | 6% |
| Afraid of money or merchandise getting lost | 6% |

Source: World Research

F 007837

**columnists**

SECTIONS — Home Page [GO]
MARKETPLACE — AutoAccess [GO]
SEARCH [ ]

THE ORANGE COUNTY REGISTER
ocregister.com

TOP STORIES
COMMUNITY
BUSINESS
  Today's Business
  Connect
  Business Monday
  Technology
SPORTS
ENTERTAINMENT
JUST FOR KIDS
LIBERTY ONLINE
SCIENCE
HEALTH & FITNESS
EDUCATION
POLITICS & GOVERNMENT
CRIME & COURTS
ACCENT
COLUMNS
ARCHIVES
SEARCH
ABOUT US

 jonathan lansner

# Internet's businesses: dancing in a mine field

April 26, 1998

The Internet, that global computer link disguised as an economic black hole, is showing financial promise again. Well, at least on Wall Street.

Go explain Corona del Mar's Shopping.com, an Internet mall wanna-be. No supply contracts and a CEO who had a previous run-in with the Securities and Exchange Commission for stock manipulation. So after a tricky initial public offering, the stock quadruples, then the SEC orders a trading halt amid charges of manipulation. When the action restarts, Shopping.

com shares still trade for 2 1/2 times the IPO price.

Go explain Broadcom, a bona fide maker of chips for all sorts of computer communications gear, mostly notably cable modems, with an erratic financial history. The Irvine company gets roughly twice what it hoped for its shares at its initial offering two weeks ago. Then the stock promptly doubles, and more.

Or go explain Santa Ana's Alpha Micro. A history of losses in the tech business has been spiced with Internet flavoring. The stock doubles Wednesday on heavy volume. Why? Alpha Micro says it's giving away a product on the Internet. How much money could one make at that price? The stock promptly fell back the next day to about Tuesday's close on almost equally intense volume.

Is this financial promise, or do you really need an MBA to see a mania brewing?

Yes, the Internet is becoming a reliable place for commerce. Yes, new technologies are making access to it faster. Yes, older technologies are so cheap that Internet use may expand dramatically. And yes, several key players, most notably American Online and Yahoo, are now making real profits.

That evidence aside, the Internet and its affiliated business are still a corporate mine field. Sales are inconsistent, losses abound and technologies are evolving. Start-ups such as news service Scoop of Santa Ana run out of money, and

established modem makers Rockwell or 3Com report losses.

To justify some of this silliness, Wall Street has new math. When there are no profits to see, you can't talk price-earnings ratios. So now one chats about sales-to-price ratios.

Look at Broadcom. OK, it did make money the past two quarters, so on a trailing 12-month basis its price-earnings ratio is 364. That's a bit rich compared with the S&P 500's 27. But we're talking growth and cutting edge, not industrial giants, right?

But look at price-to-sales. At a market value of $2 billion — making the "Two Henrys," founders and half owners Henry Nicholas and Henry Samueli, instant Forbes 400 material — Broadcom trades at 35 times the past year's sales.

Two peer specialty-chip makers, PMC Sierra and Level One, trade for 11 and five times sales, respectively.

Dare I mention that at Broadcom's valuation, Newport Beach's Rockwell Semiconductor Systems, a giant communications chip maker, would be worth about $50 billion — roughly five times what Wall Street values its Costa Mesa-parent company today?

So if you can get past the steep pricing, the

F 007839

Broadcom pitch is that it's well-positioned to cash in on Internet popularity because it makes chips for various types of communications based on several technologies.

It's a modern-day alchemy, largely making phone or cable lines carry more and more information. With a full plate of products, Broadcom is seen as a winner no matter which technology emerges as the Internet dominator. Or so the logic goes, a logic that attracted such partners as Scientific Atlanta, General Instrument and Cisco.

But it's not like this technology is so proprietary that there isn't competition. (Did we mention the patent infringement suit a competitor has filed?)

And when the competition has a name like Rockwell — did we mention the employee-stealing allegations Rockwell made in court? — or Toshiba or Philips or Motorola, do you think it will be easy? (Did we mention that Rockwell and Tustin's Pairgain, where the Two Henrys used to work, have teamed up to battle in one Broadcom niche?)

So what will competition do to product pricing? See what computers, no less state-of-the-art modems, sell for today. Lots of technology is on the discount rack, and that's no good for any parts maker. How long do you think it will take, say, until the prices of Broadcom-powered cable modems fall, too? (Did we mention Broadcom's gross margins have fallen three years running and that the company warned in its prospectus of continued pricing pressures?)

Certainly, unlike concept bets Shopping.com or Alpha Micro, there's viable business at Broadcom. And no one can fault management for having their shares swept up in a buyer's panic. And company officials politely decline to comment on its prospects, saying that SEC rules prevent them from talking for a while after an IPO.

Thankfully, this Internet investing mania makes more sense than the Internet-inspired one of 1996. That's when the Internet evolved into a bizarre stock-tip party as wild rumors catapulted stock

F 007840

prices.

Who can forget the Comparator scam? A penny stock became a billion-dollar enterprise on Wall Street for a day as Internet-spun lies suggested the Orange County company was making a fingerprint-identification breakthrough. A total hoax.

It was that same mania that briefly bumped up Alpha Micro's stock to Wednesday's heights. That's when the company first announced its entry to the Internet world. Two years later, Alpha Micro's sales are still falling and losses pile up.

Of course, some decade soon, we all can look back at 1998 and wonder: "How could we have been so stupid to miss (fill-in-the-name-here)?" You know, the company eventually now dominates Internet-related commerce. You know, that stock that makes all those gazillionaires?

How to find that stock, though, just as puzzling as explaining today's mania.

Register Business columnist Jonathan Lansner wonders: Since his column is on the Internet at www.ocregister.com/business, is he more valuable? He can be reached at (714) 953-7812 or by E-mail: lans@link.freedom.com

#1 newspaper in Orange County, California

Register

Copyright 1998 The Orange County Register
Please send comments to ocregister@link.freedom.com

F 007841

http://www.ocregister.com/business/lansner.shtml

4/27/98

