# EXHIBIT 15

which is they're selling something they don't have. They sell you a toaster. They charge you 30 bucks; they claim they have revenue of 20 bucks. But then they've got to go out and buy the toaster for 28, so they have two bucks. Now comes dot com which buys 10,000 toasters at $15, sells it to you at 30 and makes 15 bucks. They've got a cost of goods. Mr. Elgindy told you that a number of .... he told you why he thought the stock was over valued.

If you look in your binders, you'll see Sandy Greenberg's sell recommendation, which is six pages long, I believe, and explains a lot about the company. The stock was over valued.

PANEL CHAIRPERSON: Better get to your damages.

MR. RUSSO: I'm getting there. In terms of damages we presented

```
 1
 2        you with the chart.  Now Mr. Fiero
 3        testified that he had actually a $2
 4        million pre-loss on this stock.
 5        That's not reflected in here.  He
 6        had a -- and let me just refer you
 7        to the last page of the damage
 8        sheet.  His actual loss on the buy-
 9        ins was $1.13 million, or
10        $1,130,000.  His damages which are
11        represented by the difference
12        between the market price at the
13        time of the buy-in and the buy-in
14        price is $778,000, I'm sorry,
15        $778,790, and then with respect to
16        our manipulation claim, if you
17        value the stock at $5, the damages
18        are $4.2 million approximately.  If
19        you value it at $10, it's $3.3
20        million; and if you value it at
21        $15, it's $2.5 million.  We provide
22        those just as a guide to see how
23        the computation changes.
24             I just would briefly like to
25        address the defamation claim and
```