DARRELL PALMER (125147)
Law Offices of Darrell Palmer
603 N. Hwy 101, Suite A
Solana Beach, CA 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Defendant, CERY B. PERLE

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CERY B. PERLE,<br><br>      Debtor,<br><br>_____<br><br>ALFONSO FIERO, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor FIERO BROTHERS, INC., Assignor, pursuant to the Assignment dated March 1, 2006,<br><br>      Plaintiff,<br><br>  vs.<br><br>CERY B. PERLE<br><br>      Defendant | Case No.: LA 01-26497-BB<br><br>ADV06-01971BB<br><br>**AFFIDAVIT OF ELECTRONIC SERVICE**<br><br>Date: November 10, 2009<br>Time: 2:00 p.m.<br>Place: Courtroom 1475<br>Judge: Hon. Sheri Bluebond |

I, Darrell Palmer, declare that on October 27, 2009, I served the following documents:

1. Defendant Cery B. Perle's Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment;
2. Defendant Cery B. Perle's Separate Statement of Disputed Facts and Evidence in Support of Opposition to Plaintiff's Motion for Summary Judgment;
3. Defendant Cery B. Perle's Response to Alfonso Fiero's Separate Statement;
4. Declaration of Thomas Fehn in Support of Defendant's Opposition to Plaintiff's Motion for Summary Judgment;
5. Declaration of Cery B. Perle in Support of Defendant's Opposition to Plaintiff's Motion for Summary Judgment;
6. Declaration of Darrell Palmer in Support of Defendant's Opposition to Plaintiff's Motion for Summary Judgment;
7. Defendant Cery B. Perle's Evidentiary Objections to the Affidavit of John Fiero;
8. Defendant Cery B. Perle's Objections to Supplemental Affidavit of John Fiero in Support of Alfonso Fiero's Motion for Summary Judgment;
9. Notice of Lodgment of Authorities in Support of Defendant's Opposition to Plaintiff's Motion for Summary Judgment;
10. Defendant Cery B. Perle's Exhibits in Opposition to Plaintiff's Motion for Summary Judgment

on the parties listed below by electronic filing and serving the above-documents in pdf format with the U.S. Bankruptcy Court Central District of California's Electronic Case Management System, for each addressee name below:

Leslie A. Akins:       lsa@stockmarketlaw.com
Pamela Labruyere:   pamela@sgsslaw.com
United States Trustee (LA):   ustpregion16.la.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 27, 2009, at Solana Beach, California.

                              __/s/ Darrell Palmer_____
                              Darrell Palmer