# EXHIBIT 1

**How long is Change of Address mail forwarded?**

Once your Change of Address is effective, mail is forwarded to your new address as quickly as possible. However, there is no estimated delivery time for forwarded mail, and forwarded mail may be subject to additional postage. Information on the forwarding of specific mail classes is as follows:

- **First-Class Mail® and Priority Mail®**
  - First-Class Mail and Priority Mail service is forwarded for 12 months, at no charge, as long as the sender did not place a non-forwarding endorsement on the mailpiece
  - During months 13-18, the mail is returned to sender with the new address
  - After 18 months, the mail is simply returned to the sender

- **Express Mail®**
  - When forwarded, Express Mail service receives the same expedited treatment as before; however, the delivery guarantee is void
  - Express Mail is forwarded for 12 months as long as the sender did not place a non-forwarding endorsement on the mailpiece
  - During months 13-18, the mail is returned to sender with the new address

- **Periodicals**
  - Magazines and newspapers are forwarded for 60 days, at no charge. After 50 days, Periodicals will be disposed of unless the mailer requests their return

- **Accountable mail**
  - Accountable mail can be forwarded when a COA is on file

- **Standard Mail®**
  - Standard Mail, such as mail-order merchandise under 1 pound, circulars, and catalogs are forwarded only with special endorsements from the mailer

- **Package Services and Commercial Parcel Select**
  - Package Service Mail (includes Parcel Post, Library Mail, Bound Printed Matter, Media Mail), with no endorsement, is forwarded locally for 12 months at no charge. Additional forwarding charges are paid by you if you move outside the local area (includes packages weighing 16 ounces or more not mailed as Priority Mail service).

- **International Mail**
  - Express Mail service, Periodicals, Package Services, and Standard Mail items are not forwarded internationally. In addition, First-Class Mail and Priority Mail service items that contain a non-forwarding endorsement or appear to contain merchandise are not forwarded internationally.
  - First-Class Mail, Priority Mail cards, and unregistered letters are forwarded internationally, for 12 months, as long as both of the following conditions are met:
    - The mailpiece does not contain a non-forwarding endorsement
    - The mailpiece does not appear to contain merchandise
  - A temporary COA forwards mail for 6 month intervals, not to exceed 1 year
  - The Post Office™ will advise publishers of a customer's new address
  - All international mail that is not forwarded will be treated as RTS (returned to sender) or waste, depending on the class of mail
  
  **Note**: For items originating outside of the United States that are sent to an addressee who has moved within the United States, refer to the postal service of the foreign country.

Top of Page

**Additional Information**

- **Do I need to submit a Change of Address (COA) request to convert a rural route to a street address?**

  No, if an address is being adjusted to a new style – such as from rural route to street address - the Postal Service