DARRELL PALMER (125147)
Law Offices of Darrell Palmer
603 N. Hwy 101, Suite A
Solana Beach, CA 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Defendant, CERY B. PERLE

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CERY B. PERLE,<br><br>　　　　Debtor,<br>_____<br><br>ALFONSO FIERO, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor FIERO BROTHERS, INC., Assignor, pursuant to the Assignment dated March 1, 2006,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CERY B. PERLE<br><br>　　　　Defendant | Case No.: LA 01-26497-BB<br><br>ADV06-01971BB<br><br>**DEFENDANT CERY B. PERLE'S EVIDENTIRAY OBJECTIONS TO THE AFFIDAVIT OF JOHN FIERO FILED IN OPPOSITION TO PERLE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: December 17, 2009<br>Time: 2:00 p.m.<br>Place: Courtroom 1475<br>Judge: Hon. Sheri Bluebond |

Defendant Cery B. Perle submits the following evidentiary objections to the affidavit of John Fiero filed in opposition to Perle's motion for summary judgment:

1

<u>General Objection</u>

Declarant makes several references to legal exhibits either filed by, found by, or generated by his attorney, rather than himself. Accordingly, Plaintiff objects to each of these authentication attempts as lacking personal knowledge and foundation. These faulty attempts are objected to specifically herein.

| Affidavit of John Fiero | Movant's Evidentiary Objections |
|---|---|
| Paragraph 2, Entire paragraph. | Consists entirely of legal conclusions. |
| Paragraph 4, "Attached to the Appendix of Exhibits as Exhibit 1 is a true and correct copy of a summary of Fiero Bros.' damages. . . ." | Inadmissible hearsay; not a business record. |
| Paragraph 5, "Fiero Bros. presented evidence that it suffered damages as a result of Perle and Waldron's forced buy-ins. . . ." | Conclusory; impermissible opinion; lacks personal knowledge. |
| Paragraph 5, Date and share summary. | Inadmissible hearsay; not a business record; conclusory; lacks personal knowledge. |
| Paragraph 6, "Fiero Bros. also presented a second method of calculation of its damages based on the excessive buy-in prices. . . ." | Conclusory; impermissible opinion; inadmissible hearsay; not a business record. |
| Paragraph 6, Date and share summary. | Inadmissible hearsay; not a business record; conclusory; lacks personal knowledge. |
| Paragraph 7, Entire paragraph. | Lacks personal knowledge, conclusory; inadmissible hearsay; not a business record; impermissible opinion. |
| Paragraph 8, Entire paragraph. | Lacks personal knowledge, lacks foundation, inadmissible hearsay; conclusory. |

2

DEFENDANT CERY B. PERLE'S EVIDENTIRAY OBJECTIONS TO THE AFFIDAVIT OF JOHN FIERO FILED IN OPPOSITION TO PERLE'S MOTION FOR SUMMARY JUDGMENT

| Paragraph 9, Entire paragraph. | Conclusory. |
|---|---|
| Paragraph 10, "Attached to the Appendix of Exhibits as Exhibit 6. . . ." | Conclusory; lacks personal knowledge. |
| Paragraph 11, "Fields, Fehn & Sherwin were counsel of record for Cery Perle. . . ." | Lacks personal knowledge; conclusory; impermissible opinion. |
| Paragraph 12, "Fields, Fehn & Sherwin also represented Waldron. . . ." | Lacks personal knowledge; conclusory. |
| Paragraph 13: Entire paragraph. | Lacks personal knowledge. |
| Paragraph 17, "the abstract of Judgment was filed. . . ." | Lacks personal knowledge, states a legal conclusion. |
| Paragraph 20, Entire paragraph. | Conclusory; lacks personal knowledge. |

Dated: December 7, 2009                 _____/s/ Darrell Palmer_____
                                        Darrell Palmer, Attorney for Defendant

## Certificate of Service

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court, Central Division, by using the U.S. Bankruptcy Court's CM/ECF system on December 7, 2009.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the U.S. Bankruptcy Court's CM/ECF system.

Dated: December 7, 2009              _____/s/ Darrell Palmer_____
                                     Darrell Palmer, Attorney for Defendant

4

DEFENDANT CERY B. PERLE'S EVIDENTIRAY OBJECTIONS TO THE AFFIDAVIT OF JOHN FIERO FILED IN OPPOSITION TO PERLE'S MOTION FOR SUMMARY JUDGMENT