Leslie Schwaebe Akins (Bar No. 138678)
LESLIE SCHWAEBE AKINS, A LAW CORPORATION
7157 Argonauta Way
Carlsbad, California 92009
(760) 931-2920 telephone
(760) 603-0547 facsimile

Attorney for Plaintiff
Alfonso Fiero

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CERY BRADLEY PERLE,<br><br>Debtor,<br><br>──────────────<br><br>ALFONSO FIERO,<br><br>Plaintiff,<br>v.<br><br>CERY B. PERLE, an individual,<br><br>Defendant, | CASE NO. LA 01-26497-BB<br><br>[Chapter 7]<br><br>Adv. No. 06-01971-BB<br><br>The Honorable S. Bluebond- 626<br><br>**PLAINTIFF ALFONSO FIERO'S OBJECTION TO DECLARATION OF CERY PERLE OFFERED IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE: December 17, 2009<br>TIME: 2:00 p.m.<br>CTRM: 1475<br><br>DATE FILED: September 13, 2006<br>DISCOVERY CUT OFF: July 31, 2009<br>TRIAL DATE: None set |

Plaintiff Alfonso Fiero ("Plaintiff") hereby submits the following evidentiary objections to the Declaration of Cery B. Perle submitted in opposition to Plaintiff's Motion for Summary Judgment:

/ / /

/ / /

PLAINTIFF'S OBJECTION TO PERLE DECL RE: MSJ                    CASE NO. LA 01-26497-BB

1

| | GENERAL OBJECTION | PLAINTIFF'S EVIDENTIARY |
|---|---|---|
| 1 | PERLE DECLARATION | OBJECTIONS |
| 2 | PARAGRAPH 3: "Fiero Bros.' claims relate to their own short selling activities in shopping.com | Lacks foundation; argumentative; misstates the evidence as claims relate to Perle's unlawful buy-ins of stock at above market price |
| | PARAGRAPH 5 | Lacks foundation and inadmissible opinion as the basis of the declarant's knowledge is not established. knowledge |
| | PARAGRAPH 6: "Around this time, Fiero Brothers began its market manipulative activities. . ." | Lacks foundation and inadmissible opinion as basis of the declarant's knowledge is not established; argumentative; assumes facts not in evidence; inadmissible hearsay. |
| | PARAGRAPH 8 | Lacks foundation, inadmissible opinion and inadmissible hearsay as basis of declarant's knowledge as to what Wedbush or Waldron did or did not do regarding Shopping.com shares is not established. |
| | PARAGRAPH 9 | Lacks foundation, inadmissible opinion, and inadmissible hearsay as declarant |

| | | |
|---|---|---|
| 1 | | does not establish the basis of |
| 2 | | knowledge regarding regulations. |
| 3 | | Inadmissible hearsay as to whether |
| 4 | | Waldron contacted NASD regarding |
| 5 | | NASD provisions for buy-ins. |
| 6 | | |
| 7 | PARAGRAPH 10 | Inadmissible hearsay and misstates |
| 8 | | scope of Second Amended Statement |
| 9 | | of Claim. |
| 10 | | |
| 11 | PARAGRAPH 11 | Lacks foundation and inadmissable |
| 12 | | hearsay as declarant has not |
| 13 | | established basis of knowledge. |
| 14 | | |
| 15 | PARAGRAPH 12 | Inadmissable opinion; Misstates Second |
| 16 | | Amended Statement of Claim and |
| 17 | | evidence introduced at the hearing; |
| 18 | | misstates claim regarding excessive |
| 19 | | buy-ins as they were part of Perle's |
| 20 | | fraudulent scheme that injured Fiero |
| 21 | | Brothers. |
| 22 | | |
| 23 | PARAGRAPH 14 | Inadmissible opinion and inadmissible |
| 24 | | hearsay; Perle is further collaterally |
| 25 | | estopped from re-litigating his NASD |
| 26 | | counter-claim that was decided against |
| 27 | | him by the NASD Arbitration Panel. |
| 28 | | |

PLAINTIFF'S OBJECTION TO PERLE DECL RE: MSJ          CASE NO. LA 01-26497-BB

3

|   |   |
|---|---|
|   | Additionally, Plaintiff moves to strike Perle's accusations concerning Fiero Bros.'s conduct in the separate Hanover securities matter as irrelevant, inadmissible hearsay. Inadmissible opinion; inadmissable hearsay. |
| PARAGRAPH 15 | Lacks Foundation; inadmissible hearsay; inadmissible opinion. |
| PARAGRAPH 16: "Although fiero Brothers alleged at the arbitration that Defendant engaged in stock parking arrangement, it did not identify even one customer in whose account such activities had taken place." | Lacks Foundation; inadmissible hearsay. |
| PARAGRAPH 17: "During the NASD arbitration, Defendant introduced evidence of Fiero Brothers' fraudulent activity. . . .(to end)." | Inadmissible hearsay; inadmissible opinion; lacks foundation; Defendant is prevented by collateral estoppel from re-litigating his cross-claims in the NASD Arbitration that was decided against him by the NASD Arbitration Award dated September 25 1998. Plaintiff further objects to Perle's reference to Ex. 8,9 as Perle has not properly authenticated either of these exhibits, and there is a |

PLAINTIFF'S OBJECTION TO PERLE DECL RE: MSJ                    CASE NO. LA 01-26497-BB

4

complete absence of personal knowledge or foundation as to the creation of these two exhibits.

Dated: December 7, 2009

Respectfully submitted,

LESLIE SCHWAEBE AKINS, A.L.C.

By: /s/ Leslie Schwaebe Akins, Esq.
Leslie Schwaebe Akins, Esq.
Attorney for Plaintiff Alfonso Fiero

PLAINTIFF'S OBJECTION TO PERLE DECL RE: MSJ    CASE NO. LA 01-26497-BB

In re: Cery Bradley Perle, Debtor

Alfonso Fiero, v. Cery B. Perle
Case Number LA 01-26497-BB
Adv. No. 06-01971 BB

### PROOF OF
### ELECTRONIC SERVICE

STATE OF CALIFORNIA     )
                        )
COUNTY OF SAN DIEGO     )

I am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is P.O. Box 131253, Carlsbad, California 92013.

On **December 7, 2009**, I served **PLAINTIFF ALFONSO FIERO'S OBJECTION TO DECLARATION OF CERY PERLE OFFERED IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT** on the interested parties in said action, by delivering it as follows:

__X__ Service will be accomplished through an NEF for parties and counsel who are registered CM/ECF users.

**Electronic Mail Notice List**

**The following is the list of parties who are currently on the list to receive e-mail notices for this case.**

Darrell Palmer:    darrell.palmer@cox.net

United States Trustee (LA):
ustpregion16.la.ecf@usdoj.gov

Leslie S Akins:    lsa@stockmarketlaw.com

Pamela Labruyere:    pamela@sgsslaw.com

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **December 7, 2009**, at Carlsbad, California.

_____
Megaen Ericson

### PROOF OF SERVICE