1  Leslie Schwaebe Akins (Bar No. 138678)
   LESLIE SCHWAEBE AKINS, A LAW CORPORATION
2  7157 Argonauta Way
   Carlsbad, California 92009
3  (760) 931-2920 telephone
   (760) 603-0547 facsimile
4
   Attorney for Plaintiff
5  Alfonso Fiero

6

7                  UNITED STATES BANKRUPTCY COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9

10 In re                                  CASE NO. LA 01-26497-BB

11 CERY BRADLEY PERLE,                    [Chapter 7]

12    Debtor,                             Adv. No. 06-01971-BB

13                                        The Honorable S. Bluebond- 626

14                                        **PLAINTIFF ALFONSO FIERO'S
                                          OBJECTION TO DECLARATION OF
15                                        THOMAS FEHN OFFERED IN
                                          OPPOSITION TO PLAINTIFF'S
16 ALFONSO FIERO,                         MOTION FOR SUMMARY JUDGMENT
                                          OR, ALTERNATIVELY, FOR PARTIAL
17                     Plaintiff,         SUMMARY JUDGMENT**
       v.
18                                        DATE: December 17, 2009
                                          TIME:  2:00 p.m.
19 CERY B. PERLE, an individual,          CTRM: 1475

20                     Defendant,
                                          DATE FILED: September 13, 2006
21                                        DISCOVERY CUT OFF: July 31, 2009
                                          TRIAL DATE: None set
22

23     Plaintiff Alfonso Fiero ("Plaintiff") hereby submits the following evidentiary

24 objections to the Declaration of Thomas Fehn submitted in opposition to Plaintiff's

25 Motion for Summary Judgment:

26 / / /

27 / / /

28

PLAINTIFF'S OBJECTION TO FEHN DECL RE: MSJ              CASE NO. LA 01-26497-BB

1

| PERLE DECLARATION | PLAINTIFF'S EVIDENTIARY |
|---|---|
| PARAGRAPHS 10-19 | Inadmissible Hearsay; inadmissible opinion; lacks foundation; not included and/ or was omitted from the Declaration of Thomas Fehn filed with the Court (only pages 1-3 and 7 filed with court and served on Plaintiff). Therefore, Plaintiff objects to the omitted paragraphs of Mr. Fehn's declaration, including all exhibits referred to therein. |
| PARAGRAPH 20 | Inadmissible opinion; inadmissible hearsay; and lacks foundation as basis of opinion was not established by declarant nor provided in his declaration. |
| PARAGRAPH 21 | Lacks foundation; lacks personal knowledge as declarant has not set forth sufficient facts to establish that he has the knowledge for the statement made. |

Dated: December 7, 2009

Respectfully submitted,

By: /s/ Leslie Schwaebe Akins
Leslie Schwaebe Akins, Esq.
Attorney for Plaintiff Alfonso Fiero

PLAINTIFF'S OBJECTION TO FEHN DECL RE: MSJ         CASE NO. LA 01-26497-BB

2

In re: Cery Bradley Perle, Debtor

Alfonso Fiero, v. Cery B. Perle
Case Number LA 01-26497-BB
Adv. No. 06-01971 BB

## PROOF OF ELECTRONIC SERVICE

STATE OF CALIFORNIA    )
                       )
COUNTY OF SAN DIEGO    )

I am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is P.O. Box 131253, Carlsbad, California 92013.

On **December 7, 2009**, I served **PLAINTIFF ALFONSO FIERO'S OBJECTION TO DECLARATION OF THOMAS FEHN OFFERED IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT** on the interested parties in said action, by delivering it as follows:

__X__  Service will be accomplished through an NEF for parties and counsel who are registered CM/ECF users.

**Electronic Mail Notice List**

**The following is the list of parties who are currently on the list to receive e-mail notices for this case.**

Darrell Palmer:  darrell.palmer@cox.net

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

Leslie S Akins:  lsa@stockmarketlaw.com

Pamela Labruyere:  pamela@sgsslaw.com

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **December 7, 2009**, at Carlsbad, California.

_Megaen Ericson_
Megaen Ericson

## PROOF OF SERVICE