Leslie Schwaebe Akins (Bar No. 138678)
LESLIE SCHWAEBE AKINS, A LAW CORPORATION
7157 Argonauta Way
Carlsbad, California 92009
(760) 931-2920 telephone
(760) 603-0547 facsimile

Attorney for Plaintiff
Alfonso Fiero

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CERY BRADLEY PERLE,<br><br>Debtor,<br><br>―――――――――――――<br><br>ALFONSO FIERO,<br><br>       Plaintiff,<br>v.<br><br>CERY B. PERLE, an individual,<br><br>       Defendant, | CASE NO. LA 01-26497-BB<br><br>[Chapter 7]<br><br>Adv. No. 06-01971-BB<br><br>The Honorable S. Bluebond- 626<br><br>**PLAINTIFF ALFONSO FIERO'S OBJECTION TO DECLARATION OF DARRELL PALMER OFFERED IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE: December 17, 2009<br>TIME:  2:00 p.m.<br>CTRM: 1475<br><br>DATE FILED: September 13, 2006<br>DISCOVERY CUT OFF: July 31, 2009<br>TRIAL DATE: None set |

Plaintiff Alfonso Fiero ("Plaintiff") hereby submits the following evidentiary objections to the Declaration of Darrell Palmer submitted in opposition to Plaintiff's Motion for Summary Judgment:

GENERAL OBJECTION: PARAGRAPH 2: Plaintiff objects to declarant's attempt to authenticate Exhibits 1-16 en mass, as certain exhibits are incomplete or mis-identified.

---

PLAINTIFF'S OBJECTION TO PALMER DECL RE: MSJ                    CASE NO. LA 01-26497-BB

1

Plaintiff will set forth his objections to individual exhibits in a separate document

| PALMER DECLARATION | PLAINTIFF'S EVIDENTIARY |
|---|---|
| PARAGRAPH 3 | Inadmissible Hearsay; lacks foundation as declarant has no personal knowledge regarding the disciplinary proceeding; Plaintiff objects to this evidence as irrelevant and its probative value is outweighed by its prejudicial effect as it involves a matter separate from and unconnected with the instant adversary proceeding, or underlying NASD Arbitration hearing. Plaintiff Move to Strike Paragraph 3 and Exhibit 17, including all exhibits referred to therein, as it has no connection to the instant proceeding, and seeks to include irrelevant, prejudicial matter with no probative value. |
| PARAGRAPH 4 | Inadmissible Hearsay; lacks foundation as declarant has no personal knowledge regarding the NASD Arbitration Award. Plaintiff objects to this evidence as irrelevant as it its probative value is outweighed by its prejudicial effect which involves a matter separate from and unconnected with the instant |

adversary proceeding, or underlying NASD Arbitration hearing. Plaintiff Move to Strike Paragraph 4 and Exhibit 18, as it has no connection to the instant proceeding, and seeks to include irrelevant, prejudicial matter with no probative value.

PARAGRAPH 5

Inadmissible Hearsay; lacks foundation as declarant has no personal knowledge regarding the NASD Arbitration Award. Plaintiff objects to this evidence as irrelevant as it its probative value is outweighed by its prejudicial effect which involves a matter separate from and unconnected with the instant adversary proceeding, or underlying NASD Arbitration hearing. Plaintiff Move to Strike Paragraph 5 and Exhibit 19, as it has no connection to the instant proceeding, and seeks to include irrelevant, prejudicial matter with no probative value.

Dated: December 7, 2009

Respectfully submitted,

By: /s/ Leslie Schwaebe Akins
Leslie Schwaebe Akins, Esq.
Attorney for Plaintiff Alfonso Fiero

PLAINTIFF'S OBJECTION TO PALMER DECL RE: MSJ          CASE NO. LA 01-26497-BB

3

In re: Cery Bradley Perle, Debtor

Alfonso Fiero, v. Cery B. Perle
Case Number LA 01-26497-BB
Adv. No. 06-01971 BB

**PROOF OF
ELECTRONIC SERVICE**

STATE OF CALIFORNIA   )
                      )
COUNTY OF SAN DIEGO   )

I am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is P.O. Box 131253, Carlsbad, California 92013.

On **December 7, 2009**, I served **PLAINTIFF ALFONSO FIERO'S OBJECTION TO DECLARATION OF DARRELL PALMER OFFERED IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT** on the interested parties in said action, by delivering it as follows:

__X__ Service will be accomplished through an NEF for parties and counsel who are registered CM/ECF users.

| | |
|---|---|
| **Electronic Mail Notice List** | Darrell Palmer:   darrell.palmer@cox.net |
| **The following is the list of parties who are currently on the list to receive e-mail notices for this case.** | United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov |
| | Leslie S Akins:   lsa@stockmarketlaw.com |
| | Pamela Labruyere:   pamela@sgsslaw.com |

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **December 7, 2009**, at Carlsbad, California.

_Megaen Ericson_
Megaen Ericson

**PROOF OF SERVICE**