Leslie Schwaebe Akins (Bar No. 138678)
LESLIE SCHWAEBE AKINS, A LAW CORPORATION
7157 Argonauta Way
Carlsbad, California 92009
(760) 931-2920 telephone
(760) 603-0547 facsimile

Attorney for Plaintiff
Alfonso Fiero

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CERY BRADLEY PERLE,<br><br>Debtor,<br><br>―――――――――――――――<br><br>ALFONSO FIERO,<br><br>Plaintiff,<br>v.<br><br>CERY B. PERLE, an individual,<br><br>Defendant, | CASE NO. LA 01-26497-BB<br><br>[Chapter 7]<br><br>Adv. No. 06-01971-BB<br><br>The Honorable S. Bluebond- 626<br><br>**PLAINTIFF ALFONSO FIERO'S OBJECTION TO DEFENDANT CERY PERLE'S EXHIBITS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>DATE: December 17, 2009<br>TIME: 2:00 p.m.<br>CTRM: 1475<br><br>DATE FILED: September 13, 2006<br>DISCOVERY CUT OFF: July 31, 2009<br>TRIAL DATE: None set |

Plaintiff Alfonso Fiero ("Plaintiff") hereby submits the following evidentiary objections to the Exhibits offered by Defendant Cery Perle In Opposition to Plaintiff's Motion for Summary Judgment:

///

///

///

PLAINTIFF'S OBJECTION TO PERLE EXHIBITS RE: MSJ                      CASE NO. LA 01-26497-BB

1

| | EXHIBIT | PLAINTIFF'S EVIDENTIARY OBJECTION |
|---|---|---|
| 2 | EXHIBIT 1 | EXHIBIT INCOMPLETE; EXCLUDES EXHIBIT D |
| 4 | EXHIBIT 2 | DUPLICATIVE OF EXHIBIT C TO EXHIBIT 1; LACKS FOUNDATION; LACKS PERSONAL KNOWLEDGE; INADMISSIBLE HEARSAY; INADMISSIBLE OPINION |
| 8 | EXHIBIT 3 | RELEVANCY |
| 10 | EXHIBIT 4 | RELEVANCY |
| 12 | EXHIBIT 5 | RELEVANCY; INADMISSIBLE OPINION; ARGUMENTATIVE |
| 14 | EXHIBIT 6 | RELEVANCY, INADMISSIBLE OPINION; ARGUMENTATIVE INCOMPLETE EXHIBIT; EXCLUDES PAGE 19 OF EXHIBIT C AND EXHIBIT D COMPLETELY |
| 18 | EXHIBIT 7 | NO OBJECTION |
| 20 | EXHIBIT 8 | LACKS FOUNDATION; INADMISSIBLE HEARSAY; INADMISSIBLE OPINION; LACKS PERSONAL KNOWLEDGE WHICH CAN NOT BE DISCERNED FROM DECLARANT'S DECLARATION |
| 25 | EXHIBIT 9 | NO OBJECTION. |

PLAINTIFF'S OBJECTION TO PERLE EXHIBITS RE: MSJ              CASE NO. LA 01-26497-BB

2

| | | |
|---|---|---|
| 1 | EXHIBIT 10 | RELEVANCY; INADMISSIBLE HEARSAY. |
| 3 | EXHIBIT 11 | RELEVANCY; INADMISSIBLE HEARSAY; LACKS FOUNDATION' LACKS PERSONAL KNOWLEDGE. |
| 6 | EXHIBIT 12 | RELEVANCY; INADMSSIBLE HEARSAY; LACKS FOUNDATION |
| 8 | EXHIBIT 13 | RELEVANCY; LACKS FOUNDATION; PERLE IS COLLATERALLY ESTOPPED FROM RE-LITIGATING HIS CROSS-CLAIM AGAINST FIERO BROS., WHICH WAS DECIDED AGAINST HIM IN THE UNDERLYING NASD ARBITRATION, AND RESULTED IN AN ARBITRATION AWARD OF $350,000 AGAINST PERLE, AND DENIAL OF HIS CROSS-CLAIM |
| 15 | EXHIBIT 14 | LACKS FOUNDATION; LACKS PERSONAL KNOWLEDGE; NO DECLARATION TO AUTHENTICATE DOCUMENT. PLAINTIFF BELIEVES THAT EXHIBIT 14 MAY BE FIERO BROTHERS' EXHIBIT 68 TO NASD ARBITRATION, AND AN EXHIBIT TO PLAINTIFF'S MOTION AND IF SO, THEN NO OBJECTION. |
| 21 | EXHIBIT 15 | NO IDENTITY OF PERSON TESTIFYING; NO DECLARATION TO AUTHENTICATE EXHIBIT 15. |
| 24 | EXHIBIT 16 | RELEVANCY; INADMISSIBLE HEARSAY; PROBATIVE VALUE OUTWEIGHED BY PREJUDICIAL EFFECT |

