1  Leslie Schwaebe Akins (SBN 138678)
   LESLIE SCHWAEBE AKINS, A.L.C.
2  7157 Argonauta Way
   Carlsbad, CA 92009
3  Tel: 760-931-2920
   Fax: 760-603-0547
4
5  Attorney for Plaintiff,
   Alfonso Fiero

FILED & ENTERED

FEB 01 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CERY BRADLEY PERLE,<br><br>    Debtor.<br>_____<br>ALFONSO FIERO,<br>        Plaintiffs,<br>    vs.<br>CERY BRADLEY PERLE,<br>        Defendant. | CASE NO. LA 01-26497-BB<br><br>[Chapter 7]<br><br>Adv. No. ADV-06-01971-BB<br><br>The Honorable S. Bluebond - 626<br><br>**FINAL SUMMARY JUDGMENT OF NONDISCHARGEABILITY OF DEBT AGAINST DEFENDANT CERY BRADLEY PERLE**<br><br>**DATE: December 17, 2009<br>TIME:   2:00 p.m.<br>CTRM: 1475**<br><br>DATE FILED: September 13, 2006<br>DISCOVERY CUT OFF: July 31, 2009<br>TRIAL DATE: None set |

**FINAL SUMMARY JUDGMENT AGAINST DEFENDANT CERY B. PERLE:**

WHEREAS:

1. Plaintiff Alfonso Fiero ( "Plaintiff") filed and served his Motion for Summary Judgment or, Alternatively, Partial Summary judgment, against Defendant Cery Bradley Perle pursuant to Federal Rule of Civil Procedure 56, applicable to bankruptcy

1

FINAL SUMMARY JUDGMENT OF NONDISCHARGEABILITY

proceedings through Bankruptcy Rule 7056; and

2. The Court, having considered the Plaintiff's Statement of Uncontroverted Facts and Conclusions of Law, Opening Memorandum of Points and Authorities, Appendix of Evidence, Request for Judicial Notice, Affidavits of Leslie Schwaebe Akins, Esq., Gregory Glynn, John Fiero and Alfonso Fiero, and all other evidence, memoranda and arguments presented in favor of and in opposition to Plaintiff's motion and having made its' separate findings of fact and conclusions of law entered December 17, 2009;

NOW THEREFORE, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff's' motion is GRANTED pursuant to 11 U.S.C. §523(a)(6) and 11 U.S.C. §523(a)(19), and that the judgment entered in favor of Fiero Brothers, Inc. and against Perle in the action entitled, <u>Fiero Brothers, Inc. v. Waldron & Co., Inc., Cery B. Perle, Ed Harris, Wedbush, Morgan Securities, Inc., Ed Wedbush, and Key West Securities, Inc.</u>, Los Angeles Superior Court Case No. BS055659, by the Los Angeles Superior Court on April 6, 1999 after issuing its Order Confirming the NASD Arbitration Award entered in the NASD arbitration action entitled, <u>In the Matter of the Arbitration Among Fiero Brothers. Inc. vs. Waldron & Co., Cery Perle, Ed Harris, Wedbush Morgan Securities, Inc. and Ed Wedbush</u>, NASD Regulation Inc. Arbitration No. 98-00587, in the amount of $350,000, is and shall not be discharged in bankruptcy.

2

FINAL SUMMARY JUDGMENT OF NONDISCHARGEABILITY

1
2
3       There being no just reason for delay, the Clerk of the court is hereby directed to
4  enter this Final Summary Judgment forthwith.
5  *Presented By:*
   LESLIE SCHWAEBE AKINS, A.L.C.
6
   By: _____
7       Leslie Schwaebe Akins
       Attorneys for Plaintiff
8       Alfonso Fiero

####

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
   DATED: February 1, 2010              _____
25                                       United States Bankruptcy Judge
26
                                    3
27
   _____
        FINAL SUMMARY JUDGMENT OF NONDISCHARGEABILITY
28

In re: Cery Bradley Perle, Debtor

Alfonso Fiero, v. Cery B. Perle
Case Number LA 01-26497-BB
Adv. No. 06-01971 BB

**PROOF OF
ELECTRONIC SERVICE**

STATE OF CALIFORNIA    )
                       )
COUNTY OF SAN DIEGO    )

I am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is P.O. Box 131253, Carlsbad, California 92013.

