Darrell Palmer (125147)
Law Offices of Darrell Palmer
603 N. Hwy 101, Suite A
Solana Beach, CA 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email: Darrell.Palmer@cox.net

Attorney for Defendant, CERY B. PERLE

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CERY B. PERLE,<br><br>      Debtor,<br>_____<br><br>ALFONSO FIERO, an individual, as Assignee of the Judgment issued April 6, 1999 in favor of Judgment Creditor FIERO BROTHERS, INC., Assignor, pursuant to the Assignment dated March 1, 2006,<br><br>      Plaintiff,<br><br>  vs.<br><br>CERY B. PERLE<br><br>      Defendant | Case No.: LA 01-26497-BB<br><br>ADV06-01971BB<br><br><br>**NOTICE OF APPEAL** |

1

NOTICE OF APPEAL

Cery B. Perle, defendant, appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order and decree of the bankruptcy judge described as Order Granting Plaintiff Alfonso Fiero's Motion for Summary Judgment of Nondischargeability of Debt Against Defendant Cery Bradley Perle and Denying Defendant Cery Perle's Motion for Summary Judgment [121] and Court's Ruling on the Record on December 17, 2009; (2) Final Summary Judgment of Nondischargeability of Debt Against Defendant Cery Bradley Perle [122]; and (3) Findings of Fact and Conclusions of Law re: Defendant Cery Perle's Motion for Summary Judgment [123], entered in this adversary proceeding on the 1st day of February of 2010.

The names of all parties to the judgment, order and decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

> Plaintiff, Alfonso Fiero, by and through his attorney, Leslie Schwaebe Akins of Akins & Villavicencio, located at 7157 Argonauta Way, Carlsbad, CA 92009, (760) 931-2920.

Dated:  February 9, 2010             ____/s/ Darrell Palmer_____
                                     Darrell Palmer, Attorney for Appellant

                                     Law Offices of Darrell Palmer
                                     603 N. Hwy. 101, Suite A
                                     Solana Beach, CA 92075
                                     (858) 792-5600
                                     darrell.palmer@cox.net

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court by using the US Bankruptcy Court CM/ECF system on February 9, 2010.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Bankruptcy Court's CM/ECF system.

_____/s/ Darrell Palmer_____
Darrell Palmer