PLAINTIFF'S OBJECTION TO PERLE EXHIBITS RE: MSJ                CASE NO. LA 01-26497-BB

3

| | | |
|---|---|---|
| 1 | EXHIBIT 17 | INADMISSIBLE HEARSAY; INADMISSIBLE OPINION; LACKS |
| 2 | | PERSONAL KNOWLEDGE; RELEVANCY AS MATTER IS |
| 3 | | WHOLLY UNCONNECTED TO THE UNDERLYING DISPUTE |
| 4 | | BETWEEN FIERO BROTHERS AND CERY PERLE, AND |
| 5 | | UNRELATED TO THIS ADVERSARY PROCEEDING; |
| 6 | | PROBATIVE VALUE OUTWEIGHED BY PREJUDICIAL EFFECT; |
| 7 | | ARGUMENTATIVE |
| 8 | | |
| 9 | EXHIBIT 18 | INADMISSIBLE HEARSAY; INADMISSIBLE OPINION; LACKS |
| 10 | | PERSONAL KNOWLEDGE; RELEVANCY AS MATTER IS |
| 11 | | WHOLLY UNCONNECTED TO THE UNDERLYING DISPUTE |
| 12 | | BETWEEN FIERO BROTHERS AND CERY PERLE, AND |
| 13 | | UNRELATED TO THIS ADVERSARY PROCEEDING; |
| 14 | | PROBATIVE VALUE OUTWEIGHED BY PREJUDICIAL EFFECT; |
| 15 | | ARGUMENTATIVE |
| 16 | | |
| 17 | EXHIBIT 19 | INADMISSIBLE HEARSAY; INADMISSIBLE OPINION; LACKS |
| 18 | | PERSONAL KNOWLEDGE; RELEVANCY AS MATTER IS |
| 19 | | WHOLLY UNCONNECTED TO THE UNDERLYING DISPUTE |
| 20 | | BETWEEN FIERO BROTHERS AND CERY PERLE, AND |
| 21 | | UNRELATED TO THIS ADVERSARY PROCEEDING; |
| 22 | | PROBATIVE VALUE OUTWEIGHED BY PREJUDICIAL EFFECT; |
| 23 | | ARGUMENTATIVE |
| 24 | | |
| 25 | EXHIBIT 20 | RELEVANCY; UNRELATED TO RULE IN PLACE IN 1998. |
| 26 | | |
| 27 | | |
| 28 | | |

PLAINTIFF'S OBJECTION TO PERLE EXHIBITS RE: MSJ          CASE NO. LA 01-26497-BB

4

1  Dated: December 7, 2009                    Respectfully submitted,

2                                              LESLIE SCHWAEBE AKINS, A.L.C.

3

4

5                                              By: /s/ Leslie Schwaebe Akins
                                                   Leslie Schwaebe Akins, Esq.
6                                                  Attorney for Plaintiff Alfonso Fiero

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S OBJECTION TO PERLE EXHIBITS RE: MSJ            CASE NO. LA 01-26497-BB

In re: Cery Bradley Perle, Debtor

Alfonso Fiero, v. Cery B. Perle
Case Number LA 01-26497-BB
Adv. No. 06-01971 BB

## PROOF OF ELECTRONIC SERVICE

STATE OF CALIFORNIA   )
                      )
COUNTY OF SAN DIEGO   )

I am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is P.O. Box 131253, Carlsbad, California 92013.

On **December 7, 2009**, I served **PLAINTIFF ALFONSO FIERO'S OBJECTION TO DEFENDANT CERY PERLE'S EXHIBITS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in said action, by delivering it as follows:

__X__ Service will be accomplished through an NEF for parties and counsel who are registered CM/ECF users.

**Electronic Mail Notice List**

**The following is the list of parties who are currently on the list to receive e-mail notices for this case.**

Darrell Palmer:   darrell.palmer@cox.net

United States Trustee (LA):
ustpregion16.la.ecf@usdoj.gov

Leslie S Akins:   lsa@stockmarketlaw.com

Pamela Labruyere:   pamela@sgsslaw.com

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **December 7, 2009**, at Carlsbad, California.

_Megaen Ericson_
Megaen Ericson

**PROOF OF SERVICE**