On **January 5, 2010**, I served **[PROPOSED] FINAL SUMMARY JUDGMENT OF NONDISCHARGEABILITY OF DEBT AGAINST DEFENDANT CERY BRADLEY PERLE** on the interested parties in said action, by delivering it as follows:

  X   Service will be accomplished through an NEF for parties and counsel who are registered CM/ECF users.

| | |
|---|---|
| **Electronic Mail Notice List** | Darrell Palmer:    darrell.palmer@cox.net |
| **The following is the list of parties who are currently on the list to receive e-mail notices for this case.** | United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov |
| | Leslie S Akins:    lsa@stockmarketlaw.com |
| | Pamela Labruyere:    pamela@sgsslaw.com |

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **January 5, 2010**, at Carlsbad, California.

                                                              /s/ Megaen Ericson
                                                              Megaen Ericson

4

FINAL SUMMARY JUDGMENT OF NONDISCHARGEABILITY

<u>In re: Cery Bradley Perle, Debtor</u>

<u>Alfonso Fiero, v. Cery B. Perle</u>
Case Number LA 01-26497-BB
Adv. No. 06-01971 BB

**PROOF OF
<u>ELECTRONIC SERVICE</u>**

STATE OF CALIFORNIA    )
                       )
COUNTY OF SAN DIEGO    )

    I am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is P.O. Box 131253, Carlsbad, California 92013.

    On **January 4, 2010**, I served **[PROPOSED] FINAL SUMMARY JUDGMENT OF NONDISCHARGEABILITY OF DEBT AGAINST DEFENDANT CERY BRADLEY PERLE** on the interested parties in said action, by delivering it as follows:

| | |
|---|---|
| **(By Electronic Mail) I caused such document(s) to be sent via e-mail to the e-mail addresses listed.** | Darrell Palmer:    darrell.palmer@cox.net<br><br>Secretary to Darrell Palmer- Maria Carapia: maria.carapia@palmerlegalteam.com |

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **January 4, 2010**, at Carlsbad, California.

                                                              /s/ Megaen Ericson
                                                                Megaen Ericson

| In re: Cery Bradley Perle | Case No: LA 01-26497-BB |
|---|---|
|  | Adv. No. ADV-06-01971-BB |
| Debtor(s). | Chapter:  7 |

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  **[PROPOSED] FINAL SUMMARY JUDGMENT OF NONDISCHARGEABILITY OF DEBT AGAINST DEFENDANT CERY BRADLEY PERLE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.** <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>January 5, 2010</u> , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Electronic Mail Notice List**

**The following is the list of parties who are currently on the list to receive e-mail notices for this case.**

Darrell Palmer:    darrell.palmer@cox.net
United States Trustee (LA):    ustpregion16.la.ecf@usdoj.gov
Leslie S Akins:    lsa@stockmarketlaw.com
Pamela Labruyere:    pamela@sgsslaw.com
☒ Service information continued on attached page

**II.** <u>**SERVED BY THE COURT VIA U.S. MAIL:**</u> A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.** <u>**TO BE SERVED BY THE LODGING PARTY**</u>: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                   **F 9021**-**1.1**

FINAL SUMMARY JUDGMENT OF NONDISCHARGEABILITY

| In re: Cery Bradley Perle | Case No: LA 01-26497-BB |
| --- | --- |
|  | Adv. No. ADV-06-01971-BB |
| Debtor(s). | Chapter: 7 |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                               **F 9021-1.1**

7

FINAL SUMMARY JUDGMENT OF NONDISCHARGEABILITY